UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ONE PLACE CONDOMINIUM LLC, <br> THE SOUTH LOOP SHOPS LLC, <br> SOUTHBLOCK DEVELOPMENT LLC, <br> C & K PARTNERSHIP, and <br> SOUTHBLOCK MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TRAVELERS PROPERTY CASUALTY <br> COMPANY OF AMERICA, <br><br> Defendant. | Case No. 1:11-cv-02520 <br><br> Honorable Sheila M. Finnegan |

## TRAVELERS' FACT DISCOVERY PLAN

Defendant Travelers Property Casualty Company of America ("Travelers"), by its counsel, submits the following fact discovery plan pursuant to the Court's Order of June 23, 2011.

### 1. Written Fact Discovery/Document Requests

Travelers intends to issue interrogatories, as well as a request for production of documents to Plaintiffs. Although Plaintiffs did produce documents during the claim process, there are certain categories of documents Plaintiffs have not produced. These include, but are not limited to the following:

a. Plaintiffs' internal communications, emails, letters, memos, reports and notes relating to the relevant issues in the case.

b. Plaintiffs' communications with their public adjusters, Globe Midwest/Adjusters International, relating to the relevant issues in the case.

c. Plaintiffs' communications with the general contractors, Levine Construction, Inc. and Wight Construction, Inc., relating to the relevant issues in the case. (Some of these documents have already been produced.)

d. Plaintiffs' communications with subcontractors and consultants relating to relevant issues in the case. (Some of these documents have already been produced.)

e. Plaintiffs' documentation supporting certain claim items which have yet to be produced.

Further, Travelers will seek discovery from Plaintiffs and others regarding a case pending in the Circuit Court of Cook County brought by Concrete Structures of the Midwest against Plaintiffs and others titled *Concrete Structures of the Midwest, Inc. v. Wight Construction, Inc. et al.*, Case No. 09 CH 22672 (Circuit Court of Cook County, County Department, Chancery Division, Mechanics Lien Section). Concrete Structures filed this lawsuit in July 2009. Concrete Structures claims it is entitled to recover more than $2.4 million for its work on the One Place project, including impact costs for delays on the project. The One Place parties deny they owe Concrete Structures any more money and claim that Concrete Structures' work was substandard and defective. The One Place parties have also filed a counterclaim contending, in part, that significant and costly delays to the overall completion of the project were caused by the poor quality of the work performed by Concrete Structures and that other delays on the project were caused by adverse weather.

Travelers also intends to issue subpoenas for documents to various non-parties, including, but not limited to, the following:

a. General contractors: Levine Construction, Inc. and Wight Construction, Inc.

b. Plaintiffs' public adjusters, Globe Midwest/Adjusters International

c. Concrete Structures of the Midwest

    d. Hayward Baker

    e. Crouch-Seranko Masonry

    f. FitzGerald Associates Architects

    g. Republic Bank of Chicago

    h. Possibly other subcontractors and consultants

Travelers҅ goal is to obtain and review the remaining documents from the Plaintiffs and the documents from the non-parties prior to taking any fact depositions. Travelers anticipates that the production of these documents may take some time, particularly if there are significant objections about the categories of documents being requested and/or issues relating to documents on any privilege logs.

**2.** **Fact Depositions**

Travelers anticipates taking many fact depositions. At this time, it is difficult to list with certainty all of the fact witnesses Travelers expects to depose. Once all of the documents have been produced by Plaintiffs and non-parties, other names may be added to the list. Further, after certain fact depositions are taken, other names may be added to the list and/or Travelers may decide it does not need to depose certain people listed below. Given these considerations, Travelers anticipates taking the following fact depositions:

    a. Plaintiffs

       Charlie Shenk, Project Manager
       Harlan Karp
       Wayne Chertow
       Rule 30(b)(6) witnesses

    b. Globe Midwest/Adjusters International

       Robert Levin
       Craig Becker

3

    c. Wight Construction

       Jim Nagle, Project Director
       Peter Page, Site Superintendent

    d. Levine Construction

       Noel Dalzell, Project Director
       Bud Case, Superintendent

    e. Concrete Structures of the Midwest

       Neo Lorenzo, Project Manager
       Kevin Fanicure, Superintendent
       Frank Aiello, President

    f. Representatives of the following:

       Hayward Baker
       Crouch-Seranko
       FitzGerald Associates Architects
       Republic Bank of Chicago
       Other subcontractors and consultants

Dated: July 8, 2011

                    Respectfully submitted,

                    Butler Pappas Weihmuller Katz Craig, LLP

                    /s/ K. Clark Schirle
                    K. Clark Schirle
                    ARDC No. 6199270
                    cschirle@butlerpappas.com
                    115 S. LaSalle Street, Suite 3200
                    Chicago, Illinois 60603
                    (312) 456-0900
                    (312) 456-0909 fax

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I also certify that the foregoing is being served this day on all counsel of record identified on the below Service List via U.S. Mail.

Edward Eshoo, Jr.
eeshoo@childresslawyers.com
Katherine Smith Dedrick
kdedrick@childresslawyers.com
Coleman J. Braun
cbraun@childresslawyers.com
Childress Duffy, Ltd.
500 North Dearborn Street, Suite 1200
Chicago, Illinois 60654
Attorneys for Plaintiffs

      /s/ *K. Clark Schirle*
K. Clark Schirle
Butler Pappas Weihmuller Katz Craig, LLP
115 South LaSalle Street
Suite 3200
Chicago, IL 60603
(312) 456-0900