UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ONE PLACE CONDOMINIUM LLC, )
THE SOUTH LOOP SHOPS LLC, )
SOUTHBLOCK DEVELOPMENT LLC, )
C & K PARTNERSHIP, and )
SOUTHBLOCK MANAGEMENT, INC., ) Case No. 1:11-cv-02520
 )
      Plaintiffs, )
 )
vs. )
 )
TRAVELERS PROPERTY CASUALTY ) Honorable Sheila M. Finnegan
COMPANY OF AMERICA, )
 )
      Defendant. )
 )

**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S INDEX OF DOCUMENTS FOR STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN CLAIMED COSTS AND LOSSES**

| Tab # | Document Group | Document Title | Exhibit / Bates # | Paragraph(s) cited in Statement of Facts |
|---|---|---|---|---|
| 1. | Pleadings | Complaint | ECF Docket #1 | 1, 2, 4, 5, 8 |
| 2. | Pleadings | Answer & Affirmative Defenses | ECF Docket #10 | 1, 3, 4, 8 |
| 3. | Pleadings | Joint Jurisdictional Status Report | ECF Docket #15 | 2, 3, 4 |
| 4. | Policy | Commercial Insurance Policy | ECF Docket #1-1 | 8, 9, 10, 11, 12, 13, 14, 15, 16, 17 |
| 5. | Discovery | Plaintiffs' Answers to Defendant's First Set of Interrogatories | -- | 29, 38 |
| 6. | Discovery | Plaintiffs' Supplemental Answers to Defendant's First Set of Interrogatories | Dep. Ex. 255 | 45 |

| Tab # | Document Group | Document Title | Exhibit / Bates # | Paragraph(s) cited in Statement of Facts |
|---|---|---|---|---|
| 7. | Discovery | Plaintiffs' Revised Supplemental Answers to Defendant's First Set of Interrogatories | -- | 18, 72, 74 |
| 8. | Photographs | Shenk email of 9/15/07 with multiple photographs | Dep. Ex. 171 (Rev00012391) | 20, 31 |
| 9. | Photographs | Photo of sheet piling on west side, including certain rakers | Dep. Ex. 97 (CONCRETESTRUCTURES6163) | 21, 22 |
| 10. | Photographs | Photo of sheet piling on west side, including certain rakers | Dep. Ex. 98 (Travelers 964) | 21, 22 |
| 11. | Photographs | Photo of ERS repairs | (ONEPLACE 22340) | 26 |
| 12. | Photographs | Photo of undermined frost wall and caissons | Dep. Ex. 101 (CONCRETESTRUCTURES6164) | 31 |
| 13. | Photographs | Photo of ERS repairs | Dep. Ex. 242 (ONEPLACE 22367) | 35 |
| 14. | Photographs | Photo of ERS repairs | Dep. Ex. 243 (ONEPLACE 22368) | 35 |
| 15. | Photographs | Photo of ERS repairs | Dep. Ex. 244 (ONEPLACE 22371) | 35 |
| 16. | Diagrams | Basement and foundation plan (S1-01) | Dep. Ex. 241 (FITZGERALD 24075) | 35 |
| 17. | Diagrams | ERS-1 | Dep. Ex. 64 (HAYWARD 762) | 21, 22 |
| 18. | Diagrams | ERS-2 | Dep. Ex. 176 (HAYWARD 747) | 21 |
| 19. | Diagrams | ERS-3 | Dep. Ex. 177 (HAYWARD 748) | 21 |
| 20. | Diagrams | ERS remediation | Dep. Ex. 103 (HAYWARD 746) | 26 |
| 21. | Diagrams | Sketches for frost wall / caisson repairs | Dep. Ex. 158 (Travelers 12517-12520) | 35 |
| 22. | Background Facts | Daily Construction Report 2/26/07 | Dep. Ex. 96 (MKA 13682-13683) | 22 |
| 23. | Background Facts | Levine letter of 2/28/07 | Dep. Ex. 99 (LEVINE 13742) | 23 |
| 24. | Background Facts | Levine Meeting Minutes 3/2/07 | Dep. Ex. 102 (ONEPLACE 21001-21010) | 26 |
| 25. | Background Facts | Stop Work Notice 3/08/07 | Dep. Ex. 104 (LEVINE 18959) | 24 |

