**TAB 8**

| | |
|---|---|
| **From:** | Shenk, Charlie |
| **Sent:** | Saturday, September 15, 2007 11:32 AM |
| **To:** | 'Robert P. Levin' <blevin@globemwai.com> |
| **Subject:** | FW: One Place Condomiums 1 E 8th : Street Earth Retention Issues |
| **Attach:** | IMG_0842.jpg; IMG_0843.jpg; IMG_0844.jpg; IMG_0845.jpg; IMG_0846.jpg |

Bobby,

Here are the field picts.

Charlie

---

**From:** Shenk, Charlie
**Sent:** Tuesday, July 31, 2007 11:49 AM
**To:** 'Nagle, Jim'
**Subject:** FW: One Place Condomiums 1 E 8th : Street Earth Retention Issues
**Importance:** High

Jim,

Attached find photos showing how the earth settled away from the underside of the frost wall that we discussed today with Jim & Bob. <u>Note: these photos were taken prior to the movement of the state st. sheeting.</u> Please forward this on.

The e-mail train below is very interesting. It brings up two points: 1) The cracks on state st. appeared prior to the state st ERS failure. 2) the earth moved away from the underside of the frost wall prior to the state st. ERS failure. My recollection is that this type of movement occurred on the alley frost walls as well.

Charlie

---

**From:** Shenk, Charlie
**Sent:** Friday, February 23, 2007 6:05 PM
**To:** Boris@uctgroup.com
**Cc:** Shenk, Charlie
**Subject:** FW: One Place Condomiums 1 E 8th : Street Earth Retention Issues

Boris,

Due to movement in the earth retention sheeting along the west side of our basement, the soil has settled away from the bottom of the frost beams. Does this create a situation where the frost wall cannot function properly structurally and how should this area be backfilled?

Charlie

---

**From:** Shenk, Charlie
**Sent:** Friday, February 23, 2007 6:00 PM
**To:** Shenk, Charlie
**Subject:** FW: One Place Condomiums 1 E 8th : Street Earth Retention Issues

DEP. EX. NO. 171
FOR I.D., AS OF 5-22-12 pv

```
Talked with Bud he stated that there are two issues:
  1. the wailers  along 8/9 line sheeting & the deadman rolled. HB is working
     today and tomorrow to weld supports and drive piles.(SHOULD BE ON THEIR DIME)
```

2. the sheeting along state st. north of the return wailer has moved 9"into the hole which has caused the grade beam to be undermined and possible settlement in state st. HB thinks the movement is caused by the soil being too wet and is going to check the soils report. (Note: we also excavated a foot lower than design due to the unstable clay sub base.)(COULD BE EXTRA)

-----Original Message-----
From: Lawrence H. Goldman [mailto:lgoldman@levineconstructioninc.com]
Sent: Friday, February 23, 2007 4:03 PM
To: sdscherer@haywardbaker.com; Shane J. Farr
Cc: Noel Dalzell; Bud Case; Marvin J. Levine; Shenk, Charlie
Subject: One Place Condomiums 1 E 8th : Street Earth Retention Issues

<<IMG_0834.jpg>>
<<IMG_0835.jpg>>
S <<IMG_0836.jpg>> te <<IMG_0837.jpg>> ve <<IMG_0838.jpg>> /
<<IMG_0839.jpg>> S <<IMG_0840.jpg>> ha <<IMG_0841.jpg>> ne
<<IMG_0842.jpg>> ,
<<IMG_0843.jpg>>
A <<IMG_0844.jpg>> s  <<IMG_0845.jpg>> we <<IMG_0846.jpg>> d
<<IMG_0847.jpg>> is <<IMG_0848.jpg>> cussed, these are the most recent photos of the site. You can see the "bow" in the whaler just north of column line 9. The recently poured grade beams along State Street show voids that have just begun below the grade beams. The City has cited us for cracks that are occurring in State Street as well and this may all be tied in together.

We understand that you are treating the current conditions in a serious manner and that your crews will continue with all of the necessary remedial repairs and or reinforcement through the weekend. Should there be any new developments during the weekend that would prevent the balance of the trade work from continuing on Monday morning, please notify Bud Case @ 847-456-4593 or Noel Dalzell     @ 847-366-2794.

Thank You,

Larry Goldman

Vice President
Levine Construction

847-444-0100 office
847-489-8478 cell
lgoldman@levineconstructioninc.com




-----Original Message-----
From: Bud Case
Sent: Friday, February 23, 2007 3:02 PM
To: Lawrence H. Goldman; Noel Dalzell
Subject: You have received photos from Adobe Photoshop Album Starter Edition 3.0

   Here is a few photos of whats going on.Callme if you have any questions.Hayward is having Budron work tonight.

Bud

The sender has included tags, so you can do more with these photos.

Download Photoshop (R) Album Starter Edition-Free!
http://www.adobe.com/aboutstarteredition


# TAB 9



CONCRETESTRUCTURES006163

# TAB 10

