# TAB 16

BASEMENT & FOUNDATION PLAN

SECTION

FITZGERALD0024075