| Tab # | Document Group | Document Title | Exhibit / Bates # | Paragraph(s) cited in Statement of Facts |
|---|---|---|---|---|
| 26. | Background Facts | Shenk email of 2/26/07 | Dep. Ex. 173 (HAYWARD 614) | 23 |
| 27. | Background Facts | Wight Construction Agreement | Dep. Ex. 194 (MKA 20336-20339) | 7 |
| 28. | Background Facts | Shenk email of 5/04/09, with attached Certificate of Occupancy Authorization | Dep. Ex. 310 (REV 20742) | 6 |
| 29. | Plaintiff Expert | Report of G. Craig Becker Dated April 29, 2013 | Dep. Ex. 355 | 40, 42, 44, 49, 52, 53, 54, 57, 59, 61, 62, 66, 71, 73, 76 |
| 30. | Plaintiff Expert | Report of Mark A. Robinson Dated April 29, 2013 | Dep. Ex. 354 | 41, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91 |
| 31. | Defense Expert | Report of Held Enloe Dated 6/20/13 | -- | 69 |
| 32. | Repairs of ERS, Frost Wall, Caissons | Shenk email of 2/23/07 | Dep. Ex. 94 (ONEPLACE 21051-21052) | 31 |
| 33. | Repairs of ERS, Frost Wall, Caissons | Levine letter of 2/28/07 | Dep. Ex. 99 (LEVINE 13742) | 31 |
| 34. | Repairs of ERS, Frost Wall, Caissons | Concrete Structures letter of 3/1/07 | Dep. Ex. 100 (CONCRETESTRUCTURES8150) | 31 |
| 35. | Repairs of ERS, Frost Wall, Caissons | Levine – Recommencement of Work | Dep. Ex. 111 (CONCRETESTRUCTURES6015) | 29, 30 |
| 36. | Repairs of ERS, Frost Wall, Caissons | Wight memo | Dep. Ex. 156 (WIGHT 1984-1986) | 32 |
| 37. | Repairs of ERS, Frost Wall, Caissons | Concrete Structures Change Order Request No. 00006.1 of 8/29/07 | Dep. Ex. 159 (excerpt) (Travelers 14568-14569) | 35 |
| 38. | Repairs of ERS, Frost Wall, Caissons | Farr letter of 4/30/07 | Dep. Ex. 185 (HAYWARD 700-701) | 28 |

| Tab # | Document Group | Document Title | Exhibit / Bates # | Paragraph(s) cited in Statement of Facts |
|---|---|---|---|---|
| 39. | Repairs of ERS, Frost Wall, Caissons | Farr letter of 3/15/07, revised 3/21/07 | Dep. Ex. 186 (OP-GM/AI 1878-1881) | 28 |
| 40. | Repairs of ERS, Frost Wall, Caissons | Shenk email of 7/20/07 | Dep. Ex. 237 (WIGHT 32601) | 32 |
| 41. | Repairs of ERS, Frost Wall, Caissons | Nagle email of 7/20/07 | Dep. Ex. 238 (ONEPLACE 5501-5502) | 32 |
| 42. | Repairs of ERS, Frost Wall, Caissons | Levine Change Order No. 6, with back up documentation | Dep. Ex. 246 (excerpt) (Travelers 14490-14500) | 28 |
| 43. | Repairs of ERS, Frost Wall, Caissons | Shenk email of 6/12/07 | Dep. Ex. 312 (REV 11287) | 32 |
| 44. | Repairs of ERS, Frost Wall, Caissons | Sherry K Corporation invoice of 4/12/07 | (Travelers 14531) | 28 |
| 45. | General Conditions | "General Conditions – Wight Construction" | Dep. Ex. 318 (WIGHT 25214-25215) | 43 |
| 46. | General Conditions | "Project:07-5183-01, General Conditions – 11/01/08 – 11/30/08" | Dep. Ex. 319 (WIGHT 7878-7895) | 43 |
| 47. | General Conditions | Wight Construction Agreement | Dep. Ex. 362 (MKA 20336-20342) | 44 |
| 48. | General Conditions | Goldman Sworn Statement for Contractor to Owner "Final Settlement Version" | Dep. Ex. 363 (OP-GM/AI 1702) | 44 |
| 49. | General Conditions | Application and Certificate for Payment | Dep. Ex. 364 | 44 |
| 50. | General Conditions | Wight Invoice of 9/30/09 | Dep. Ex. 365 | 44 |
| 51. | General Conditions | H. Karp Sworn Owner's Statement and supporting documentation | Dep. Ex. 366 | 44 |
| 52. | Construction Management | Manager-Owner Agreement | Dep. Ex. 367 (OP-GM/AI 551-552) | 47 |
| 53. | Overhead & Profit | Affidavit of Janice Inguagiato | -- | 50 |

4

| Tab # | Document Group | Document Title | Exhibit / Bates # | Paragraph(s) cited in Statement of Facts |
|---|---|---|---|---|
| 54. | CTA Flaggers | Levine - CTA Time Log | Dep. Ex. 128 (LEVINE 8529, 8526-8531) | 55 |
| 55. | Concrete Structures | CSM Proposed Change Order No. 8, dated 4/17/07 | Dep. Ex. 119 (CONCRETESTRUCTURES 5823-5847) | 57 |
| 56. | Concrete Structures | CSM Proposed Change Order No. 8.1, dated 5/10/07 | Dep. Ex. 144 (CONCRETESTRUCTURES 8534-8537) | 57, 58 |
| 57. | Concrete Structures | Wight Change Order No. CSM-010, dated 6/7/07 | Dep. Ex. 145 (CONCRETESTRUCTURES 9077-9080) | 57, 58 |
| 58. | Concrete Structures | CSM Proposed Change Order No. 3, dated 6/22/07 | Dep. Ex. 153 (CONCRETESTRUCTURES 5747-5749) | 61 |
| 59. | Concrete Structures | CSM Proposed Change Order No. 3, dated 7/31/07 | Dep. Ex. 154 (CONCRETESTRUCTURES 5744-5746) | 61 |
| 60. | Concrete Structures | CSM Proposed Change Order No. 4, dated 10/10/07 | Dep. Ex. 160 (CONCRETESTRUCTURES 9410-9439) | 59, 60 |
| 61. | Concrete Structures | CSM Proposed Change Order No. 4.1, dated 12/20/07 | Dep. Ex. 161 (CONCRETESTRUCTURES 9026-9029) | 59, 60 |
| 62. | Concrete Structures | CSM "Escalation Claim" | Dep. Ex. 167 (CONCRETESTRUCTURES 13002-13212) | 62 |
| 63. | Concrete Structures | Answer To Second Amended Complaint filed in Concrete Structures lawsuit | Dep. Ex. 168 (WIGHT 21493-21526) | 64 |
| 64. | Concrete Structures | CSM "Delay Claim" - $769,132.00 | Dep. Ex. 368 (OP-GM/AI 1883-1893) | 62, 73 |
| 65. | Concrete Structures | Settlement Agreement and Release | Dep. Ex. 369 (OP-Supp Docs 192-198) **FILED UNDER SEAL** | 65 |
| 66. | Concrete Structures | Wight Change Order No. CSM-10, dated 6/7/07 | Dep. Ex. 370 (OP-GM/AI 344-346) | 57 |
| 67. | Acceleration | Nagle email of 9/26/07 | Dep. Ex. 209 (Rev 2211) | 68 |
| 68. | Incurred Post August 2007 | Crouch-Seranko letter of 11/14/07 and attachments | Dep. Ex. 252 (Travelers 14697-14701) | 71 |

| Tab # | Document Group | Document Title | Exhibit / Bates # | Paragraph(s) cited in Statement of Facts |
|---|---|---|---|---|
| 69. | Incurred Post August 2007 | Wight Proposed Change Order: SBD-198 of 4/2/08 | Dep. Ex. 253 (OP-GM/AI 1983-1984) | 71 |
| 70. | Incurred Post August 2007 | D-Three invoices & Wight Proposed Change Order: SBD-135 | (OP-GM/AI 432-436) | 71 |
| 71. | Incurred Post August 2007 | RKD invoices | (OP-GM/AI 480, 2063-2065, 2066-2071) | 71 |
| 72. | Incurred Post August 2007 | R & J Construction invoices | (OP-GM/AI 2072-2077, 2082-2091) | 71 |
| 73. | Incurred Post August 2007 | Rankin invoices | (OP-GM/AI 2078-2079) | 71 |
| 74. | Incurred Post August 2007 | Ashland Propane invoices | (OP-GM/AI 2080-2081) | 71 |
| 75. | Incurred Post August 2007 | Home Depot invoices | (Travelers 14827-14834) | 71 |
| 76. | Incurred Post August 2007 | Wight Proposed Change Order SBD-121 | (Travelers 14835-14863) | 71 |
| 77. | Incurred Post August 2007 | Wight Proposed Change Order SBD-316 | (OP-GM/AI 1894-1905) | 73 |
| 78. | Incurred Post August 2007 | Wight Proposed Change Order SBD-317 | (OP-GM/AI 1906-1931) | 73 |
| 79. | Incurred Post August 2007 | Naldona Brothers Co. letter of 12/15/09 with attachments | (OP-GM/AI 2186-2190) | 73 |
| 80. | Incurred Post August 2007 | Wight Proposed Change Order SBD-294 | (OP-GM/AI 2003-2008) | 75 |
| 81. | Incurred Post August 2007 | D-Three Invoice Detail of 1/31/08 | (OP-GM/AI 437-467) | 75 |
| 82. | Incurred Post August 2007 | D-Three invoices | (OP-GM/AI 2011-2034) | 75 |
| 83. | Incurred Post August 2007 | D-Three invoices | (OP-GM/AI 2035-2050) | 75 |
| 84. | Incurred Post August 2007 | D-Three invoices | (OP-GM/AI 2051-2062) | 75 |
| 85. | Incurred Post August 2007 | PES letters of 3/10/08, 2/5/08, and 6/9/08 | (OP-GM/AI 2111-2117) | 75 |
| 86. | Incurred Post August 2007 | WJE letter of 11/16/07 with attachments | (OP-GM/AI 22-23, 1727-1730) | 77 |
| 87. | Incurred Post August 2007 | Ground Engineering invoices | (OP-GM/AI 25-29, 1737-1743) | 78 |
| 88. | Incurred Post August 2007 | Professionals Associated invoices | (OP-GM/AI 70-78, 81-84, 1786-1787) | 79 |

| Tab # | Document Group | Document Title | Exhibit / Bates # | Paragraph(s) cited in Statement of Facts |
|---|---|---|---|---|
| 89. | Deposition Transcripts | Deposition of: Becker, George Craig | -- | 11, 12, 13, 14, 17, 18, 39, 42, 44, 45, 46, 47, 49, 51, 52, 53 |
| 90. | Deposition Transcripts | Deposition of: Farr, Shane | -- | 20, 21, 22, 23, 25, 26, 27, 28 |
| 91. | Deposition Transcripts | Deposition of: Goldman, Lawrence H. | -- | 19, 21, 22, 23, 24, 26, 29, 30, 31, 55 |
| 92. | Deposition Transcripts | Deposition of: Karp, Harlan | -- | 43, 45, 48, 55 |
| 93. | Deposition Transcripts | Deposition of: Lorenzo, Neo | -- | 27, 31, 32, 35, 36, 57, 58, 59, 60, 61, 62, 63 |
| 94. | Deposition Transcripts | Deposition of: Lukas, Robert G. | -- | 19 |
| 95. | Deposition Transcripts | Deposition of: Nagle, James | -- | 7, 20, 27, 32, 34, 35, 55, 68, 71 |
| 96. | Deposition Transcripts | Deposition of: Robinson, Mark | -- | 81, 82, 83, 85, 91 |
| 97. | Deposition Transcripts | Deposition of: Shenk, Charles | -- | 6, 31, 32, 33, 43, 61 |

Respectfully submitted,

Butler Pappas Weihmuller Katz Craig, LLP

 /s/  K. Clark Schirle
K. Clark Schirle
ARDC No. 6199270
cschirle@butlerpappas.com
Jonathan K. Barger
ARDC No. 6277079
jbarger@butlerpappas.com
115 S. LaSalle Street, Suite 3200
Chicago, Illinois 60603
(312) 456-0900

(312) 456-0909 fax
Attorneys for Travelers Property Casualty Company of America