# TAB 30

# R E P O R T

# ONE PLACE CONDOMINIUM LLC, THE SOUTH LOOP SHOPS LLC, SOUTHBLOCK DEVELOPMENT LLC, C & K PARTNERSHIP, AND SOUTHBLOCK MANAGEMENT, INC.

V.

## TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA.

United States District Court
Northern District of Illinois
Eastern Division
Case No. 1:11-cv-02520

Expert Report
of
Mark A. Robinson

April 29, 2013



KOIOS Consulting Group, LLC
3001 Plymouth Road, Suite 205
Ann Arbor, MI 48105



CONFIDENTIAL – ATTORNEYS' EYES ONLY

*One Place Condominium v. Travelers Property*

C   O   N   F   I   D   E   N   T   I   A   L

## TABLE OF CONTENTS

REPORT INTRODUCTION ...................................................................................................3

QUALIFICATIONS AND COMPENSATION .......................................................................3

DATA AND INFORMATION CONSIDERED.........................................................................3

BACKGROUND ..................................................................................................................4

    Plaintiffs...........................................................................................................................4

    Travelers Property Casualty Company of America ..........................................................4

    Insurance Policy ..............................................................................................................4

    Plaintiffs' Project Financing .............................................................................................5

    Timeline ...........................................................................................................................8

STATEMENT OF OPINIONS...............................................................................................9

    Economic Damages ........................................................................................................9

      1)  Condo Losses........................................................................................................9

      2)  Excess Financing on Claim Amount .....................................................................17

SUMMARY OF OPINIONS ...............................................................................................19

Schedules 1 - 11

Appendices A – D

*One Place Condominium v. Travelers Property*

## REPORT INTRODUCTION

I have prepared this report in connection with my analysis of certain economic losses sustained by One Place Condominium LLC, The South Loop Shops LLC, Southblock Development LLC, C&K Partnership, and Southblock Management, Inc. ("Plaintiffs") due to the events described in the complaint[1] filed in this litigation. Travelers Property Casualty Company of America ("Travelers") is the named defendant.

My study of the issues will be ongoing, up to and including through the conduct of trial. If additional relevant materials or information should become available, I may revise, amend, or supplement my opinions. I also intend to use exhibits and/or demonstratives in connection with any trial testimony I may give. Such exhibits may include the report schedules and appendices as well as any documents referred to in this report. The demonstratives may include charts and/or summaries of the information, concepts, and data presented within this report.

## QUALIFICATIONS AND COMPENSATION

I am currently the Managing Partner of KOIOS Consulting Group, LLC ("KCG"), a firm I founded in 2007. I have over 30 years of professional experience with over 25 years of experience where I have been primarily engaged by companies and their legal counsel to analyze issues related to the valuation of businesses / assets or the quantification of economic damages in commercial disputes. My curriculum vitae is included as Appendix A.

KCG was engaged by the law firm of Childress Duffy, Ltd. on behalf of the Plaintiffs, and submits invoices to them for the hourly fees incurred in the performance of this engagement. My rate is $250 per hour and is not contingent in any way on the outcome of this litigation. I was assisted in the performance of this engagement by Theresa Walter, PE, MBA and Kris Neubar, CPA.

## DATA AND INFORMATION CONSIDERED

I have reviewed the following information in forming my opinions:

- a) Documents and information referenced in this report, including Appendices;
- b) Documents identified in Appendix B;
- c) Expert reports of John Spittler, PE (April 29, 2013) and G. Craig Becker (April 29, 2013);
- d) Transcript from the deposition of Harlan Karp (Aug. 24, 2012); and,
- e) Conversations with John Spittler, PE and Harlan Karp.

Throughout this report, I have included numerous excerpts from documents and third-party sources which I have presented in either quotation marks or italicized characters.

---

[1] April 14, 2011

*One Place Condominium v. Travelers Property*

## **BACKGROUND**

### *Plaintiffs*

One Place Condominium LLC, The South Loop Shops LLC, and Southblock Development LLC are each comprised of members who are citizens of Illinois; Plaintiff C & K Partnership is comprised of partners who are citizens of Illinois; and Plaintiff Southblock Management, Inc. is incorporated and has its principle place of business in Illinois. Plaintiffs are owners, developers, and managers of the property located at 1 E. 8th Street, Chicago, Illinois ("the insured premises").[2]

### *Travelers Property Casualty Company of America*

*Travelers is a citizen of Connecticut as it is incorporated, and has its principle place of business in, Connecticut and is engaged in the business of underwriting and issuing builder's risk insurance policies for certain owners and developers of property*[3]

### *Insurance Policy*[4]

Travelers issued to One Place an "all-risk" builder's risk insurance policy (Policy no.: QT6600203L858TIL06) for the period November 2, 2006 to November 2, 2007.[5] The Policy issued to One Place covers loss or damage to the Covered Property during the construction project from any risks of direct physical accidental loss or damage unless excluded. Other general statements regarding the Policy include:

- The Policy denotes $33 million as its "basic limit of insurance."

- The Policy issued to One Place also covers "soft costs" and provides, in part:

    *"We will pay your 'soft costs' during the 'period of delay in completion'. Such 'soft costs' must result from 'loss' to Covered Property from any of the Covered Causes of Loss which delays the completion of the 'project' beyond the 'planned completion date'."*

- The Policy denotes the limit of "soft costs" as $3.3 million.

- The Policy also contains a section called "additional coverages," which provides for a number of additional types of insurance coverage to One Place for the project, including coverage for "expediting costs and additional costs of construction materials and labor," as well as "expense to reduce amount of loss."

---

[2] Complaint, paras. 1 and 2.

[3] Complaint, para. 3.

[4] Complaint, paras. 7 – 12.

[5] Complaint, Exhibit A.

*One Place Condominium v. Travelers Property*

## **Plaintiffs' Project Financing**

### Project Financing Summary

Four loans were associated with the One Place Condominium project: an original construction loan followed by three loans to fund increased requirements:

1. Republic Bank of Chicago (Original Construction Loan)

   The original construction was taken out with Republic Bank of Chicago, dated April 6, 2007. It was an interest only loan with a principal amount of $45,100,000.00. The rate of interest was a floating rate equal to 250 basis points over the LIBOR rate of interest per annum, adjusted daily when and as said rate changes.[6] The maturity date was October 6, 2009.

   A modification agreement dated August 14, 2009[7] extended the maturity date to October 6, 2011 and changed the interest rate, effective October 7, 2009, to the greater of (i) five percent (5.0%) per annum, or (ii) the sum of three and one-quarter percent (3.25% or 325 basis points) plus LIBOR. The modification also included an exit fee of 1% of the loan balance as of October 9, 2007.

   A second modification agreement dated December 19, 2011[8], changed the interest rate to a fixed 5% effective December 6, 2011. Payments of principal and interest were to made beginning January 6, 2012.

   A third modification agreement dated March 1, 2012[9], extended the maturity date to February 6, 2013. It maintained the fixed 5% interest rate as well as payments including principal and interest. A payment of $1,500,000 was to make to bring the balance down to $23,153,502.72.

   Interest rate summary:

   - 4/07 – 10/6/09     250 basis points over the 90-day LIBOR, interest only.
   - 10/7/09 – 12/5/11  Minimum rate of 5%, interest only.
   - 12/6/11 – 2/6/13   Fixed rate of 5% on beginning balance of $23,153,502.72, principal + interest.

---

[6] Construction Loan Mortgage and Security Agreement, April 6, 2007 (REPUBLIC001007-044).

[7] Deposition Exhibit 271.

[8] Deposition Exhibit 273.

[9] Deposition Exhibit 274, signatures dated April 30, 2012.

2. Chicago Community Bank (Loan no. 11541524)

Two loans were obtained through the Chicago Community Bank. The first loan, Loan no. 11541524, was dated April 11, 2007 and was for a principal amount of $1,008,185.[10] On June 7, 2007, the note was modified increasing the amount to $1,600,000.[11]

On November 11, 2009, the Promissory Note was again renewed.[12] When the note matured on November 11, 2010, the outstanding principal balance was $1,600,000.00. Another renewal, dated December 30, 2010 (with an effective date of November 11, 2010)[13], followed. This renewal specified an interest rate from November 11, 2010 to November 10, 2011 of the prime rate of the lender but not less than 5%. Payments during this time frame were to be interest only. Commencing November 11, 2011 to the maturity date of December 11, 2015, the interest rate was set at 6.25%. Payments were now to be principal and interest based on a 25 year amortization period with the balance due at the maturity date.

Interest rate summary:

- Prior to 11/11/10        Prime Rate of Lender + 1% not less than 6%, Sch. 7.
- 11/11/10 – 11/10/11    Prime Rate of the Lender but not less than 5%, interest only
- 11/11/11 – 12/11/15    Fixed rate of 6.25%, principal + interest

3. Chicago Community Bank (Loan no. 11548057)

The second loan with Chicago Community Bank, Loan no. 11548057, originated on August 29, 2008 with a principal amount of $1,600,000.00.[14] It was executed in accordance with the terms and conditions of a Revolving Line of Credit Loan Agreement and had the option for renewal from time to time.[15] In a Promissory Note dated December 2, 2010[16], the note was again renewed at a principal balance of $1,600,099.03. This renewal specifies a previous interest rate of 1% in excess of the prime rate of the lender but not less than 6%. The new interest rate effective retroactively to November 2, 2010 to November 1, 2011 is defined as the prime rate of the lender but not less than 5%. Payments during this time frame were to be interest only.[17] Commencing November 2, 2011 to the maturity date of December 2, 2015, the

---

[10] Promissory Note, Loan No. 11541524, Nov. 11, 2010, page 1.

[11] Promissory Note, Loan No. 11541524, Nov. 11, 2010, page 1.

[12] Change in Terms Agreement, Loan No. 11541524, page 1.

[13] CCB-C&K $1.6 on 13th Street.pdf

[14] Promissory Note, Loan No. 11548057, page 1.

[15] CCB-C&K on Wydoe.pdf

[16] CCB-C&K on Wydoe.pdf

[17] Change in Terms Agreement, Loan No. 11548057, page 1, Dec. 30, 2010.

interest rate was set at 6.25%. Payments were now to be principal and interest based on a 25 year amortization period with the balance due at the maturity date.

Interest rate summary:

- Prior to 11/2/10    Prime Rate of Lender + 1% not less than 6%, Sch. 7.
- 11/2/10 – 11/1/11   Prime Rate of the Lender but not less than 5%, interest only
- 11/2/11 – 12/2/15   Fixed rate of 6.25%, principal + interest

4. C&K Partnership

One Place Condominium, LLC obtained a loan from C&K Partnership in the amount of $3,840,000. The Promissory Note is dated March 23, 2007[18] with a Maturity Date of on or before the earlier of (a) March 31, 2014 or, (b) the closing of the sale or refinancing of the "Commercial Parcel" (as defined in the Purchase and Sale Agreement dated March 14, 2007 between Lender and Borrower). The interest is:

5. INTEREST RATE

5.1 Interest prior to Default Interest shall accrue on the outstanding principal balance of this Note from the date hereof through the Maturity Date at a per annum rate of interest equal to the imputed rate of interest established by the Internal Revenue Service (the "Interest Rate"). The Interest Rate shall be adjusted as of each anniversary of the date hereof.

2.2 Interest After Default. From and after the Maturity Date or upon the occurrence and during the continuance of an Event of Default; interest shall accrue at the Interest Rate plus two percent (2%) per annum (the "Default Rate"); provided, however, in no event shall the Default Rate exceed the maximum rate permitted by law. The interest accruing under this section shall be immediately due and payable by the Borrower to the Holder of this Note upon demand and shall be additional indebtedness evidenced by this Note.

The imputed rate of interest established by the Internal Revenue Service refers to the Applicable Federal Rate ("AFR") rates published monthly by the IRS for federal income tax purposes. AFR rates are used to calculate assigned interest charges. Every month, the IRS publishes these rates in accordance with section 1274(d) of the Internal Revenue Code. Interest on loans should not be less than the AFR for the loan to be considered a taxable event and not a gift by the IRS.

---

[18] Promissory Note, dated March 23, 2007, One Place Condominium LLC and C&K Partnership.

*One Place Condominium v. Travelers Property*

### Timeline

In addition to the various dates regarding the project financing, the following timeline presents certain dates that may be relevant in an analysis of economic damages in this case:

| Date | Event Description |
|---|---|
| Aug. 1, 2006 | Project start (mobilizing on site)[19] |
| Feb. 2007 | D-Line ERS failure.[20] |
| End of June 2007 | One Place discovered the loss or damage to the D-Line Caissons and frost wall.[21] |
| June 15, 2008 | Preliminary Partial Claim submitted.[22] |
| June 6, 2009 | Separation of 2006 Caisson Claim from ERS/D-Line Claim (CAY3385).[23] |
| July 14, 2009 | Revised Final Claim CAY3385, Water Damage Claim submitted.[24] |
| July 14, 2009 | Final Claim Submission (Caisson Squeeze & ERS Failure)[25] |
| July 14, 2009 | Claim Submission (Water Damage)[26] |

---

[19] Deposition Exhibit 56.

[20] Deposition Exhibit 43.

[21] Plaintiffs' Answers to Defendant's First Set of Interrogatories, Int. 7.

[22] Deposition Exhibits 15 and 16,

[23] Deposition Exhibit 29

[24] Deposition Exhibit 34

[25] MKA 0005865-0005872 (Ex. 34)

[26] MKA 0005895-0005896 (Ex. 34)

*One Place Condominium v. Travelers Property*

## STATEMENT OF OPINIONS

### *Economic Damages*

#### Overview

The economic losses that I have been asked to quantify include the following:

1. Economic losses associated with condo sales (hereinafter referred to as "Condo Losses"); and,

2. Economic losses associated with the extra costs incurred by Plaintiffs that were necessary to finance the Total Amount Remaining Unpaid from Claim[27] from August 13, 2009[28] to today[29] (hereinafter referred to as "Excess Financing on Claim Amount").

#### 1) Condo Losses

The Plaintiffs were able to obtain sales contracts on 81 condo units ("Pre-Sold Condo") prior to the May 30, 2008 planned substantial completion date. Due to the status of the project, the Plaintiffs were unable to close the Pre-Sold Condo sales contracts in a timely fashion.

#### Factors that Influence Demand[30]

There are several factors that are relevant in establishing the characteristics of the marketplace for condos in Chicago. The primary factors are employment, interest rates, inventory of unsold condos, and a historical trend of price appreciation. As it relates to this case, the essential comparison is between late 2005 / early 2006 (when the contracts for the Pre-Sold units were entered) and the first half of 2008 (when the Plaintiffs should have been in position to close on the Pre-Sold contracts). This time period will be referred to as the Relevant Period.

1. Job growth[31]

   During the Relevant Period, employment within the Chicago MSA was at a high level.

---

[27] Expert Report of G. Craig Becker, April 29, 2013.

[28] Date of Final Claim Submission of July 14, 2009 (MKA0005865-872, Dep. Ex. 34) plus 30 days for Travelers to make payment.

[29] Assumed as May 1, 2013.

[30] Based upon discussions with Harlan Karp. Also, *Chicago Residential Market Update*, Appraisal Research Counselors, 3Q 2012 (Appendix D).

[31] *Chicago Residential Market Update*, Appraisal Research Counselors, 3Q 2012 (Appendix D).

One Place Condominium v. Travelers Property



2. Evidence of price appreciation[32]

Condos within the Chicago area were experiencing a slight decline, after experiencing several years of increases.

Year Over Year Price Change



---

[32] Standard & Poor's Case–Shiller, *Case Shiller: Strongest Rise In Chicago Home Prices In 6 Years*, Gary Lucido, March 26, 2013, http://www.chicagonow.com

3. Greater consumer confidence[33]

   Consumer confidence had begun to decline in late 2007, after many years of stability.



4. The ability to sell an existing residence at a satisfactory price

   Home sales within the Chicago PMSA had declined.



---

[33] http://www.tradingeconomics.com/united-states/consumer-confidence

## One Place Condominium v. Travelers Property

5.  Greater ease in the financing process[34]

    Credit policies at financial institutions began to tighten in 2008, although the specific timing would vary by financial institution.

### Table 8: Overall Retail Product Underwriting Trends

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|
| Eased | 28% | 20% | 0% | 0% | 0% | 7% | 15% |
| Unchanged | 65% | 67% | 32% | 17% | 26% | 63% | 63% |
| Tightened | 7% | 13% | 68% | 83% | 74% | 30% | 22% |

For additional information, see figure 7 on page 20.

### Figure 7: Credit Underwriting Trends--Retail



6.  Low interest rates[35]

    Interest rates on 30-year fixed rate mortgages remained fairly constant.

    | Year | Average | Ave. Pts |
    |---|---|---|
    | 2005 | 5.87% | 0.6 |
    | 2006 | 6.41 | 0.5 |
    | 2007 | 6.34 | 0.4 |
    | 2008 | 6.03 | 0.6 |
    | 2009 | 5.04 | 0.7 |

---

[34] *2012 Survey of Credit Underwriting Practices,* Office of the Comptroller of the Currency, U.S. Department of the Treasury, June 2012.

[35] Primary Mortgage Market Survey Archives - 30 Year Fixed Rate Mortgage, www.freddiemac.com

*One Place Condominium v. Travelers Property*

7. Decreasing supply of new, unsold inventory

   The supply of 2 – 3 bedroom condos within the City of Chicago was relatively low.



City Of Chicago Housing Inventory (2 - 3 Bedroom Condos)

8. Discounting prices[36]

   Discounting of condos was in existence in 2007, however price trends within the Relevant Period remained fairly constant.



---

[36] Sergio & Banks Real Estate, Condos – Townhouses, 60607. Zip code 60607 is adjacent to One Place's zip code.

*One Place Condominium v. Travelers Property*

9. Increasing rents[37]

Increasing suburban rents increase the demand for downtown condos as people who commute downtown look for alternative housing closer to work and at a comparable expense as renting apartments in the suburbs.



Increasing downtown rents increase the demand for condos as renters explore ownership opportunities, especially in a period of low interest rates.



---

[37] Chicago Residential Market Update, Appraisal Research Counselors, 3Q 2012 (Appendix D).

The primary factors during the Relevant Period indicate a similar market for condos throughout the time period within Chicago. However, as with any pre-sale contract, the possibility exists that the potential buyer will ultimately not close. Therefore, for purposes of my analysis, I have assumed that 15% of the Pre-Sold contracts would not have closed.[38]

The Plaintiffs have suffered economic damages in the following two forms related to this inability to close on the Pre-Sold contracts:

1. An economic loss from the reduction in price from the negotiated prices associated with the Pre-Sold Condo contracts ("Pre-Sold Sales Price") to what the condos eventually actually were sold ("Actual Sales Price"). As can be seen from the Chicago Case-Shiller Index,[39] the Pre-Sold Sales Prices were negotiated during the late 2005 – early 2006 time period, a time when the market for condos in Chicago were near their historic peak which was achieved in approximately late 2006 through late 2007. In early to mid-2008, prices returned to approximately the same level as the late 2005 – early 2006 time period. As 2008 continued, as well as in subsequent years, the prices for condos declined substantially.



**Chicago Case Shiller Index**

---

[38] Refer to Chicago Real Estate Market Trends, Data, Statistics, Lucid Realty (Appendix C, page 3). I have used the 15% figure, although my discussions with Harlan Karp indicated that the Plaintiffs expected no more than 2 of the 81, or 2.5%, to default. I have incorporated my assumption related to closure of the Pre-Sold contracts in Schedule 1 as the Adjustment for Potential Failure to Close.

[39] Standard & Poor's Case–Shiller Home Price Indices are inflation-adjusted house price indices for the United States. There are multiple Case–Shiller home price indices: A national home price index, a 20-city composite index, a 10-city composite index, and twenty individual metro area indices.

2.  An economic loss associated with carrying project financing longer and in a larger amount than had the Pre-Sold Condos closed in a timely fashion and the Plaintiffs were able to reduce their borrowings.

In preparing my estimate of Condo Losses I have made the following assumptions:

1.  Plaintiffs' would have closed the condo sales at the price specified in the sale agreements for the Pre-Sold Condos;

2.  The closings associated with the Pre-Sold Condos would have occurred on June 20, 2008 (30 days after the substantial completion date of May 21, 2008 "but for" delays at issue[40];

My estimate of Plaintiffs' Condo Losses is performed in the following manner:

1.  Schedule 3 calculates the reduction in Financing Costs had the Pre-Sold Condo sales closed at the Assumed Pre-Sold Closing and at the Pre-Sold Sales Price.

2.  Schedule 4 calculates the reduction in Financing Costs the Plaintiffs actually achieved considering:

    a.  Actual Sales Prices and Actual Closing Dates.

    b.  Mitigating effect of defaulted escrow deposits that were retained by the Plaintiffs (refer to Schedule 6).

    c.  Mitigating effect of the Plaintiffs leasing of condos prior to sale (refer to Schedule 8).

3.  Schedule 2 calculates the economic loss as the difference between the Financing Costs calculated in Schedules 3 and 4.

Plaintiffs' Marginal Cost of Funds

The appropriate interest rate by which to determine the Plaintiffs' excess financing is the Plaintiffs' marginal cost of funds. The Plaintiffs' marginal cost of funds is in this case the highest interest rate associated with the Plaintiffs' project borrowings that could have been retired had the Plaintiff had a certain sum of money.

In performing my analysis, I have conservatively utilized a marginal cost of funds of 5%, an interest rate that is slightly lower than the Plaintiffs' average cost of funds over the relevant time period. Refer to the *Plaintiffs' Project Financing* section of this report.

---

[40]   Discussion with John Spittler, April 17, 2008 date plus 34 days (28 days caisson squeeze and 6 days for weather).

My estimate of the Condo Losses understates the Plaintiffs' economic losses for various reasons including but not limited to:

1. My analysis only includes the impact of the delay on the Pre-Sold units and does not quantify any economic loss associated with the decreased market for the other condo units; and,

2. My analysis of Plaintiffs' profits associated with Actual Sales overstates the profits (and therefore understates the economic damages) because any extra expenses beyond Assessments and Real Estate Taxes associated with leasing the condos prior to actual sale (such as repairs, maintenance, and additional advertising, selling, and legal expenses) have not been considered;

## 2) Excess Financing on Claim Amount

In a similar fashion as described in the preceding section of this report regarding excess financing costs that have been incurred by the Plaintiffs in connection with Condo Sales, the Plaintiffs have incurred excess financing costs in connection with Travelers failure to pay the Plaintiffs' Claim in a timely fashion.

The Total Amount Remaining Unpaid from Claim has been determined by Craig Becker in 3 different scenarios regarding the period of delay; 118 days, 178 days, and 8 months:[41]

| | |
|---|---|
| $5,901,217.51 | Period of Delay – 118 days |
| 6,515,571.51 | Period of Delay – 178 days |
| 6,791,750.96 | Period of Delay – 8 months |

---

[41] Refer to Becker Exhibit E 4.29.13.

*One Place Condominium v. Travelers Property*

In preparing my estimate of Excess Financing on Claim Amount, I have made the following assumptions:

1. The Total Amount Remaining Unpaid from Claim is determined to be in one of the amounts shown above; and,

2. The number of days that Travelers is tardy in making payment on the Plaintiffs' claim is the difference between August 13, 2009 and May 1, 2013.

Should either of these assumptions need to be adjusted, the calculation would be performed in the following manner:

*Excess Financing on Claim Amount*

$$= Total\ Amount\ Remaining\ Unpaid\ from\ Claim\ x\ ((1 + Daily\ Rate)^{Days} - 1)$$

where:  $Daily\ Rate = (1 + Annual\ Rate)^{1/365} - 1$

*Days = Number of days between Claim Payment Due Date and the Current Date*

Refer to Schedule 1 for my analysis of Plaintiffs' economic loss associated with my estimate of Excess Financing on Claim Amount.

*One Place Condominium v. Travelers Property*

## SUMMARY OF OPINIONS

My calculation of the economic losses suffered by the Plaintiffs for the issues is shown in Schedule 1, and is summarized as follows:

Economic Losses Associated with Condo Sales: $3,515,805

Excess Financing on Claim Amount (alternatives based on period of delay):

| | |
|---|---|
| $1,173,667 | Period of Delay – 118 days |
| 1,295,853 | Period of Delay – 178 days |
| 1,350,782 | Period of Delay – 8 months |

If additional relevant information becomes available, I may revise, amend, or supplement my opinions.

KOIOS Consulting Group, LLC

*Mark A. Robinson*

Mark A. Robinson

**One Place Condominium LLC, et al v Travelers Property Casualty Company of America**

Schedule 1

Summary of Certain Economic Losses

| | | Source | Period of Delay 118 days | Period of Delay 178 days | Period of Delay 8 months |
|---|---|---|---|---|---|
| | Total Amount Remaining Unpaid from Claim | Note 1 | $ 5,901,217.51 | $ 6,515,571.51 | $ 6,791,750.96 |
| A | Final Claim Submission Date | Note 2 | 7/14/2009 | 7/14/2009 | 7/14/2009 |
| B | Assumed Allowable Response Time (days) | | 30 | 30 | 30 |
| C=A+B | Claim Payment Due Date | | 8/13/2009 | 8/13/2009 | 8/13/2009 |
| D | Calculation Date | | 5/1/2013 | 5/1/2013 | 5/1/2013 |
| E=D-C | Days Payment is Tardy | | 1,357 | 1,357 | 1,357 |
| F | Plaintiff's Daily Financing Rate | Note 3 | 0.01337% | 0.01337% | 0.01337% |
| | Excess Financing on Claim Amount | Note 4 | $ 1,173,667 | $ 1,295,853 | $ 1,350,782 |
| | Economic Losses Associated with Condo Sales: | | | | |
| G | Economic Loss on Price | Sch. 3 | $ 1,812,142 | $ 1,812,142 | $ 1,812,142 |
| H | Excess Financing Associated with Condo Sales | Sch. 2 | 2,324,099 | 2,324,099 | 2,324,099 |
| | Subtotal | | $ 4,136,241 | $ 4,136,241 | $ 4,136,241 |
| J | Adjustment for Potential Failure to Close | | 85% | 85% | 85% |
| K | Subtotal | | $ 3,515,805 | $ 3,515,805 | $ 3,515,805 |
| L=F+K | Total Economic Loss (does not include Total Amount Remaining Unpaid from Claim) | | $ 4,689,472 | $ 4,811,658 | $ 4,866,587 |

Notes:
1. Refer to Report text, p. 17.
2. MKA 0005865-0005872 (Dep. Ex. 34)
3. Refer to Report text for discussion of Annual Rate.
   Daily Rate, i = $(1 + \text{Annual Rate})^{1/365} - 1$, with Annual Rate = 5.00%
4. Calculated as Total Amount Remaining Unpaid from Claim $* (1 + \text{Daily Rate})^{\text{Days}} - 1$

Sch. 1 - page 1 of 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

One Place Condominium LLC, et al v. Travelers Property Casualty Company of America

Schedule 2

Economic Lossees Associated with Increased Project Financing Associated with Condo Sales

| Condo Unit | Pre-Sold Financing (Sch. 3) | Actual Financing (Sch. 4) | Economic Damage |
|---|---|---|---|
| 301 | 72,652 | 68,359 $ | $ 4,293 |
| 302 | 74,688 | 48,558 | 26,130 |
| 303 | 75,132 | 46,071 | 29,060 |
| 304 | 70,771 | 66,457 | 4,314 |
| 305 | 70,771 | 66,457 | 4,314 |
| 306 | 71,091 | 66,758 | 4,334 |
| 307 | 71,909 | 50,720 | 21,189 |
| 308 | 86,620 | 81,448 | 5,172 |
| 309 | 62,800 | 58,972 | 3,828 |
| 310 | 61,882 | 62,822 | (939) |
| 311 | 51,522 | 47,675 | 3,848 |
| 401 | 76,284 | 71,586 | 4,698 |
| 402 | 79,656 | 74,750 | 4,906 |
| 403 | 75,318 | 70,492 | 4,827 |
| 404 | 79,345 | 47,420 | 31,925 |
| 405 | 74,287 | 40,056 | 34,230 |
| 406 | 68,515 | 72,441 | (3,926) |
| 407 | 72,912 | 65,296 | 7,617 |
| 408 | 94,846 | 76,899 | 17,947 |
| 409 | 46,372 | 41,959 | 4,414 |
| 410 | 67,952 | 63,598 | 4,354 |
| 411 | 53,629 | 50,192 | 3,437 |
| 501 | 74,238 | 41,464 | 32,774 |
| 502 | 66,759 | 41,652 | 25,108 |
| 503 | 74,376 | 7,061 | 67,315 |
| 504 | 76,256 | 71,560 | 4,696 |
| 505 | 77,562 | 41,578 | 35,984 |
| 506 | 64,784 | 60,834 | 3,949 |
| 507 | 65,588 | 44,871 | 20,717 |
| 508 | 99,523 | 50,542 | 48,981 |
| 509 | 55,412 | 39,607 | 15,805 |
| 510 | 73,512 | 69,076 | 4,435 |
| 511 | 60,859 | 47,866 | 12,993 |
| 601 | 68,985 | 64,478 | 4,507 |
| 602 | 81,356 | 44,783 | 36,573 |
| 603 | 79,656 | 71,286 | 8,371 |
| 604 | 78,768 | 21,710 | 57,058 |
| 605 | 79,826 | 50,106 | 29,721 |
| 606 | 75,207 | 69,058 | 6,148 |
| 607 | 81,735 | 76,702 | 5,034 |
| 608 | 98,308 | 25,612 | 72,697 |
| 609 | 44,262 | 31,637 | 12,625 |
| 610 | 76,585 | 71,534 | 5,051 |
| 611 | 59,511 | 61,908 | (2,397) |
| 701 | 78,544 | 72,679 | 5,865 |
| 702 | 86,237 | 18,270 | 67,966 |
| 703 | 69,099 | 14,365 | 54,734 |
| 704 | 78,720 | 65,564 | 13,157 |
| 705 | 78,712 | 65,557 | 13,155 |
| 706 | 65,751 | 15,542 | 50,209 |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

One Place Condominium LLC, et al v Travelers Property Casualty Company of America                Schedule 2

Economic Lossess Associated with Increased Project Financing Associated with Condo Sales

| Condo Unit | Pre-Sold Financing (Sch. 3) | Actual Financing (Sch. 4) | Economic Damage |
|---|---|---|---|
| 707 | 69,147 | 73,326 | (4,179) |
| 708 | 89,211 | 83,717 | 5,494 |
| 709 | 60,433 | 56,591 | 3,842 |
| 710 | - | - | - |
| 711 | 57,055 | 10,283 | 46,772 |
| 801 | 78,082 | 26,278 | 51,804 |
| 802 | 72,749 | 66,367 | 6,382 |
| 803 | 66,269 | 21,589 | 44,680 |
| 804 | 75,129 | 69,004 | 6,124 |
| 805 | - | - | - |
| 806 | 77,352 | 70,086 | 7,266 |
| 807 | - | - | - |
| 808 | 89,907 | 15,041 | 74,866 |
| 809 | 63,965 | 6,560 | 57,405 |
| 810 | - | - | - |
| 811 | 64,138 | 8,276 | 55,862 |
| 901 | 88,119 | 12,963 | 75,156 |
| 902 | 75,929 | 15,120 | 60,809 |
| 903 | - | - | - |
| 904 | - | - | - |
| 905 | - | - | - |
| 906 | - | - | - |
| 907 | 74,478 | 16,730 | 57,748 |
| 908 | 93,313 | 78,623 | 14,689 |
| 909 | 58,908 | 45,956 | 12,952 |
| 910 | - | - | - |
| 911 | 58,807 | 10,218 | 48,589 |
| 1001 | 82,839 | 10,634 | 72,204 |
| 1002 | - | - | - |
| 1003 | 84,648 | 71,898 | 12,750 |
| 1004 | 76,054 | 12,855 | 63,199 |
| 1005 | - | - | - |
| 1006 | - | - | - |
| 1007 | 87,216 | 15,057 | 72,160 |
| 1008 | 101,529 | 13,738 | 87,791 |
| 1009 | 65,350 | 5,946 | 59,404 |
| 1010 | 88,352 | 72,348 | 16,004 |
| 1011 | 65,152 | 8,891 | 56,261 |
| 1012 | 98,586 | 9,960 | 88,627 |
| 1013 | - | - | - |
| 1014 | - | - | - |
| 1015 | - | - | - |
| 1016 | 78,286 | 32,786 | 45,500 |
| 1017 | 90,372 | 10,229 | 80,143 |
| 1018 | 101,880 | 87,847 | 14,034 |
| 1019 | 96,556 | - | 96,556 |

Total                                                              $        2,324,099

CONFIDENTIAL - ATTORNEY'S EYES ONLY

One Place Condominium LLC, et al  v  Travelers Property Casualty Company of America

Pre-Sold Condo Sales Analysis

Schedule 3

| | | | | Pre-Sold Condo Sales Information (Note 1) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Condo Unit | Unit Selling Price | Upgrade Cost | Parking | Pre-Sold Sales Price | Date of the Pre-Sold Agreement | Estimated Pre-Sold Agreement Closing Date | Assumed Pre-Sold Closing Date | Actual Sales Price (Sch. 4) | Gross Loss on Price (Note 2) | Economic Loss on Price (Note 3) | Republic Loan Payoff (Sch. 4) | Loan Principal Reduction (Note 4) | Days between Assumed Pre-Sold Closing and 5/1/2013 | Financing (Note 5) |
| 301 | 238,025 | 12,950 | 35,000 | 285,975 | 05/19/08 | June 2008 | 6/20/2008 | 285,975 | | | 271,140 | $ 271,140 | 1,776 | $ 72,652 |
| 302 | 252,000 | 12,000 | 35,000 | 299,000 | 10/20/05 | October 2007 | 6/20/2008 | 225,000 | 74,000 | 68,087 | 210,652 | 278,739 | 1,776 | $ 74,688 |
| 303 | 249,000 | 10,500 | 35,000 | 294,500 | 10/23/05 | October 2007 | 6/20/2008 | 225,000 | 69,500 | 63,946 | 216,450 | 280,396 | 1,776 | $ 75,132 |
| 304 | 249,000 | 12,250 | 35,000 | 296,250 | 9/26/05 | October 2007 | 6/20/2008 | 296,250 | | | 264,120 | 264,120 | 1,776 | $ 70,771 |
| 305 | 249,000 | | 35,000 | 284,000 | 1/10/06 | October 2007 | 6/20/2008 | 284,000 | | | 264,120 | 264,120 | 1,776 | $ 70,771 |
| 306 | 239,000 | 5,900 | 35,000 | 279,900 | 9/29/05 | October 2007 | 6/20/2008 | 279,900 | | | 265,317 | 265,317 | 1,776 | $ 71,091 |
| 307 | 249,000 | 3,000 | 35,000 | 287,000 | 12/13/05 | October 2007 | 6/20/2008 | 259,000 | 28,000 | 25,763 | 242,604 | 268,367 | 1,776 | $ 71,909 |
| 308 | 299,000 | 900 | 35,000 | 334,900 | 10/1/05 | October 2007 | 6/20/2008 | 334,900 | | | 323,269 | 323,269 | 1,776 | $ 86,620 |
| 309 | 209,000 | | 35,000 | 244,000 | 3/22/07 | July 2008 | 6/20/2008 | 244,000 | | | 234,374 | 234,374 | 1,776 | $ 62,800 |
| 310 | 243,000 | 4,850 | | 247,850 | 10/24/05 | October 2007 | 6/20/2008 | 293,000 | (45,150) | (41,542) | 272,490 | 230,948 | 1,776 | $ 61,882 |
| 311 | 199,000 | 1,600 | | 200,600 | 11/5/05 | October 2007 | 6/20/2008 | 200,600 | | | 192,283 | 192,283 | 1,776 | $ 51,522 |
| 401 | 259,000 | 7,500 | 35,000 | 301,500 | 10/30/05 | October 2007 | 6/20/2008 | 301,500 | | | 284,695 | 284,695 | 1,776 | $ 76,284 |
| 402 | 272,000 | 7,400 | 35,000 | 314,400 | 9/29/05 | October 2007 | 6/20/2008 | 314,400 | | | 297,279 | 297,279 | 1,776 | $ 79,656 |
| 403 | 255,000 | 900 | 35,000 | 290,900 | 10/17/05 | October 2007 | 6/20/2008 | 290,900 | | | 281,092 | 281,092 | 1,776 | $ 75,318 |
| 404 | 268,000 | | 35,000 | 303,000 | 9/28/05 | October 2007 | 6/20/2008 | 258,000 | 45,000 | 41,404 | 254,716 | 296,120 | 1,776 | $ 79,345 |
| 405 | 259,000 | 4,200 | 35,000 | 298,200 | 1/24/06 rev | October 2007 | 6/20/2008 | 252,500 | 45,700 | 42,048 | 235,193 | 277,241 | 1,776 | $ 74,287 |
| 406 | 259,000 | 3,400 | | 262,400 | 12/17/05 | October 2007 | 6/20/2008 | 297,400 | (35,000) | (32,203) | 287,903 | 255,700 | 1,776 | $ 68,515 |
| 407 | 246,000 | | 35,000 | 281,000 | 10/10/05 | October 2007 | 6/20/2008 | 281,000 | | | 272,112 | 272,112 | 1,776 | $ 72,912 |
| 408 | 340,000 | 4,400 | 35,000 | 379,400 | 10/21/05 | October 2007 | 6/20/2008 | 379,400 | | | 353,969 | 353,969 | 1,776 | $ 94,846 |
| 409 | 179,000 | | | 179,000 | 11/14/05 | October 2007 | 6/20/2008 | 179,000 | | | 173,064 | 173,064 | 1,776 | $ 46,372 |
| 410 | 259,000 | | | 259,000 | 12/16/05 | October 2007 | 6/20/2008 | 259,000 | | | 253,601 | 253,601 | 1,776 | $ 67,952 |
| 411 | 209,000 | | | 209,000 | 1/7/06 | October 2007 | 6/20/2008 | 209,000 | | | 200,146 | 200,146 | 1,776 | $ 53,629 |
| 501 | 266,000 | | 35,000 | 301,000 | 1/18/06 | October 2007 | 6/20/2008 | 280,000 | 21,000 | 19,322 | 257,741 | 277,063 | 1,776 | $ 74,239 |
| 502 | 264,000 | | | 264,000 | 1/15/06 | October 2007 | 6/20/2008 | 253,500 | 10,500 | 9,661 | 239,487 | 249,148 | 1,776 | $ 66,759 |
| 503 | 261,000 | 9,150 | 35,000 | 305,150 | 1/10/06 | October 2007 | 6/20/2008 | 237,500 | 67,650 | 62,244 | 215,330 | 277,574 | 1,776 | $ 74,376 |
| 504 | 259,000 | 8,000 | 35,000 | 302,000 | 11/15/05 | October 2007 | 6/20/2008 | 302,000 | | | 284,593 | 284,593 | 1,776 | $ 76,256 |
| 505 | 264,000 | 8,300 | 35,000 | 307,300 | 1/9/06 | October 2007 | 6/20/2008 | 272,000 | 35,300 | 32,479 | 256,988 | 289,467 | 1,776 | $ 77,562 |
| 506 | 258,000 | | | 258,000 | 1/10/06 | October 2007 | 6/20/2008 | 258,000 | | | 241,776 | 241,776 | 1,776 | $ 64,784 |
| 507 | 259,000 | 4,850 | | 263,850 | 11/21/05 | October 2007 | 6/20/2008 | 270,000 | (6,150) | (5,659) | 250,436 | 244,777 | 1,776 | $ 65,588 |
| 508 | 360,000 | 1,800 | 35,000 | 396,800 | 1/5/06 | October 2007 | 6/20/2008 | 315,000 | 81,800 | 75,264 | 296,162 | 371,426 | 1,776 | $ 99,523 |
| 509 | 184,000 | 2,700 | 35,000 | 221,700 | 10/2/05 | October 2007 | 6/20/2008 | 175,000 | 46,700 | 42,968 | 163,833 | 206,801 | 1,776 | $ 55,412 |
| 510 | 260,000 | 13,200 | 35,000 | 308,200 | 10/2/05 | October 2007 | 6/20/2008 | 308,200 | | | 274,350 | 274,350 | 1,776 | $ 73,512 |
| 511 | 204,850 | 4,700 | 35,000 | 244,550 | 10/3/05 | October 2007 | 6/20/2008 | 214,000 | 30,550 | 28,109 | 199,020 | 227,129 | 1,776 | $ 60,859 |
| 601 | 266,000 | 21,850 | | 287,850 | 10/2/05 | October 2007 | 6/20/2008 | 287,850 | | | 257,456 | 257,456 | 1,776 | $ 68,985 |
| 602 | 272,000 | | 35,000 | 307,000 | 2/1/06 rev | October 2007 | 6/20/2008 | 295,000 | 12,000 | 11,041 | 292,584 | 303,625 | 1,776 | $ 81,356 |
| 603 | 272,000 | 8,400 | 35,000 | 315,400 | 10/31/05 | October 2007 | 6/20/2008 | 315,400 | | | 297,282 | 297,282 | 1,776 | $ 79,656 |
| 604 | 268,000 | 15,400 | 35,000 | 318,400 | 10/17/05 | October 2007 | 6/20/2008 | 245,000 | 73,400 | 67,535 | 226,432 | 293,967 | 1,776 | $ 78,768 |
| 605 | 268,000 | 16,800 | 35,000 | 319,800 | 10/14/05 | October 2007 | 6/20/2008 | 268,000 | 51,800 | 47,661 | 250,255 | 297,916 | 1,776 | $ 79,826 |
| 606 | 263,000 | 900 | 35,000 | 298,900 | 10/20/05 | October 2007 | 6/20/2008 | 298,000 | 900 | 828 | 279,846 | 280,674 | 1,776 | $ 75,207 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Schedule 3

One Place Condominium LLC, et al v Travelers Property Casualty Company of America

Pre-Sold Condo Sales Analysis

**Pre-Sold Condo Sales Information (Note 1)**

| Condo Unit | Unit Selling Price | Upgrade Cost | Parking | Pre-Sold Sales Price | Date of the Pre-Sold Agreement | Estimated Pre-Sold Agreement Closing Date | Assumed Pre-Sold Closing Date | Actual Sales Price (Sch. 4) | Gross Loss on Price (Note 2) | Economic Loss on Price (Note 3) | Republic Loan Payoff (Sch. 4) | Loan Principal Reduction (Note 4) | Days between Assumed Pre-Sold Closing and 5/1/2013 | Financing (Note 5) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 607 | 258,000 | 14,100 | 70,000 | 342,100 | 9/28/05 | October 2007 | 6/20/2008 | 342,100 | - | - | 305,040 | 305,040 | 1,776 | $ 81,735 |
| 608 | 360,000 | - | 35,000 | 395,000 | 10/10/05 | October 2007 | 6/20/2008 | 270,000 | 125,000 | 115,012 | 251,880 | 366,892 | 1,776 | $ 98,308 |
| 609 | 176,000 | 900 | - | 176,900 | 9/30/05 | October 2007 | 6/20/2008 | 211,000 | (34,100) | (31,375) | 196,563 | 165,188 | 1,776 | $ 44,262 |
| 610 | 268,000 | 15,000 | 35,000 | 318,000 | 10/19/05 | October 2007 | 6/20/2008 | 318,000 | - | - | 285,821 | 285,821 | 1,776 | $ 76,585 |
| 611 | 227,000 | 1,200 | - | 228,200 | 10/21/05 | October 2007 | 6/20/2008 | 263,200 | (35,000) | (32,203) | 254,300 | 222,097 | 1,776 | $ 59,511 |
| 701 | 268,000 | 1,600 | 35,000 | 304,600 | 9/28/05 | October 2007 | 6/20/2008 | 304,600 | - | - | 293,130 | 293,130 | 1,776 | $ 78,544 |
| 702 | 274,000 | 36,250 | 35,000 | 345,250 | 10/20/05 | October 2007 | 6/20/2008 | 240,000 | 105,250 | 96,840 | 225,000 | 321,840 | 1,776 | $ 86,237 |
| 703 | 278,000 | - | - | 278,000 | 2/15/06 | October 2007 | 6/20/2008 | 224,000 | 54,000 | 49,685 | 208,196 | 257,881 | 1,776 | $ 69,099 |
| 704 | 278,000 | - | 35,000 | 313,000 | 1/31/06 | October 2007 | 6/20/2008 | 313,000 | - | - | 293,788 | 293,788 | 1,776 | $ 78,720 |
| 705 | 278,000 | 6,250 | 35,000 | 319,250 | 1/31/06 | October 2007 | 6/20/2008 | 319,250 | - | - | 293,759 | 293,759 | 1,776 | $ 78,712 |
| 706 | 268,000 | - | - | 268,000 | 1/10/06 | October 2007 | 6/20/2008 | 222,500 | 45,500 | 41,864 | 203,522 | 245,386 | 1,776 | $ 65,751 |
| 707 | 264,000 | 3,800 | - | 267,800 | 10/25/05 | October 2007 | 6/20/2008 | 302,800 | (35,000) | (32,203) | 290,263 | 258,060 | 1,776 | $ 69,147 |
| 708 | 323,000 | 12,200 | 35,000 | 370,200 | 10/11/05 | October 2007 | 6/20/2008 | 370,200 | - | - | 332,940 | 332,940 | 1,776 | $ 89,211 |
| 709 | 207,000 | 5,200 | 35,000 | 247,200 | 12/17/05 | October 2007 | 6/20/2008 | 246,680 | 520 | 478 | 225,060 | 225,538 | 1,776 | $ 60,433 |
| 710 | | | | | | | | | | | | | | |
| 711 | 229,000 | 5,300 | - | 234,300 | 2/8/06 rev | October 2007 | 6/20/2008 | 190,000 | 44,300 | 40,760 | 172,172 | 212,932 | 1,776 | $ 57,055 |
| 801 | 280,000 | - | 35,000 | 315,000 | 2/7/06 | October 2007 | 6/20/2008 | 250,000 | 65,000 | 59,806 | 231,599 | 291,405 | 1,776 | $ 78,082 |
| 802 | 280,000 | 1,200 | - | 281,200 | 1/15/06 | October 2007 | 6/20/2008 | 281,200 | - | - | 271,504 | 271,504 | 1,776 | $ 72,749 |
| 803 | 282,000 | - | - | 282,000 | 1/24/06 | October 2007 | 6/20/2008 | 260,000 | 22,000 | 20,242 | 227,077 | 247,319 | 1,776 | $ 66,269 |
| 804 | 285,000 | 3,500 | - | 288,500 | 7/15/06 | October 2007 | 6/20/2008 | 288,500 | - | - | 280,384 | 280,384 | 1,776 | $ 75,129 |
| 805 | | | | | | | | | | | | | | |
| 806 | 272,000 | 1,800 | 35,000 | 308,800 | 1/9/06 | October 2007 | 6/20/2008 | 308,800 | - | - | 288,683 | 288,683 | 1,776 | $ 77,352 |
| 807 | | | | | | | | | | | | | | |
| 808 | 326,000 | - | 35,000 | 361,000 | 9/28/05 | October 2007 | 6/20/2008 | 305,000 | 56,000 | 51,525 | 284,013 | 335,538 | 1,776 | $ 89,907 |
| 809 | 209,000 | 13,250 | 35,000 | 257,250 | 11/17/05 | October 2007 | 6/20/2008 | 175,000 | 82,250 | 75,678 | 163,042 | 238,720 | 1,776 | $ 63,965 |
| 810 | | | | | | | | | | | | | | |
| 811 | 220,000 | 3,000 | 35,000 | 258,000 | 10/5/05 | October 2007 | 6/20/2008 | 200,000 | 58,000 | 53,365 | 186,000 | 239,365 | 1,776 | $ 64,138 |
| 901 | 310,000 | 5,600 | 37,500 | 353,100 | 1/29/08 | March 2008 | 6/20/2008 | 245,000 | 108,100 | 99,462 | 229,403 | 328,865 | 1,776 | $ 88,119 |
| 902 | 280,000 | 900 | 35,000 | 315,900 | 10/2/05 | October 2007 | 6/20/2008 | 220,000 | 95,900 | 88,237 | 195,135 | 283,372 | 1,776 | $ 75,929 |
| 903 | | | | | | | | | | | | | | |
| 904 | | | | | | | | | | | | | | |
| 905 | | | | | | | | | | | | | | |
| 906 | | | | | | | | | | | | | | |
| 907 | 285,000 | 14,200 | - | 299,200 | 9/26/05 | October 2007 | 6/20/2008 | 245,000 | 54,200 | 49,869 | 228,087 | 277,956 | 1,776 | $ 74,478 |
| 908 | 331,000 | 6,500 | 35,000 | 372,500 | 10/12/05 | October 2007 | 6/20/2008 | 345,000 | 27,500 | 25,303 | 322,945 | 348,248 | 1,776 | $ 93,313 |
| 909 | 191,000 | 9,750 | 35,000 | 235,750 | 9/28/05 | October 2007 | 6/20/2008 | 202,000 | 33,750 | 31,053 | 188,796 | 219,849 | 1,776 | $ 58,908 |
| 910 | | | | | | | | | | | | | | |
| 911 | 235,000 | 3,500 | - | 238,500 | 1/27/06 | October 2007 | 6/20/2008 | 210,000 | 28,500 | 26,223 | 193,247 | 219,470 | 1,776 | $ 58,807 |
| 1001 | 290,000 | 7,800 | 35,000 | 332,800 | 10/30/05 | October 2007 | 6/20/2008 | 266,500 | 66,300 | 61,002 | 248,156 | 309,158 | 1,776 | $ 82,839 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Schedule 3

One Place Condominium LLC, et al v. Travelers Property Casualty Company of America
Pre-Sold Condo Sales Analysis

| | | | | Pre-Sold Condo Sales Information (Note 1) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Condo Unit | Unit Selling Price | Upgrade Cost | Parking | Pre-Sold Sales Price | Date of the Pre-Sold Agreement | Estimated Pre-Sold Agreement Closing Date | Assumed Pre-Sold Closing Date | Actual Sales Price (Sch. 4) | Gross Loss on Price (Note 2) | Economic Loss on Price (Note 3) | Republic Loan Payoff (Sch. 4) | Loan Principal Reduction (Note 4) | Days between Assumed Pre-Sold Closing and 5/1/2013 | Financing (Note 5) |
| 1002 | | | | | | | | | | | | | | |
| 1003 | 299,000 | - | 35,000 | 334,000 | 2/20/06 | October 2007 | 6/20/2008 | 334,000 | - | - | 315,911 | 315,911 | 1,776 | $ 84,648 |
| 1004 | 289,000 | 16,000 | - | 305,000 | 11/9/05 rev | October 2007 | 6/20/2008 | 260,000 | 45,000 | 41,404 | 242,435 | 283,839 | 1,776 | $ 76,054 |
| 1005 | | | | | | | | | | | | | | |
| 1006 | | | | | | | | | | | | | | |
| 1007 | 280,000v | 24,100 | 55,000 | 359,100 | 10/14/05 | October 2007 | 6/20/2008 | 254,000 | 105,100 | 96,702 | 228,794 | 325,496 | 1,776 | $ 87,216 |
| 1008 | 355,000 | 12,200 | 35,000 | 402,200 | 11/3/05 | October 2007 | 6/20/2008 | 402,200 | - | - | 378,913 | 378,913 | 1,776 | $ 101,529 |
| 1009 | 218,000 | 10,350 | 35,000 | 263,350 | 1/21/06 | October 2007 | 6/20/2008 | 176,500 | 86,850 | 79,910 | 163,978 | 243,888 | 1,776 | $ 65,350 |
| 1010 | 285,000 | 30,400 | 55,000 | 370,400 | 10/2/05 | October 2007 | 6/20/2008 | 370,400 | - | - | 329,734 | 329,734 | 1,776 | $ 88,352 |
| 1011 | 220,450 | 10,350 | 35,000 | 265,800 | 9/30/05 | October 2007 | 6/20/2008 | 212,850 | 52,950 | 48,719 | 194,432 | 243,151 | 1,776 | $ 65,152 |
| 1012 | 363,000 | 3,500 | 37,500 | 404,000 | 1/19/06 | October 2007 | 6/20/2008 | 309,000 | 95,000 | 87,409 | 280,520 | 367,929 | 1,776 | $ 98,586 |
| 1013 | | | | | | | | | | | | | | |
| 1014 | | | | | | | | | | | | | | |
| 1015 | | | | | | | | | | | | | | |
| 1016 | 272,000 | 4,650 | 35,000 | 311,650 | 12/7/05 | October 2007 | 6/20/2008 | 302,500 | 9,150 | 8,419 | 283,750 | 292,169 | 1,776 | $ 78,286 |
| 1017 | 355,000 | 3,000 | - | 358,000 | 1/13/06 | October 2007 | 6/20/2008 | 358,000 | - | - | 337,272 | 337,272 | 1,776 | $ 90,372 |
| 1018 | 339,000 | 10,050 | 55,000 | 404,050 | 11/1/05 | October 2007 | 6/20/2008 | 404,050 | - | - | 380,223 | 380,223 | 1,776 | $ 101,880 |
| 1019 | 335,000 | 12,500 | 35,000 | 382,500 | 2/17/06 | October 2007 | 6/20/2008 | 382,500 | - | - | 360,353 | 360,353 | 1,776 | $ 96,556 |

Total

$ 1,812,142

Notes:

1  Pre-Sold contract documentation
2  Pre-Sold Sales Price less Actual Price
3  Gross Loss on Price less incremental closing cost % of
   7.99% - from Schedule D, sum of Average Settlement Charges % and Sales Commissions %.
4  Loan Principal Reduction = Economic Loss on Price + Republic Loan Payoff
5  Daily rate, $i = (1 + \text{Annual rate})^{1/365} - 1 = 0.01337\%$ , with Annual Rate = 5%
   Financing is calculated as Loan Principal Reduction $\times ((1 + \text{Daily Rate})^{Days} - 1)$

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Schedule 4

One Place Condominium LLC, et al v. Travelers Property Casualty Company of America

Actual Condo Sales Analysis

| Condo Unit | Unit Selling Price | Upgrade Cost | Parking | Total | Note | Repaid Loan Payoff | Closing Date | Date Default Letter Received | Estimated Balance | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | Financing (Note) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Escrow (5,6,6) | | Rental Net Income (Cols. 8) | | | | | | |
| 301 | 238,025 | 12,950 | 35,000 | 285,975 | | 271,139.50 | 9/22/2008 | | | | | | | | | 68,358.89 |
| 302 | | | | 225,000 | | 210,651.50 | 8/27/2009 | | 29,753.51 | | | | | | | 48,558.85 |
| 303 | | | | 225,000 | | 216,449.50 | 9/10/2009 | 10/31/2008 | 14,745.80 | 505 | 1,143 | | | | | 46,073.21 |
| 304 | 249,000 | 12,250 | 35,000 | 296,250 | | 264,120.00 | 9/25/2008 | | | | | | | | | 66,455.57 |
| 305 | 249,000 | | 35,000 | 284,000 | | 264,120.00 | 9/25/2008 | | | | | | | | | 86,455.57 |
| 306 | 239,000 | 5,900 | 35,000 | 279,900 | | 265,316.50 | 9/25/2008 | | | | | | | | | 66,757.62 |
| 307 | | | | 259,000 | | 242,604.00 | 9/10/2009 | 10/31/2008 | 14,478.45 | | | | | | | 50,739.87 |
| 308 | 299,000 | 900 | 35,000 | 334,900 | | 323,269.00 | 9/23/2008 | | | | | | | | | 81,447.53 |
| 309 | 209,000 | | 35,000 | 244,000 | | 234,374.24 | 9/25/2008 | | | | | | | | | 58,972.09 |
| 310 | | | | 193,000 | | 272,490.00 | 1/30/2009 | | | | | | | | | 52,821.64 |
| 311 | 199,000 | 1,600 | | 200,600 | | 192,283.05 | 10/17/2008 | | | | | | | | | 67,574.55 |
| 401 | 259,000 | 7,500 | 35,000 | 301,500 | | 286,694.75 | 9/26/2008 | | | | | | | | | 71,585.86 |
| 402 | 272,000 | 7,400 | 35,000 | 314,400 | | 297,279.47 | 9/26/2008 | | | | | | | | | 74,750.25 |
| 403 | 255,000 | 900 | 35,000 | 290,900 | | 281,092.00 | 9/30/2008 | | | | | | | | | 70,491.93 |
| 404 | | | | 258,000 | | 254,735.95 | 10/29/2009 | | | (144) | (360) | | | | | 47,419.92 |
| 405 | | | | 252,500 | | 235,193.35 | 5/6/2010 | 10/31/2008 | 15,294.84 | (580) | (1,740) | (725) | | | | 40,056.46 |
| 406 | 253,000 | 3,490 | 35,000 | 297,420 | | 287,902.75 | 9/25/2008 | | | 1,936 | 5,808 | 4,356 | | | | 72,440.66 |
| 407 | 246,000 | | 35,000 | 281,000 | | 272,112.00 | 12/4/2008 | | | 1,940 | 5,820 | 2,910 | | | | 66,295.53 |
| 408 | 340,000 | 4,400 | 35,000 | 379,400 | | 553,968.75 | 4/29/2009 | | | 940 | 940 | | | | | 76,888.52 |
| 409 | 179,000 | | | 179,000 | | 173,063.75 | 11/19/2008 | | | (200) | (600) | (605) | (605) | (600) | | 43,958.78 |
| 410 | 259,000 | | | 259,000 | | 253,603.00 | 9/30/2008 | | | | | | | | | 63,597.75 |
| 411 | 209,000 | | | 209,000 | | 200,146.00 | 9/30/2008 | | | | | | | | | 58,192.37 |
| 501 | | | | 280,000 | | 257,741.16 | 9/14/2010 | 10/31/2008 | 15,542.18 | 1,936 | 5,808 | 4,008 | | | | 41,664.59 |
| 502 | | | | 258,500 | | 239,486.97 | 6/14/2010 | 11/20/2008 | 13,621.80 | 2,004 | 6,012 | | | | | 41,651.51 |
| 503 | | | | 237,500 | | 215,338.31 | 12/11/2012 | 10/31/2008 | 13,479.97 | (200) | (600) | (605) | (605) | (600) | | 7,060.92 |
| 504 | 259,000 | 8,000 | 35,000 | 302,000 | | 284,592.50 | 9/26/2008 | | | 1,964 | 5,892 | 1,964 | | | | 71,560.14 |
| 505 | | | | 272,000 | | 256,987.50 | 8/26/2010 | 4/7/2009 | 14,950.00 | | | | | | | 41,578.13 |
| 506 | 258,000 | | | 258,000 | | 241,775.60 | 9/25/2008 | | | | | | | | | 60,854.38 |
| 507 | | | | 270,000 | | 250,436.45 | 4/30/2010 | 10/31/2008 | 13,401.34 | 1,964 | 5,892 | 1,964 | | | | 44,870.58 |
| 508 | | | | 315,000 | | 296,107.00 | 5/27/2010 | 12/10/2008 | 20,651.14 | | | | | | | 59,542.11 |
| 509 | | | | 175,000 | | 163,832.69 | 2/27/2009 | 7/17/2009 | 13,178.29 | | | | | | | 39,607.49 |
| 510 | 260,000 | 13,200 | 35,000 | 308,200 | | 274,350.00 | 9/24/2008 | | | | | | | | | 69,076.49 |
| 511 | | | 900 | 298,000 | | 193,008.00 | 10/24/2008 | 1/14/2009 | 12,425.49 | | | | | | | 47,865.88 |
| 601 | 266,000 | 21,850 | | 287,850 | | 257,455.50 | 10/2/2008 | | | | | | | | | 64,478.10 |
| 602 | | | | 295,000 | | 292,584.00 | 7/30/2010 | | | 2,336 | 7,008 | 4,088 | | | | 44,783.32 |
| 603 | 272,000 | 8,400 | 35,000 | 315,400 | | 297,281.75 | 12/5/2008 | 11/7/2008 | 15,155.09 | 2,096 | 6,288 | 6,288 | (5,260) | | | 71,700.28 |
| 604 | | | | 245,000 | | 226,431.77 | 12/16/2011 | | | 748 | 2,057 | | | | | 50,105.58 |
| 605 | | | 900 | 268,000 | | 250,254.50 | 11/25/2009 | 10/31/2008 | 15,688.81 | | | | | | | 69,058.40 |
| 606 | | 900 | | 298,000 | | 279,844.34 | 10/24/2008 | | | | | | | | | 69,058.40 |
| 607 | 258,000 | 14,100 | 70,000 | 342,100 | | 305,049.00 | 9/26/2008 | | | 4,784 | 14,232 | 14,232 | 14,232 | 14,232 | | 76,703.62 |
| 608 | | | | 273,000 | | 251,879.87 | 9/27/2012 | 11/7/2008 | 40,769.39 | 1,516 | 4,548 | 3,790 | | | | 25,611.60 |
| 609 | 175,000 | | | 215,000 | | 190,563.21 | 10/29/2010 | 4/7/2009 | 17,600.00 | | | | | | | 31,627.00 |
| 610 | 268,000 | 15,000 | 35,000 | 318,000 | | 285,820.50 | 10/3/2008 | | | | | | | | | 71,524.39 |
| 611 | 227,000 | 1,200 | 35,000 | 263,200 | | 254,300.30 | 11/13/2008 | | | | | | | | | 61,997.85 |
| 701 | 288,000 | 1,600 | 35,000 | 309,600 | | 293,130.48 | 10/17/2008 | | | 3,044 | 9,132 | 9,332 | 7,931 | 8,371 | | 72,578.69 |
| 702 | | | | 240,000 | | 225,000.00 | 11/9/2012 | 11/3/2008 | 32,074.33 | 2,752 | 8,256 | 8,256 | 9,872 | 6,192 | | 16,270.42 |
| 703 | | | | 214,000 | | 208,195.65 | 9/14/2012 | 10/31/2008 | 14,346.95 | | | | | | | 14,258.85 |
| 704 | 278,000 | | 35,000 | 313,000 | | 293,788.00 | 3/16/2009 | | | | | | | | | 65,563.73 |
| 705 | 278,000 | 6,250 | 35,000 | 319,250 | | 293,758.75 | 3/16/2009 | | | | | | | | | 55,557.00 |
| 706 | | 900 | | 222,500 | | 203,521.86 | 4/6/2012 | 10/31/2008 | 33,863.81 | 1,076 | 3,228 | 3,228 | (2,444) | 1,076 | | 15,541.69 |
| 707 | 254,000 | 3,800 | 35,000 | 292,800 | | 290,263.00 | 9/19/2008 | | | | | | | | | 73,326.03 |
| 708 | 323,000 | 12,200 | 35,000 | 370,200 | | 312,340.00 | 9/24/2008 | | | | | | | | | 83,717.01 |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

One Place Condominium LLC, et al v. Travelers Property Casualty Company of America

Actual Condo Sales Analysis

Schedule 4

| Condo Unit | Unit Selling Price | Upgrade Cost | Parking | Total | Closing Date | Note | Republic Loan Payoff | Date Default Letter Received | Estimated Balance | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | Financing (Note 3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Escrow (Sch. 6) | | | | | | | Rental Net Income (Sch. 3) | | | | | | |
| 709 | 410,000 | 5,000 | 35,000 | 440,000 | 5/28/2008 | | 293,460.00 | | | | | | | | | 54,588.87 |
| 711 | | | | 190,000 | 7/13/2012 | | 172,171.98 | 10/21/2008 | 13,873.91 | 460 | 1,380 | 1,380 | (1,395) | 805 | | 10,283.27 |
| 801 | | | | 250,000 | 5/25/2011 | | 231,599.03 | | | 2,656 | 7,968 | 7,968 | (2,000) | | | 26,277.74 |
| 802 | 280,000 | 1,200 | | 281,200 | 11/7/2008 | | 271,503.53 | | 14,100.00 | | | | | | | 66,365.74 |
| 803 | 260,000 | | | 260,000 | 11/17/2011 | | 227,077.02 | 4/7/2009 | 14,100.00 | 1,688 | 5,064 | 5,064 | (4,840) | | | 21,588.87 |
| 804 | 285,000 | 3,500 | | 289,500 | 10/29/2008 | | 280,744.10 | | | | | | | | | 69,004.25 |
| 805 | | | | | | | | | | | | | | | | |
| 806 | 272,000 | 1,800 | 35,000 | 398,800 | 11/17/2008 | | 288,683.15 | | | | | | | | | 70,086.26 |
| 807 | | | | | | | | | | | | | | | | |
| 808 | | | | 305,000 | 1/11/2013 | | 284,012.56 | 11/20/2008 | 37,415.43 | | | | | | | 15,600.78 |
| 809 | | | | 175,000 | 8/23/2012 | | 163,047.34 | 4/7/2009 | 13,200.00 | (836) | (2,508) | (2,508) | (3,403) | (1,403) | 255 | 6,569.13 |
| 810 | | | | | | | | | | | | | | | | |
| 811 | | | | 200,000 | 6/22/2012 | | 186,000.00 | | | 376 | 1,128 | 1,128 | (2,079) | 564 | | 8,775.63 |
| 901 | | | | 245,000 | 8/16/2012 | | 229,403.00 | 2/11/2009 | 19,755.11 | 3,176 | 9,528 | 9,528 | 4,582 | 6,352 | | 12,962.83 |
| 902 | | | | 220,000 | 6/14/2012 | | 195,135.44 | 2/11/2009 | 19,755.11 | 3,500 | 4,500 | 4,500 | (390) | 2,750 | | 15,120.42 |
| 903 | | | | | | | | | | | | | | | | |
| 904 | | | | | | | | | | | | | | | | |
| 905 | | | | | | | | | | | | | | | | |
| 906 | | | | | | | | | | | | | | | | |
| 907 | | | | 245,000 | 5/29/2012 | | 228,087.29 | 4/14/2009 | 12,646.27 | 3,064 | 9,192 | 9,192 | 1,956 | 4,556 | | 16,730.11 |
| 908 | | | | 345,000 | 3/14/2009 | | 322,944.82 | 5/18/2009 | 29,537.00 | | | | | | | 78,623.36 |
| 909 | | | | 420,000 | 5/15/2009 | | 388,786.56 | 11/20/2008 | 23,378.19 | | | | | | | 45,956.17 |
| 910 | | | | | | | | | | | | | | | | |
| 911 | | | | 230,000 | 12/7/2012 | | 193,247.28 | 11/19/2008 | 12,18.61 | 2,008 | 6,024 | 6,024 | 6,024 | 6,024 | | 10,217.62 |
| 1001 | | | | 220,000 | 4/17/2012 | | 245,133.16 | 7/20/2009 | 18,611.94 | 3,131 | 11,994 | 11,994 | 11,994 | 11,994 | 3,001 | 10,638.11 |
| 1002 | | | | | | | | | | | | | | | | |
| 1003 | 299,000 | | 35,000 | 334,000 | 2/12/2009 | | 315,911.33 | | | | | | | | | 71,898.05 |
| 1004 | | | | 360,000 | 1/7/2009 | | 343,434.39 | 2/12/2009 | 21,193.15 | 3,588 | 10,764 | 10,764 | 10,764 | 10,764 | 2,691 | 13,955.52 |
| 1005 | | | | | | | | | | | | | | | | |
| 1006 | | | | | | | | | | | | | | | | |
| 1007 | | | | 254,000 | 10/5/2012 | | 226,782.54 | 4/7/2009 | 13,400.00 | 3,448 | 10,344 | 10,344 | 3,740 | 6,520 | | 15,056.55 |
| 1008 | | | | 402,200 | 5/1/2013 | 2 | 378,912.62 | 1/12/2009 | 20,275.41 | 5,192 | 15,576 | 15,576 | 15,576 | 15,576 | 6,490 | 13,738.02 |
| 1009 | | | | 176,500 | 10/24/2012 | | 163,978.48 | | | 1,100 | 3,300 | 3,300 | 1,870 | 2,750 | | 5,946.24 |
| 1010 | 285,000 | 30,400 | 55,000 | 370,400 | 4/8/2009 | | 329,724.25 | | | | | | | | | 72,347.65 |
| 1011 | | | | 212,850 | 11/26/2012 | | 194,432.00 | | | 2,844 | 8,532 | 8,532 | 7,381 | 7,821 | | 8,891.49 |
| 1012 | | | | 309,000 | 8/13/2012 | | 280,518.89 | | | | | | | | | 9,959.59 |
| 1016 | | | | 392,500 | 2/3/2011 | | 293,746.99 | | | | | | | | | 32,786.01 |
| 1017 | | | | 358,000 | 5/1/2012 | 2 | 337,273.90 | 2/20/2009 | 23,050.84 | 2,880 | 8,640 | 8,640 | 8,640 | 8,640 | 3,690 | 10,229.01 |
| 1018 | 339,000 | 10,050 | 55,000 | 404,050 | 1/27/2009 | | 380,222.87 | | | | | | | | | 87,544.75 |
| 1039 | 315,000 | 27,500 | | 342,500 | 5/1/2013 | 2 | 360,553.25 | | | | | | | | | |
| Total | | | | 22,249,505 | | | 20,799,976 | | 696,817.06 | | | | | | | |

Notes:

1) From HUD Settlement Statements
2) For the pre-sold units which have not closed as of April 2013, an assumed closing date of 5/1/13 @ the Pre-Sold Price was used. Republic Loan Payoff is assumed to be 94.21% of sales price (refer to Schedule 5)
3) Refer to Note 5 on Schedule 3, considering Republic Loan Payoff, Escrow, and Rental Net Income.

CONFIDENTIAL - ATTORNEYS EYES ONLY

| Unit # | Date of Closing | Buyer's Name | Line 401 Total Sales | Line 407 Buyer Prepaid Tax | Line 502 Total Settlement Charges | Settlement Charges as % of Total Sales | Line 504 Republic Loan Payoff | Republic Loan Payoff as % of Total Sales | Line 509 Upgrade Deposit | Line 603 Cash to Seller | Line 700 Total Commissions | Total Commissions as % of Total Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 301 | 9/22/2008 | Oissette | 285,975 | 1,576.42 | 15,116.92 | 5.29% | 271,139.50 | 94.81% | 1,295.00 | 0.00 | 0.00 | 0.00% |
| 304 | 9/25/2008 | Buechner | 296,250 | 1,525.03 | 21,582.78 | 7.29% | 264,120.00 | 89.15% | 1,225.00 | 10,847.25 | 7,100.00 | 2.40% |
| 305 | 9/25/2008 | Chen | 284,000 | 1,525.03 | 19,296.53 | 6.79% | 264,120.00 | 93.00% | 0.00 | 2,108.50 | 7,100.00 | 2.50% |
| 306 | 9/25/2008 | Cerniglia | 279,900 | 1,471.32 | 15,464.82 | 5.53% | 265,316.50 | 94.79% | 590.00 | 0.00 | 4,110.00 | 1.47% |
| 308 | 9/23/2008 | Siegel | 334,900 | 1,830.12 | 13,371.12 | 3.99% | 323,269.00 | 96.53% | 90.00 | 0.00 | 8,350.00 | 2.49% |
| 309 | 9/25/2008 | Alkan | 244,000 | 1,041.74 | 10,667.50 | 4.37% | 234,374.24 | 96.06% | 0.00 | 0.00 | 7,930.00 | 3.25% |
| 311 | 10/17/2008 | Baharopoulous | 200,600 | 716.28 | 8,873.23 | 4.42% | 192,283.05 | 95.85% | 160.00 | 0.00 | 4,975.00 | 2.48% |
| 401 | 9/26/2008 | Asuncion | 301,500 | 1,530.74 | 17,585.99 | 5.83% | 284,694.75 | 94.43% | 750.00 | 0.00 | 7,350.00 | 2.44% |
| 402 | 9/26/2008 | Schultz | 314,400 | 1,541.36 | 17,921.89 | 5.70% | 297,279.47 | 94.55% | 740.00 | 0.00 | 7,675.00 | 2.44% |
| 403 | 9/30/2008 | Kostuch | 290,900 | 1,477.80 | 11,195.80 | 3.85% | 281,092.00 | 96.63% | 90.00 | 0.00 | 7,250.00 | 2.49% |
| 406 | 9/25/2008 | Kattivaman | 297,400 | 1,508.92 | 11,006.17 | 3.70% | 287,902.75 | 96.81% | 0.00 | 0.00 | 3,885.00 | 1.31% |
| 407 | 12/4/2008 | Amegadjie | 281,000 | 1,185.58 | 10,073.58 | 3.58% | 272,112.00 | 96.84% | 0.00 | 0.00 | 7,025.00 | 2.50% |
| 409 | 11/19/2008 | Hauser | 179,000 | 898.26 | 6,834.51 | 3.82% | 173,063.75 | 96.68% | 0.00 | 0.00 | 4,475.00 | 2.50% |
| 410 | 9/30/2008 | Smith | 259,000 | 1,294.35 | 6,693.35 | 2.58% | 253,601.00 | 97.92% | 0.00 | 0.00 | 3,885.00 | 1.50% |
| 411 | 9/30/2008 | Lampignano | 209,000 | 927.44 | 9,781.44 | 4.68% | 200,146.00 | 95.76% | 0.00 | 0.00 | 7,315.00 | 3.50% |
| 504 | 9/26/2008 | Kolodziejcvk | 302,000 | 1,562.63 | 18,170.13 | 6.02% | 284,592.50 | 94.24% | 800 | 0.00 | 7,350.00 | 2.43% |
| 506 | 9/25/2008 | Lleng | 258,000 | 1,342.48 | 17,566.98 | 6.81% | 241,779.60 | 93.71% | 0.00 | 0.00 | 6,450.00 | 2.50% |
| 510 | 9/24/2008 | Albano | 308,200 | 0.00 | 21,241.75 | 6.89% | 274,350.00 | 89.02% | 1,320.00 | 11,288.25 | 7,375.00 | 2.39% |
| 601 | 10/2/2008 | Covington | 287,850 | 1,296.43 | 29,505.93 | 10.25% | 257,455.50 | 89.44% | 2,185.00 | 0.00 | 6,650.00 | 2.31% |
| 603 | 12/5/2008 | Rivo | 315,400 | 996.04 | 18,274.29 | 5.79% | 297,281.75 | 94.26% | 840.00 | 0.00 | 7,675.00 | 2.43% |
| 606 | 10/24/2008 | Herrera | 298,000 | 1,088.88 | 19,152.54 | 6.43% | 279,846.34 | 93.91% | 90.00 | 0.00 | 14,900.00 | 5.00% |
| 607 | 9/26/2008 | Fullman | 342,100 | 1,732.70 | 23,848.95 | 6.97% | 305,040.00 | 89.17% | 1,410.00 | 13,533.75 | 7,677.50 | 2.24% |
| 610 | 10/3/2008 | Levit | 318,000 | 1,459.72 | 32,139.22 | 10.11% | 285,820.50 | 89.88% | 1,500.00 | 0.00 | 7,575.00 | 2.38% |
| 611 | 11/13/2008 | Little | 263,200 | 1,190.56 | 9,970.26 | 3.79% | 254,300.30 | 96.62% | 120.00 | 0.00 | 5,850.00 | 2.22% |
| 701 | 10/17/2008 | Pavlik | 304,600 | 1,240.97 | 12,550.49 | 4.12% | 293,130.48 | 96.23% | 160.00 | 0.00 | 7,575.00 | 2.49% |
| 707 | 9/19/2008 | Lawando | 302,800 | 1,675.40 | 13,832.40 | 4.57% | 290,263.00 | 95.86% | 380.00 | 0.00 | 6,600.00 | 2.18% |
| 708 | 9/26/2008 | McGraw | 370,200 | 1,902.77 | 24,098.52 | 6.51% | 332,940.00 | 89.94% | 1,220.00 | 13,844.25 | 8,950.00 | 2.42% |
| 709 | 9/26/2008 | Carmell | 246,680 | 1,137.40 | 15,974.15 | 6.48% | 225,060.00 | 91.24% | 0.00 | 6,783.25 | 8,470.00 | 3.43% |
| 802 | 11/7/2008 | Lalani | 281,000 | 917.26 | 10,493.73 | 3.73% | 271,503.53 | 96.55% | 120.00 | 0.00 | 4,200.00 | 1.49% |
| 806 | 10/28/2008 | Bhagwaker | 288,500 | 961.64 | 8,032.34 | 2.78% | 280,384.30 | 97.19% | 350.00 | 0.00 | 1,600.00 | 0.55% |
| 806 | 11/17/2008 | So | 308,800 | 739.73 | 20,676.58 | 6.70% | 288,683.15 | 93.49% | 180.00 | 0.00 | 12,280.00 | 3.98% |
| 807 | 10/22/2008 | Grochocinski | 295,000 | 1,030.97 | 17,216.33 | 5.84% | 274,350.00 | 93.00% | 0.00 | -535.36 | 13,900.00 | 4.71% |
| 903 | 9/19/2008 | Sanankoua | 360,000 | 1,766.72 | 21,960.22 | 6.10% | 339,806.50 | 94.39% | 0.00 | 0.00 | 18,000.00 | 5.00% |
| 1014 | 12/31/2008 | Bruno | 401,500 | 20.27 | 18,175.52 | 4.53% | 382,094.75 | 95.17% | 1,250.00 | 0.00 | 9,675.00 | 2.41% |
| Total | | | 9,909,855 | 42,113 | 548,346 | | 9,323,192 | | 16,865 | 57,870 | 251,178 | |
| Average | | | | | | 5.47% | | 94.21% | | | | 2.52% |

Source: HUD Settlement Statements

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Sch. 5 - page 1 of 1

One Place Condominium LLC, et al v Travelers Property Casualty Company of America

Schedule 6

Escrow Defaults

| Units | Default Letter | Estimated Balance | Note |
|---|---|---|---|
| 302 | 12/5/2008 | $29,753.51 | |
| 303 | 10/31/2008 | 14,745.80 | |
| 307 | 10/31/2008 | 14,478.46 | |
| 405 | 10/31/2008 | 15,266.84 | |
| 501 | 10/31/2008 | 15,542.18 | |
| 502 | 10/31/2008 | 13,621.80 | |
| 503 | 10/31/2008 | 13,479.97 | |
| 505 | 4/7/2009 | 14,950.00 | 3 |
| 507 | 10/31/2008 | 13,401.34 | |
| 508 | 11/20/2008 | 20,651.14 | |
| 509 | 2/17/2009 | 11,378.29 | 2 |
| 511 | 1/14/2009 | 12,425.49 | |
| 604 | 11/7/2008 | 15,155.09 | |
| 605 | 10/31/2008 | 15,688.81 | |
| 608 | 11/1/2008 | 40,769.39 | |
| 609 | 4/7/2009 | 17,600.00 | 3 |
| 702 | 11/1/2008 | 32,073.35 | |
| 703 | 10/31/2008 | 14,346.95 | |
| 706 | 10/31/2008 | 13,863.81 | |
| 711 | 10/31/2008 | 11,873.91 | |
| 803 | 4/7/2009 | 14,100.00 | 3 |
| 808 | 11/20/2008 | 37,415.43 | |
| 809 | 4/7/2009 | 12,200.00 | 3 |
| 902 | 2/11/2009 | 19,755.11 | 1 |
| 907 | 4/14/2009 | 12,646.23 | 1 |
| 908 | 5/18/2009 | 29,537.00 | 1 |
| 909 | 11/19/2008 | 23,378.19 | |
| 911 | 11/19/2008 | 12,181.61 | |
| 1001 | 2/20/2009 | 16,617.94 | |
| 1004 | 2/11/2009 | 21,193.15 | 1 |
| 1007 | 4/7/2009 | 13,400.00 | 3 |
| 1008 | 1/12/2009 | 20,275.43 | 2 |
| 1017 | 2/20/2009 | 23,050.84 | |

Estimated balance (before current interest)    $606,817.06

Source:    Summary of Escrow Accounts to be Closed and Transferred 4-7-2009.pdf
Harlan Karp

Notes:
1.  Date for these units reflect the date of the partial refund checks to the would-be purchasers.
2.  The dates for Units 509 and 1008 are the dates when the purchasers signed the termination agreements.
3.  Date for these units reflect the date of source document identified above.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

One Place Condominium LLC, et al v. Tra
Loan Interest documentation

| Bank / Loan No. / Date | Republic Bank of Chicago (Original Construction Loan) Statement Date | Interest Rate | Variable + | Source Document | Chicago Community Bank — CCB 11541524 (4/11/2007) Source Document | Statement Date | Interest Rate | CCB 11548057 (8/29/2008) Source Document | Statement Date | Interest Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| Jun-08 | 6/13/2008 | 5.288130% | 2.50000% | OP-GM/AI006697 | | | | | | |
| Jul-08 | 7/16/2008 | 5.289380% | 2.50000% | OP-GM/AI006695 | | | | | | |
| Aug-08 | 8/15/2008 | 5.306880% | 2.50000% | OP-GM/AI006693 | | | | | | |
| Sep-08 | 9/15/2008 | 5.318750% | 2.50000% | OP-GM/AI006691 | | | | | | |
| Oct-08 | 10/16/2008 | 7.050000% | 2.50000% | OP-GM/AI006689 | | | | | | |
| Nov-08 | 11/14/2008 | 4.648750% | 2.50000% | OP-GM/AI006687 | | | | | | |
| Dec-08 | 12/16/2008 | 4.371250% | 2.50000% | OP-GM/AI006685 | 4/10/13 response, p. 9 | 12/28/2008 | 6.00% | | | |
| Jan-09 | 1/16/2009 | 3.585630% | 2.50000% | 001.CLAIM DOCS.pdf, p. 6 | 4/10/13 response, p. 10 | 1/27/2009 | 6.00% | 4/10/13 response, p. 40 | 1/13/2009 | 6.00% |
| Feb-09 | 2/13/2009 | 3.734380% | 2.50000% | 2-13-09 RPB Loan Statement.pdf | 4/10/13 response, p. 11 | 2/24/2009 | 6.00% | 4/10/13 response, p. 41 | 2/15/2009 | 6.00% |
| Mar-09 | 3/16/2009 | 3.815630% | 2.50000% | RBC 3-15-09.pdf | 4/10/13 response, p. 12 | 3/29/2009 | 6.00% | 4/10/13 response, p. 42 | 3/15/2009 | 5.00% |
| Apr-09 | 4/15/2009 | 3.621880% | 2.50000% | RBC 4-15-09.pdf | 4/10/13 response, p. 13 | 4/26/2009 | 6.00% | 4/10/13 response, p. 43 | 4/13/2009 | 6.00% |
| May-09 | 5/15/2009 | 3.354380% | 2.50000% | RBC 5-15-09.pdf | | | | 4/10/13 response, p. 44 | 5/13/2009 | 6.00% |
| Jun-09 | 6/15/2009 | 3.124380% | 2.50000% | RBC 6-15-09.pdf | 4/10/13 response, p. 14 | 6/30/2009 | 6.00% | 4/10/13 response, p. 45-47 | 6/14/2009 | 6.00% |
| Jul-09 | 7/16/2009 | 3.013750% | 2.50000% | RBC 7-15-09.pdf | 4/10/13 response, p. 16 | | | 4/10/13 response, p. 48-49 | 7/13/2009 | 6.00% |
| Aug-09 | 8/14/2009 | 2.940000% | 2.50000% | RBC 8-15-09.pdf | 4/10/13 response, p. 17 | 10/5/2009 | 6.00% | 4/10/13 response, p. 50-51 | | |
| Sep-09 | 9/15/2009 | 2.795000% | 2.50000% | RBC 9-15-09.pdf | 4/10/13 response, p. 18 | 10/5/2009 | 6.00% | 4/10/13 response, p. 52 | 10/5/2009 | 6.00% |
| Oct-09 | 10/15/2009 | 5.000000% | n/a | RBC 10-15-09.pdf | 4/10/13 response, p. 19 | 10/27/2009 | 6.00% | 4/10/13 response, p. 53 | 10/14/2009 | 6.00% |
| Nov-09 | 11/13/2009 | 5.000000% | 3.25000% | RBC 11-15-09.pdf | | | | 4/10/13 response, p. 68 | 11/17/2009 | 6.00% |
| Dec-09 | 12/30/2009 | 4.26703% | n/a | RBC 12-30-09.pdf | 4/10/13 response, p. 20 | 12/31/2009 | 6.00% | | | |
| Jan-10 | 1/22/2010 | 4.267030% | 0.00000% | RBC 1-30-10.pdf | 4/10/13 response, p. 23 | 1/27/2010 | 6.00% | | | |
| Feb-10 | 2/19/2010 | 4.267030% | 0.00000% | RBC 2-28-10.pdf | 4/10/13 response, p. 22 | 2/24/2010 | 6.00% | 4/10/13 response, p. 57 | 2/15/2010 | 6.00% |
| Mar-10 | 3/22/2010 | 4.267030% | 0.00000% | RBC 3-22-10.pdf | 4/10/13 response, p. 24 | 3/28/2010 | 6.00% | | | |
| Apr-10 | 4/21/2010 | 4.267030% | 0.00000% | RBC 4-22-10.pdf | 4/10/13 response, p. 25 | 4/26/2010 | 6.00% | 4/10/13 response, p. 61 | 4/18/2010 | 6.00% |
| May-10 | 5/21/2010 | 4.267030% | 0.00000% | RBC 6-1-10.pdf | 4/10/13 response, p. 26 | 5/27/2010 | 6.00% | 4/10/13 response, p. 62 | 5/18/2010 | 6.00% |
| Jun-10 | 6/21/2010 | 4.267030% | 0.00000% | RBC 7-1-10.pdf | 4/10/13 response, p. 27 | 6/27/2010 | 6.00% | | | |
| Jul-10 | 7/22/2010 | 4.267030% | 0.00000% | RBC 8-1-10.pdf | 4/10/13 response, p. 28 | 7/27/2010 | 6.00% | 4/10/13 response, p. 63 | 7/18/2010 | 6.00% |
| Aug-10 | 8/20/2010 | 4.267030% | 0.00000% | RBC 9-1-10.pdf | 4/10/13 response, p. 29 | 8/29/2010 | 6.00% | 4/10/13 response, p. 64 | 8/18/2010 | 6.00% |
| Sep-10 | 9/21/2010 | 4.267030% | 0.00000% | RBC 10-1-10.pdf | 4/10/13 response, p. 30 | 9/26/2010 | 6.00% | 4/10/13 response, p. 65 | 9/19/2010 | 6.00% |
| Oct-10 | 10/22/2010 | 4.267030% | 0.00000% | RBC 11-1-10.pdf | 4/10/13 response, p. 31 | 10/27/2010 | 6.00% | 4/10/13 response, p. 66 | 10/18/2010 | 6.00% |
| Nov-10 | 11/19/2010 | 4.267030% | 0.00000% | RBC 12-1-10.pdf | | | | 4/10/13 response, p. 67 | 11/17/2010 | 6.00% |
| Dec-10 | 12/22/2010 | 4.267030% | 0.00000% | RBC 12-30-10.pdf | | | | | | |
| Jan-11 | 1/21/2011 | 4.267030% | 0.00000% | RBC 1-31-11.pdf | C&K 2011.pdf, p. 2; p. 4 | 1/31/2011 | 5.00% | C&K 2011.pdf, p. 2; p. 3 | 1/31/2011 | 5.00% |
| Feb-11 | 2/18/2011 | 4.267030% | 0.00000% | RBC 2-18-11.pdf | C&K 2011.pdf, p. 6 | 2/24/2011 | 5.00% | C&K 2011.pdf, p. 5 | 2/15/2011 | 5.00% |
| Mar-11 | 3/22/2011 | 4.267030% | 0.00000% | RBC 2011.pdf, p. 1 | C&K 2011.pdf, p. 8 | 3/27/2011 | 5.00% | C&K 2011.pdf, p. 7 | 3/20/2011 | 5.00% |
| Apr-11 | 4/21/2011 | 4.2718750% | 0.00000% | RBC 4-21-11.pdf | C&K 2011.pdf, p. 10 | 4/26/2011 | 5.00% | C&K 2011.pdf, p. 9 | 4/17/2011 | 5.00% |
| May-11 | 5/20/2011 | 4.2718750% | 0.00000% | RBC 5-20-11.pdf | | | | | | |
| Jun-11 | 6/21/2011 | 4.2718750% | 0.00000% | RBC 6-20-11.pdf | C&K 2011.pdf, p. 11 | 6/26/2011 | 5.00% | C&K 2011.pdf, p. 12 | 6/19/2011 | 5.00% |
| Jul-11 | 7/22/2011 | 4.2478750% | 0.00000% | RBC 7-20-11.pdf | C&K 2011.pdf, p. 14 | 7/27/2011 | 5.00% | C&K 2011.pdf, p. 13 | 7/18/2011 | 5.00% |
| Aug-11 | 8/22/2011 | 4.2478750% | 0.00000% | RBC 8-20-11.pdf | C&K 2011.pdf, p. 15 | 8/28/2011 | 5.00% | C&K 2011.pdf, p. 16 | 8/18/2011 | 5.00% |
| Sep-11 | 9/20/2011 | 4.2478750% | 0.00000% | RBC 2011.pdf, p. 2 | C&K 2011.pdf, p. 18 | 9/26/2011 | 5.00% | C&K 2011.pdf, p. 17 | 9/18/2011 | 5.00% |
| Oct-11 | 11/6/2011 | 4.2478750% | n/a | RBC 2011.pdf, p. 3 | C&K 2011.pdf, p. 20 | | | C&K 2011.pdf, p. 19 | 10/18/2011 | 5.00% |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

One Place Condominium LLC, et al v Tra

Loan interest documentation

| Bank | Republic Bank of Chicago | | | | Chicago Community Bank | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Loan No. | (Original Construction Loan) | | | | CCB 11541524 | | | CCB 11548057 | | |
| Date | 4/6/2007 | | | | 4/11/2007 | | | 8/29/2008 | | |
| | Statement Date | Interest Rate | Variable + | Source Document | Source Document | Statement Date | Interest Rate | Source Document | Statement Date | Interest Rate |
| Nov-11 | 12/6/2011 | 4.247875% | n/a | RBC 2011.pdf, p. 4 | C&K 2011.pdf, p. 22 | 11/27/2011 | 5.00% | C&K 2011.pdf, p. 21 | 11/17/2011 | 5.00% |
| Dec-11 | 12/30/2011 | 5.00% | n/a | RBC 2012.pdf, p. 1 | C&K 2012.pdf, p. 3 | 12/27/2011 | 6.25% | C&K 2012.pdf, p. 2 | 12/18/2011 | 5.00% |
| Jan-12 | 1/20/2012 | 5.00% | n/a | RBC 2012.pdf, p. 3 | C&K 2012.pdf, p. 6 | 1/29/2012 | 6.25% | C&K 2012.pdf, p. 7 | 1/18/2012 | 5.00% |
| Feb-12 | 3/2/2012 | 5.00% | n/a | RBC 2012.pdf, p. 5 | C&K 2012.pdf, p. 9 | 2/26/2012 | 6.25% | C&K 2012.pdf, p. 8 | 2/16/2012 | 5.00% |
| Mar-12 | 4/6/2012 | 5.00% | n/a | RBC 2012.pdf, p. 6 | C&K 2012.pdf, p. 10 | 3/27/2012 | 6.25% | C&K 2012.pdf, p. 11 | 3/18/2012 | 5.00% |
| Apr-12 | 5/2/2012 | 5.00% | n/a | RBC 2012.pdf, p. 7 | C&K 2012.pdf, p. 12 | 4/26/2012 | 6.25% | C&K 2012.pdf, p. 13 | 4/17/2012 | 5.00% |
| May-12 | 5/21/2012 | 5.00% | n/a | RBC 2012.pdf, p. 8 | C&K 2012.pdf, p. 14 | 5/28/2012 | 6.25% | C&K 2012.pdf, p. 15 | 5/20/2012 | 5.00% |
| Jun-12 | 6/20/2012 | 5.00% | n/a | RBC 2012.pdf, p. 10 | C&K 2012.pdf, p. 17 | 6/26/2012 | 6.25% | C&K 2012.pdf, p. 16 | 6/17/2012 | 5.00% |
| Jul-12 | 7/20/2012 | 5.00% | n/a | RBC 2012.pdf, p. 11 | C&K 2012.pdf, p. 19;<br>4/10/13 response, p. 32 | 7/29/2012 | 6.25% | C&K 2012.pdf, p. 18;<br>4/10/13 response, p. 69 | 7/18/2012 | 5.00% |
| Aug-12 | 8/21/2012 | 5.00% | n/a | 4/10/13 response, p. 4 | 4/10/13 response, p. 33 | 8/27/2012 | 6.25% | 4/10/13 response, p. 70 | 8/19/2012 | 5.00% |
| Sep-12 | 9/20/2012 | 5.00% | n/a | 4/10/13 response, p. 5 | 4/10/13 response, p. 34 | 9/26/2012 | 6.25% | 4/10/13 response, p. 71 | 9/17/2012 | 5.00% |
| Oct-12 | 10/19/2012 | 5.00% | n/a | 4/10/13 response, p. 6 | 4/10/13 response, p. 35 | 10/28/2012 | 6.25% | 4/10/13 response, p. 72 | 10/18/2012 | 5.00% |
| Nov-12 | 11/20/2012 | 5.00% | n/a | 4/10/13 response, p. 7 | 4/10/13 response, p. 36 | 11/26/2012 | 6.25% | 4/10/13 response, p. 73 | 11/18/2012 | 5.00% |
| Dec-12 | 12/21/2012 | 5.00% | n/a | 4/10/13 response, p. 8 | 4/10/13 response, p. 37 | 12/27/2012 | 6.25% | 4/10/13 response, p. 74 | 12/18/2012 | 5.00% |
| Jan-13 | | | | | 4/10/13 response, p. 38 | 1/27/2013 | 6.25% | 4/10/13 response, p. 75 | 1/20/2013 | 5.00% |
| Feb-13 | | | | | 4/10/13 response, p. 39 | 2/24/2013 | 6.25% | | | |

Note: 4/10/13 response refers to ONE PLACE - Info Request Docs from Bhaird; Rcvd - 4.5.13.pdf

One Place Condominium LLC, et al v Travelers Property Casualty Company of America

Schedule 6

Condo Rental Net Income

| Unit | 2008 Rental Gross Income (Sch. 9) | 2008 Assessment Expense (Sch. 10) | 2008 Real Estate Tax Expense (Sch. 11) | 2008 Rental Net Income (Note 1) | 2009 Rental Gross Income (Sch. 9) | 2009 Assessment Expense (Sch. 10) | 2009 Real Estate Tax Expense (Sch. 11) | 2009 Rental Net Income (Note 1) |
|---|---|---|---|---|---|---|---|---|
| 303 | $ 2,268 | $ 1,360 | $ 400 | $ 508 | $ 5,103 | $ 3,060 | $ 900 | $ 1,143 |
| 404 | 1,616 | 1,360 | 400 | (144) | 4,040 | 3,400 | 1,000 | (360) |
| 405 | 1,180 | 1,360 | 400 | (580) | 3,540 | 4,080 | 1,200 | (1,740) |
| 408 | 2,700 | 1,360 | 400 | 940 | 2,700 | 1,360 | 400 | 940 |
| 501 | 3,696 | 1,360 | 400 | 1,936 | 11,088 | 4,080 | 1,200 | 5,608 |
| 502 | 3,700 | 1,360 | 400 | 1,940 | 11,100 | 4,080 | 1,200 | 5,820 |
| 503 | 1,560 | 1,360 | 400 | (200) | 4,680 | 4,080 | 1,200 | (600) |
| 505 | 3 764 | 1,360 | 400 | 2,004 | 11,292 | 4,080 | 1,200 | 6,012 |
| 507 | 3 724 | 1,360 | 400 | 1,964 | 11 172 | 4,080 | 1,200 | 5,892 |
| 602 | 4,096 | 1,360 | 400 | 2,336 | 12,288 | 4,080 | 1,200 | 7 008 |
| 604 | 3,656 | [illegible] | 400 | 2,096 | 11,568 | 4,080 | 1,200 | 6,288 |
| 605 | 2,506 | 1,360 | 400 | 748 | 6,897 | 3,740 | 1,100 | 2,057 |
| 608 | 6,504 | 1,360 | 400 | 4,744 | 18,512 | 4,080 | 1,200 | 14,232 |
| 609 | 3,276 | 1,360 | 400 | 1,516 | 9,828 | 4,080 | 1,200 | 4,548 |
| 702 | 4 804 | 1,360 | 400 | 3,044 | 14 412 | 4,080 | 1,200 | 9,132 |
| 703 | 4,512 | 1,360 | 400 | 2,752 | 13,536 | 4,080 | 1,200 | 8,256 |
| 706 | 2,836 | 1,360 | 400 | 1 076 | 8,508 | 4,080 | 1,200 | 3,228 |
| 711 | 2,220 | 1,360 | 400 | 460 | 6,660 | 4,080 | 1 200 | 1,380 |
| 801 | 4 416 | 1,360 | 400 | 2,656 | 13,248 | 4,080 | 1,200 | 7,968 |
| 803 | 3 448 | 1,360 | 400 | 1,688 | 10,344 | 4 080 | 1,200 | 5,064 |
| 808 | 2,780 | 1,360 | 400 | 1,020 | 8,340 | 4,080 | 1,200 | 3,060 |
| 809 | 924 | 1,360 | 400 | (836) | 2,772 | 4,080 | 1,200 | (2,508) |
| 811 | 2 136 | 1,360 | 400 | 376 | 6,408 | 4,080 | 1,200 | 1,128 |
| 901 | 4,936 | 1,360 | 400 | 3,176 | 14,808 | 4,080 | 1,200 | 9,528 |
| 902 | 3,260 | 1,360 | 400 | 1,500 | 9,780 | 4,080 | 1,200 | 4,500 |
| 907 | 4,824 | 1,360 | 400 | 3,064 | 14,472 | 4,080 | 1,200 | 9,192 |
| 911 | 3,768 | 1,360 | 400 | 2,008 | 11,304 | 4,080 | 1,200 | 6,024 |
| 1001 | 5,448 | 1,360 | 400 | 3,688 | 16,344 | 4,080 | 1,200 | 11,064 |
| 1004 | 5,348 | 1,360 | 400 | 3,588 | 16,044 | 4,080 | 1,200 | 10,764 |
| 1007 | 5,208 | 1,360 | 400 | 3,448 | 15,624 | 4,080 | 1,200 | 10,344 |
| 1008 | 6,952 | 1,360 | 400 | 5,192 | 20,856 | 4,080 | 1,200 | 15,576 |
| 1009 | 2,860 | 1,360 | 400 | 1 100 | 8,580 | 4,080 | 1,200 | 3,300 |
| 1011 | 4,604 | 1,360 | 400 | 2,844 | 13,812 | 4,080 | 1,200 | 8,532 |
| 1017 | 4,640 | 1,360 | 400 | 2,880 | 13,920 | 4,080 | 1,200 | 8,640 |

| Unit | 2010 Rental Gross Income (Sch. 9) | 2010 Assessment Expense (Sch. 10) | 2010 Real Estate Tax Expense (Sch. 11) | 2010 Rental Net Income (Note 1) | 2011 Rental Gross Income (Sch. 9) | 2011 Assessment Expense (Sch. 10) | 2011 Real Estate Tax Expense (Sch. 11) | 2011 Rental Net Income (Note 1) |
|---|---|---|---|---|---|---|---|---|
| 303 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 404 | - | - | - | - | - | - | - | - |
| 405 | 1,475 | 1,700 | 500 | (725) | - | - | - | - |
| 408 | - | - | - | - | - | - | - | - |
| 501 | 8,316 | 3,060 | 900 | 4,356 | - | - | - | - |
| 502 | 5,550 | 2,040 | 600 | 2,910 | - | - | - | - |
| 503 | 4,680 | 4,080 | 1,200 | (600) | 4,680 | 4,080 | 1,200 | (600) |
| 505 | 7,528 | 2,720 | 800 | 4,008 | - | - | - | - |
| 507 | 3,724 | 1,360 | 400 | 1,964 | - | - | - | - |
| 602 | 7,168 | 2,380 | 700 | 4,088 | - | - | - | - |
| 604 | 11,568 | 4,080 | 1,200 | 6,288 | - | 4,080 | 1,200 | (5,280) |
| 605 | - | - | - | - | - | - | - | - |
| 608 | 19,512 | 4,080 | 1,200 | 14,232 | 19,512 | 4,080 | 1,200 | 14,232 |
| 609 | 8,190 | 3,400 | 1,000 | 3 790 | - | - | - | - |
| 702 | 14,412 | 4,080 | 1,200 | 9,132 | 13,211 | 4,080 | 1,200 | 7,931 |
| 703 | 13,536 | 4,080 | 1,200 | 8,256 | 10,152 | 4,080 | 1,200 | 4,872 |
| 706 | 8,508 | 4,080 | 1,200 | 3,228 | 2,836 | 4,080 | 1,200 | (2 444) |
| 711 | 6,660 | 4,080 | 1,200 | 1,380 | 3,885 | 4,080 | 1,200 | (1,395) |
| 801 | 13,248 | 4,080 | 1,200 | 7,968 | - | 1,700 | 500 | (2,200) |
| 803 | 10,344 | 4,080 | 1,200 | 5,064 | - | 3,740 | 1,100 | (4,840) |
| 808 | 8,340 | 4,080 | 1,200 | 3,060 | 8,340 | 4,080 | 1,200 | 3,060 |
| 809 | 2,772 | 4,080 | 1,200 | (2,508) | 1,848 | 4,080 | 1,200 | (3,432) |
| 811 | 6 408 | 4 080 | 1,200 | 1,128 | 3,204 | 4,080 | 1,200 | (2,076) |
| 901 | 14,808 | 4 080 | 1,200 | 9,528 | 9,872 | 4,080 | 1,200 | 4,592 |
| 902 | 9,780 | 4,080 | 1,200 | 4,500 | 4,890 | 4,080 | 1,200 | (390) |
| 907 | 14,472 | 4,080 | 1 200 | 9 192 | 7 236 | 4,080 | 1,200 | 1,956 |
| 911 | 11,304 | 4,080 | 1,200 | 6,024 | 11,304 | 4,080 | 1,200 | 6,024 |
| 1001 | 16,344 | 4,080 | 1 200 | 11,064 | 16,344 | 4,080 | 1 200 | 11,064 |
| 1004 | 16,044 | 4,080 | 1 200 | 10,764 | 16,044 | 4,080 | 1,200 | 10,764 |
| 1007 | 15,624 | 4,080 | 1,200 | 10,344 | 13,020 | 4,080 | 1,200 | 7,740 |
| 1008 | 20,856 | 4,080 | 1,200 | 15,576 | 20,856 | 4,080 | 1,200 | 15,576 |
| 1009 | 8,580 | 4,080 | 1 200 | 3,300 | 7,150 | 4,080 | 1,200 | 1,870 |
| 1011 | 13,812 | 4,080 | 1,200 | 8,532 | 12,661 | 4,080 | 1,200 | 7,381 |
| 1017 | 13,920 | 4,080 | 1,200 | 8,640 | 13,920 | 4,080 | 1,200 | 8,640 |

| Unit | 2012 Rental Gross Income (Sch. 9) | 2012 Assessment Expense (Sch. 10) | 2012 Real Estate Tax Expense (Sch. 11) | 2012 Rental Net Income (Note 1) | 2013 Rental Gross Income (Sch. 9) | 2013 Assessment Expense (Sch. 10) | 2013 Real Estate Tax Expense (Sch. 11) | 2013 Rental Net Income (Note 1) |
|---|---|---|---|---|---|---|---|---|
| 303 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 404 | - | - | - | - | - | - | - | - |
| 405 | - | - | - | - | - | - | - | - |
| 408 | - | - | - | - | - | - | - | - |
| 501 | - | - | - | - | - | - | - | - |
| 502 | - | - | - | - | - | - | - | - |
| 503 | 4,680 | 4,080 | 1,200 | (600) | - | - | - | - |
| 505 | - | - | - | - | - | - | - | - |
| 507 | - | - | - | - | - | - | - | - |
| 602 | - | - | - | - | - | - | - | - |
| 604 | - | - | - | - | - | - | - | - |
| 605 | - | - | - | - | - | - | - | - |
| 608 | 19,512 | 4,080 | 1,200 | 14,232 | - | - | - | - |
| 609 | - | - | - | - | - | - | - | - |
| 702 | 13,211 | 3,740 | 1,100 | 8,371 | - | - | - | - |
| 703 | 10,152 | 3,060 | 900 | 6,192 | - | - | - | - |
| 706 | 2,836 | 1,360 | 400 | 1,076 | - | - | - | - |
| 711 | 3,885 | 2,380 | 700 | 805 | - | - | - | - |
| 801 | - | - | - | - | - | - | - | - |
| 803 | - | - | - | - | - | - | - | - |
| 808 | 8,340 | 4,080 | 1,200 | 3,060 | 695 | 340 | 100 | 255 |
| 809 | 1,848 | 2,720 | 800 | (1,672) | - | - | - | - |
| 811 | 3,204 | 2,040 | 600 | 564 | - | - | - | - |
| 901 | 9,872 | 2,720 | 800 | 6,352 | - | - | - | - |
| 902 | 4,890 | 2,040 | 600 | 2,250 | - | - | - | - |
| 907 | 7,236 | 2,040 | 600 | 4,596 | - | - | - | - |
| 911 | 11,304 | 4,080 | 1,200 | 6,024 | - | - | - | - |
| 1001 | 16,344 | 4,080 | 1,200 | 11,064 | 5,448 | 1,360 | 400 | 3,688 |
| 1004 | 16,044 | 4,080 | 1,200 | 10,764 | 4,011 | 1,020 | 300 | 2,691 |
| 1007 | 13,020 | 3,400 | 1,000 | 8,620 | - | - | - | - |
| 1008 | 20,856 | 4,080 | 1,200 | 15,576 | 8,690 | 1,700 | 500 | 6,490 |
| 1009 | 7,150 | 3,400 | 1,000 | 2,750 | - | - | - | - |
| 1011 | 12,661 | 3,740 | 1,100 | 7,821 | - | - | - | - |
| 1017 | 13,920 | 4,080 | 1,200 | 8,640 | 5,800 | 1,700 | 500 | 3,600 |

Notes

1) Rental Net Income = Rental Gross Income less Assessment Expense less Real Estate Tax Expense

CONFIDENTIAL - ATTORNEYS EYES ONLY

Schedule 9

**One Place Condominium LLC, et al v Travelers Property Casualty Company of America**
Condo Rental Income from 9/1/08 through 4/24/13

| Unit | Total Rental Income 9/1/08 - 4/24/13 | Actual Sale Closing Month-Year | 2008 Amount | 2008 Rental Months | 2009 Amount | 2009 Rental Months | 2010 Amount | 2010 Rental Months | 2011 Amount | 2011 Rental Months | 2012 Amount | 2012 Rental Months | 2013 Amount | 2013 Rental Months | Total Rental Months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 303 | $ 7,375 | September-09 | $ 2,268 | 4 | $ 5,103 | 9 | $ - | | $ - | | $ - | | $ - | | 13 |
| 404 | 5,650 | October-09 | 1,816 | 4 | 4,040 | 10 | | | | | | | | | 14 |
| 405 | 8,200 | May-10 | 1,180 | 4 | 3,540 | 12 | 1,475 | 5 | | | | | | | 21 |
| 408 | 5,400 | April-09 | 2,700 | 4 | 2,700 | 4 | | | | | | | | | 8 |
| 501 | 23,104 | September-10 | 3,696 | 4 | 11,088 | 12 | 8,316 | 9 | | | | | | | 25 |
| 502 | 20,353 | June-10 | 3,700 | 4 | 11,100 | 12 | 5,550 | 8 | | | | | | | 24 |
| 503 | 20,262 | December-12 | 1,560 | 4 | 4,680 | 12 | 4,680 | 12 | 4,680 | 12 | 4,680 | 12 | | | 52 |
| 505 | 22,579 | August-10 | 3,764 | 4 | 11,292 | 12 | 7,528 | 6 | | | | | | | 24 |
| 507 | 18,615 | April-10 | 3,724 | 4 | 11,172 | 12 | 3,724 | 4 | | | | | | | 20 |
| 602 | 23,550 | July-10 | 4,096 | 4 | 12,286 | 12 | 7,168 | 7 | | | | | | | 23 |
| 604 | 38,550 | December-11 | 3,896 | 4 | 11,568 | 12 | 11,568 | 12 | 11,568 | 12 | | | | | 40 |
| 605 | 9,400 | November-09 | 2,508 | 4 | 6,897 | 11 | | | | | | | | | 15 |
| 608 | 84,528 | September-12 | 6,504 | 4 | 19,512 | 12 | 19,512 | 12 | 19,512 | 12 | 19,512 | 12 | | | 52 |
| 609 | 21,305 | October-10 | 3,276 | 4 | 9,828 | 12 | 8,190 | 10 | | | | | | | 26 |
| 702 | 61,255 | November-12 | 4,804 | 4 | 14,412 | 12 | 14,412 | 12 | 14,412 | 12 | 13,211 | 11 | | | 51 |
| 703 | 55,293 | September-12 | 4,512 | 4 | 13,536 | 12 | 13,536 | 12 | 13,538 | 12 | 10,152 | 9 | | | 49 |
| 708 | 31,210 | April-12 | 2,836 | 4 | 8,508 | 12 | 8,508 | 12 | 8,508 | 12 | 2,836 | 4 | | | 44 |
| 711 | 26,100 | July-12 | 2,220 | 4 | 6,680 | 12 | 6,660 | 12 | 6,660 | 12 | 3,885 | 7 | | | 47 |
| 801 | 36,445 | May-11 | 4,416 | 4 | 13,248 | 12 | 13,248 | 12 | 5,520 | 5 | | | | | 33 |
| 803 | 33,614 | November-11 | 3,448 | 4 | 10,344 | 12 | 10,344 | 12 | 9,482 | 11 | - | | | | 39 |
| 808 | 36,811 | January-13 | 2,780 | 4 | 8,340 | 12 | 8,340 | 12 | 8,340 | 12 | 6,340 | 12 | 695 | 1 | 53 |
| 809 | 11,069 | August-12 | 924 | 4 | 2,772 | 12 | 2,772 | 12 | 2,772 | 12 | 1,848 | 8 | | | 48 |
| 811 | 24,573 | June-12 | 2,136 | 4 | 6,408 | 12 | 6,408 | 12 | 6,408 | 12 | 3,204 | 6 | | | 46 |
| 901 | 59,211 | August-12 | 4,936 | 4 | 14,808 | 12 | 14,808 | 12 | 14,808 | 12 | 9,872 | 8 | | | 48 |
| 902 | 37,505 | June-12 | 3,260 | 4 | 9,780 | 12 | 9,780 | 12 | 9,780 | 12 | 4,890 | 8 | | | 46 |
| 907 | 55,465 | June-12 | 4,824 | 4 | 14,472 | 12 | 14,472 | 12 | 14,472 | 12 | 7,236 | 8 | | | 46 |
| 911 | 48,975 | December-12 | 3,786 | 4 | 11,304 | 12 | 11,304 | 12 | 11,304 | 12 | 11,304 | 12 | | | 52 |
| 1001 | 76,251 | April-13 | 5,448 | 4 | 18,344 | 12 | 16,344 | 12 | 16,344 | 12 | 16,344 | 12 | 5,448 | 4 | 56 |
| 1004 | 73,541 | March-13 | 5,348 | 4 | 16,044 | 12 | 16,044 | 12 | 16,044 | 12 | 16,044 | 12 | 4,011 | 3 | 55 |
| 1007 | 65,083 | October-12 | 5,208 | 4 | 15,624 | 12 | 15,624 | 12 | 15,624 | 12 | 13,020 | 10 | - | | 50 |
| 1008 | 99,071 | May-13 | 6,952 | 4 | 20,856 | 12 | 20,856 | 12 | 20,656 | 12 | 20,656 | 12 | 8,690 | 5 | 57 |
| 1009 | 35,769 | October-12 | 2,860 | 4 | 8,580 | 12 | 8,580 | 12 | 8,580 | 12 | 7,150 | 10 | | | 50 |
| 1011 | 58,702 | November-12 | 4,804 | 4 | 13,612 | 12 | 13,612 | 12 | 13,612 | 12 | 12,861 | 11 | - | | 51 |
| 1017 | 66,100 | May-13 | 4,640 | 4 | 13,920 | 12 | 13,920 | 12 | 13,920 | 12 | 13,920 | 12 | 5,800 | 5 | 57 |

**Total Rental Income Allocated to Calendar Years (Note 1)**

Source: One Place Unit Profit & Loss Detail reports.

Notes:
1) Rental Income is assumed to start on 9/1/08 and continue through the month of the unit's Actual Sale Closing Date
2) Total Rental Income for the time period of 9/1/08 - 4/24/13 from Unit Profit & Loss Detail reports. Total Rental Income is the sum of Rental Income, Parking Income, and Other Income for the specific unit.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

One Place Condominium LLC, et al v Travelers Property Casualty Company of America

Schedule 10

Condo Assessment Expenses

Total Assessment Expense Allocated to Units (Note 1)

| Unit | Actual Sale Closing Month-Year | 2008 Amount | Rental Months | 2009 Amount | Rental Months | 2010 Amount | Rental Months | 2011 Amount | Rental Months | 2012 Amount | Rental Months | 2013 Amount | Rental Months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 303 | September-09 | $ 1,360 | 4 | $ 3,060 | 9 | $ - | - | $ - | - | $ - | - | $ - | - |
| 404 | October-09 | 1,360 | 4 | 3,400 | 10 | - | - | - | - | - | - | - | |
| 405 | May-10 | 1,360 | 4 | 4,080 | 12 | 1,700 | 5 | - | - | - | - | - | |
| 408 | April-08 | 1,360 | 4 | 1,360 | 4 | - | - | - | - | - | - | - | |
| 501 | September-10 | 1,360 | 4 | 4,080 | 12 | 3,060 | 9 | - | - | - | - | - | |
| 502 | June-10 | 1,360 | 4 | 4,080 | 12 | 2,040 | 6 | - | - | - | - | - | |
| 503 | December-12 | 1,360 | 4 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | - | |
| 505 | August-10 | 1,360 | 4 | 4,080 | 12 | 2,720 | 8 | - | - | - | - | - | |
| 507 | April-10 | 1,360 | 4 | 4,080 | 12 | 1,360 | 4 | - | - | - | - | - | |
| 602 | July-10 | 1,360 | 4 | 4,080 | 12 | 2,380 | 7 | - | - | - | - | - | |
| 604 | December-11 | 1,360 | 4 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | - | - | - | |
| 605 | November-09 | 1,360 | 4 | 3,740 | 11 | - | - | - | - | - | - | - | |
| 608 | September-12 | 1,360 | 4 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | - | |
| 609 | October-10 | 1,360 | 4 | 4,080 | 12 | 3,400 | 10 | - | - | - | - | - | |
| 702 | November-12 | 1,360 | 4 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | 3,740 | 11 | - | |
| 703 | September-12 | 1,360 | 4 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | 3,060 | 9 | - | |
| 706 | April-12 | 1,360 | 4 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | 1,360 | 4 | - | |
| 711 | July-12 | 1,360 | 4 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | 2,380 | 7 | - | |
| 801 | May-11 | 1,360 | 4 | 4,080 | 12 | 4,080 | 12 | 1,700 | 5 | - | | - | |
| 803 | November-11 | 1,360 | 4 | 4,080 | 12 | 4,080 | 12 | 3,740 | 11 | - | | - | |
| 808 | January-13 | 1,360 | 4 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | 340 | 1 |
| 809 | August-12 | 1,360 | 4 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | 2,720 | 8 | - | |
| 811 | June-12 | 1,360 | 4 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | 2,040 | 6 | - | |
| 901 | August-12 | 1,360 | 4 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | 2,720 | 8 | - | |
| 902 | June-12 | 1,360 | 4 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | 2,040 | 6 | - | |
| 907 | June-12 | 1,360 | 4 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | 2,040 | 6 | - | |
| 911 | December-12 | 1,360 | 4 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | - | |
| 1001 | April-13 | 1,360 | 4 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | 1,360 | 4 |
| 1004 | March-13 | 1,360 | 4 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | 1,020 | 3 |
| 1007 | October-12 | 1,360 | 4 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | 3,400 | 10 | - | |
| 1008 | May-13 | 1,360 | 4 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | 1,700 | 5 |
| 1009 | October-12 | 1,360 | 4 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | 3,400 | 10 | - | |
| 1011 | November-12 | 1,360 | 4 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | 3,740 | 11 | - | |
| 1017 | May-13 | 1,360 | 4 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | 4,080 | 12 | 1,700 | 5 |

Source: One Place Condominium LLC General Ledger - Account 6010 Assessments

Notes:

1) Monthly assessment assumed as $ 340 per month.
The 2010 One Place Condominium Assoc. Assessment Report for the 96 units reflects a total assessment of $33,197.03, for an average assessment of $345.80.
The 2011 One Place Condominium Assoc. Assessment Report for the 96 units reflects a total assessment of $33,860.93, for an average assessment of $352.72.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**One Place Condominium LLC, et al v Travelers Property Casualty Company of America**

Schedule 11

Condo Real Estate Tax Expenses

**Real Estate Taxes by Unit by Year**

| Unit | Actual Sale Closing Month-Year | 2008 Amount | 2008 Rental Months | 2009 Amount | 2009 Rental Months | 2010 Amount | 2010 Rental Months | 2011 Amount | 2011 Rental Months | 2012 Amount | 2012 Rental Months | 2013 Amount | 2013 Rental Months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 303 | September-09 | $ 400 | 4 | $ 900 | 9 | $ - | | $ - | | $ - | | $ - | |
| 404 | October-09 | 400 | 4 | 1,000 | 10 | - | | - | | - | | - | |
| 405 | May-10 | 400 | 4 | 1,200 | 12 | 500 | 5 | - | | - | | - | |
| 408 | April-09 | 400 | 4 | 400 | 4 | - | | - | | - | | - | |
| 501 | September-10 | 400 | 4 | 1,200 | 12 | 900 | 9 | - | | - | | - | |
| 502 | June-10 | 400 | 4 | 1,200 | 12 | 600 | 6 | - | | - | | - | |
| 503 | December-12 | 400 | 4 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | - | |
| 505 | August-10 | 400 | 4 | 1,200 | 12 | 800 | 8 | - | | - | | | |
| 507 | April-10 | 400 | 4 | 1,200 | 12 | 400 | 4 | - | | - | | | |
| 602 | July-10 | 400 | 4 | 1,200 | 12 | 700 | 7 | - | | - | | | |
| 604 | December-11 | 400 | 4 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | - | | | |
| 605 | November-09 | 400 | 4 | 1,100 | 11 | - | | - | | - | | | |
| 608 | September-12 | 400 | 4 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | | |
| 609 | October-10 | 400 | 4 | 1,200 | 12 | 1,000 | 10 | - | | - | | | |
| 702 | November-12 | 400 | 4 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | 1,100 | 11 | | |
| 703 | September-12 | 400 | 4 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | 900 | 9 | | |
| 706 | April-12 | 400 | 4 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | 400 | 4 | | |
| 711 | July-12 | 400 | 4 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | 700 | 7 | | |
| 801 | May-11 | 400 | 4 | 1,200 | 12 | 1,200 | 12 | 500 | 5 | - | | | |
| 803 | November-11 | 400 | 4 | 1,200 | 12 | 1,200 | 12 | 1,100 | 11 | - | | | |
| 808 | January-13 | 400 | 4 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | 100 | 1 |
| 809 | August-12 | 400 | 4 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | 800 | 8 | - | |
| 811 | June-12 | 400 | 4 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | 600 | 6 | - | |
| 901 | August-12 | 400 | 4 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | 800 | 8 | - | |
| 902 | June-12 | 400 | 4 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | 600 | 6 | - | |
| 907 | June-12 | 400 | 4 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | 600 | 6 | - | |
| 911 | December-12 | 400 | 4 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | - | |
| 1001 | April-13 | 400 | 4 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | 400 | 4 |
| 1004 | March-13 | 400 | 4 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | 300 | 3 |
| 1007 | October-12 | 400 | 4 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | 1,000 | 10 | - | |
| 1008 | May-13 | 400 | 4 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | 500 | 5 |
| 1009 | October-12 | 400 | 4 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | 1,000 | 10 | - | |
| 1011 | November-12 | 400 | 4 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | 1,100 | 11 | - | |
| 1017 | May-13 | 400 | 4 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | 1,200 | 12 | 500 | 5 |

Source: Discussion with H. Karp
2011 first and second tax installments - average total tax is $1,293 per year.

Notes:

1) Based upon an estimated annual real estate tax expense per condo of $ 1,200

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# APPENDIX A

# *Mark A. Robinson*

P R O F E S S I O N A L   E X P E R I E N C E

**KOIOS Consulting Group, LLC**
Ann Arbor, MI
MANAGING DIRECTOR

*July 2007 – Present*

**Plante & Moran, PLLC**
Southfield, MI
PARTNER, LITIGATION & VALUATION SERVICES GROUP

*September 1999 – July 2007*

**KPMG Peat Marwick LLP**
Chicago, IL
MANAGING DIRECTOR, FORENSIC & LITIGATION SERVICES

*April 1994 – September 1999*

**Price Waterhouse**
Chicago, IL
MANAGER, DISPUTE ANALYSIS & CORPORATE RECOVERY

*September 1992 – April 1994*

**Peterson Consulting**
Chicago, IL
EXECUTIVE CONSULTANT

*September 1991 – September 1992*
*June 1987 – November 1989*

**Altschuler, Melvoin & Glasser**
Chicago, IL
MANAGER, LITIGATION SERVICES

*November 1989 – August 1991*

**Sargent & Lundy Engineers**
Chicago, IL
STRUCTURAL DESIGN ENGINEER

*June 1981 – January 1986*

E D U C A T I O N

**University of Chicago**
Chicago, IL
MASTER OF BUSINESS ADMINISTRATION - FINANCE SPECIALIZATION

*June 1987*

**Illinois Institute of Technology**
Chicago, IL
MASTER OF SCIENCE IN ENGINEERING - PROJECT MANAGEMENT

*December 1991*

**Michigan State University**
East Lansing, MI
BACHELOR OF SCIENCE – CIVIL ENGINEERING

*June 1981*

**University of Illinois, Chicago**
Chicago, IL
COURSEWORK IN STATISTICS AND ENGINEERING

## L I C E N S E S  &  C E R T I F I C A T I O N S

| | |
|---|---:|
| **Registered Professional Engineer** – State of Illinois (not current) | *February 1991* |
| State of Michigan (6/07), State of Ohio (1/11), State of Indiana (12/11) | |
| **Certified Public Accountant** – State of Illinois | *February 1992* |
| State of Michigan (3/11), State of Ohio (4/05) | |
| **Certified Management Accountant** | *November 1991* |
| Institute of Management Accountants | |
| **Registered Patent Agent** | *April 1998* |
| U. S. Patent & Trademark Office | |
| **Construction Documents Technologist** | *November 1998* |
| Construction Specifications Institute | |
| **Certified Fraud Examiner** | *November 1998* |
| Association of Certified Fraud Examiners | |
| **Roster of Neutrals – Commercial Panel** | *January 2003* |
| American Arbitration Association | |
| **Certified in Financial Forensics** | *July 2008* |
| American Institute of Certified Public Accountants | |
| **Certified Cost Estimator / Analyst** | *January 2011* |
| Society of Cost Estimating and Analysis | |
| **Accredited Senior Appraiser – Business Valuation** | *June 2011* |
| American Society of Appraisers | |

## P U B L I C A T I O N S

"Concurrent Delays in Construction Litigation," Cost Engineering, July 1995, Dr. David Arditi and Mark A. Robinson

"Financial Considerations in Establishing Liquidated Damages Clauses in Construction Contracts," State Bar Of Michigan, The Litigation Newsletter, Winter 2001, Mark A. Robinson

"Ten Overlooked Issues in Lost Profits Calculations", State Bar Of Michigan, The Litigation Newsletter, Winter 2001, Mark A. Robinson, Paul Taylor

"Intellectual Property Valuation Basics", State Bar Of Michigan, The Litigation Newsletter, Summer 2001, Mark A. Robinson, Paul Taylor

## O R G A N I Z A T I O N S

American Institute of Certified Public Accountants

Michigan and Ohio CPA Societies

Association of Certified Fraud Examiners

Institute of Management Accountants

American Society of Appraisers

National Association of Forensic Economics

Society of Cost Estimating & Analysis

## R E C E N T   E X P E R T   T E S T I M O N Y

H. R. Technologies, Inc. v. Astechnologies, No. 00-74406 (U.S. District Court for the Eastern District of Michigan, Southern Division) Deposition (Mar. 2002)

Ultra-Precision Manufacturing Ltd. v. Ford Motor Company, No. 01-70302 (U.S. District Court for the Eastern District of Michigan, Southern Division) Deposition (Apr. 2002)

Talon Automotive Group, Inc. v. William John, et al., No. 00-027881-CK (State of Michigan in the Circuit Court for the County of Oakland) Deposition (Apr. 2002)

Long Distance Consolidated Billing Co., Inc. v. QAI, Inc., Pathfinder Capital, Inc., et al., No. 01-71603 (U.S. District Court for the Eastern District of Michigan, Southern Division) Deposition (Aug 2002), Trial testimony (Sept. 2002)

Southwest Die Corporation v. Ontario Die Company Limited, et al., No. EP-01-CA-0204 (U.S. District Court for the Western District of Texas, El Paso Division) Deposition (Oct. 2002)

Delivery First, L.L.C., et al. v. Dough-Re-Mi, Ltd., Joseph Nachtrab, and Krispy Kreme Doughnut Corporation, No. 01-125622-CZ (State of Michigan in the Circuit Court for the County of Wayne) Deposition (Apr. 2003)

Timberwind Development, L.L.C. v. Riverwind, L.L.C., et al., No. 99-91105-CH (State of Michigan in the Circuit Court for the County of Ingham) Deposition (May 2003), Trial testimony (Aug. 2003)

Lourdes Assisted Living Corporation v. Elness, Swenson, Graham, Inc., American Arbitration Association Case No. 11-110-01944-02. Deposition (Nov. 2003) Arbitration testimony (Jan. 2004)

Bliss Clearing Niagara, Inc. v. Midwest Brake, Case No. 5:02CV0067 (United States District Court in the Western District of Michigan, Southern Division) Deposition (Feb. 2004)

Robert D. Thompson v. Microsoft Corporation, Case No. 00-74276 (U.S. District Court for the Eastern District of Michigan, Southern Division) Deposition (May 2004)

General Motors Corporation v. Keystone Automotive Industries, Inc. and Tong Yang Industry Co., Ltd., Civil Action No. 02-74587 (U.S. District Court for the Eastern District of Michigan, Southern Division) Deposition (Sept. 2004)

Morgan Stanley D. W. Inc. v. Paul V. Anderson, Edwin W. Trively, III, and Carolyn F. Murray, National Association of Securities Dealers Arbitration No. 03-02090. Arbitration testimony (February 2005)

Ruscan Ventures, Inc. and Roman Feigin v. Besser Company, Civil Action No. 04-10052-BC (U.S. District Court for the Eastern District of Michigan, Northern Division) Deposition (April 2005)

# RECENT EXPERT TESTIMONY

(continued)

Q.B. & Associates, Inc. v. General Motors Corp., et al., Case No. 02-230290-CZ (State of Michigan in the Circuit Court for the County of Wayne) Deposition (December 2005)

American Axle & Manufacturing, Inc. v. Visteon Corporation, CPR Institute for Dispute Resolution, Case No. 00-027881-CK. Deposition (April 2006)  Arbitration testimony (June 2006)

Henry Ford Health System v. Dr. Donald M. Borsand, O.D., Dr. George C. Graham, O.D., David R. Barnwell, and Optometric Practice Development, No. 05-069475-CB (State of Michigan in the Circuit Court for the County of Oakland) Deposition (December 2006), Trial (June 2007)

AKR & Associates v. Sirajuddin Ahmad, Case No. 96-2352-CH (State of Michigan in the Circuit Court for the County of Macomb) Trial testimony (December 2006)

Hillside Productions, Inc., Gary Roncelli, and Joseph Vicari v. County of Macomb, Michigan and Macomb County Parks and Recreation Commission, Case No. 06-11566 (U.S. District Court for the Eastern District of Michigan, Southern Division) Deposition (May 2007), Trial (April 2008)

Franklin Electric Co., Inc. v. Dover Corporation, d/b/a OPW Fueling Components, Case No. 05-C-0598-S (U.S. District Court for the Western District of Wisconsin) Deposition (October 2007)

Chevron Energy Solutions Company, a Division of Chevron U.S.A., Inc. and Fidelity and Deposit Company of Maryland v. Stones River Electric, Inc. and Fidelity and Guaranty Insurance Company, JAMS Arbitration Case No. 1340006031, Arbitration testimony (May 2008)

Isuzu Motors Limited v. Thermo King Corporation, Civil No. 05-2174 (U.S. District Court, District of Minnesota) Deposition (July 2008)

Boldstar Technical, LLC, and Michael S. Powell v. The Home Depot, Inc., and Industriaplex, Inc., Case No. 07-80435 (U. S. District Court for the Southern District of Florida) Deposition (October 2008)

Armor Screen Corporation v. Storm Catcher, Inc., et al., Case No. 07-81091 (U. S. District Court for the Southern District of Florida) Deposition (February 2009)

Continental Teves, Inc. v. United States, Case No. 03-00782 (United States Court of International Trade) Trial testimony (March 2009)

IMRA America, Inc. v. IPG Photonics Corporation, Case No. 2:06-CV-15139 (U.S. District Court for the Eastern District of Michigan, Southern Division) Deposition (March 2010), Trial (October 2011)

Dura Automotive Systems, Inc. et al. v. Denzil Abney, et al., No. 08-096013-CK (State of Michigan in the Circuit Court for the County of Oakland) Deposition (May 2011)

Remy Inc. v. Tecnomatic S.p.A., Civil Action No. 1:08-cv-1227-SEB-MJD (U.S. District Court for the Southern District of Indiana, Indianapolis Division) Deposition (August 2011)

VirnetX Inc. and Science Applications International Corporation v. Mitel Networks Corp., Siemens Enterprise Communications GmbH & Co. KG, and Avaya, Inc., et al., Case No. 6:11-cv-00018-LED (U.S. District Court for the Eastern District of Texas, Tyler Division) Deposition (August 2012).

BioLumix, Inc., Gideon Eden, and Ruth Eden v. Centrus International, Inc., Case No. 08-11418 (U.S. District Court for the Eastern District of Michigan, Southern Division) Deposition (August 2012)

ASK Chemicals LP v. Computer Packages Inc., Civil Action No. 2:12-cv-68 (U.S. District Court for the Southern District of Ohio, Eastern Division) Deposition (February 2013)

One Place Condominium LLC, et al v Travelers Property Casualty Company of America                                                                                    Appendix B

**Document Index**

| Exhibit | Tab | Bates Number Begin | End | File | Adobe page Begin | End | Date | Description |
|---|---|---|---|---|---|---|---|---|
| 1 | | n/a | | 008. Exhibits 1-43.pdf | 4 | 22 | 11/21/2011 | MKA website printouts |
| 2 | | n/a | | 008. Exhibits 1-43.pdf | 23 | 24 | 11/22/2011 | Held Enloe website printouts |
| 3 | | MKA 0005597 - 0005598 | | 008. Exhibits 1-43.pdf | 25 | 26 | 11/11/2009 | Email string between Jason Walker and Ron Metcalfe, Subject: One Place Condo. |
| 3A | | MKA 0029420 | | 008 Exhibits 1-43.pdf | 27 | - | 2/12/2010 | Email from Gaurav Lamba to Mr. Sarff, cc: Mr. Metcalfe; Subject: OnePlace Condos – Actual Time for ERS System / "D"Line Repair Work. |
| 4 | | MKA 0000163 - 0000165 | | 008. Exhibits 1-43.pdf | 28 | 30 | 3/26/07 | Letter from Randal Goetz (MKA Regional Manager) to Richard Sarff (Travelers Insurance);RE: One Place Condominium, LLC, Claim No. CAY3385, MKA Project No. 2007.0278. |
| 5 | | MKA 0000098 - 0000111 | | 008 Exhibits 1-43.pdf | 31 | 45 | 2007 | Billing invoices for 2007 |
| 6 | | MKA 0000117 - 0000130 | | 008. Exhibits 1-43.pdf | 46 | 58 | 2008 | Billing invoices for 2008 |
| 7 | | MKA 0000140 - 0000158 | | 008. Exhibits 1-43.pdf | 115 | 133 | 2009 | Billing invoices for 2009 |
| 8 | | MKA 0010634, 638 -708 (ev | | 008. Exhibits 1-43.pdf | 59 | 97 | | Photos |
| 9 | | MKA 0028951 | 0028967 | 008. Exhibits 1-43.pdf | 98 | 114 | 8/13/2009 | Water Damage Claim Analysis dated August 13, 2009. |
| 10 | 11 | MKA 0006425 | 0006443 | 008. Exhibits 1-43.pdf | 134 | 152 | 8/17/2009 | Water Damage Claim Analysis dated August 17, 2009. |
| 11 | 44 | MKA 0000172 - 0000173 | | 008. Exhibits 1-43.pdf | 153 | 154 | 4/17/2007 | Letter from Mr. Walker to Mr. Sarff; RE: One Condominium Place, LLC – Document Request, Claim No. CAY3385, MKA Project No. 2007.0278. |
| 12 | 45 | MKA 0005062 - 0005075 | | 008. Exhibits 1-43.pdf | 155 | 168 | 7/23/2007 | Letter from ESI to Mr. Goetz (MKA): ESI's findings of the earth retention system failure. |
| 13 | | MKA 0005044 - 0005047 | | 008. Exhibits 1-43.pdf | 169 | 172 | 8/3/2007 | Letter from ESI to Mr. Sarff: Executive Summary of ESI's findings |
| 14 | | OP-GM/AI 004959 | - 004963 | 008. Exhibits 1-43.pdf | 173 | 177 | 11/12/2007 | Letter from Rick Sarff (Travelers) to Jerry Karp (Southblock Real Estate Developers & Managers). |
| 15 | 2 | OP-GM/AI 004992 | - 004994 | 008. Exhibits 1-43.pdf | 178 | 180 | 6/17/2008 | Email string mostly between Mr. Sarff (Travelers) and Mr. Levin (globemwal) |
| 16 | 2 | MKA 008508 | - 008514 | 008. Exhibits 1-43.pdf | 181 | 187 | | One Place Condominiums and South Loop Shops: Preliminary Partial Claim |
| 17 | | MKA 0008112 - 0008113 | | 008. Exhibits 1-43.pdf | 188 | 189 | 7/8/2008 | Letter from Mr. Sarff (Travelers) to Randy Goetz (MKA); RE: Once Place Condominium, Claim No. CAY3385, Date of Loss: February 22, 2007. |
| 18 | 44 | MKA 0000188 - 0000189 | | 008. Exhibits 1-43.pdf | 190 | 191 | 7/24/2008 | Letter from Mr. Walker to Mr. Sarff |
| 19 | 44 | MKA 0001086 | | 008. Exhibits 1-43.pdf | 192 | | 9/11/2008 | Letter from Mr. Sarff to Mr. Walker |
| 20 | | MKA 0002242 | | 008. Exhibits 1-43.pdf | 194 | | 10/30/2008 | Letter from Mr. Sarff to Mr. Walker |
| 21 | | MKA 0000195 | 0000197 | 008. Exhibits 1-43.pdf | 195 | 197 | 12/4/2008 | Letter from Mr. Walker to Mr. Sarff, RE: One Condominium Place, LLC – Caissons and Frost Wall Summary. |
| 22 | 44 | n/a | | 008. Exhibits 1-43.pdf | 198 | 201 | 12/22/2008 | Letter from Mr. Walker to Mr. Sarff; RE: One Condominium Place, LLC – Request for Information. |
| 23 | | OP-GM/AI 005068 | - 005069 | 008. Exhibits 1-43.pdf | 202 | 203 | 12/22/2008 | Letter from Mr. Sarff to Mr. Karp (Southblock Real Estate Developers & Managers); . |
| 24 | 44 | MKA 0007444 - 0007445 | | 008. Exhibits 1-43.pdf | 204 | 205 | 2/18/2009 | Letter from Mr. Walker to Mr. Sarff; 2/18/09; RE: One Condominium Place, LLC — Request for Information on ERS and Caisson. |
| 25 | | MKA 0008093 - - | | 008. Exhibits 1-43.pdf | 206 | - | 3/30/2009 | Letter from Mr. Sarff to Mr. Metcalfe; 3/30/09. |
| 26 | 44 | MKA 0007433 - 0007439 | | 008. Exhibits 1-43.pdf | 208 | 214 | 5/5/2009 | Letter from Robert P. Levin to Mr. Sarff; |
| 27 | 5 | MKA 0008882 - 0008885 | | 008. Exhibits 1-43.pdf | 215 | 218 | 5/26/2009 | Letter from Gary Lambe to Ron Metcalf; 5/26/09; Subject:  TIME IMPACT ANALYSIS - PRELIMINARY FINDINGS & DOCUMENT REQUEST. |
| 28 | | MKA 0025174 - 0025177 | | 008. Exhibits 1-43.pdf | 219 | 222 | 6/4/2009 | Handwritten notes for meeting with Globe Midwest/Adjusters International. |
| 29 | 4 | n/a | | 008. Exhibits 1-43.pdf | 223 | 230 | 6/9/2009 | Letter from Mr. Sarff to Katherine Dedrick (Childress Duffy Goldblatt); 6/9/09. |
| 30 | 7 | MKA 0005183 - 0005191 | | 008. Exhibits 1-43.pdf | 231 | 239 | 6/11/2009 | Email from Craig Becker (globemwal) to Mr. Sarff; re: Emailing: SFX14F |
| 31 | | MKA 0005565 - 0005566 | | 008. Exhibits 1-43.pdf | 240 | 241 | 6/25/2009 | Email from Gaurav Lamba to Ron Metcalfe, cc: Heather Rebenberg (office menager in Princeton); 6/25/09; Subject: OnePlace Condos. |
| 32 | 8 | MKA 0005421 - 0005424 | | 008. Exhibits 1-43.pdf | 242 | 245 | 7/8/2009 | Letter from Ron Metcalf/Gary Lamba (MKA) to Mr. Sarff (Travelers); 7/8/09; Subject: ONEPLACE CONDOS: SCHEDULE DELAY ANALYSIS - STATUS UPDATE. |
| 33 | 14 | n/a | | 008. Exhibits 1-43.pdf | 246 | 248 | n/a | Statement of Loss on Earth Movement Claim Number CAY3385. |
| 34 | 6 | MKA 0005894 - 0005913 | | 008. Exhibits 1-43.pdf | 249 | 268 | 7/14/2009 | Letter from Craig Becker to Mr. Sarff with Water Damage Claim.  Also, Construction Mgmt Agreement between One Place and Southblock Development. |
| 34 | 6 | MKA 0005865 - 0005874 | | 008. Exhibits 1-43.pdf | 269 | 278 | | |
| 35 | | MKA 0005376 - 0005395 | | 008. Exhibits 1-43.pdf | 279 | 298 | 8/10/2009 | Email from Mr. Lambo to Mr. Metcalfe and Mr. Walker; 8/10/09; Subject:  Latest draft with all sections. |
| 36 | | MKA 0007759 - 0007806 | | 008. Exhibits 1-43.pdf | 299 | 346 | 8/10/2009 | Draft - Confidential Work Product: one Place Condominiums and Shops, August 10, 2009 |
| 37 | | MKA 0006038 - 0006106 | | 008. Exhibits 1-43.pdf | 347 | 415 | 8/10/2009 | Claims Analysis Report, August 10. |
| 38 | | MKA 0028891 - 0028950 | | 008. Exhibits 1-43.pdf | 416 | 475 | 8/13/2009 | ERS/Caisson Foundation Damages Report, August 13, 2009 |
| 39 | | MKA 0011448 - 0011507 | | 008. Exhibits 1-43.pdf | 476 | 535 | 8/13/2009 | ERS/Caisson Foundation Damages Report, August 13, 2009 |
| 40 | 43 | MKA 0011350 - 0011406 | | 008. Exhibits 1-43.pdf | 536 | 592 | 8/17/2009 | ERS/Caisson Foundation Damages Report, August 17, 2009 |

One Place Condominium LLC, et al v Travelers Property Casualty Company of America
Appendix B

## Document Index

| Exhibit | Tab | Bates Number Begin | End | File | Adobe page Begin | End | Date | Description |
|---|---|---|---|---|---|---|---|---|
| 41 | 9 | MKA 0028968 | - 0028971 | 008. Exhibits 1-43.pdf | 593 | 596 | 8/13/2009 | Supplemental Caisson Squeeze Damages Report, August 13, 2009 |
| 42 | | MKA 0006277 | - 0006340 | 008. Exhibits 1-43.pdf | 597 | 660 | 8/13/2009 | Claims Analysis Report, August 13, 2009 |
| 43 | | MKA 0006110 | - 0006177 | 008. Exhibits 1-43.pdf | 661 | 728 | 8/23/2011 | Claims Analysis Report, August 23, 2011 |
| 43 | 10 | MKA 0006178 | - 0006245 | 008. Exhibits 1-43.pdf | 729 | 796 | 8/23/2011 | Claims Analysis Report, August 23, 2011 |
| 44 | 66 | MKA 0008418 | - 0008420 | 009. Exhibits 44-140.pdf | 12 | 14 | 8/25/2009 | Email from Mr. Lamba to Mr. Sarff; 8/25/09; Subject: Key schedule dates on Oneplace. |
| 44 | 42 | MKA 0008109 | | 009. Exhibits 44-140.pdf | 15 | | | Spreadsheet |
| 45 | 13 | MKA 0005560 | | 009. Exhibits 44-140.pdf | 16 | | | Daily Soft Costs Analysis One Place Condominiums, LLC |
| 46 | 16 | OP-GM/AI 004623 | - 004624 | 009. Exhibits 44-140.pdf | 17 | 18 | 8/20/2010 | Statement of Loss, One Condominiums, August 20, 2010. |
| 47 | 12 | P-2010- 0000194C | - 000019409 | 009. Exhibits 44-140.pdf | 19 | 22 | 11/10/2009 | Letter from Craig Becker to Mr. Sarff; 11/10/09. |
| 48 | 15 | n/a | | 009. Exhibits 44-140.pdf | 23 | 31 | 8/27/2010 | Letter from Mr. Sarff (Travelers) to Mr. Becker (Adjusters International) and Ms. Dedrick (Childress Duffy Goldblatt). |
| 49 | 46 | P-2010- 00014121- 000141227 | | 009. Exhibits 44-140.pdf | 32 | 46 | 10/29/2010 | Letter from Mr. Becker to Mr. Sarff |
| 50 | | MKA 0028879 | - 0028881 | 009. Exhibits 44-140.pdf | 47 | 49 | 9/28/2009 | Email string between Mr. Sarff and Peter Lenzini (@ illinois.edu) |
| 51 | 26 | MKA 0029416 | - 0029419 | 009. Exhibits 44-140.pdf | 50 | 53 | 12/31/2009 | Letter from MKA to Mr. Sarff;Subject: One Place Condominiums – Permanent Casing Review |
| 52 | 68 | OP-GM/AI 005296 | - 005304 | 009. Exhibits 44-140.pdf | 54 | 62 | 1/12/2010 | Letter from Mr. Sarff to Mr. Becker |
| 53 | 69 | MKA 0029515 | - 0029517 | 009. Exhibits 44-140.pdf | 63 | 65 | 8/23/2011 | Letter from Mr. Metcalfe to Mr. Sarff; Subject: One Place Condominiums – Permanent Casing Review |
| 54 | 3 | OP-GM/AI 003976 | - 003996 | 009. Exhibits 44-140.pdf | 66 | 84 | 11/24/2009 | Letter/report from Held Enloe & Associates to Mr. Sarff |
| 55 | 1 | MKA 0008105 | - 0008108 | 009. Exhibits 44-140.pdf | 85 | 88 | 12/2/2009 | Email string originally from Mr. Walker to Mr. Sarff on 11/30/09, forwarded to Enloe; Subject: One Place Condo - Lisa Enloe Request - DRAFT |
| 56 | | ONEPLACE 002392 | - 002393 | 009. Exhibits 44-140.pdf | 89 | 90 | 10/27/2006 | One Place Condominiums and South Loop Shops: Preliminary Schedule; 10/27/06 |
| 57 | | Travelers- 001631 | - 001633 | 009. Exhibits 44-140.pdf | 91 | 93 | 9/26/2006 | Owner Architect Contractor Meeting Minutes #3; 9/26/06 |
| 58 | | Travelers- 001634 | - 001637 | 009. Exhibits 44-140.pdf | 94 | 97 | 10/3/2006 | Owner Architect Contractor Meeting Minutes #4; 10/3/06 |
| 59 | | ONEPLACE 004063 | - 004065 | 009. Exhibits 44-140.pdf | 98 | 100 | 10/4/2006 | Letter from Southblock to Levine; 10/4/06; Re: One Place Condominiums and South Loop Shops, Concrete Subcontract Agreement with Concrete Structures (CSM) |
| 60 | | ONEPLACE 004070 | - 004074 | 009. Exhibits 44-140.pdf | 101 | 105 | 10/11/2006 | Letter from L. Goldman to C. Shenk; 10/11/06 @corrected# Re: One Place Condominiums / South Loop Shops Concrete Recommendation |
| 61 | | ONEPLACE 004058 | - 004060 | 009. Exhibits 44-140.pdf | 106 | 108 | 10/12/2006 | Letter from C. Shenk to L. Goldman; 10/12/06; Re: One Place Condominiums and South Loop Shops, Concrete Subcontract Agreement with Concrete Structures (CSM) |
| 62 | 47 | LEVINE 000016 | - 000031 | 009. Exhibits 44-140.pdf | 109 | 124 | 11/10/2006 | Letter from M. Levine to F. Aiello, 11/10/06; Re: Project #0608 — One Place Condominiums and South Loop Shops , 1 E. 861 Street, Chicago, Illinois, Executed Contract Agreement #subcontract agreement with Concrete Structures attached# |
| 63 | 41 | HAYWARD 000763 | | 009. Exhibits 44-140.pdf | 125 | - | 9/26/2006 | Drawing labeled Hayward Baker Project No. 15498, last issue date 9/26/06  ERS-1 |
| 64 | 41 | HAYWARD 000782 | | 009. Exhibits 44-140.pdf | 126 | - | 11/27/2006 | Drawing labeled Hayward Baker Project No. 15498, last issue date 11/27/06 ERS-1 |
| 65 | | LEVINE 019696 | - 019698 | 009. Exhibits 44-140.pdf | 127 | 129 | 10/19/2006 | Email string from C. Shenk to H. Karp; 10/19/06; Subject: 1E. 8th -ERS Revisions - 8th St & sheeting change |
| 66 | | Travelers- 001652 | - 001655 | 009. Exhibits 44-140.pdf | 130 | 133 | 10/31/2006 | Agenda dated 11/3/06 for meeting on 11/7/06; Owner Architect Contractor Meeting Minutes #8, 10/31/06 |
| 67 | | Travelers- 001663 | - 001670 | 009. Exhibits 44-140.pdf | 134 | 141 | 11/20/2006 | Owner Architect Contractor Meeting Minutes #10; 11/14/06 |
| 68 | | ONEPLACE 002708 | - 002727 | 009. Exhibits 44-140.pdf | 142 | 161 | 11/29/2006 | Baseline construction schedule; 11/29/06 |
| 69 | | Travelers- 001677 | - 001680 | 009. Exhibits 44-140.pdf | 162 | 165 | 12/5/2006 | Owner Architect Contractor Meeting Minutes #13; 12/5/06 |
| 70 | | LEVINE 009416 | | 009. Exhibits 44-140.pdf | 166 | | 12/26/2006 | Email from C. Dalzell to C. Shenk; 12/26/06; Subject:  Construction Schedule Delay Notice #1. |
| 71 | | LEVINE 014185 | - 014186 | 009. Exhibits 44-140.pdf | 167 | 168 | 1/10/2007 | Email string between M. Levine to H. Karp; 1/10/07; Subject: Contract Rejections |
| 72 | | LEVINE 008620 | - 008621 | 009. Exhibits 44-140.pdf | 169 | 170 | 1/23/2007 | Daily construction report; 1/23/07 |
| 73 | | ONEPLACE 004964 | | 009. Exhibits 44-140.pdf | 171 | | 1/23/2007 | Letter from N. Dalzell (Levine) to S. Farr (Hayward Baker); 1/23/07; Re: One Place Condominiums & South Loop Shops, Movement of sheeting at 9 line |
| 74 | | ONEPLACE 004961 | - 004963 | 009. Exhibits 44-140.pdf | 172 | 173 | 1/24/2007 | Letter from N. Dalzell (Levine) to S. Farr (Hayward Baker); 1/24/07; Re: One Place Condominiums & South Loop Shops, Movement of sheeting at 9 line |
| 75 | | ONEPLACE 004956 | - 004958 | 009. Exhibits 44-140.pdf | 174 | 176 | 1/27/2007 | Letter from N. Dalzell to K. Kooiker (Wight Construction); 1/27/07; Re: One Place Condominiums & South Loop Shops, 1E. 8th Street, Chicago, Illinois.<br>Attached:  Letter from Shane Ferr (Hayward Baker) to N. Dalzell (Levine); 1/23/07; RE:  One Place Condominiums & South Loop Shops, Chicago, Illinois, Earth Retention along 9 line |
| 76 | 48 | LEVINE 007910 | | 009. Exhibits 44-140.pdf | 177 | | 1/31/2007 | Letter from M. Levine to H. Karp (Southblock); 1/31/07; Re: One Place Condominiums & South Loop Shops, LLC |
| 77 | | LEVINE 012700 | - 012703 | 009. Exhibits 44-140.pdf | 178 | 181 | 1/23/2007 | Owner Architect Contractor Meeting Minutes # 19; 1/23/07 |
| 78 | | LEVINE 012711 | - 012713 | 009. Exhibits 44-140.pdf | 182 | 184 | 2/13/2007 | Owner Architect Contractor Meeting Minutes #22; 2/13/07 |
| 79 | 49 | WIGHT 022921 | - 022932 | 009. Exhibits 44-140.pdf | 185 | 196 | 3/27/2007 | Levine Construction change order No. 3; 3/27/07 |
| 80 | 51 | Travelers- 012652 | - 012668 | 009. Exhibits 44-140.pdf | 197 | 213 | 1/26/2007 | Baseline construction schedule from Levine; revised 1/26/07 |

One Place Condominium LLC, et al v Travelers Property Casualty Company of America

Appendix B

Document Index

| Exhibit | Tab | Bates Number Begin | Bates Number End | File | Adobe page Begin | Adobe page End | Date | Description |
|---|---|---|---|---|---|---|---|---|
| 81 | | LEVINE 007774 | -007775 | 009. Exhibits 44-140.pdf | 214 | 215 | 2/5/2007 | Letter from H. Karp to M. Levine; 2/5/07; RE: One Place Condominiums and The South Loop Shops |
| 82 | | ONEPLACE 007385 | -007395 | 009. Exhibits 44-140.pdf | 216 | 226 | 2/8/2007 | Owner Architect Contractor Meeting Minutes #19; 2/8/07 |
| 83 | 28 | LEVINE 007917 | | 009. Exhibits 44-140.pdf | 227 | | 2/8/2007 | Letter from N. Dalzell to H. Karp; 2/8/07; Re: One Place Condominiums and South Loop Shops, 1 East 8th Street, Chicago, Illinois, Proposed Control Estimate and Schedule |
| 84 | | LEVINE 007924 | -007938 | 009. Exhibits 44-140.pdf | 228 | 242 | 2/8/2007 | Exhibit 5 Baseline Schedule |
| 85 | | LEVINE 016479 | | 009. Exhibits 44-140.pdf | 243 | | 2/8/2007 | Project Dashboard |
| 86 | | LEVINE 014503 | | 009. Exhibits 44-140.pdf | 244 | | 2/12/2007 | Letter from M. Levine to H. Karp; 2/12/07; Re: One Place Condominiums & South Loop Shops, LLC |
| 87 | 59 | ONEPLACE 00288 | -000296 | 009. Exhibits 44-140.pdf | 245 | 253 | 2/12/2007 | Letter from H. Karp to M. Levine; 2/12/07; Re: One Place Condominiums & South Loop Shops |
| 88 | | LEVINE 014508 | -014509 | 009. Exhibits 44-140.pdf | 254 | 255 | 2/14/2007 | Letter from M. Levine to H. Karp; 2/14/07; Re: One Place Condominiums & South Loop Shops, LLC, Control Estimate & Schedule |
| 89 | 29 | ONEPLACE 000264 | -00282 | 009. Exhibits 44-140.pdf | 256 | 274 | 2/14/2007 | Letter to H. Karp from L. Goldman; 2/14/07; Re: One Place Condominiums and South Loop Shops, Status report for the month of January 2007 |
| 90 | | LEVINE 014163 | -014164 | 009. Exhibits 44-140.pdf | 275 | 276 | 2/22/2007 | Email chain 2/22/07-2/23/07; Subject: Sager Sealant's Propsoed Contract |
| 91 | | LEVINE 017746 | -017752 | 009. Exhibits 44-140.pdf | 277 | 282 | 2/23/2007 | Letter from L. Goldman to H. Karp; 2/23/07; Re: One Place Condominiums & South Loop Shops, LLC, Contractor Scope Reviews/Purchasing |
| 92 | | MKA 0013646 | | 009. Exhibits 44-140.pdf | 283 | | 2/20/2007 | Daily Construction Report; 2/20/07 |
| 93 | | MKA 0013643 | | 009. Exhibits 44-140.pdf | 284 | | 2/23/2007 | Daily Construction Report; 2/23/07 |
| 94 | | ONEPLACE 021051 | -021052 | 009. Exhibits 44-140.pdf | 285 | 286 | 2/23/2007 | Email chain dated 2/23/07; Subject: FW: One Place Condomiums 1 E 8th : Street Earth Retention Issues |
| 95 | | LEVINE 019269 | -019277 | 009. Exhibits 44-140.pdf | 287 | 295 | 2/25/2007 | Fax from D. McCarthy (CTI) to L. Goldman; 2/25/07; Re: 1 EAST &-Street - Inclinometer |
| 96 | | MKA 0013682 | -0013683 | 009. Exhibits 44-140.pdf | 296 | 297 | 2/26/2007 | Daily Construction Report; 2/26/07 |
| 97 | | Concretestructures 006163 | | 009 Exhibits 44-140.pdf | 298 | | 2/27/2007 | Photo dated 2/27/07 |
| 98 | | Travelers- 000964 | | 009 Exhibits 44-140.pdf | 299 | | 3/14/2007 | Photo dated 3/14/07 |
| 99 | | LEVINE 013741 | | 009 Exhibits 44-140.pdf | 300 | | 2/28/2007 | Letter from N. Dalzell (Levine) to H. Karp; 2/28/07; Re: One Place Condominiums & South Loop Shops, 1 E. 8th Street, Chicago, Illinois, Sheeting along 9 Line and State Street |
| 100 | | Concretestructures 008150 | | 009. Exhibits 44-140.pdf | 301 | | 3/1/2007 | Letter from N. Lorenzo (Concrete Structures) to N. Dalzell (Levine); 3/1/07; RE: One Place Condominiums & S. Loop Shops, Undermined Frost Walls & Caps Along Grid D/10-14 |
| 101 | | Concretestructures 006164 | | 009 Exhibits 44-140.pdf | 302 | | 2/27/2007 | Photo dated 2/27/07 |
| 102 | | ONEPLACE 021001 | -021010 | 009. Exhibits 44-140.pdf | 303 | 312 | 3/2/2007 | Meeting Minutes: One Place Condominiums and South Loop Shops, Earth Retention System Concerns; 3/2/07 |
| 103 | | HAYWARD 000748 | | 009. Exhibits 44-140.pdf | 313 | | 3/20/2007 | Hayward Baker drawing - Earth Retention Plan, ERS-1 |
| 104 | 52 | LEVINE 018959 | | 009. Exhibits 44-140.pdf | 314 | | 3/8/2007 | Stop Work Notice to all subcontractors from Bud Case (Levine project superintendent); 3/8/07 |
| 105 | | ONEPLACE 007458 | -007471 | 009. Exhibits 44-140.pdf | 315 | 328 | 3/13/2007 | Owner Architect Contractor Meeting Minutes #26; 3/13/07 |
| 106 | | LEVINE 020221 | -020237 | 009. Exhibits 44-140.pdf | 329 | 345 | 3/13/2007 | Fax from M. Bathe (Professionals Associated) to K. Raykova (Levine) |
| 107 | | Levine 019530 | -019531 | 009. Exhibits 44-140.pdf | 346 | 347 | 3/19/2007 | Handwritten notes dated 3/19/07 |
| 108 | 27 | LEVINE 013713 | -013717 | 009. Exhibits 44-140.pdf | 348 | 352 | 3/23/2007 | Letter from L. Goldman to H. Karp; 3/23/07; One Place Condominiums and South Loop Shops, Owner Change Order #15 – Revised ERS System |
| 109 | 53 | Travelers- 016486 | -016489 | 009. Exhibits 44-140.pdf | 353 | 356 | 4/9/2007 | Change Order No. 022 |
| 110 | | LEVINE 012111 | -012122 | 009. Exhibits 44-140.pdf | 357 | 368 | 3/27/2007; 6/15/07 | Letters from Markel Underwriting Managers, Inc. |
| 111 | | Concretestructures 006015 | | 009. Exhibits 44-140.pdf | 369 | | 4/11/2007 | Recommencement of Work 4/11/07 |
| 112 | 54 | ONEPLACE 002002 | -002031 | 009. Exhibits 44-140.pdf | 370 | 399 | 4/30/2007 | Letter from L. Goldman to H. Karp; 4/30/07; Re: One Place Condominiums and South Loop Shops, Stetus report for the month of April 2007 |
| 113 | | LEVINE 014482 | | 009. Exhibits 44-140.pdf | 400 | | 5/7/2007 | Letter from L. Goldman to C. Shenk; 5/7/07; One Place Condominiums & South Loop Shops, LLC, 1 East 8th Street, Chicago, Illinois, Weather related Delays to Concrete Operations |
| 114 | 55 | LEVINE 012355 | -012363 | 009. Exhibits 44-140.pdf | 401 | 409 | 5/14/2007 | Settlement and Termination Agreement between Levine and the owners and developers; 5/14/07 |
| 115 | 56 | ONEPLACE 001968 | -001972 | 009. Exhibits 44-140.pdf | 410 | 414 | 5/18/2007 | Letter from L. Goldman to H. Karp; 5/18/07; Re: One Place Condominiums and South Loop Shops, Final Status Report Covering the period May 1 – May 14, 2007 |
| 116 | | ONEPLACE 001952 | -001953 | 009. Exhibits 44-140.pdf | 415 | 416 | 5/21/2007 | Email chain beginning 5/21/07; Subject: One Place documents |
| 117 | | ONEPLACE 001974 | -001975 | 009. Exhibits 44-140.pdf | 417 | 418 | 5/31/2007 | Letter from C. Shenk to L. Goldman; 5/31/07; Re: Owner Response to Levine Construction's Owner Report #2 |
| 118 | | ONEPLACE 001973 | | 009. Exhibits 44-140.pdf | 419 | | 6/12/2007 | Letter from L. Goldman to C. Shenk; 6/12/07; Re: One Place Condominiums 8 South Loop Shops, LLC, 1 East 8th Street, Chicago, Illinois, Response to Owner Report #2 Comments |
| 119 | 57 | cretestructures 005823 | -005847 | 009. Exhibits 44-140.pdf | 420 | 444 | 4/17/2007 | Concrete Structures Proposed Change Order No. 00008: Impact Costs for Project Shutdown; 4/17/07 |

One Place Condominium LLC, et al v Travelers Property Casualty Company of America

Appendix B

**Document Index**

| Exhibit | Tab | Bates Number Begin | End | File | Adobe page Begin | End | Date | Description |
|---|---|---|---|---|---|---|---|---|
| 120 | | LEBINE 014515 | - 014516 | 009. Exhibits 44-140.pdf | 445 | 446 | 4/27/2007 | Letter from L. Goldman to H. Karp; 4/27/07; Re: One Place Condominiums & South Loop Shops, LLC, Earth Retention System Modifications — Additional Claims |
| 121 | | LEBINE 011946 | - 011953 | 009. Exhibits 44-140.pdf | 447 | 454 | 3/7/2006 | Letter from A. Kuehnel to L. Goldman; 3/7/06; Re: Proposal for Construction Observation and Testing Services, One Place Condominium, One East Eighth Street, Chicago, Illinois, Terracon Proposal No. P060269 |
| 122 | | OP-GM/AI 001703 | - 001708 | 009. Exhibits 44-140.pdf | 455 | 460 | 12/1/2006 | Terracon Invoice, Caisson Analysis |
| 123 | | Travelers- 014313 | - 014327 | 009. Exhibits 44-140.pdf | 461 | 465 | 12/21/2006 | F. Chicago Building Consulting Services Inc. Invoice No. 23216; deposited checks |
| 124 | | OP-GM/AI 001747 | - 001752 | 009. Exhibits 44-140.pdf | 466 | | 8/30/2006 | Bibra-Tech DTF Proposal: Letter from C. Shenk (Southblock) to Dane Tittman (Bibra-Tech); 8/30/06; Re: 1 East 8th St. & 8 E. 9th St. - Pre-construction Inspections and Bibration Monitoring

Letter from Debra Montague (Bibra-Tech) to C. Shenk; 8/30/06; Subject: Proposal for Pre-construction Inspections and Bibration Monitoring, One Place Condominium and Astoria Towers, Chicago, IL, Revisions in bold.

Fax from C. Shenk to Dane Tittman; 8/31/06; RE: 1 E. 8th St. & 8 E. 9th St. |
| 125 | | Travelers- 014320 | - 014330 | 009. Exhibits 44-140.pdf | 472 | 482 | 6/12/2007, 8/30/07 | A. Bibra-Tech: Invoices (various), deposited checks |
| 126 | | Travelers- 014415 | - 014483 | 009. Exhibits 44-140.pdf | 483 | 551 | 3/30/2007 | A. Cassion Squeeze: Change Orders - Case Foundation |
| 127 | | Travelers- 014487 | - 014527 | 009. Exhibits 44-140.pdf | 552 | 592 | 1/31/2007; 4/9/07 | B. Excavators: Budron Excavating company Invoices; Contract Change Order |
| 128 | | LEBINE 008529 | - 008530 | 009. Exhibits 44-140.pdf | 593 | 598 | 3/5-4/22 | CTA Time Log: Flagmen and work performed |
| 129 | | n/a | | 009. Exhibits 44-140.pdf | 559 | 600 | | Curriculum vitae of Gaurav Lamba, P.E. |
| 130 | | n/a | | 009. Exhibits 44-140.pdf | 601 | | | Handwritten notes about various exhibits |
| 131 | 70 | LEBINE 013747 | | 009. Exhibits 44-140.pdf | 602 | | 4/30/2007 | Change order 015A |
| 132 | 70 | MKA 0001256 | - 0001260 | 009. Exhibits 44-140.pdf | 603 | 607 | 5/2/2007 | Change order 015B |
| 133 | 70 | MKA 0001261 | | 009. Exhibits 44-140.pdf | 608 | | 5/3/2007 | Change order 015C |
| 134 | 58 | cretestructures 008586 | | 009. Exhibits 44-140.pdf | 609 | | 7/25/2007 | Letter from Concrete Structures to Wight; 07/25/07; RE: One Place Condominiums & S. Loop Shops, Movement of Caissons B Line D/11-13.9 |
| 135 | | Concretestructures 008291 | - 008292 | 009. Exhibits 44-140.pdf | 610 | 611 | 12/22/2006 | Email string between Neo Lorenzo (Concrete Structures) and Noel Dalzell (Levine); 12/22/06; Subject: 18th St - Project Start Date. Attached letter from Neo Lorenzo to Noel Dalzell, 12/21/06; RE: One Place Condominiums, Project Start Date. |
| 136 | | Concretestructures 013028 | - 013029 | 009. Exhibits 44-140.pdf | 612 | 613 | 1/23/06 (lastest rev) | Concrete Structures of the Midwest: One East 8th Condos, Preliminary Concrete Schedule; 1/23/07 (latest revision). |
| 137 | | WIGHT 022494 | - 022520 | 009. Exhibits 44-140.pdf | 614 | 640 | | Concrete Structures of the Midwest, Inc.'s Response to Defendants' Requests to Admit |
| 138 | | LEBINE 016784 | - 016794 | 009. Exhibits 44-140.pdf | 641 | 651 | 4/17/2007 | Concrete Structures of the Midwest: One East 8th Condos, Concrete Schedule; Update - 4-17-07 |
| 139 | | WIGHT 011855 | - 011868 | 009. Exhibits 44-140.pdf | 652 | 665 | 11/19/2007 | Concrete Structures of the Midwest: One East 8th Condos, Concrete Schedule; Revision 2: 7-13-07. |
| 140 | | WIGHT 026414 | - 026426 | 009. Exhibits 44-140.pdf | 666 | 678 | 3/1/2007 | Email from Neo Lorenzo (CS) to Pete Page; 11/19/07; Subject: 1E8th – Concrete Schedule Update & Corrected for Holidays; Attachment: One Place Condos – 11-17-07.pdf. |
| 141 | | Concretestructures 008261 | | 010. Exhibits 141-200.pdf | 9 | | 3/1/2007 | Email from Neo Lorenzo (Concrete Structures) to Noel Dalzell (Levine); 3/1/07; RE: One Place Condominiums & S. Loop Shops, Interruptions to Concrete Work. |
| 142 | | Concretestructures 006162 | | 010. Exhibits 141-200.pdf | 10 | | 2/27/2007 | Photo dated 2/27/07 |
| 143 | | LEBINE 000120 | 00130 | 010. Exhibits 141-200.pdf | 11 | 21 | 4/16/07 - 4/30/07 | Daily construction reports from Levine starting 4/16/07 to 4/30/07. |
| 144 | | Concretestructures 008534 | - 008537 | 010. Exhibits 141-200.pdf | 22 | 25 | 5/10/2007 | Concrete Structures Proposed Change Order No. 00008.1: Impact Costs from Project Shutdown; 5/10/07 |
| 145 | 67 | cretestructures 009077 | - 009080 | 010. Exhibits 141-200.pdf | 26 | 29 | 6/7/2007 | Wight Construction Change Order No. CSM-010; Title: Earth Retention Delay; 6/7/07. |
| 146 | | Concretestructures 001509 | | 010. Exhibits 141-200.pdf | 30 | | 5/8/2007 | Concrete Structures Request for Information No. 00039; title: Undermined Foundation Concrete; 5/8/07 |
| 147 | | ONEPLACE 005604 | - 005615 | 010. Exhibits 141-200.pdf | 31 | 42 | 5/17/2007 | Email from Charlie Shank to Josh Warriner (Wight), cc: Jim Nagle; 5/17/07; Subject: CSM claim for additional contract time due to weather delays. Attached is letter from Levine Construction enclosing Concrete Structures' proposed change order No. 9 relating to time extension due to weather delays. |
| 148 | | ONEPLACE 005601 | | 010. Exhibits 141-200.pdf | 43 | | 6/8/2007 | Letter from Neo Lorenzo (CS) to Charlie Shenk; 6/8/07; RE: One Place Condominiums & S. Loop Shops, Delay Notice – ComEd electrical Service Shutdown. |
| 149 | | Concretestructures 005731 | - 005732 | 010. Exhibits 141-200.pdf | 44 | 45 | 6/22/2007 | Concrete Structures Change Order Request No. 0002 to Wight; Title: Raker Conflict B A.7/9.9-12 (RFiB61); 6/22/07. |

One Place Condominium LLC, et al v Travelers Property Casualty Company of America  Appendix B

Document Index

| Exhibit | Tab | Bates Number Begin | End | File | Adobe page Begin | End | Date | Description |
|---|---|---|---|---|---|---|---|---|
| 150 | | WIGHT 012636 | | 010. Exhibits 141-200.pdf | 46 | | 7/31/2007 | Concrete Structures of the Midwest Change Order Request No. 0002 to Wight; Title: Raker Conflict @ A.7/9.9-12 (RFI#61); 7/31/07. |
| 151 | | Concretestructures 005738 | - 005740 | 010. Exhibits 141-200.pdf | 47 | 49 | 5/24/2007 | Fax from Wight to CS; REF: Request for information; 5/24/07 |
| 152 | | WIGHT 011570 | | 010. Exhibits 141-200.pdf | 50 | | 5/16/2007 | Letter from Joshua Warriner (Wight project manager) to Shane Farr (Hayward Baker project manager); 5/16/07. |
| 153 | | Concretestructures 005747 | - 005749 | 010. Exhibits 141-200.pdf | 51 | 53 | 6/22/2007 | Concrete Structures of the Midwest Change Order Request No. 0003 to Wight; Title: Raker Conflict w/ Fdn Wall @ B/13; 6/22/07. |
| 154 | | Concretestructures 005744 | - 005746 | 010. Exhibits 141-200.pdf | 54 | 56 | 7/31/2007 | Concrete Structures of the Midwest Change Order Request No. 0003 to Wight; Title: Raker Conflict w/ Fdn Wall @ B/13; 7/31/07. |
| 155 | | Travelers- 014543 | - 014551 | 010. Exhibits 141-200.pdf | 57 | 65 | 8/21/2007 | Wight Change Order to SouthBlock; title: CSM @arious Extra T&M Work; 8/21/07. Concrete Structures Change Order Request No. 00005; title: @arious Extra T&M Work; 8/22/07. Concrete Structures back up documentation. |
| 156 | | WIGHT 001984 | - 001986 | 010. Exhibits 141-200.pdf | 66 | 68 | 7/16/2007 | Memo file from Steve Scherer related to a meeting called by Wight Construction on 7/16/17. |
| 157 | | Concretestructures 008586 | | 010. Exhibits 141-200.pdf | 69 | | 7/25/2007 | Letter from Neo Lorenzo (Concrete Structures) to Joshua Warriner (Wight); 7/25/07; RE: Once Place Condominiums & S. Loop Shops, Movement of Caissons @ Line D/11-13.9 |
| 158 | | Travelers- 012517 | - 012520 | 010. Exhibits 141-200.pdf | 70 | 73 | 8/2/2007 | Memo from Jeff Burda SE, PE (CSAssociates, Inc) to Fitzgerald Associates Architects; 8/2/07; REF.: Grade beam/caisson cap fix along D line. |
| 159 | | Travelers- 014568 | - 014614 | 010. Exhibits 141-200.pdf | 74 | 120 | 8/29/2007 | Concrete Structures of the Midwest Change Order Request No. 0006.1; title: D-Line Remediation T&M Work, Part 1; 8/29/07. Back-up documentation. |
| 160 | | Concretestructures 009410 | - 009438 | 010 Exhibits 141-200.pdf | 121 | 149 | 10/10/2007 | Concrete Structures Proposed Change Order No. 00004 to Wight; Title: Impact costs from Sewer & Caisson D; 10/10/07. |
| 161 | | Concretestructures 009026 | - 009027 | 010. Exhibits 141-200.pdf | 150 | 153 | 12/20/2007 | Concrete Structures Proposed Change Order No. 00004.1 to Wight; Title: Impact Costs from Caisson D; 12/20/07. Attached is letter from Wight to CS; 12/17/07; RE: D-line Delay Claim. |
| 162 | | WIGHT 012635 | - 012638 | 010. Exhibits 141-200.pdf | 154 | 157 | 12/19/2007 | Wight Subcontractor Change Order CSM-018; 12/19/07. Concrete Structures Change Orders No. 2, 3, and 4 attached. |
| 163 | | Travelers- 014615 | - 014658 | 010. Exhibits 141-200.pdf | 158 | 201 | 10/23/2007 | Concrete Structures Change Order Request No. 00006.2; Title: Premium Costs to Accelerate Schedul @xe@ 10/23/07. |
| 164 | | OP-GM/AI 001894 | - 001905 | 010. Exhibits 141-200.pdf | 202 | 213 | 5/27/2008 | Concrete Structures @5,995.00. Wight Proposed Change Order SBD-316; Title: Winter conditions Premium Time; 7/15/08. Concrete Structures Change Order Request No. 00011; Title: Addtl Winter Protection; 5/27/08. Backup. |
| 165 | | OP-GM/AI 001906 | - 001931 | 010. Exhibits 141-200.pdf | 214 | 239 | 7/15/2008 | Concrete Structures @22,95B. Wight Proposed Change Order SBD-317; Title: Hoisting Material; 7/15/08. Concrete Structures Change Order Request No. 00012; Title: Hoisting for Wight; 5/27/08. Backup. |
| 166 | | OP-GM/AI 002191 | - 002197 | 010. Exhibits 141-200.pdf | 240 | 246 | 9/17/2008 | Concrete Structures @1,744. Wight Proposed Change Order SBD-409; Title: Concrete Base In-Fill At Staten @id@St.; 9/17/08. Concrete Structures Change Order Request No. 00018-2; Title: PCC Base Crse Infill; 9/10/08. Backup. |
| 167 | 60 | cretestructures 013002 | - 013212 | 010. Exhibits 141-200.pdf | 247 | 457 | 9/26/2008 | Concrete Structures of the Midwest, One Place Condominiums, Escalation Claim. 9/26/08 Concrete Structures' Request for Time Extension and Subcontract Cost Escalation; June 24, 2008 |
| 168 | | WIGHT 021493 | - 021526 | 010. Exhibits 141-200.pdf | 458 | 491 | 6/17/2011 | Defendants' Answer to Second Amended Complaint, Affirmative Defenses and Amended Counterclaims in the lawsuit involving Concrete Structures of the Midwest, Inc. v. Wight Construction Inc., Southblock Development LLC, One Place Condominiums LLC, and South Loop Shops LLC; date stamped 6/17/11 |
| 169 | | Travelers- 001685 | - 001688 | 010. Exhibits 141-200.pdf | 492 | 495 | 12/20/2006 | Owner Architect Contractor Meeting Minutes @15, 12/20/06 |
| 170 | | Travelers- 001783 | - 001802 | 010. Exhibits 141-200.pdf | 496 | 515 | 12/15/06 - 1/17/07 | Daily Construction Reports by Levine 12/15/06 – 1/17/07 |
| 171 | | n/a | | 010. Exhibits 141-200.pdf | 516 | 523 | 2/23/2007 | Email chain involving Levine, Hayward, C. Shenk; beginning Feb. 23, 2007 and ending Sept. 15, 2007; Re: One Place Condominiums 1E 8th : Street Earth Retention Issues. Five photos attached. |
| 172 | | HAYWARD 000615 | - 00616 | 010. Exhibits 141-200.pdf | 524 | 525 | 2/23/2007- 2/26/07 | Hayward Baker memo to file; 2/23/07-2/23/07; RE: One Place Condos SBS Observations |
| 173 | | HAYWARD 000614 | | 010. Exhibits 141-200.pdf | 526 | | 2/26/2007 | Email from Shenk to Bucher; 2/26/07; Subject: Movement of Earth Retention Sheeting along State St. |
| 174 | | HAYWARD 000619 | - 000643 | 010. Exhibits 141-200.pdf | 527 | 551 | | Series of photographs |
| 175 | | HAYWARD 000786 | - 000798 | 010. Exhibits 141-200.pdf | 552 | 564 | | Series of photographs |
| 176 | | HAYWARD 000747 | | 010. Exhibits 141-200.pdf | 565 | | 3/20/2007 | Hayward Baker Construction drawing ERS-2, dated for construction 3/20/07 |
| 177 | | HAYWARD 000748 | | 010. Exhibits 141-200.pdf | 566 | | 3/20/2007 | Hayward Baker Construction drawing ERS-3, issued 3/20/07 |

One Place Condominium LLC, et al v Travelers Property Casualty Company of America

Appendix B

**Document Index**

| Exhibit | Tab | Bates Number Begin | End | File | Adobe page Begin | End | Date | Description |
|---|---|---|---|---|---|---|---|---|
| 178 | | ONEPLACE 005291 | | 010. Exhibits 141-200.pdf | 567 | | 3/8/2007 | Letter from Mr. Goldman (Levine) to Mr. Aenon Stuck (Chicago Dept. of Transportation, Bureau of Inspection); 3/8/07; Re: One Place Condominiums & South Loop Shops. |
| 179 | | OP-GM/AI 004839 | | 010. Exhibits 141-200.pdf | 568 | | 3/16/2007 | Email from Charlie Shenk to Shane Farr; 3/16/07; Subject: sheeting fix approval from Chawla. |
| 180 | | LEBINE 014157 | | 010. Exhibits 141-200.pdf | 569 | | 3/19/2007 | Email Chain; 3/19/07; Subject: 1 E 8th St. - ERS Revisions Have Been Approved by CDOT |
| 181 | | HAYWARD 000873 | - 00874 | 010. Exhibits 141-200.pdf | 570 | 571 | | Handwritten notes |
| 182 | | Concretestructures 005989 | - | 010. Exhibits 141-200.pdf | 572 | | 3/26/2007 | Levine Status Report on Stop Work Notice; 3/26/07 |
| 183 | 40 | LEBINE 019759 | - 019762 | 010. Exhibits 141-200.pdf | 573 | 576 | 3/23/2007 | Levine Subcontract Change Order No. 2; 3/23/07; FOR: Changes to ERS per Owner CO #15. Letter from Hayward Baker to Levine; 3/15/07 - revised 3/21/07; RE: One Place Condominiums 8th and State, Chicago, IL, Change Order No. 2 Request |
| 184 | | LEBINE 019558 | - 019559 | 010. Exhibits 141-200.pdf | 577 | 578 | 3/26/2007 | Email Chain; 3/23/07 - 3/26/07; Subject: Pricing for Theoretical fix - putting sheeting back to its original position. |
| 185 | 37 | HAYWARD 000700 | - 000701 | 010. Exhibits 141-200.pdf | 579 | 580 | 4/30/2007 | Letter from Farr (Hayward Baker) to Goldman (Levine); 4/30/07; RE: One Place Condominiums, Chicago, IL, Invoice Breakdown for Supplement Bracing Work |
| 186 | 36 | OP-GM/AI 001878 | - 001879 | 010. Exhibits 141-200.pdf | 581 | 582 | | Compilation of documents of which we have: - " Unreadable Partial Repair of Retention Structure" 𝔉irst page𝔄 - 2nd page of letter from Hayward Baker to Mr. Goldman (Levine); originally dated 3/15/07 then revised 3/21/07; RE: One Place Condominiums 8th and State, Chicago, IL, Change Order No. 2 Request 𝔠ontained in Exhibit 183𝔄 |
| 187 | | n/a | | 010. Exhibits 141-200.pdf | 583 | | | Hand drawn diagram by Farr |
| 188 | | HAYWARD 000878 | - 000880 | 010. Exhibits 141-200.pdf | 584 | 586 | | handwritten notes |
| 189 | | HAYWARD 001711 | - 001716 | 010. Exhibits 141-200.pdf | 587 | 591 | 7/17/2007 | Email chain between Warnner (Wight) and Farr (Hayward Baker) with drawings; 7/17/07; Subject: wc to hb 07-17-07 proceed with raker removal 07-5183-01 |
| 190 | | HAYWARD 001724 | - 001726 | 010. Exhibits 141-200.pdf | 592 | 593 | 7/19/2007 | Email from Scherer (Hayward Baker) to Harlan Karp; 7/19/07; Subject: One Place Condo HBI Payment Issue |
| 191 | 39 | HAYWARD 000468 | - 000471 | 010. Exhibits 141-200.pdf | 594 | 597 | 7/25/2007 | Email from Nagle (Wight) to Scherer (Hayward Baker) with attachments; 7/25/07; Subject: hayward beker raker impact 07 09 07 𝔘nreadable𝔄(2).xls |
| 192 | 38 | HAYWARD 002171 | - 002173 | 010. Exhibits 141-200.pdf | 598 | 600 | | HBI and Wight Construction Settlement Agreement and Mutual Release of Claims |
| 193 | 35 | HAYWARD 001826 | - 001830 | 010. Exhibits 141-200.pdf | 601 | 605 | 6/10/2007 | Letter from Farr to Harlan Karp with attached photographs; 8/10/07; RE: One Place Condominiums, Chicago, IL, Earth Retention |
| 194 | 34 | MKA 0020336 - 0020339 | | 010. Exhibits 141-200.pdf | 606 | 609 | 4/19/2007 | Southblock Development LLC/Wight Construction Agreement |
| 195 | 30 | WIGHT 011903 | - 011923 | 010. Exhibits 141-200.pdf | 610 | 630 | | One Place Condominiums Construction Schedule |
| 196 | 31 | n/a | | 010. Exhibits 141-200.pdf | 631 | 639 | 4/3/2007 | Email from Nagle to Harlan; 4/3/2007; re: One Place Schedule; attachment: adjusted schedule 04 03 07.pdf |
| 197 | | file://E:\Production 12.14.11\Attach-0 | | 010. Exhibits 141-200.pdf | 640 | | 5/24/2007 | Email exchange between 5/23 – 5/24/2007 includes Nagle, Harlan and Shenk |
| 198 | | file://E:\Production 12.14.11\Attach-0 | | 010. Exhibits 141-200.pdf | 641 | 643 | Mar-09 | Emails from March 2009 one between Nagle and Shenk and, one between Shenk and others. |
| 199 | | file://E:\Production 12.14.11\Attach-0 | | 010. Exhibits 141-200.pdf | 644 | 660 | 7/2/2007 | Email from Josh Warriner (Wight) to various others dated 7/2/2007; construction schedule attached |
| 200 | 32 | ONEPLACE 002561 | - 002575 | 010. Exhibits 141-200.pdf | 661 | 675 | 6/7/2007 | Wight Construction Schedule; Data date: 6/7/07; Run date: 6/28/07; v1.6A Sdw2S |
| 201 | | | | 011. EXHIBITS 201-275 | 4 | 38 | 7/13/2007 | Email from Harlan to John Chick and Others; RE: Update; Attached: 8th and State Project Update 7.10.07.doc; One Place OMG schedule 07 10 07.pdf |
| 202 | | ONEPLACE 2495 - | | 2511 011. EXHIBITS 201-275 | 23 | 39 | 6/7/2007 | Wight Construction Schedule; Data date: 6/7/07; Run date: 6/14/07 |
| 203 | | WIGHT 18663 - | | 18680 011. EXHIBITS 201-275 | 40 | 57 | 6/7/2007 | Wight Construction Schedule; Data date: 6/7/07; Run date: 6/19/07 |
| 204 | | | | 011. EXHIBITS 201-275 | 58 | 74 | 6/21/2007 | Email from Shenk to Pete Page dated 6/21/2007 re: Schedule with attached Wight construction schedule |
| 205 | | WIGHT 33672 - | | 33673 011. EXHIBITS 201-275 | 75 | 76 | 7/19/2007 | Weekly Project Situation Report prepared by Wight 7/19/2007 |
| 206 | 33 | ONEPLACE 2476 - | | 2493 011. EXHIBITS 201-275 | 77 | 94 | 8/17/2007 | Email from Nagle to Shenk dated 8/17/2007; re: Schedule with Wight Construction Schedule v1.7 B OMG attached |
| 207 | | WIGHT 33688 | | 33689 011. EXHIBITS 201-275 | 95 | 96 | 9/13/2007 | Weekly Project Situation Report prepared internally by Wight at 9/13/07 |
| 208 | | | | 011. EXHIBITS 201-275 | 97 | 114 | 9/18/2007 | Email from Nagle to Harlan and other dated 9/18/207; re: Updated Schedule; includes attached Wight Construction Schedule v1.8 B OMG with run date 9/17/07 |
| 209 | | | | 011. EXHIBITS 201-275 | 115 | 115 | 9/26/2007 | Email from Nagle to Harlan and other dated 9/26/2007; Re: Overtime |
| 210 | | ONEPLACE 2441 | | 2458 011. EXHIBITS 201-275 | 116 | 133 | 9/28/2007 | Wight Construction Schedule ; Data date 9/28/07; Run date 10/1/07 |
| 211 | | ONEPLACE 2577 | | 2595 011. EXHIBITS 201-275 | 134 | 152 | 10/14/2007 | Wight Construction Schedule; Data date 10/14/07; Run date 10/18/07 |

One Place Condominium LLC, et al v Travelers Property Casualty Company of America

Appendix B

**Document Index**

| Exhibit | Tab | Bates Number Begin | End | File | Adobe page Begin | End | Date | Description |
|---|---|---|---|---|---|---|---|---|
| 212 | | | | 011. EXHIBITS 201-275 | 153 | 154 | 10/19/2007 | Email from Harlan to Nagle dated 10/19/207; re: Acceleration Information |
| 213 | | WIGHT | 33704 | 33705 | 011. EXHIBITS 201-275 | 155 | 156 | 11/29/2007 | Wight Weekly Project Situation Report dated 11/29/07 |
| 214 | | ONEPLACE | 2596 | 2613 | 011. EXHIBITS 201-275 | 157 | 174 | 11/7/2007 | Wight Contruction Schedule; Data date 11/7/07 |
| 215 | | ONEPLACE | 2614 | 2631 | 011. EXHIBITS 201-275 | 175 | 192 | 12/3/2007 | Wight Contruction Schedule; Data date 12/3/07; v2.0 |
| 216 | | | | 011. EXHIBITS 201-275 | 193 | 194 | 1/2/2008 | Email from Harlan to Nagle and other dated 1/2/08; re: One Place Schedule |
| 217 | | OP-GM/AI | 4777 | 4794 | 011. EXHIBITS 201-275 | 195 | 212 | 12/20/2007 | Wight Contruction Schedule; Data date 12/20/07 |
| 218 | | | | 011. EXHIBITS 201-275 | 213 | 213 | 1/3/2008 | Email from Nagle to Harlan and other dated 1/3/2008; re: 2nd Floor Masonry |
| 219 | | OP-GM/AI | 4741 | 4760 | 011. EXHIBITS 201-275 | 214 | 233 | 3/14/2008 | Wight Construction Schedule; Data date 3/14/08; Run date 3/16/09; v2.1 OMG |
| 220 | | | | 011. EXHIBITS 201-275 | 234 | 257 | 3/21/2008 | Email from Jake Doig to Harlan and others dated 3/21/2008; re: 03/21/08 Schedule Update.pdf; Includes attachment of Wight Construction Schedule with Data date 3/21/08; Run date 3/21/08 |
| 221 | | OP-GM/AI | 4636 | 4652 | 011. EXHIBITS 201-275 | 258 | 274 | 3/21/2008 | Wight Construction Schedule with data date 3/21/08 |
| 222 | | WIGHT | 35974 | 35974 | 011. EXHIBITS 201-275 | 275 | 275 | 5/27/2008 | Email from Nagle to Brian Blight dated 5/27/08; Re: Shotgun |
| 223 | | WIGHT | 35889 | 35906 | 011. EXHIBITS 201-275 | 276 | 293 | 5/27/2008 | Email from Warriner to Abbey Floor and others dated 5/22/08; re: wc to all tc 05-27-08 mandatory meeting-schedule 07-5183-01; attachment: Wight Construction Schedule with Data date: 5/19/08 and Run date: 5/22/08 |
| 224 | 64 | WIGHT | 35543 | 35553 | 011. EXHIBITS 201-275 | 294 | 304 | 6/25/2008 | Email from Warriner to Blight dated 6/25/2008; re: Milestone Schedule 6-19-08.pdf; Milestone Schedule 6-19-08.mpp |
| 225 | | WIGHT | 35516 | 35516 | 011. EXHIBITS 201-275 | 305 | 305 | 7/7/2008 | Email from Jerome Karp to Pete Page and others dated 7/7/08; re: dry wall service |
| 226 | | WIGHT | 33751 | 33752 | 011. EXHIBITS 201-275 | 306 | 307 | 7/25/2008 | Wight Weekly Project Situation Report dated 7/25/08 |
| 227 | | WIGHT | 35519 | 35519 | 011. EXHIBITS 201-275 | 308 | 308 | 7/15/2008 | Email from Harlan to Nagle and others dated 7/15/08; re: Floor Leveling In Xsport |
| 228 | 65 | WIGHT | 35919 | 35921 | 011. EXHIBITS 201-275 | 309 | 311 | 9/3/2008 | Email from Pete Page (Wight) to Dan DeCicco dated 9/3/08; re: One Place Condo |
| 229 | | WIGHT | 33755 | 33756 | 011. EXHIBITS 201-275 | 312 | 313 | 8/28/2008 | Weekly Project Situation Report dated 8/28/08 |
| 230 | | WIGHT | 12512 | 12512 | 011. EXHIBITS 201-275 | 314 | 314 | 8/18/2008 | Letter from Shenk to Zoning Administrator, P Scudiero; RE: 1 E. 8th – Landscaping LOC deposit; permit B 100175103 |
| 231 | | WIGHT | 12526 | 12526 | 011. EXHIBITS 201-275 | 315 | 315 | 9/19/2008 | Letter from Nagle to All Subcontractors dated 9/19/2008 re: One Place – Notice of Partial Occupancy |
| 232 | | ONEPLACE | 3280 | 3280 | 011. EXHIBITS 201-275 | 316 | 316 | 9/16/2008 | Certificate of Partial Occupancy from the City of Chicago dated 9/16/2008 |
| 233 | | ONEPLACE | 3281 | 3281 | 011. EXHIBITS 201-275 | 317 | 317 | 10/16/2008 | Certificate of Partial Occupancy from the City of Chicago dated 10/16/2008 |
| 234 | | ONEPLACE | 3278 | 3278 | 011. EXHIBITS 201-275 | 318 | 318 | 12/10/2008 | Certificate of Partial Occupancy from the City of Chicago dated 12/10/2008 |
| 235 | | Concretestructures | 5876 | 5787 | 011. EXHIBITS 201-275 | 319 | 320 | 5/30/2007 | Proposed Change Order from Concrete Structures dated 5/30/2007 |
| 236 | | OP-GM/AI | 777 | 777 | 011. EXHIBITS 201-275 | 321 | 321 | 5/15/2007 | Wight Construction Daily Report No. 002 dated 5/15/07 |
| 237 | | WIGHT | 32601 | 32601 | 011. EXHIBITS 201-275 | 322 | 322 | 7/20/2007 | Email from Shenk to Karps and others dated 7/20/2007; re: Minutes from today's site meeting with Kenny Rep re: D-line delay |
| 238 | | ONEPLACE | 5501 | 5502 | 011. EXHIBITS 201-275 | 323 | 324 | 7/20/2007 | Email from Nagle to Harian and other dated 7/20/07; Re: D-Line Update |
| 239 | | | | 011. EXHIBITS 201-275 | 325 | 331 | 7/27/2007 | Email from Shenk to Nagle includes photos of State Street |
| 240 | | ONEPLACE | 7836 | 7836 | 011. EXHIBITS 201-275 | 332 | 332 | Aug-07 | Weekly Update: Week of 7/29/07 to 8/4/07 |
| 241 | | FITZGERALD | 24075 | 24075 | 011. EXHIBITS 201-275 | 333 | 333 | 5/18/2007 | Basement and Foundation Plan S1-01 issued for construction date 5/18/07 |
| 242 | | ONEPLACE | 22367 | 22367 | 011. EXHIBITS 201-275 | 334 | 334 | 8/2/2007 | photograph dated 8/2/07 "Description: Backfilling" |
| 243 | | ONEPLACE | 22368 | 22368 | 011. EXHIBITS 201-275 | 335 | 335 | 8/3/2007 | photograph dated 8/3/07 "Description: D-line Fix Demo" |
| 244 | | ONEPLACE | 22371 | 22371 | 011. EXHIBITS 201-275 | 336 | 336 | 8/13/2007 | photograph dated 8/13/07 "Description: D-line Fix" |
| 245 | | WIGHT | 36788 | 36788 | 011. EXHIBITS 201-275 | 337 | 337 | 10/16/2007 | Email from Nagle to Pete Page dated 10/16/07 |
| 246 | | Travelers- | 14487 | 14527 | 011. EXHIBITS 201-275 | 338 | 378 | various | File containing "Excavators" invoices at various dates |
| 247 | | OP-GM/AI | 1940 | 1941 | 011. EXHIBITS 201-275 | 379 | 380 | 7/23/2008 | Bonus Electric Co., L.L.C. letter dated 7/23/2008 Subject: Change Order Request B57 – Cost Escalation |
| 248 | | | | 011. EXHIBITS 201-275 | 381 | 382 | 8/24/2009 | Email from Shenk to Blight dated 8/24/2009; Re: FW:Bonus Final; includes attachment draw B29 Ebonusrecap0FINAL.xls |
| 249 | | | | 011. EXHIBITS 201-275 | 383 | 383 | 8/26/2009 | Wight Construction Proposed Change Order SBD-536; Corrective Change Order per discussions held between SBD and Bonus Electric |
| 250 | | Travelers- | 14691 | 14695 | 011. EXHIBITS 201-275 | 384 | 388 | 10/16/2007 | Wight Construction Proposed Change Order SBD-088; Arrigo's Escalation Costs dated 10/16/07 |
| 251 | | ONEPLACE | 1548 | 1549 | 011. EXHIBITS 201-275 | 389 | 390 | 10/13/2009 | Wight Construction letter to Wayne Chertow dated 10/13/2009 Re: AIA Document A114 Standard Form of Agreement Between Owner and Contractor dated 8/1/07 |
| 252 | | Travelers- | 14697 | 14701 | 011. EXHIBITS 201-275 | 391 | 395 | 10/25/2007 | Wight Construction Proposed Change Order: SBD-102 dated 10/25/07; Title: Crouch-Seranko's Winter Conditions Cost |
| 253 | | OP-GM/AI | 1983 | 1984 | 011. EXHIBITS 201-275 | 396 | 397 | 4/2/2008 | Wight Construction Proposed Change Order: SBD-198 dated 4/2/08; Title: Propane Heat for Mason Winter Conditions |
| 254 | | | | 011. EXHIBITS 201-275 | 398 | 398 | 11/9/2008 | – Email from Nagle to Shenk dated 11/9/2008 RE: CSM Claim |

One Place Condominium LLC, et al v Travelers Property Casualty Company of America

Appendix B

**Document Index**

| Exhibit | Tab | Bates Number Begin | End | File | Adobe page Begin | End | Date | Description |
|---|---|---|---|---|---|---|---|---|
| 255 | | | | 011. EXHIBITS 201-275 | 399 | 437 | 4/5/2012 | Plaintiffs' Supplemental Answers to Defendant's First Set of Interrogatories |
| 256 | | REPUBLIC | 1235 | 1236 011. EXHIBITS 201-275 | 438 | 439 | 8/4/2008 | Email from Ozanic to Steiner re: Condo Closings▓▓▓ |
| 257 | 61 | OP-GM/AI | 6680 | 6682 011. EXHIBITS 201-275 | 440 | 442 | | One Place Condominium; Pre-Sold Units; Builders Risk Loss spreadsheet |
| 257 | 61 | OP-GM/AI | 6683 | 6683 011. EXHIBITS 201-275 | 443 | 443 | | One Place Condominium: Schedule of Additiona Closings: Builders Risk Loss |
| 258 | 62 | | | 011. EXHIBITS 201-275 | 444 | 492 | 10/9/2009 | Answers and Counterclaims related to Concrete Structures v. Wight Construction litigation |
| 259 | 17 | OP-GM/AI | 6397 | 6672 011. EXHIBITS 201-275 | 493 | 768 | 10/29/2010 | Adjustors International letter dated 10/29/2010 |
| 260 | | LEBINE | 102 | 104 011. EXHIBITS 201-275 | 769 | 771 | 8/10/2007 | Email string between M. Levine and H. Karp re: One Place Condo H8I Payment Issue |
| 261 | | | | 011. EXHIBITS 201-275 | 772 | 772 | 11/30/2007 | Email string from H Karp to N Lorenzo and others re: Open Change Order Questions |
| 262 | 20 | Travelers- | 5530 | 5531 011. EXHIBITS 201-275 | 773 | 774 | 3/24/2011 | Statement of Loss One Place Condominium, LLC; Claim Number CAY5385 |
| 263 | | Travelers- | 14552 | 14567 011. EXHIBITS 201-275 | 775 | 790 | 8/21/2007 | Wight Construction: CSM Barious Extra T&M Work; Draw ▓13 |
| 264 | | Travelers- | 14320 | 14330 011. EXHIBITS 201-275 | 791 | B01 | various | Bibra-Tech Invoices (various), deposited checks |
| 265 | | OP-GM/AI | 1715 | 1734 011. EXHIBITS 201-275 | 802 | 821 | various | WJE Agreement for DLine including additional work |
| 266 | 63 | OP-GM/AI | 551 | 552 011. EXHIBITS 201-275 | 822 | 823 | 4/2/2007 | Management Agreement between SouthBlock Development and OncePlace & South Loop Shops |
| 267 | | | | 011. EXHIBITS 201-275 | 824 | 824 | not dated | One Place Condominiums and the South Loop Shops; Period of Delay Costs Incurred to Reduce Loss |
| 268 | | | | 011. EXHIBITS 201-275 | 825 | 825 | 9/2/2008 | Schedule of Loan Fees |
| 269 | | | | 011. EXHIBITS 201-275 | 826 | 826 | various | Attorneys Fees related to renegotiation of loans |
| 270 | 23 | | | 011. EXHIBITS 201-275 | 827 | 837 | various | Analysis of Cash Infusions to OPC and SLS |
| 271 | | REPUBLIC | 1890 | 1912 011. EXHIBITS 201-275 | 838 | 860 | 8/14/2009 | Modification Agreement dated 8/14/2009 between One Place Condominium, South Loop Shops (Mortgagors), Linda Karp, Wayne Chertow, Roselyn Chertow & Herry Karp (Guarantors) & Republic Bank |
| 272 | | REPUBLIC | 65 | 70 011. EXHIBITS 201-275 | 861 | 866 | 3/9/2009 | Memo to ELC from John Chick dated 3/9/2009 subject. State & 8th |
| 273 | | REPUBLIC | 8271 | 8290 011. EXHIBITS 201-275 | B67 | 886 | 12/19/2011 | Modification Agreement dated 8/14/2009 between One Place Condominium, South Loop Shops (Mortgagors), Linda Karp, Wayne Chertow, Roselyn Chertow & Horry Karp (Guarantors) & Republic Bank |
| 274 | | OP-GM/AI | 14194 | 14218 011. EXHIBITS 201-275 | 887 | 911 | 3/1/2012 | Third Modification Agreement between One Place Condominium, South Loop Shops (Mortgagors), Linda Karp, Wayne Chertow, Roselyn Chertow & Herry Karp (Guarantors) & Republic Bank |
| 275 | | | | 011. EXHIBITS 201-275 | 912 | 928 | 10/15/2010 | Draft of letter entered es Exhibit 259 (Adjustors International letter dated 10/29/2010) |
| | 19 | | | 001.CLAIM DOCS.pdf | 1 | | 3/28/2012 | Email from Craig Becker (globemwal) to Christina Jaremus (Childress Duffy); 3/28/12; Subject: Message from "RNP0026731D268D" |
| | 19 | | | | 2 | | | |
| | 19 | | | | 3 | 4 | 12/21/2009 | |
| | | | | | 5 | 75 | | |
| | 19 | | | | 76 | 80 | | |
| | 19 | | | | 81 | | 3/28/2011 | |
| | 19 | | | | 82 | 89 | | |
| | | OP-GM/AI 006684 | - 006708 | 002.LOAN STATEMENT.pdf | 1 | 25 | 2008 | Loan Statements from Republic Bank of Chicago for 2008 |
| | | OP-GM/AI 006709 | - 006740 | 003.LEASES.pdf | 1 | 32 | 2/24/2005 | XSport Lease |
| | | OP-GM/AI 006741 | - 006813 | 004.U FOODS.pdf | 1 | 73 | 5/15/2008 | U Foods Lease |
| | | OP-GM/AI 006814 | - 006871 | 004.U FOODS.pdf | 74 | 131 | 10/1/2007 | Starbucks lease |
| | 24 | OP-GM/AI 006872 | - 006873 | 004.U FOODS.pdf | 132 | 133 | 6/4/2009 | Parking Garage Revenue Expense Proforma, 6/4/2009 |
| | | OP-GM/AI 006874 | - 006881 | 004.U FOODS.pdf | 134 | 141 | 2008 | FINANCIAL STATEMENTS |
| | | OP-GM/AI 006882 | | 004.U FOODS.pdf | 142 | | | MISC. SUPPORT (introductory sheet) |
| | | OP-GM/AI 006883 | | 004.U FOODS.pdf | 143 | | 2008 | General Ledger, 1/1/08 - 12/31/08 (cash basis), Taxes - Property |
| | | OP-GM/AI 006884 | | 004.U FOODS.pdf | 144 | | Nov. & Dec. 2008 | Prorated Nov. '08 and full Dec '08 Rent for Lou Malnati's and Xsport |
| | | OP-GM/AI 006885 | | 004.U FOODS.pdf | 145 | | | One Place Condominium unit prices |
| | | OP-GM/AI 006886 | | 004.U FOODS.pdf | 146 | | | Contract Balue. Hendwrtten at bottom: "Total upgrade rev. ▓519,900" |
| | | OP-GM/AI 000541 | - 000550 | 005. REBISED FINAL CLAIM | 1 | 10 | 7/14/2009 | Final Claim, Revised 7/14/2009. |
| | | OP-GM/AI 000551 | - 000552 | 005. REBISED FINAL CLAIM | 11 | 12 | 4/3/07 (or 4/2/07) | Agreement |
| | | OP-GM/AI 006673 | - 006886 | 006. SOFT COST CLAIM.pdf | 1 | 214 | | One Place Condominium, LLC: Soft Cost Claim by Globe Midwest/Adjusters International (for date of loss 2/22/07) |
| | | | | 007. SOFT COST CLAIM - Dj | 1 | 2 | | One Place Condominium LLC, South Loop Shops LLC: Soft Cost Claim, |
| | | OP 005364 | - 005566 | 007. SOFT COST CLAIM - Dj | 3 | 205 | | Date of Loss: February 22, 2007 |
| | | | | ONE PLACE - Complaint; Filed - 4.14.11 | 1 | 50 | 4/14/2011 | Complaint |

One Place Condominium LLC, et al v Travelers Property Casualty Company of America

Appendix B

**Document Index**

| Exhibit | Tab | Bates Number Begin | End | File | Adobe page Begin | End | Date | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | ONE PLACE - D's Answer, Affirmative Defs to P's Complaint; Filed - 5.31.11 | 1 | 11 | 5/31/2011 | Defendant's Answer and Affirmative Defences to Plaintiff's Complaint |
| | | n/a | | 20120822143444131.pdf | 1 | 10 | 10/15/2009 | Release of Water Damage Claim |
| | 22 | n/a | | 20120822150455684.pdf | 1 | | | Period of Delay Costs incurred to Reduce Loss |
| | | n/a | | Analysis of Cash Infusions to OPC and SLS.pdf | 1 | | | Analysis of Cash Infusions to OPC and SLS |
| | | | | | 2 | 4 | | Balance Sheet for One Place Condominiums LLC, South Loop Shops LLC as of August 22, 2012 (cash basis) |
| | | | | | 5 | 11 | | General Ledger, 1/1/2005 to 8/22/2012 |
| | | n/a | | April 2012 modifications.p | 1 | 52 | 4/30/2012 | Memorandum of Third Modification Agreement |
| | 18 | n/a | | Attachment A.xls | | | | Attachment A to Plaintiff's Supplemental Answers to Defendant's First Set of Interrogatories with details provided on other worksheets |
| | | n/a | | Attachments B-L.pdf | 1 | 20 | | Attachments B-L to Plaintiff's Supplemental Answers to Defendant's First Set of Interrogatories |
| | 21 | n/a | | Breakdown of Costs to Reduce Loss.pdf | 1 | | | Period of Delay Costs Incurred to Reduce Loss |
| | | n/a | | C&K 2011.pdf | 1 | 20 | 2011 | C&K loan payment notices for 2011 |
| | | n/a | | C&K 2012.pdf | 1 | 19 | 2012 | C&K loan payment notices for 2012 |
| | | n/a | | CCB - C&K ⬜1.6 on 13th Street.pdf | 1 | 16 | 12/30/2010 | Authorization to Renew Loan (Loan No. 11541524) |
| | | n/a | | CCB - C&K on Wydoe.pdf | 1 | 16 | 12/30/2010 | Authorization to Renew Loan (Loan No. 11548057) |
| | | n/a | | December 2011 Loan Modification.pdf | 1 | 20 | 12/19/2011 | Modification Agreement dated 12/19/11 between One Place Condominium, South Loop Shops (Mortgagors), Linda Karp, Wayne Chertow, Roselyn Chertow & Jerry Karp (Guarantors) & Republic Bank |
| | | n/a | | Dykema.xls | | | | Dykema loan fees and legal fees |
| | 21 | n/a | | Email - Breakdown of Costs 04-27-12.pdf | 1 | 3 | 8/15/2012; 4/27/12 | Email from Coleman J. Braun to Gatekeeper; 8/15/12; Subject: One Place; Attachments: Breakdown of Costs to Reduce Loss.pdf -- follow-up to email dated 4/10/12 to attorneys. |
| | | n/a | | ONE PLACE - Supplemental Interrogatory Answers; 4-5-2012 | 1 | 12 | 4/5/2012 | Plaintiffs' Supplemental Answers to Defendant's First Set of Interrogatories |
| | | n/a | | ONE PLACE - P's Answers to D's First Set of Rogs - 9.16.11 | 1 | 12 | 9/16/2011 | Plaintiffs' Answers to Defendant's First Set of Interrogatories |
| | | n/a | | ONE PLACE - P's Supp Answers to D's First Set of Rogs; Att A-L; ⬜erification Page 4.5.12 | 1 | 35 | 4/5/2012 | Plaintiffs' Supplemental Answers to Defendant's First Set of Interrogatories |
| | | n/a | | Pages from ONE PLACE - Ltr from Becker to Sarff in Response to 8.27.10 Ltr (Exhibits A-R) - 10.20.10.pdf | 1 | 15 | 10/29/2010 | Letter from Craig Becker to Sarff; 10/29/10; RE: Insured: One Place Condominiums, LLC, Claim No.: CAY3385 |
| | | n/a | | RBC 2011.pdf | 1 | 4 | | Loan Statements from Republic Bank of Chicago for 2011 |
| | | n/a | | RBC 2012.pdf | 1 | 12 | | Loan Statements from Republic Bank of Chicago for 2012 |
| | | REPUBLIC 008271 | - 008290 | republic subpoena response -REPUBLIC008271-REPUBLIC008290.pdf | 1 | 20 | 12/19/2011 | Modification Agreement dated 12/19/11 between One Place Condominium, South Loop Shops (Mortgagors), Linda Karp, Wayne Chertow, Roselyn Chertow & Jerry Karp (Guarantors) & Republic Bank |
| | | OP 00002 | - 00004 | Meeting Minutes and Change Orders.pdf | 1 | 3 | 4/17/07 ("4/24/07 notes") | Owner Architect Contractor Meeting Minutes ⬜30; meeting date of 4/17/07; handwritten notes dated 4/24/07. Attachments: Drawings and Submittals Log, RFI Log, CCD Log, CO Log (see following) |
| | | OP 00005 | - 000016 | Meeting Minutes and Change Orders.pdf | 4 | 15 | 4/24/2007 | Drawing and Submittal Logs for Concrete, Electrical Retention, Elevator, Fire Protection Shop, Masonry, Metal Panels, Balcony Rails/Stairs/Misc. Steel, H⬜AC, Plumbing, Fencing, Waterproofing, Windows; Levine; 4/24/07 |
| | | OP 000017 | - 000019 | Meeting Minutes and Change Orders.pdf | 16 | 18 | 4/24/2007 | Request for Information (RFI) Log; Levine; 4/24/07 |
| | | OP 000020 | | Meeting Minutes and Change Orders.pdf | 19 | | 4/19/2007 | Construction Change Directives (CCS) Log; Levine; 4/19/07 |
| | | OP 000021 | | Meeting Minutes and Change Orders.pdf | 20 | | 4/24/2007 | Owner Change Order Log; Levine; 4/24/07 |
| | | OP 000022 | - 000023 | Meeting Minutes and Change Orders.pdf | 21 | 22 | 4/17/2007 | Contracts Status Log; Levine; 4/17/07 |
| | | OP 000024 | - 000026 | Meeting Minutes and Change Orders.pdf | 23 | 25 | 2/27/2007 | Owner Architect Contractor Meeting Minutes ⬜24; 2/27/07 |
| | | OP 000027 | | Meeting Minutes and Change Orders.pdf | 26 | | 3/5/2007 | Contracts Status Log; Levine; 3/5/07 |

One Place Condominium LLC, et al v Travelers Property Casualty Company of America                                    Appendix B

| Document Index | | Bates Number | | | Adobe page | | | |
|---|---|---|---|---|---|---|---|---|
| Exhibit | Tab | Begin | End | File | Begin | End | Date | Description |
| | | OP 000028 | - 000030 | Meeting Minutes and Change Orders.pdf | 27 | 29 | 3/8/2007 | Owner Architect Contractor Meeting Minutes #25; 3/8/07 |
| | | OP 000031 | - 000033 | Meeting Minutes and Change Orders.pdf | 30 | 32 | 3/13/2007 | Owner Architect Contractor Meeting Minutes #25; 3/13/07 |
| | | OP 000034 | - 000036 | Meeting Minutes and Change Orders.pdf | 33 | 35 | 4/24/2007 | Owner Architect Contractor Meeting Minutes #31; 4/24/07 |
| | | OP 000037 | - 000039 | Meeting Minutes and Change Orders.pdf | 36 | 38 | 4/10/2007 | Owner Architect Contractor Meeting Minutes #29; 4/10/07 |
| | | OP 000040 | - 000061 | Meeting Minutes and Change Orders.pdf | 39 | 60 | 4/17/07 ("4/24/07 notes") | Owner Architect Contractor Meeting Minutes #30; meeting date of 4/17/07; handwritten notes dated 4/24/07. Attachments: Drawings and Submittals Log, RFI Log, CCD Log, CO Log, Contracts Status Log |
| | | OP 000062 | - 000064 | Meeting Minutes and Change Orders.pdf | 61 | 63 | 3/20/2007 | Owner Architect Contractor Meeting Minutes #27; 3/20/07 |
| | | OP 000065 | - 000067 | Meeting Minutes and Change Orders.pdf | 64 | 66 | 3/28/2007 | Owner Architect Contractor Meeting Minutes #28; 3/28/07 |
| | | OP 000068 | - 000077 | Meeting Minutes and Change Orders.pdf | 67 | 76 | 7/29/2008 | Wight Weekly OAC Meeting Minutes No. 00123; 7/29/08 |
| | | OP 000078 | - 000083 | Meeting Minutes and Change Orders.pdf | 77 | 82 | 7/31/2007 | Wight Weekly OAC Meeting Minutes No. 00040; 7/31/07 |
| | | OP 000084 | - 000091 | Meeting Minutes and Change Orders.pdf | 83 | 90 | 8/5/2008 | Wight Weekly OAC Meeting Minutes No. 00126; 8/5/08 |
| | | OP 000092 | - 000095 | Meeting Minutes and Change Orders.pdf | 91 | 94 | 5/15/2007 | Wight Weekly OAC Meeting Minutes No. 00003; 5/15/07 |
| | | OP 000096 | - 000101 | Meeting Minutes and Change Orders.pdf | 95 | 100 | 6/5/2007 | Wight Weekly OAC Meeting Minutes No. 00024; 6/5/07 |
| | | OP 000102 | - 000105 | Meeting Minutes and Change Orders.pdf | 101 | 104 | 5/22/2007 | Wight Weekly OAC Meeting Minutes No. 00014; 5/22/07 |
| | | OP 000106 | - 000110 | Meeting Minutes and Change Orders.pdf | 105 | 109 | 7/2/2007 | Wight Weekly OAC Meeting Minutes No. 00033; 7/2/07 |
| | | OP 000111 | - 000115 | Meeting Minutes and Change Orders.pdf | 110 | 114 | 7/17/2007 | Wight Weekly OAC Meeting Minutes No. 00037; 7/17/07 |
| | | OP 000116 | - 000126 | Meeting Minutes and Change Orders.pdf | 115 | 125 | 7/22/2008 | Wight Weekly OAC Meeting Minutes No. 00122; 7/22/08 |
| | | OP 000127 | - 000129 | Meeting Minutes and Change Orders.pdf | 126 | 128 | 5/9/2007 | Wight MEP Coordination Meeting Minutes No. 00001; 5/9/07 |
| | | OP 000130 | - 000134 | Meeting Minutes and Change Orders.pdf | 129 | 133 | 5/29/2007 | Wight Weekly OAC Meeting Minutes No. 00022; 5/29/07 |
| | | OP 000135 | - 000141 | Meeting Minutes and Change Orders.pdf | 134 | 140 | 6/12/2007 | Wight Weekly OAC Meeting Minutes No. 00026; 6/12/07 |
| | | OP 000142 | - 000148 | Meeting Minutes and Change Orders.pdf | 141 | 147 | 6/19/2007 | Wight Weekly OAC Meeting Minutes No. 00028; 6/19/07 |
| | | OP 000149 | - 000154 | Meeting Minutes and Change Orders.pdf | 148 | 153 | 6/26/2007 | Wight Weekly OAC Meeting Minutes No. 00029; 6/26/07 |
| | | OP 000155 | - 000159 | Meeting Minutes and Change Orders.pdf | 154 | 158 | 7/10/2007 | Wight Weekly OAC Meeting Minutes No. 00034; 7/10/07 |
| | | OP 00160 | | Meeting Minutes and Change Orders.pdf | 159 | | 1/18/2007 | Change Order No. 001 |
| | | OP 00161 | | Meeting Minutes and Change Orders.pdf | 160 | | 1/22/2007 | Change Order No. 002 |
| | | OP 00162 | | Meeting Minutes and Change Orders.pdf | 161 | | 2/23/2007 | Change Order No. 003 |
| | | OP 00163 | | Meeting Minutes and Change Orders.pdf | 162 | | 2/23/2007 | Change Order No. 004 |
| | | OP 00164 | | Meeting Minutes and Change Orders.pdf | 163 | | 3/22/2007 | Change Order No. 005 - Revised |
| | | OP 00165 | | Meeting Minutes and Change Orders.pdf | 164 | | | Concrete Structures of the Midwest Proposed Change Order No. 00006.1 |
| | | OP 00166 | | Meeting Minutes and Change Orders.pdf | 165 | | 2/23/2007 | Change Order No. 006 |
| | | OP 00167 | | Meeting Minutes and Change Orders.pdf | 166 | | 2/23/2007 | Change Order No. 007 |
| | | OP 00168 | | Meeting Minutes and Change Orders.pdf | 167 | | 3/2/2007 | Change Order No. 011 |
| | | OP 00169 | | Meeting Minutes and Change Orders.pdf | 168 | | 5/3/07; Rev 5/9/07 | Change Order No. 008 Amended 02 |
| | | OP 00170 | | Meeting Minutes and Change Orders.pdf | 169 | | 2/23/2007 | Change Order No. 009 |
| | | OP 00171 | | Meeting Minutes and Change Orders.pdf | 170 | | 3/2/2007 | Change Order No. 010 (Marked "VOID - SEE #21-REV") |
| | | OP 00172 | | Meeting Minutes and Change Orders.pdf | 171 | | 3/27/2007 | Change Order No. 013 |
| | | OP 00173 | | Meeting Minutes and Change Orders.pdf | 172 | | 3/12/2007 | Change Order No. 012 |
| | | OP 00174 | | Meeting Minutes and Change Orders.pdf | 173 | | 3/13/2007 | Change Order No. 014 |

One Place Condominium LLC, et al v Travelers Property Casualty Company of America · Appendix B

| | | Bates Number | | | Adobe page | | | |
|---|---|---|---|---|---|---|---|---|
| Exhibit | Tab | Begin | End | File | Begin | End | Date | Description |
| | | OP 00175 | | Meeting Minutes and Change Orders.pdf | 174 | | 5/14/2007 | Owner Change Order Log; Levine; 5/14/07 |
| | | OP 00176 | - 00177 | Meeting Minutes and Change Orders.pdf | 175 | 176 | 3/23/2007 | Change Order No. 015 |
| | | OP 00178 | - 00179 | Meeting Minutes and Change Orders.pdf | 177 | 178 | 3/23/2007 | Letter from L. Goldman to H. Karp; 3/23/07; One Place Condominiums and South Loop Shops, Owner Change Order #15 – Revised ERS System |
| | | OP 00180 | - 00182 | Meeting Minutes and Change Orders.pdf | 179 | 181 | 3/15/07; Rev 3/21/07 | Letter from Hayward Baker to Levine; 3/15/07 - revised 3/21/07; RE: One Place Condominiums 8th and State, Chicago, IL, Change Order No. 2 Request |
| | | OP 00183 | | Meeting Minutes and Change Orders.pdf | 182 | | 4/30/2007 | Change Order No. 015A |
| | | OP 00184 | - 00188 | Meeting Minutes and Change Orders.pdf | 183 | 187 | 5/2/2007 | Change Order No. 015B; Quality Saw & Seal Invoices |
| | | OP 00189 | | Meeting Minutes and Change Orders.pdf | 188 | | 5/2/2007 | Change Order No. 015C |
| | | OP 00190 | | Meeting Minutes and Change Orders.pdf | 189 | | 5/10/2007 | Change Order No. 015D |
| | | OP 00191 | - 00193 | Meeting Minutes and Change Orders.pdf | 190 | 192 | 4/30/2007 | Change Order No. 024 |
| | | OP 00194 | - 00196 | Meeting Minutes and Change Orders.pdf | 193 | 195 | 2/23/2007; 3/14/07 | Titan RFI concerning Stair #2 and response (RFI 038) |
| | | OP 00197 | | Meeting Minutes and Change Orders.pdf | 196 | | 3/27/2007 | Change Order No. 017 |
| | | OP 00198 | | Meeting Minutes and Change Orders.pdf | 197 | | 5/10/2007 | Change Order No. 020 rev |
| | | OP 00199 | | Meeting Minutes and Change Orders.pdf | 198 | | 3/28/2007 | Change Order No. 016 |
| | | OP 00200 | | Meeting Minutes and Change Orders.pdf | 199 | | 3/28/2007 | Change Order No. 018 |
| | | OP 00201 | | Meeting Minutes and Change Orders.pdf | 200 | | 3/28/07 Rev. 3/30/07 | Change Order No. 021 - Rev |
| | | OP 00202 | | Meeting Minutes and Change Orders.pdf | 201 | | 4/11/2007 | Change Order No. 023 |
| | | OP 00203 | | Meeting Minutes and Change Orders.pdf | 202 | | 5/11/2007 | Change Order No. 025 |
| | | OP 00204 | - 00205 | Meeting Minutes and Change Orders.pdf | 203 | 204 | 10/4/2007 | Wight Change Order No. WCS-003 (Draw 13 to Draw 14) |
| | | OP 00207 | | Meeting Minutes and Change Orders.pdf | 206 | | 10/8/2007 | |
| | | OP 00208 | | Meeting Minutes and Change Orders.pdf | 207 | | 5/22/2007 | |
| | | OP 00209 | | Meeting Minutes and Change Orders.pdf | 208 | | 5/22/2007 | |
| | | OP 00210 | | Meeting Minutes and Change Orders.pdf | 209 | | 5/22/2007 | |
| | | OP 00211 | | Meeting Minutes and Change Orders.pdf | 210 | | 1/11/2007 | |
| | | OP 00212 | | Meeting Minutes and Change Orders.pdf | 211 | | 10/8/2007 | |
| | | OP 00213 | | Meeting Minutes and Change Orders.pdf | 212 | | 10/8/2007 | |
| | | OP 00215 | | Meeting Minutes and Change Orders.pdf | 214 | | 1/11/2007 | |
| | | OP 00216 | | Meeting Minutes and Change Orders.pdf | 215 | | 1/17/2007 | |
| | | OP 00218 | | Meeting Minutes and Change Orders.pdf | 215 | | 5/11/2007 | |
| | | OP 00217 | - 00218 | Meeting Minutes and Change Orders.pdf | 216 | 217 | 7/24/2007 | Wight Change Order No. WCS-001 (Draw 11 to Draw 12) |
| | | OP 00219 | | Meeting Minutes and Change Orders.pdf | 218 | | 5/22/2007 | |
| | | OP 00220 | | Meeting Minutes and Change Orders.pdf | 219 | | 10/8/2007 | |
| | | OP 00221 | | Meeting Minutes and Change Orders.pdf | 220 | | 10/8/2007 | |
| | | OP 00222 | | Meeting Minutes and Change Orders.pdf | 221 | | 10/8/2007 | |
| | | OP 00226 | | Meeting Minutes and Change Orders.pdf | 222 | | 10/8/2007 | |

One Place Condominium LLC, et al v Travelers Property Casualty Company of America — Appendix B

**Document Index**

| Exhibit | Tab | Bates Number Begin | End | File | Adobe page Begin | End | Date | Description |
|---|---|---|---|---|---|---|---|---|
| | | OP 00220 | | Meeting Minutes and Change Orders.pdf | 220 | | | |
| | | OP 00220 | | Meeting Minutes and Change Orders.pdf | 220 | | | |
| | | OP 00226 | | Meeting Minutes and Change Orders.pdf | 225 | | 8/9/2007 | Wight Change Order No. WCS-002 (Draw 12 to Draw 13) |
| | | OP 00228 | | Meeting Minutes and Change Orders.pdf | 228 | | | |
| | | OP 00228 | | Meeting Minutes and Change Orders.pdf | 228 | | | |
| | | OP 00229 | | Meeting Minutes and Change Orders.pdf | 228 | | | |
| | | OP 00230 | | Meeting Minutes and Change Orders.pdf | 228 | | | |
| | | OP 00231 | | Meeting Minutes and Change Orders.pdf | 228 | | | |
| | | OP 00232 | | Meeting Minutes and Change Orders.pdf | 201 | | | |
| | | OP 00233 | | Meeting Minutes and Change Orders.pdf | 202 | | | |
| | | OP 00234 | | Meeting Minutes and Change Orders.pdf | 203 | | | |
| | | OP 00235 | | Meeting Minutes and Change Orders.pdf | 203 | | | |
| | | OP 00236 | - 00238 | Meeting Minutes and Change Orders.pdf | 235 | 237 | 10/19/2007 | Wight Change Order No. WCS-005 Change Order #4 Draw 14 to Draw 15 |
| | | OP 00239 | | Meeting Minutes and Change Orders.pdf | 203 | | | |
| | | OP 00240 | | Meeting Minutes and Change Orders.pdf | 203 | | | |
| | | OP 00241 | | Meeting Minutes and Change Orders.pdf | 203 | | | |
| | | OP 00242 | | Meeting Minutes and Change Orders.pdf | 201 | | | |
| | | OP 00243 | | Meeting Minutes and Change Orders.pdf | 202 | | | |
| | | OP 00243 | | Meeting Minutes and Change Orders.pdf | 203 | | | |
| | | OP 00243 | | Meeting Minutes and Change Orders.pdf | 203 | | | |
| | | OP 00243 | | Meeting Minutes and Change Orders.pdf | 200 | | | |
| | | OP 00243 | | Meeting Minutes and Change Orders.pdf | 203 | | | |
| | | OP 00243 | | Meeting Minutes and Change Orders.pdf | 203 | | | |
| | | OP 00243 | | Meeting Minutes and Change Orders.pdf | 203 | | | |
| | | OP 00243 | | Meeting Minutes and Change Orders.pdf | 170 | | | |
| | | OP 00251 | | Meeting Minutes and Change Orders.pdf | 200 | | | |
| | | OP 00252 | | Meeting Minutes and Change Orders.pdf | 201 | | | |
| | | OP 00253 | | Meeting Minutes and Change Orders.pdf | 202 | | | |
| | | OP 00255 | | Meeting Minutes and Change Orders.pdf | 203 | | | |
| | | OP 00258 | | Meeting Minutes and Change Orders.pdf | 203 | | | |
| | | OP 00258 | | Meeting Minutes and Change Orders.pdf | 203 | | | |
| | | OP 00258 | | Meeting Minutes and Change Orders.pdf | 203 | | | |
| | | OP 00258 | | Meeting Minutes and Change Orders.pdf | 203 | | | |
| | | OP 00259 | | Meeting Minutes and Change Orders.pdf | 258 | | 12/6/2007 | Wight Change Order No. WCS-006 Change Order #5 Draw 15 to Draw 16 |
| | | OP 00263 | | Meeting Minutes and Change Orders.pdf | 203 | | | |
| | | OP 00261 | - 00262 | Meeting Minutes and Change Orders.pdf | 200 | 201 | | |

**Document Index**

| Exhibit | Tab | Bates Number Begin | End | File | Adobe page Begin | End | Date | Description |
|---|---|---|---|---|---|---|---|---|
| | | [illegible] | | Meeting Minutes and Change Orders.pdf | 202 | | [illegible] | [illegible] |
| | | [illegible] | | Meeting Minutes and Change Orders.pdf | 203 | | [illegible] | [illegible] |
| | | [illegible] | | Meeting Minutes and Change Orders.pdf | 203 | | [illegible] | [illegible] |
| | | [illegible] | | Meeting Minutes and Change Orders.pdf | 203 | | [illegible] | [illegible] |
| | | [illegible] | | Meeting Minutes and Change Orders.pdf | 203 | | [illegible] | [illegible] |
| | | [illegible] | [illegible] | Meeting Minutes and Change Orders.pdf | 203 | 203 | [illegible] | [illegible] |
| | | [illegible] | | Meeting Minutes and Change Orders.pdf | 203 | | [illegible] | [illegible] |
| | | [illegible] | | Meeting Minutes and Change Orders.pdf | 201 | | [illegible] | [illegible] |
| | | OP 00273 | - 00290 | Meeting Minutes and Change Orders.pdf | 272 | 289 | 12/17/2007 | Wight Change Order No. WCS-007 (Change Order #7 Draw 16 to Draw 17) along with associated Proposed Change Orders |
| | | OP 00291 | - 00307 | Meeting Minutes and Change Orders.pdf | 290 | 306 | 4/7/2008 | Wight Change Order No. WCS-010 (Change Order #10 Draw 19 to Draw 21) along with associated Proposed Change Orders |
| | | OP 00308 | - 00312 | Meeting Minutes and Change Orders.pdf | 307 | 311 | 1/17/2008 | Wight Change Order No. WCS-008 (Change Order #8 Draw 17 to Draw 18) along with associated Proposed Change Orders |
| | | OP 00313 | - 00321 | Meeting Minutes and Change Orders.pdf | 312 | 320 | 2/26/2008 | Wight Change Order No. WCS-009 (Change Order #9 Draw 18 to Draw 19) along with associated Proposed Change Orders |
| | | OP 00322 | - 00354 | Meeting Minutes and Change Orders.pdf | 321 | 353 | 4/29/2008 | Wight Change Order No. WCS-011 (Change Order #11 Draw 20 to Draw 21) along with associated Proposed Change Orders |
| | | OP 00355 | - 00400 | Meeting Minutes and Change Orders.pdf | 354 | 399 | 8/4/2008 | Wight Change Order No. WCS-014 (Change Order #14 Draw 23 to Draw 24) along with associated Proposed Change Orders |
| | | OP 00401 | - 00434 | Meeting Minutes and Change Orders.pdf | 400 | 433 | 5/14/2008 | Wight Change Order No. WCS-012 (Change Order #12 Draw 21 to Draw 22) along with associated Proposed Change Orders |
| | | OP 00435 | - 00470 | Meeting Minutes and Change Orders.pdf | 434 | 469 | 6/18/2008 | Wight Change Order No. WCS-013 (Change Order #13 Draw 22 to Draw 23) along with associated Proposed Change Orders |
| | | OP 01608 | - 01613 | Pay Applications.pdf | 1 | 6 | 3/13/2007 | Sworn Statement for Contractor and Subcontractor to Owner, Application #7 Rev. 2 for January 2007 |
| | | OP 01614 | - 01652 | Pay Applications.pdf | 7 | 45 | 3/29/2007 | Application and Certification for Payment, Application No. 8 Rev #2 (Period from 2/1/07 to 2/28/07) - Levine to SBD - and supporting documentation: Sworn Statement for Contractor and Subcontractor to Owner, Subcontractor's Application and Certification for Payment |
| | | OP 01653 | - 01692 | Pay Applications.pdf | 47 | 86 | 4/25/2007 | Application and Certification for Payment, Application No. 9 Rev #1 (Period from 3/1/07 to 3/31/07) - Levine to SBD - and supporting documentation: Sworn Statement for Contractor and Subcontractor to Owner, Subcontractor's Application and Certification for Payment |
| | | [illegible] | | Pay Applications.pdf | 81 | | [illegible] | [illegible] |
| | | [illegible] | | Pay Applications.pdf | 82 | | [illegible] | [illegible] |
| | | [illegible] | | Pay Applications.pdf | 83 | | [illegible] | [illegible] |
| | | [illegible] | | Pay Applications.pdf | 83 | | [illegible] | [illegible] |
| | | [illegible] | | Pay Applications.pdf | 83 | | [illegible] | [illegible] |
| | | [illegible] | | Pay Applications.pdf | 83 | | [illegible] | [illegible] |
| | | OP 01693 | - 01734 | Pay Applications.pdf | 88 | 129 | 6/1/2007 | Application and Certification for Payment, Application No. 10 Rev. #4 (Period 4/1/07 - 4/30/07) and supporting documentation - Levine to SBD |
| | | [illegible] | | Pay Applications.pdf | 83 | | [illegible] | [illegible] |
| | | OP 01735 | | Pay Applications.pdf | 131 | | 5/11/2007 | Sworn Statement for Contractor and Subcontractor to Owner, Application #11 for May 2007 (Levine) |
| | | OP 01736 | - 01750 | Pay Applications.pdf | 132 | 146 | 6/20/2007 | Wight Invoice/Application for Payment No. 11 Rev 2; Application and Certification for Payment, Application No. 11 Rev 2 (Period 5/1/07 - 5/31/07) and supporting documentation - Wight to SBD |
| | | OP 01751 | - 01756 | Pay Applications.pdf | 147 | 152 | 5/11/2007 | Sworn Statement for Contractor and Subcontractor to Owner, Application #10 Rev #3 for April 2007 (Levine) |
| | | OP 01757 | - 01783 | Pay Applications.pdf | 153 | 179 | 7/30/2007 | Wight Invoice/Application for Payment No. 12 Rev 2; Application and Certification for Payment, Application No. 12 Rev 2 (Period 6/1/07 - 6/30/07) and supporting documentation - Wight to SBD |
| | | OP 01784 | - 01840 | Pay Applications.pdf | 180 | 236 | 8/23/2007 | Wight Invoice/Application for Payment No. 13 Rev 2; Application and Certification for Payment, Application No. 13 Rev 2 (Period 7/1/07 - 7/31/07) and supporting documentation - Wight to SBD |

One Place Condominium LLC, et al v Travelers Property Casualty Company of America    Appendix B

## Document Index

| Exhibit | Tab | Bates Number Begin | Bates Number End | File | Adobe page Begin | Adobe page End | Date | Description |
|---|---|---|---|---|---|---|---|---|
| | | OP 01841 | - 01887 | Pay Applications.pdf | 237 | 283 | 10/4/2007 | Wight Invoice/Application for Payment No. 14 Rev 1; Application and Certification for Payment, Application No. 14 Rev 1 (Period 8/1/07 - 8/31/07) and supporting documentation - Wight to SBD |
| | | OP 01888 | - 01927 | Pay Applications.pdf | 284 | 323 | 10/24/2007 | Wight Invoice/Application for Payment No. 15 Rev 4; Application and Certification for Payment, Application No. 15 Rev 4 (Period 9/1/07 - 9/30/07) and supporting documentation - Wight to SBD |
| | | OP 01928 | - 01965 | Pay Applications.pdf | 324 | 361 | 11/26/2007 | Application and Certification for Payment, Application No. 16 Rev 3 (Period 10/1/07 - 10/31/07) and supporting documentation - Wight to SBD |
| | | OP 01966 | - 02062 | Pay Applications.pdf | 362 | 458 | 12/31/2007 | Wight Invoice/Application for Payment No. 17 Rev 5; Application and Certification for Payment, Application No. 17 Rev 5 (Period 11/1/07 - 11/30/07) and supporting documentation - Wight to SBD |
| | | OP 02063 | - 02119 | Pay Applications.pdf | 459 | 515 | 1/29/2008 | Wight Invoice/Application for Payment No. 18 Rev 3; Application and Certification for Payment, Application No. 18 Rev 3 (Period 12/1/07 - 12/31/07) and supporting documentation - Wight to SBD |
| | | OP 02120 | - 02258 | Pay Applications.pdf | 516 | 654 | 2/28/2008 | Application and Certification for Payment, Application No. 19 (Period 1/1/08 - 1/31/08) and supporting documentation - Wight to SBD |
| | | OP 02259 | - 02305 | Pay Applications.pdf | 655 | 701 | 4/8/2008 | Wight Invoice/Application for Payment No. 20; Application and Certification for Payment, Application No. 20 (Period 2/1/08 - 2/29/08) and supporting documentation - Wight to SBD |
| | | OP 02306 | - 02354 | Pay Applications.pdf | 702 | 750 | 4/19/2008 | Wight Invoice/Application for Payment No. 21; Application and Certification for Payment, Application No. 21 (Period 3/1/08 - 3/30/08) and supporting documentation - Wight to SBD |
| | | OP 02355 | - 02490 | Pay Applications.pdf | 751 | 886 | 6/3/2008 | Wight Invoice/Application for Payment No. 22; Application and Certification for Payment, Application No. 22 (Period 4/1/08 - 4/30/08) and supporting documentation - Wight to SBD |
| | | OP 02491 | - 02553 | Pay Applications.pdf | 887 | 949 | 7/9/2008 | Wight Invoice/Application for Payment No. 23; Application and Certification for Payment, Application No. 23 (Period 5/1/08 - 5/31/08) and supporting documentation - Wight to SBD |
| | | OP 02554 | - 02650 | Pay Applications.pdf | 950 | 1045 | 8/13/2008 | Wight Invoice/Application for Payment No. 24; Application and Certification for Payment, Application No. 24 (Period 6/1/08 - 6/30/08) and supporting documentation - Wight to SBD |
| | | OP 02651 | - 03838 | Pay Applications.pdf | 1046 | 1139 | 9/22/2008 | Application and Certification for Payment, Application No. 25 (Period 7/1/08 - 7/30/08) and supporting documentation - Wight to SBD |
| FD3, Category 1&2 | | OP-GM/AI 005062 | - 005065 | Bobby Levin Water Damage Claim 12.5.08.pdf | 1 | 4 | 12/5/2008 | Bobby Levin Water Damage Claim 12.5.08.pdf |
| | | FD3, Category 1&2 | | Levine - Caisson Problems and Solutions Meeting 11.6.06 b.pdf | | | | Levine - Caisson Problems and Solutions Meeting 11.6.06 b.pdf |
| | | FD3, Category 1&2 | | Levine - Caisson Problems and Solutions Meeting 11.6.06.pdf | | | | Levine - Caisson Problems and Solutions Meeting 11.6.06.pdf |
| FD3, Category 1&2 | | OP-GM/AI 014338 | - 014347 | One Place - Release of Water Damage Claim OP-GM-AI014338 - 014347.pdf | 1 | 10 | 10/14/2009 | One Place - Release of Water Damage Claim OP-GM-AI014338 - 014347.pdf |
| | | FD3, Category 1&2 | | ONE PLACE - Caisson Loss Binder.pdf | | | | ONE PLACE - Caisson Loss Binder.pdf |
| | | FD3, Category 1&2 | | Release of 2006 Earth Movement and Flood Claim.pdf | | | | Release of 2006 Earth Movement and Flood Claim.pdf |
| FD3, Category 1&2 | | OP-GM/AI 005256 | - 005257 | Water Claim Breakdown and Release.pdf | 1 | 2 | 12/5/2008 | Water Claim Breakdown and Release.pdf |
| | | FD3, Category 4 - Levine Change Orders | | Change Order 015A.pdf | | | | Levine Change Order 015A |
| | | FD3, Category 4 - Levine Change Orders | | CO @ 26 rev.pdf | | | | Levine Change Order @26 |
| | | FD3, Category 4 - Levine Change Orders | | CO @ 15 A-D.pdf | | | | Levine Change Order @15 A-D |
| | | FD3, Category 4 - Levine Change Orders | | CO@15 rev.pdf | | | | Levine Change Order @15 rev |
| | | FD3, Category 4 - Levine Change Orders | | CO@25.pdf | | | | Levine Change Order @25 |
| | | FD3, Category 4 - Levine Change Orders | | Final Levine Change Order Log vhk.xls | | | | Final Levine Change Order Log |
| | | FD3, Category 4 - Levine Change Orders | | Levine CO @25A.pdf | | | | Levine Change Order @25A |
| | | FD3, Category 5 - Wight Change Orders | | Change Order e.pdf | | | | Wight Change Order |
| | | FD3, Category 5 - Wight Change Orders | | Change Order f.pdf | | | | Wight Change Order |
| | | FD3, Category 5 - Wight Change Orders | | Change Order g.pdf | | | | Wight Change Order |
| | | FD3, Category 5 - Wight Change Orders | | Change Orders a.pdf | | | | Wight Change Order |
| | | FD3, Category 5 - Wight Change Orders | | Change Orders b.pdf | | | | Wight Change Order |

One Place Condominium LLC, et al v Travelers Property Casualty Company of America

Document Index

| | | Bates Number | | | Adobe page | | | |
|---|---|---|---|---|---|---|---|---|
| Exhibit | Tab | Begin | End | File | Begin | End | Date | Description |
| | | FD3, Category 5 - Wight Change Orders | | Change Orders c.pdf | | | | Wight Change Order |
| | | FD3, Category 5 - Wight Change Orders | | Change Orders d.pdf | | | | Wight Change Order |
| | | FD3, Category 5 - Wight Change Orders | | Wight Change Order Log 2.pdf | | | | Wight Change Order Log |
| | | FD3, Category 5 - Wight Change Orders | | Wight Change Order Log.pdf | | | | Wight Change Order Log |
| | | FD3, Category 6 - Meeting Minutes | | Levine - Caisson Problems and Solutions Meeting 11.6.06 b.pdf | | | | Project Meeting Minutes |
| | | FD3, Category 6 - Meeting Minutes | | Levine - Caisson Problems and Solutions Meeting 11.6.06.pdf | | | | Project Meeting Minutes |
| | | FD3, Category 6 - Meeting Minutes | | Project Meeting Minutes 2.pdf | | | | Project Meeting Minutes |
| | | FD3, Category 6 - Meeting Minutes | | Project Meeting Minutes 3.pdf | | | | Project Meeting Minutes |
| | | FD3, Category 6 - Meeting Minutes | | Project Meeting Minutes 4.pdf | | | | Project Meeting Minutes |
| | | FD3, Category 6 - Meeting Minutes | | Project Meeting Minutes.pdf | | | | Project Meeting Minutes |
| | | FD3, Category 7 - Daily Reports | | MKA Daily Reports 1.1.07 - 11.4.07 E (folder9 | | | | MKA Daily Reports 1.1.07 - 11.4.07 E |
| | | FD3, Category 7 - Daily Reports | | Levine Daily - 10.06 to 12.06.pdf | | | | Levine Daily - 10.06 to 12.06 |
| | | FD3, Category 7 - Daily Reports | | Wight Daily a | | | | Wight Daily reports |
| | | FD3, Category 7 - Daily Reports | | Wight Daily b | | | | Wight Daily reports |
| | | FD3, Category 7 - Daily Reports | | Wight Daily re CSM | | | | Wight Daily reports |
| | | FD3, Category 8 - Pay applications | | 0 26.pdf | | | 10/29/2008 | Wight Invoice and Pay Application No. 26 for 8/1/08-8/31/08 |
| | | FD3, Category 8 - Pay applications | | 0 3, rev 2.pdf | | | 10/20/2006 | Invoice from Levine to Southblock through 10/1/06; Draw 03, Rev 2 |
| | | FD3, Category 8 - Pay applications | | 04.pdf | | | 11/2/2006 | Invoice from Levine to Southblock through 11/1/06; Draw 04 |
| | | FD3, Category 8 - Pay applications | | 05.pdf | | | 12/8/2006 | Invoice from Levine to Southblock through 12/1/06; Draw 05 |
| | | FD3, Category 8 - Pay applications | | 06.pdf | | | 1/2/2007 | Invoice from Levine to Southblock through 12/31/06; Draw 06 |
| | | FD3, Category 8 - Pay applications | | 07, rev 2@final.pdf | | | 3/13/2007 | Pay application 07 Rev 02 for January 2007 |
| | | FD3, Category 8 - Pay applications | | Draw 028@cert.pdf | | | 3/3/2009 | Wight Invoice and Pay Application No. 28 for 11/1/08-12/31/08 |
| | | FD3, Category 8 - Pay applications | | draw 030 cert pay app.pdf | | | 9/30/2009 | Wight Invoice and Pay Application No. 30 for 9/1/09-9/30/09 |
| | | FD3, Category 8 - Pay applications | | Draw 27.pdf | | | 12/19/2008 | Wight Invoice and Pay Application No. 27 for 9/1/08-10/31/08 |
| | | FD3, Category 8 - Pay applications | | Draw 29 - Part 1 of 3.pdf | | | 8/31/2009 | Wight Invoice and Pay Application No. 29 for 1/1/09 - 8/31/09 |
| | | FD3, Category 8 - Pay applications | | Draw 29 - Part 2 of 3.pdf | | | 8/31/2009 | Continuation of supporting documentation for Pay Application No. 29 |
| | | FD3, Category 8 - Pay applications | | Draw 29 - Part 3 of 3.pdf | | | 8/31/2009 | Continuation of supporting documentation for Pay Application No. 29 |
| | | FD3, Category 8 - Pay applications | | Draw 31 Package v1.pdf | | | 11/24/2009 | Adjustments to Draws 030 and 031 |
| | | FD3, Category 8 - Pay applications | | Draw 32 Package.pdf | | | 1/12/2010 | Adjustments to Draws 031 and 032 |
| | | FD3, Category 10 - Loan Statements | | 1-16-08 RPB Loan Statement.pdf | | | 1/16/2008 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | 2-13-09 RPB Loan Statement.pdf | | | 2/13/2009 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | 3-15-08 RPB Loan Statement.pdf | | | 3/14/2008 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | December 08 and Jan 09 statement.pdf | 1 | 3 | 12/16/2008 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | December 08 and Jan 09 statement.pdf | 4 | 6 | 1/16/2009 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | ERROR on 8-15-07 Statement backup | | | 8/16/2007 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 1-30-10.pdf | | | 1/22/2010 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 1-31-11.pdf | | | 1/21/2011 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 2-18-11.pdf | | | 2/18/2011 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 2-28-10.pdf | | | 2/19/2010 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 3-15-09.pdf | | | 3/16/2009 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 3-22-10.pdf | | | 3/22/2010 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 4-15-09.pdf | | | 4/15/2009 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 4-21-11.pdf | | | 4/21/2011 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 4-22-10.pdf | | | 4/21/2010 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 5-15-08.pdf | | | 5/16/2008 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 5-15-09.pdf | | | 5/15/2009 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 5-20-11.pdf | | | 5/20/2011 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 6-1-10.pdf | | | 5/21/2010 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 6-15-08.pdf | | | 6/13/2008 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |

One Place Condominium LLC, et al v Travelers Property Casualty Company of America

Appendix 8

### Document Index

| Exhibit | Tab | Bates Number Begin | End | File | Adobe page Begin | End | Date | Description |
|---|---|---|---|---|---|---|---|---|
| | | FD3, Category 10 - Loan Statements | | RBC 6-15-09.pdf | | | 6/15/2009 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 6-20-11.pdf | | | 6/21/2011 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 7-1-10.pdf | | | 6/21/2010 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 7-15-08.pdf | | | 7/16/2008 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 7-15-09.pdf | | | 7/16/2009 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 7-20-11.pdf | | | 7/22/2011 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 8-1-10.pdf | | | 7/22/2010 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 8-15-08.pdf | | | 8/15/2008 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 8-15-09.pdf | | | 8/14/2009 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 8-20-11.pdf | | | 8/22/2011 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 9-1-10.pdf | | | 8/20/2010 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 9-15-08.pdf | | | 9/15/2008 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 9-15-09.pdf | | | 9/15/2009 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 10-1-10.pdf | | | 9/21/2010 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 10-15-08 | | | 10/16/2008 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 10-15-09.pdf | | | 10/15/2009 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 11-1-10.pdf | | | 10/22/2010 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 11-15-08.pdf | | | 11/14/2008 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 11-15-09.pdf | | | 11/13/2009 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 12-1-10.pdf | | | 11/19/2010 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 12-15-08.pdf | | | 12/16/2008 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 12-30-09.pdf | | | 12/30/2009 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC 12-30-10.pdf | | | 12/22/2010 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC Statement 4-15-09.pdf | | | 4/15/2008 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC Statement 9-15-07.pdf | | | 9/14/2007 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC Statement 10-15-07.pdf | | | 10/16/2007 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RBC Statement 11-15-07.pdf | | | 11/15/2007 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | Republic Loan Statement on 6-15-07.pdf | | | 6/15/2007 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | Republic Loan Statement on 7-15-07.pdf | | | 7/16/2007 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | Republic Loan Statement on 8-15-07.pdf | | | 8/16/2007 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RPB Loan statement 2-15-08.pdf | | | 2/14/2008 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 10 - Loan Statements | | RPB Loan statement dated 12-14-07.pdf | | | 12/14/2007 | Republic Bank of Chicago Loan Statement, acct no. 5226000 |
| | | FD3, Category 12 - Levine Contract | | Levine Contract.pdf | | | | Levine Contract |
| | | FD3, Category 14 - estimates | | Levine.pdf | | | | Levine estimate |
| | | FD3, Category 14 - estimates | | Wight.pdf | | | | Wight estimate |
| | | FD3, Category 15 - Specs | | Fitz Project Manual 1 of 3.pdf | | | | Specs |
| | | FD3, Category 15 - Specs | | Fitz Project Manual.pdf | | | | Specs |
| | | FD3, Category 15 - Specs | | Fitzgerals Addendum to Specs 8-28-06.pdf | | | | Specs |
| | | FD3, Category 15 - Specs | | Specs.pdf | | | | Specs |
| | | OP-GM/AI 002261 | - 002906 | 5 2005, 2006 & 2007 SUPPORTING TECHNICAL DOCUMENTS.pdf | 1 | 646 | | 5 2005, 2006 & 2007 SUPPORTING TECHNICAL DOCUMENTS.pdf |
| | | OP-GM/AI 002907 | - 003910 | 6 2008 SUPPORTING TECHNICAL DOCUMENTS.pdf | 1 | 1004 | | 6 2008 SUPPORTING TECHNICAL DOCUMENTS.pdf |
| | | OP-GM/AI 003911 | - 004200 | 7 2009 SUPPORTING TECHNICAL DOCUMENTS.pdf | 1 | 290 | | 7 2009 SUPPORTING TECHNICAL DOCUMENTS.pdf |
| | | FD3 (flashdrive 3) | | Copy of Condo Unit Baluation Analysis 3 14 11 (harlan v1).pdf | | | | Copy of Condo Unit Baluation Analysis 3 14 11 (harlan v1).pdf |
| | | FD3 (flashdrive 3) | | ONE PLACE -P's Revised Supp Answers to D's First Roes- 3.1.12.pdf | | | | ONE PLACE -Plaintiffs' Revised Supplemental Answers to Defendant's First Interrogatories- 3.1.12 |
| | | OP-GM/AI 005092 | - 005094 | OPGM-5092-5094.pdf | | | | Statement of Loss on Earth Movement Claim Number CAY3385. |
| 305 | | file:////I/Attach-000044/Rev00022612 Htr | | Exhibits to Charlie Shenk Depostion.pdf | 1 | 3 | 3/23/2010 | Email from Charlie Shenk to Robert Levin, Subject: Consulting Services - my resume, dated 3/23/10 Attachment: Charles M. Sheck resume |
| 306 | | ONEPLACE 021284 | - 021302 | Exhibits to Charlie Shenk Depostion.pdf | 4 | 22 | 11/24/2009 | Letter/report from Held Enloe & Associates to Mr. Sarff; date penciled in as 11/24/09 |

One Place Condominium LLC, et al v Travelers Property Casualty Company of America                                           Appendix B

**Document Index**

| Exhibit | Tab | Bates Number Begin | End | File | Adobe page Begin | End | Date | Description |
|---|---|---|---|---|---|---|---|---|
| 307 | | ONEPLACE 021339 | - 021340 | Exhibits to Charlie Shenk Depostion.pdf | 23 | 24 | 1/26/2010 | Attachment to email below [3held enloe 12.14.09 ltr[3sbd response[3]1.26.lb.doc[3]: Letter from C. Shenk to C. Becker; Re: Held Enloe & Assocs. 12.14.09 Letter re: OPC Claim [3]CAY 3385; dated 1/26/10; Encl: HBI 11.28.06 e-mail (4 pgs.). HBI 3.20.07 e-mail (1 pg.). OP004446. OP004093. ERS-1, rev. 19, dated 3/20/07. SBO-122 w/CSM's COR[3]00003 |
| 307 | | ONEPLACE 021341 | | Exhibits to Charlie Shenk Depostion.pdf | 25 | | 1/26/2010 | Email from Shenk to Craig Becker; Subject: Held Enloe 12/14/09 Ltr Response - Draft; dated 1/26/10. Attachments: held enloe 12.14.09 ltr[3sbd response[3]1.26.lb.doc; HBI 11.28.06 e-mail[2HE[3summary[3]1[3]caisson delay.pdf; HE[3summary[3]20ERS movement backup.pdf; HE[3summary[3]3[3]Raker backup.pdf |
| 307 | | ONEPLACE 021342 | - 021344 | Exhibits to Charlie Shenk Deposition.pdf | 26 | 28 | 11/28/2006 | Attachment [3HBI 11.28.06 e-mail[3HE[3summary[3]1[3]caisson delay.pdf / HBI 11.28.06 e-mail (4 pgs.) [3]: Email string between Shane Farr, Lawrence Goldman, and Harlan Karp; Subject: RE: Important items; dated 11/28/06 |
| 307 | | ONEPLACE 021345 | | Exhibits to Charlie Shenk Depostion.pdf | 29 | | 3/20/2007 | Attachment [3HE[3summary[3]2[3]ERS movement backup.pdf (p. 1 of 3) / HBI 3.20.07 e-mail (1 pg.)[3] Email from Shane Farr to Lawrence Goldman and Marvin Levine; Subject: FW: 8th and State; Attachments: CTA Rev[3]19[3]HBI-ERS-36x48.pdf; dated 3/20/07 |
| 307 | | ONEPLACE 021346 | | Exhibits to Charlie Shenk Depostion.pdf | 30 | | 3/21/2007 | Attachment [3HE[3summary[3]2[3]ERS movement backup.pdf (p. 2 of 3)/OP004446[3] Change Order No. 2; March 15, 2007; Revised March 21, 2007; Page 2 of 3 |
| 307 | | ONEPLACE 021347 | | Exhibits to Charlie Shenk Depostion.pdf | 31 | | 3/27/2007 | Attachment [3HE[3summary[3]2[3]ERS movement backup.pdf (p. 3 of 3)/OP004093[3]Daily Construction Report |
| 307 | | ONEPLACE 021348 | | Exhibits to Charlie Shenk Depostion.pdf | 32 | | | "From the desk of Charlie Shenk" handwritten notes |
| 307 | | ONEPLACE 021349 | | Exhibits to Charlie Shenk Depostion.pdf | 33 | | 1/7/2010; 9/16/06 | Preliminary Schedule: Ground Breaking to Ground Floor; dated 1/7/10 with penciled in 9/16/06 |
| 307 | | ONEPLACE 021350 | | Exhibits to Charlie Shenk Depostion.pdf | 34 | | | Sketch of schedule |
| 308 | | . | | Exhibits to Charlie Shenk Depostion.pdf | 35 | | 10/1/2007 | Letter from Harlan Karp to Abdul Gaffoor Shaikh. Concerning final design of the fa[3]ade. |
| 309 | | file://f.[3]Production 12 14.13[3]Attach-0000408[3] | | Exhibits to Charlie Shenk Depostion.pdf | 36 | 37 | 5/4/2009 | Email from C. Shenk to Mike DeRouin (Fitzgerald and Associates); Subject: partial certificate of occupancy for all areas except landscaping; Date: 5/4/09 Attachment: zoning[3]approval[3]8th[3]st.pdf [3]Authorization for the Issuance of a Certificate of Occupancy dated 12/10/2009[3] |
| 310 | | file:////V/Attach-000040/Rev00020742.Htm | | Exhibits to Charlie Shenk Depostion.pdf | 38 | 39 | 5/4/2009 | Email from C. Shenk to Craig Becker; Subject: partial certificate of occupancy for all areas except landscaping; Date: 5/4/09 Attachment: zoning[3]approval[3]8th[3]st.pdf [3]Authorization for the Issuance of a Certificate of Occupancy dated 12/10/2009[3] |
| 311 | | | | Exhibits to Charlie Shenk Depostion.pdf | 40 | | 7/31/2007 | Email from C. Shenk to Jim Nagle (Wight); Subject: 8/9 line sheeting movment background; Attach: earth movement at south sheeting 1.23.07.pdf |
| 311 | | | | Exhibits to Charlie Shenk Depostion.pdf | 41 | | 1/24/2007 | Attachment: Letter from Noel Dalzell (Levine) to C. Shenk, dated 1/24/07, Re: One Place Condominiums & South Loop Shops, LLC, Movement of sheeting along 9 line. |
| 311 | | | | Exhibits to Charlie Shenk Depostion.pdf | 42 | | 1/24/2007 | Attachment: Letter from Noel Dalzell (Levine) to Shane Farr (Hayward Baker), dated 1/24/07, Re: One Place Condominiums & South Loop Shops, LLC, Movement of sheeting along 9 line. |
| 311 | | | | Exhibits to Charlie Shenk Depostion.pdf | 43 | 44 | 1/23/2007 | Attachment: Letter from Shane Farr (Hayward Baker) to Noel Dalzell (Levine), dated 1/23/07, Re: One Place Condominiums & South Loop Shops, Chicago, IL, Earth Retention along 9 line. |
| 311 | | | | Exhibits to Charlie Shenk Depostion.pdf | 45 | | 1/23/2007 | Attachment: Letter from Noel Dalzell (Levine) to Shane Farr (Hayward Baker), dated 1/23/07, Re: One Place Condominiums & South Loop Shops, LLC, Movement of sheeting along 9 line. |
| 312 | | file://E.[3]Production 12.14.13[3]Attach-0 | | Exhibits to Charlie Shenk Depostion.pdf | 46 | 47 | 6/12/2007 | Email string top being from C. Shenk to Jason Warden, dated 6/12/07; subject: RE: 05008-One Place RFI 084 Answered |
| 313 | | ONEPLACE 005503 | | Exhibits to Charlie Shenk Depostion.pdf | 48 | | 7/20/2007 | Email from C. Shenk to Jerry Karp and Harlan Karp, cc Jim Nagle and Pete Page; dated 7/20/07; subject: Minutes from today's site meeting with Kenny Rep Re; D-line delay. |
| 314 | | ONEPLACE 020898 | - 020904 | Exhibits to Charlie Shenk Depostion.pdf | 49 | 55 | 7/31/2007 | Email string top being from C. Shenk to Jim Nagle, dated 7/31/07; Subject: RE: One Place Condominiums 1 E 8th : Street Earth Retention Issues; Attachments: ici daily fld reports 1.23 & 1.29.07.pdf |

One Place Condominium LLC, et al v Travelers Property Casualty Company of America                                                                                                          Appendix B

**Document Index**

| Exhibit | Tab | Bates Number Begin | End | File | Adobe page Begin | End | Date | Description |
|---|---|---|---|---|---|---|---|---|
| 315 | | file://E:\Production 12.14.11\Attach- , | | Exhibits to Charlie Shenk Depostion.pdf | 56 | | 8/1/2007 | Email from C. Shenk to Robert Levin cc: Jim Nagle (Wight), Harlan Karp, and Jerry Karp; dated 8/1/07; Subject:  meeting with Bob Lukas re: D-line delay investigation |
| 316 | | ONEPLACE 004190 | | Exhibits to Charlie Shenk Depostion.pdf | 57 | | 8/13/2007 | Email from C. Shenk to Robert Levin, Jerry Karp, cc: Harlan Karp; dated 8/13/07; Subject: Causation Report by Bob Lucas. |
| 317 | | ONEPLACE 004463 | | Exhibits to Charlie Shenk Depostion.pdf | 58 | | 8/7/2007 | Email string top being from C. Shenk to Harlan Karp; dated 8/7/07; Subject:  1 E. 8th St - D-line Report and Construction Fix Update |
| 317 | | ONEPLACE 004464 | - 004470 | Exhibits to Charlie Shenk Depostion.pdf | 59 | 65 | 8/7/2007 | 【Continuation of Exhibit 317】 WJE letter dated 8/3/07; Re:  One Place Condominium, D-line Caisson Movement, WJE No. 2007.3515 ("evaluation of the reported movement of the existing D-line caissons") |
| 318 | | WIGHT 025214 | - D25215 | Exhibits to Charlie Shenk Depostion.pdf | 66 | 67 | 6/20/2007 | Wight Pay Application 11, Rev 2 for the period to 5/31/07.  General Conditions - Wight Construction |
| 319 | | WIGHT 007878 | - 007895 | Exhibits to Charlie Shenk Depostion.pdf | 68 | 84 | 6/20/2007 | Support for Wight Pay Application 11, Rev 2 for the period to 5/31/07. General Conditions - Wight Construction |
| 320 | | OP 003925 | | Exhibits to Charlie Shenk Depostion.pdf | 85 | | 1/26/2007 | One Place Condominiums & South Loop Shops Baseline Construction Schedule, date: 11/29/06, Revised 1/26/07 |
| 320 | | P-2013-  577919 | | Exhibits to Charlie Shenk Depostion.pdf | 86 | | 12/10/2008 | Authorization for the Issuance of a Certificate of Occupancy, 12/10/2008 |
| 320 | | P-2013-  577920 | | Exhibits to Charlie Shenk Depostion.pdf | 87 | | 5/4/2009 | Invoice from J.D.M., LLC. Dated 5/4/09 for 【600 |
| 320 | | P-2013-  577921 | | Exhibits to Charlie Shenk Depostion.pdf | 88 | | 4/28/2009 | D Three Construction Weekly Time Sheet:  Only entry -- 4/28/09  Demobilize, Employee Sergio Garcia |
| 321 | | OP-GM/AI 000543 | - 000550 | Exhibits to Charlie Shenk Depostion.pdf | 89 | 96 | 7/14/2009 | Final Claim, Revised 7/14/2009. |
| | | | | ONE PLACE - Info Request Docs from Bhaird; Revd-4.5.13.pdf | 1 | 75 | various | Loan statements for RBC and CCK loans in response to 3/15/13 information request |
| | | FD4, 1-Forms | | disclosures.pdf | 1 | 4 | undated | Disclosure of Information on Radon Hazards |
| | | FD4, 1-Forms | | Intent to sell.pdf | 1 | 2 | undated | Seller's Notice of Intent to Sell or Lease and Request/Authorization for Release of Confidential Information |
| | | FD4, Parking | | Assignment of Parking.doc | 1 | 1 | undated | Assignment of Lease for Parking Space P75 |
| | | FD4, Parking | | Backup of Assignment of Parking.wbk | 1 | 1 | undated | Assignment of Lease for Parking Space P75 |
| | | FD4, Parking | | Parking P75 Purchase Agreement.doc | 1 | 1 | undated | DEEDED PARKING PURCHASE AGREEMENT for parking space P75 |
| | | | | | | | | Unit purchase agreements and associated documentation |
| | | | | | | | | HUD Settlement Statements |
| | | | | Summary of Escrow Accounts to be Closed and Transferred 4.7.09-1.pdf | | | | Summary of Escrow Accounts to be Closed and Transferred 4.7.09-1 |
| | | | | | | | | Unit Profit & Loss Detail |
| | | REPUBLIC    000366  - 000455 | | REPUBLIC000366-455 Original Loan.pdf | 1 | 90 | various | Documentation concerning original construction loan with Republic Bank of Chicago |
| | | | | Original Loan Terms dated 8.24.06.pdf | | | | Documentation concerning original construction loan with Republic Bank of Chicago |
| | | | | Republic 3rd modification April 2012.pdf | | | | Documentation concerning original construction loan with Republic Bank of Chicago |
| | | REPUBLIC    001007  - 001044 | | REPUBLIC001007-044 Construction Loan Mortgage and Security Agreement.pdf | | | | Construction Loan Mortgage and Security Agreement |
| | | | | | | | | One Place schedule |
| | | | | | | | | One Place Status Hearing - Jan 25 2013 |
| | | | | | | | | 2008 One Place Condominium LLC General Ledger - Assessments |
| | | | | | | | | 2009 One Place Condominium LLC General Ledger - Assessments |
| | | | | | | | | 2010 One Place Condominium LLC General Ledger - Assessments |
| | | | | | | | | 2011 One Place Condominium LLC General Ledger - Assessments |
| | | | | | | | | 2012 One Place Condominium LLC General Ledger - Assessments |
| | | | | | | | | 2012 One Place Condominium LLC Profit & Loss |

# APPENDIX C

## Chicago Real Estate Market Trends, Data, Statistics

**NAR**
**News**
**Real Estate Education**
**Tax**
**Technology**
**Transaction Process**
**Uncategorized**
**Way Cool**

### Blogroll

**Crib Chatter**
**Illinois Mortgage Rates & News**
**Smart Mortgage Advice**

### Useful Links

**Browse Chicago area listings by zip code**
**Browse Chicago Neighborhood Listings**
**Chicago Neighborhood Profiles & Listings**
**Chicago Real Estate Market Data**
**Our Listings**
**Click to Chat with an Agent**



This page is a collection of real estate statistics and trends for the Chicago housing market. Data on this page is updated as it becomes available.

### Case-Shiller Home Price Index For Chicago

Home price data for Chicago single family homes and condos is reported monthly and goes back to January, 1987. The graph below is current through January, 2013 and includes a trendline, conservatively established for single family homes during a 12 year period of rather reasonable price increases.

**Chicago Case Shiller Index**



Interestingly, it looked like the index for single family homes bottomed in April of 2009, but then it dipped three more times. Much of this repeated dipping is a seasonal effect but this year the seasonal recovery in prices was exceptionally strong. May and June came along and blew the numbers out of the water -- prices were up 4.5% and 4.6% from April and May respectively, which is huge. Even after adjusting for seasonality these were the largest one month increases in 24 years. December came in with a 0.7% decrease over November, but that is actually a 2.2% increase over last year. This was the second month in a row that Chicago home prices rose over the previous year. Single family home prices are now at the level last seen in May/ June 2001, having fallen a total of 33.2% from the peak in September 2006. However, the index is running 27.8% below the trendline, which implies that there is some upward pressure to return prices to the "norm". But I've been saying that for a while.

Condominium prices decreased by 2.6% from November. The condo index is now back to July/ August 2000 levels, having fallen a total of 32.8% from their peak in September 2007. However, condominium prices were also up on a year over year basis -- by a whopping 5.2%.

Please note that these numbers are based upon a 3 month trailing average of home sales so they are looking back pretty far.

### Illinois Association of Realtors Monthly Sales Data (Chicago PMSA)

The IAR tracks monthly units sold for the Chicago Primary Metropolitan Statistical Area (PMSA), which includes a broad area of Chicago and its suburbs. Units sold can be a leading indicator of the direction of housing prices. The graph below shows single family homes plus condominiums sold from January, 2006 through February , 2013, along with a 12 month moving average (to remove seasonality effects). In addition, we have flagged all February data points for comparison purposes.

**Chicago PMSA Home Sales**



The graph shows that home sales in the Chicago area have strongly rebounded over the last 4 years. In fact, February sales reached the highest level in 7 years – much better than for the city of Chicago alone

## Chicago Association of Realtors Quarterly Unit Sales for Chicago

CAR tracks quarterly residential units sold for the city of Chicago. The graph below shows single family homes plus condominiums sold from the first quarter of 1992 through the third quarter of 2012. In order to smooth out the seasonal patterns the graph also displays a rolling 4 quarter moving average of the data

**Chicago Quarterly Unit Sales - SFH + Condos**



While the first half of 2010 had a significant impact from the homebuyer tax credit the vacuum left behind caused sales to decline in the second half of the year. The market did not begin to return to normal until some time in 2011 and it has been on a tear during 2012. However, sales have a long way to go to catch up to the bubble peak and in the third quarter of 2012 they were about where they were in the third quarter of 1998. And you know what? Look at that employment graph below and you will see that employment is about where it was 14 years ago

It's also interesting to note that Chicago home sales peaked in the last half of 2005 but prices didn't peek until October, 2006. This reinforces the idea that unit sales are a leading indicator of home prices

## Chicago Condo Inventory And Days On Market

The sales rate impacts the months supply of inventory on the market and how long properties have been on the market. Ultimately, inventory levels impact home prices. In the graphs below we track the months of inventory of 2 –

3 bedroom condos in the city along with the number of days that those properties are on the market

We calculate these statistics a bit differently than the industry:

- We calculate the inventory based upon all homes available for sale during the month – whether or not the listings were withdrawn. We feel that this more accurately reflects what people are trying to sell
- We calculate the months of supply using the number of contracts written, not the number of deals closed. This gives us a more current view of the market.
- Our days on market numbers are for all homes listed – not just the ones that sell. Again, we feel that this more accurately reflect what's on the market

There is only one problem with this approach. A fairly significant number of properties that go under contract don't close – maybe 15%. So, as the data ages and properties come back on the market, the months of supply numbers change retroactively for the last couple of months. This leads to the most recent months of supply numbers being understated.

Home inventories in Chicago had been steadily trending higher until June 2009 when they started to improve from 2008. That improving trend continued until May of 2010 when the months of supply of homes increased over the previous year



City Of Chicago Housing Inventory (2 - 3 Bedroom Condos)

As the tax credit expired contract volume plummeted, with June contract volume 32% below the previous year However, the number of condos on the market also declined so the months of supply did not increase as much as you would expect. Home inventory levels increased to an 18 – 19 months supply right after the expiration of the tax credit, which was way above the previous summer's level. More recently, as contract volume began to improve and sellers pulled their homes off the market, inventory levels have improved considerably, with February hitting the lowest level on record for this time of year since we began tracking this data – actually it's the lowest level for any time of the year. That is definitely a good sign for home prices as restricted supply should support higher prices.

Meanwhile, the market times for condos that have not been sold have historically fluctuated between 200 and 250 days depending upon the time of year – higher during the late fall and early winter months – until July. July took a steep dive below 140 days and I knew that couldn't be real so I dug into it. It turns out that the drop was caused by a few buildings taking their long in the tooth listings off the market. Since these listings had all been on the market in excess of 2000 days it had a significant impact on the average. Hence the folly of relying on averages.

The troubled buildings responsible for this anomaly were all in the South Loop and apparently old enough to be in museums: One Museum Park West, 1600 Museum Park, and Museum Park Place South. About 500 unsold units were purchased in these buildings in this time frame by Related Midwest and are no longer listed on the MLS.



City Of Chicago Average Days On Market (2 - 3 Bedroom Condos)

## Chicago Area Employment

A great indicator of long term demand for housing in any region is the employment statistics. People can't afford to buy homes if they're not working. Therefore, we track the employment numbers reported by the Bureau of Labor Statistics for the broad Chicago metropolitan area, which includes such towns as Naperville and Joliet. We track employment instead of the unemployment rate because the latter is strongly affected by estimates of the labor force – and it's the employed that buy homes.

These numbers had been showing growth until June 2008 when employment started to drop from the previous year. After plumbing 14 year lows, Chicago area employment finally rebounded during 2010 and has been on a general upward trend since. Since the bottom in January 2010 we've seen an increase in employment in the area to the tune of 146,000 jobs. But a whopping 317,000 jobs have been lost in total since the peak in July 2007 and that puts us back to May/ June 1997 levels of employment. Although the unemployment rate for the Chicago area has been trending downward lately this has been largely driven by a substantial increase in the estimated labor force. From a low of 3.7% in October 2006 we are now at 9.9% unemployment, which is the highest unemployment rate in a year and a half.

Unfortunately, the most recent employment numbers have been pretty bleak, with the Chicago area losing 106,000 jobs in just the last 4 months. It does look like this is partly a seasonal effect but it seems huge even for that. What gives?



employment

Another interesting tidbit to note is that, even though employment peaked in 2000, home sales continued to rise through 2005. Maybe that was a sign that things had gotten out of control.

## Chicago Foreclosures

And when people aren't working foreclosures happen. The following graph, based upon **Realty Trac** data, shows the number of properties experiencing "foreclosure activity" by month – which means that the property owners received some kind of official notice pertaining to foreclosure. However, the aggregate statistics overstate the problem somewhat in that they include all follow up notices – i.e. a distressed property will appear in the numbers multiple times as it passes through various stages of foreclosure. For that reason it's more instructive to look at the

individual components of the activity numbers, since a property is only counted once at each stage. While most of 2012 saw higher foreclosure activity than 2011, recent months have trended downward and the number of homes in default seems to have stabilized

**Chicago Foreclosure Activity**



As you can see from the graph the numbers are highly volatile and month to month fluctuations don't really mean that much.

Even more interesting is the percentage of home sales in the Chicago market that are distressed – either bank owned or short sales. The percentages are clearly seasonal, dropping off during the summer when there is plenty of inventory but rising during the winter when the more desperate sellers tend to be out. 40% of March's sales were distressed, which is actually lower than the last 2 years and clearly the trend is downward.

**Chicago % Distressed Sales**



Source: MLS, IAR

I've opted to produce my own data for these distressed sales rather than use RealtyTrac's foreclosure sale numbers. I've seen too many peculiarities with the RealtyTrac numbers to trust them and at least I know that these numbers come from a reliable source. I think RealtyTrac is grossly underestimating the number of foreclosure sales in Chicago.

## Chicago Community Real Estate Market Statistics

For each of the following Chicago neighborhoods we provide trend data for condo inventory and the number of days on the market for sold condos as an indicator of the health of the neighborhood real estate market. We update this data approximately every two months

- Edgewater
- Hyde Park
- Lakeview

- **Lincoln Park**
- **Lincoln Square**
- **Logan Square**
- **Loop**
- **Near North Side**
- **Near South Side**
- **Near West Side**
- **North Center**
- **Rogers Park**
- **South Shore**
- **Uptown**
- **West Town**

### S&P Homebuilders Index

The stock market has an uncanny ability to predict the future – at least it's better at it than professional forecasters. Therefore if you want to know what the outlook is for the housing market you would be well advised to look at the trend in the S&P Homebuilders index. Here is an up to date graph for an ETF that tracks this index. Note that the index keeps hitting new highs.

Don't agree with it? You are free to buy it or short it and attempt to make money on your superior knowledge. But be careful. Smarter people than you have tried and failed to beat the market!

**View the full XHB chart** at Wikinvest



🔲 SHARE

🔲 SHARE

ACCREDITED
BUSINESS

Serving Chicago, Elmhurst, Hinsdale, Oak Brook, Downers Grove, Glen Ellyn, Lombard, Addison, Wood Dale, Itasca, and Other Chicago Suburbs

0
Like

Join our mailing list
ENTER EMAIL ADDRESS    GO

Delivered by FeedBurner

About Us | News | Site Map | Real Estate Employment

Terms of Use | Privacy Statement    All Rights Reserved. Information Deemed Reliable But Not Guaranteed. © 2012 Lucid Realty, Inc.

# APPENDIX D













## DT Unit Inventory Changes 1991-2013…

| | Total | Avg/Yr |
|---|---|---|
| 1991-2000 | 11,548 | 1,155 |
| 2001-2010 | 45,851 | 4,585 |
| 2011-2013 | 4,057 | 1,352 |
| 1991-2013 | 61,456 | 2,672 |

www.AppraisalResearch.com

ARC
Appraisal Research Counselors

## 2009-2012 ytd REO, SS Condo Transactions…

40%
35%
30%
25%
20%
15%
10%
5%
0%
10%
18%
17%
28%
25%
38%
24%
34%
2009
2010
2011
2012 ytd
Downtown
City of Chicago

Source: MRED LLC compiled by ARC

www.AppraisalResearch.com

ARC
Appraisal Research Counselors

4





5





6





7



## What's ahead for 2013...

1600 Museum Park

Museum Park Place South

One Museum Park West

**ARC**

www.AppraisalResearch.c...

Appraisal Research Counselors

## Factors Which Will Induce Demand...

- Job growth
- Evidence of price appreciation...or its potential
- Greater consumer confidence
- The ability to sell an existing residence (at a price which will satisfy the seller)
- Greater ease in the financing process

- Low interest rates
- Decreasing supply of new, unsold inventory
- Discounted prices
- Increasing rents

**ARC**

www.AppraisalResearch.com

Appraisal Research Counselors

8





9













12

## Supply Considerations...

### Proposed & Under Construction by Submarket

| | | |
|---|---|---|
| North Shore | 912 | |
| Lake | 1,494 | |
| Cook Northwest | 1,500+ | Many higher density developments including TOD projects – higher cost base requiring higher rents |
| Kane | 1,156 | |
| DuPage | 697 | |
| Aurora / Naperville | 1,109 | |
| Cook South | 732 | |
| Will | 340 | |
| **Overall** | **7,940** | **ARC** |

www.AppraisalResearch.com      Appraisal **Research** Counselors



## Class A Rents Downtown...

$2.57 PSF Net – 2Q12
Up 5.8% Y/Y

Gross Rent
Effective Rent

www.AppraisalResearch.com      Appraisal **Research** Counselors

**ARC**

13





14





15





16







# Demand for downtown living...

**FOR IMMEDIATE RELEASE: THURSDAY, SEPT. 27, 2012**

**Populations Increasing in Many Downtowns, Census Bureau Reports**

A U.S. Census Bureau report released today shows that in many of the largest cities of the most-populous metro areas, downtown is becoming a place not only to work but also to live. Between the 2000 and 2010 censuses, metro areas with 5 million or more people experienced double-digit population growth rates within their downtown areas (within a two-mile radius of their largest city's city hall), more than double the rate of these areas overall.

Chicago experienced the *largest numeric gain* in its downtown area, with a net increase of 48,000 residents over 10 years.

**ARC**

www.AppraisalResearch.com                                    Appraisal Research Counselors

18





19





20





21

## Apartment Market Summary...

- Absorption is strong.
- Rents in 2013 – 14? United/Google effect...
- DT demand vs suburbs -- suburbs *need* jobs
- Condos – limited demand still
- Need to see appreciation before buying
- Homeownership rates stagnant near term
- Younger renters want flexibility for job mobility
- New product must differentiate **ARC**

www.AppraisalResearch.com                    Appraisal Research Counselors

---

## 3Q 2012 Benchmark Report

# Order Now!

Ron DeVries        rdevries@appraisalresearch.com

Gail Lissner       glissner@appraisalresearch.com

**ARC**

www.AppraisalResearch.com                    Appraisal Research Counselors

22

# TAB 31

# EXPERT REPORT

**ONE PLACE CONDOMINIUM LLC, THE SHOP LOOP SHOPS LLC, SOUTHBLOCK DEVELOPMENT LLC, C & K PARTNERSHIP, and SOUTHBLOCK MANAGEMENT, INC.,**

**Plaintiffs,**

**v.**

**TRAVELERS PROPERTY CAUSUALTY COMPANY OF AMERICA,**

**Defendant.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

### Case No. : 1: 11 – cv – 02520

June 20, 2013

**Lisa A. Enloe**
**Held Enloe & Associates LLC**

**Janice M. Inguagiato, PE**
**Held Enloe & Associates LLC**

HELD ENLOE & ASSOCIATES, LLC

CONSTRUCTION CONSULTING

1140 Connecticut Avenue NW
Suite 609
Washington DC 20036
202-822-4620

## I.  INTRODUCTION

Held Enloe & Associates, LLC (Held Enloe) provides construction consulting and project scheduling services for its clients. Held Enloe has provided service to clients in a variety of matters on a world-wide basis, and has a record of consulting and providing opinions on many of the largest and most complex delay and scheduling claims.

Assignments frequently involve buildings damaged in the course of construction.  In these cases, Held Enloe has worked with insurers, owners and construction managers to identify damages, and the impact on the project schedule, and to help mitigate losses by implementing a program, which generally results in simple and rapid verification of claims.  Damages to projects under construction have included virtually every type of construction project, including; high rise, industrial, residential, stadiums and convention centers, power plants, hotels, highways, airport facilities and special purpose properties.

Butler Papas Weihmuller Katz Craig, LLP, on behalf of Travelers Property Casualty Company of America, retained Held Enloe to render opinions regarding the validity of certain claims being asserted by the Plaintiffs, One Place Condominium LLC, The South Loop Shops LLC, Southblock Development, LLC, C & K Partnership, and Southblock Management, Inc., (Southblock) regarding the construction project located at One East 8th Street, Chicago, Illinois. The building is known as One Place Project. The claims are alleged to have arisen from the Earth Retention System (ERS) and D Line movement on the west side of the project.

We have been asked to review the claimed costs and the claimed period of delay, and opine on the amount of costs to repair or replace the damaged property and the period of delay resulting from the ERS and D Line movement. In addition, we have been asked to comment on the expert reports of John R. Spittler, Mark A. Robinson, and G. Craig Becker.

## II.  SUMMARY OF OPINIONS

The following summarizes our opinions in connection with this matter:

1.  The ERS and D Line movement and subsequent repair did not cause a delay to the Substantial Completion of the project.

2.  The Earth Retention System and D Line movement and subsequent repair caused a delay to the concrete portion of the project of thirty one (31) work days.

Project: One Place
Page 2 - 36
June 20, 2013

3. At the time of the project shutdown associated with the ERS and D Line movement and subsequent repair, the project was at least four (4) weeks behind the accepted baseline project schedule dated January 26, 2007.[1] As a result, the Substantial Completion date noted in the January 26, 2007 schedule of April 3, 2008, is revised to reflect a substantial completion date of no earlier than May, 1, 2008, excluding weather days, had no loss occurred.

4. At the time of the project shutdown associated with the ERS and D Line movement and subsequent repair, Final Completion of the project would have been achieved 60 calendar days after substantial completion, or July 1, 2008, excluding weather days, had no loss occurred.

5. The ERS and D Line movement and subsequent repair caused a 31 work day delay to the project, at the time of the loss event. Considering only the ERS and D Line movement and subsequent repairs, and using reasonable speed and similar materials and workmanship, the project would have achieved Substantial Completion thirty one (31) work days later than the revised pre-loss planned Substantial Completion date of May 1, 2008, or June 16, 2008, excluding weather days.

6. Considering only the ERS and D Line movement and subsequent repair, Final Completion of the project including the period of delay, would have been achieved 60 calendar days after the revised substantial completion date of June 16, 2008, or on August 16, 2008, excluding weather days.

7. The Substantial Completion of the project was delayed for reasons other than the ERS and D Line movement and subsequent repair, including later than planned masonry and window installations. As a result, although ERS and D line caused a delay to the concrete work at the time of the loss, masonry, windows and other delays caused the delay to the Substantial Completion of the project.

8. As a result of other delays on the project, including later than planned installations of the exterior envelope, accelerating the concrete work did not mitigate the overall delay to the Substantial Completion date.

9. Of the $5,879,062.80 costs claimed for loss or damage in Becker's report, $530,406.21 are costs to repair or replace physical damage to the ERS and D Line.

10. Of the $5,879,062.80 costs claimed for loss or damage in Becker's report, $36,101.29 are costs spent to expedite the repair or replacement of physical damage to the ERS and D Line.

---

[1] OP 00712, Exhibit 80.

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

Project: One Place
Page 3 - 36
June 20, 2013

### III.    BASIS OF OPINIONS

## A. BACKGROUND

### 1.  CONTRACT

One Place Condominiums and South Loop Shops (One Place) is located at One East 8th Street, Chicago, Illinois.  The project is a 10 story building plus a one story basement containing retail space, a 416 car parking garage and 96 residential units.  The owner is SouthBlock Development LLC ("SouthBlock").

One Place Condominiums, bounded by State Street to the west and a public alley to the east, consists of a caisson foundation, earth retention systems for the basement area (approximately 231' x 85' with in building footprint of approximately 261' x 138'), a 10 story plus roof and penthouse concrete structure containing parking on floors 3 thru 10, surrounded on two sides by condominiums.

The basement contains retail spaces, the ComEd vault, an electrical emergency switchgear room, a fire pump room, elevator pits, and a swimming pool.  There is retail space in the basement as well as floors 1 and 2.  Floors 3 through 10 contain the 96 condominium units and parking.

Levine, the original general contractor, submitted several project schedules, and according to the meeting minutes dated January 30, 2007, "*a revised schedule dated 1/26/07 was submitted for SBD's approval.  SBD advised that they will accept the schedule with minor changes noted by JK...*"[2]. It should be noted that these project schedules did not account for weather days.

The original general contractor, Levine Construction, Inc. (Levine), was under an AIA "Cost of the Work Plus a Fee without a Guaranteed Maximum Price Contract," dated August 1, 2006.   According to Levine Owner meeting minutes dated September 11, 2006, Levine began construction on September 5, 2006.

Levine was replaced as the general contractor by Wight Construction, Inc. (Wight), by way of a Contract Agreement with Wight dated April 19, 2007.  Wight began work onsite on May 14, 2007[3].  The existing Levine subcontractors were assigned to Wight, and Wight completed the purchasing and contracting of the remaining subcontractors.

Fitzgerald Associates Architects (FAA) was the project architect and CS Associates, Inc. (CSA) was the project structural engineer.

Certain subcontractors were contracted to perform work on this project:

---

[2] Levine Meeting Minutes dated January 30, 2007  ONEPLACE007371-7373.
[3] Wight daily report #1 dated May 14, 2007 OP 004115.

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

Project: One Place
Page 4 - 36
June 20, 2013

- Earthwork: Budron
- Sheeting and Shoring: Hayward Baker Inc. (HBI)
- Concrete: Concrete Structures of the Midwest, Inc. (CSM)

## 2. THE CLAIM EVENT

Movement of the Earth Retention System (ERS) along the west side of the project was first observed in January 2007, with more significant movement occurring in February and March 2007. Observations of the movement included noticeable cracks in State Street, gaps between the ERS sheets and the earth, and the undermining of D line frost walls and caisson caps. The project was shut down from March 9, 2007 until April 16, 2007 and repairs were made to the ERS system.

Subsequently, it was discovered that the D Line caissons had moved or bent as a result of the earth movement. The caisson caps and frost walls sitting atop the caissons were removed and new grade beams were installed tying the caissons back to the foundation walls.

## B. THE CLAIM

The insured has provided the expert reports of G. Craig Becker (Becker) who has opined upon the amount of damages; and John R. Spittler (Spittler) who has opined upon the duration of the ERS and D Line movement delay.

### 1. Delay Claim

The Spittler Report dated April 29, 2013 provides three opinions summarized below:

- *The Earth Retention System and D Line failure (ERS/D Line) delayed the project directly 118 calendar days.*

- *. . . given solely the ERS/D Line failure, the project should have substantially completed on August 13, 2008 . . . this is based on Levine's 4/17/08 substantial completion date contained in Exhibit 68 [Levine's November 29, 2006 schedule] which was before the ERS/D Line failure and adding 118 calendar days. . . . the project should have been finally completed sixty days thereafter on October 12, 2008.. .*

- *. . .had One Place not taken the mitigating actions and incurred the associated costs of continuing to work while accommodating the fixes during the ERS/D Line delay period, and accelerating the work and dealing with winter conditions post delay, the Project schedule slippage would have been much worse.*

Spittler performs a Windows analysis and provides opinions of duration and causes of periods of delay for the following periods of time:

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

Project: One Place
Page 5 - 36
June 20, 2013

| Item | No. | Start Period | End Period | Calendar Days Behind | Reason |
|---|---|---|---|---|---|
| 1 | 1 | NTP | January 31, 2007 | 28 | Various |
| 2 | 2 | February 1, 2007 | August 31, 2007 | 118 | ERS/D Line |
| 3 | 3 | September 1, 2007 | January 31, 2008 | 0 | |
| 4 | 3a | February 1, 2008 | July 31, 2008 | 0 | |
| 5 | 3b | August 1, 2008 | December 31, 2008 | 0 | |
| 6 | 3c | January 1, 2009 | October 31, 2009 | 120 | Water Damage |

In this report we are addressing only the ERS/D Line issue. Spittler provides the following methodology and calculation associated with the ERS/D Line delay period:

- The 2nd floor concrete placement was to occur March 30, 2007 according to the November 29, 2006 Levine schedule.[4]
- The actual date the 2nd floor was placed was August 29, 2007.
- The difference between the two dates is 152 calendar days.
- The project was 4 weeks behind schedule according to the February 20, 2007 daily report.
- The project experienced 6 weather days during this period.[5]

Thus:

| Activity | Duration |
|---|---|
| Difference between planned placement of 2nd vs Actual | 152 |
| Days behind prior to event | -28 |
| Weather Days | -6 |
| Days Delay | 118 |

Spittler adds this 118 calendar day period to the substantial completion date of the November 29, 2006 schedule, April 17, 2008 and notes that due to the ERS/D Line event, the project substantial completion date was delayed to August 13, 2008 (April 17, 2008 + 118 calendar days = August 13, 2008). Spittler then adds 60 days for a Final Completion date of October 12 2008.

| Activity | Dates |
|---|---|
| Original Substantial Completion | April 17, 2008 |
| Days Delayed | 118 |
| Revised Substantial Completion | August 13, 2008 |
| Days for Closeout | 60 |
| Final Completion | October 12, 2008 |

## 2. Damages Claim

Below is a summary of the damages claim as expressed by Becker:

---

[4] Exhibit 68.
[5] Spittler used 6 weather days but in deposition stated that he may have included 5 weather and one lost day due to ComEd shutdown.

Project: One Place
Page 6 - 36
June 20, 2013

| Description | Amount | Totals |
|---|---|---|
| Engineering | 32,226.20 | |
| Testing | 195,141.03 | |
| Excavating | 57,823.94 | |
| ERS Repairs | 189,359.00 | |
| Concrete Sherry K | 46,620.73 | |
| Concrete CSM | 1,732,315.53 | |
| Concrete Cutting | 4,332.00 | |
| WaterProofing | 1,060.80 | |
| Electric | 7,965.21 | |
| Arrigo | 53,920.06 | |
| Masonry | 170,961.00 | |
| Carpentry | 210,657.89 | |
| Materials & Supplies | 19,083.66 | |
| Wight | 39,909.20 | |
| Dumpsters | 2,957.08 | |
| Elevators | 75,415.00 | |
| Plumbing | 59,533.00 | |
| Permit Extension | 90,476.00 | |
| Additional Flaggers | 218,254.00 | |
| General Conditions | 1,564,031.00 | |
| **SUBTOTAL** | **4,772,042.33** | 4,772,042.33 |
| Construction Management SBD | 238,602.12 | |
| Wight Overhead and Profit | 715,806.35 | |
| Project Management SBD | 120,000.00 | |
| Insurance | 32,612.00 | |
| **SUBTOTAL** | **1,107,020.47** | 1,107,020.47 |
| **TOTAL** | | **5,879,062.80** |

Becker further allocates some but not all of the following costs:

| ALLOCATION | | AMOUNT | TOTALS |
|---|---|---|---|
| EARTH RETENTION SYSTEM | | 983,308.54 | |
| D-LINE ALLOCATION | | 631,483.84 | |
| | SUBTOTAL | 1,614,792.38 | 1,614,792.38 |
| EXPENSES TO REDUCE AMOUNT OF LOSS | | | |
| | WINTER CONDITIONS | 110,629.07 | |
| | ACCELERATION | 260,377.60 | |
| | PERIOD OF DELAY | 857,617.91 | |
| | SUBTOTAL | 1,228,624.58 | |
| | OVERHEAD AND PROFIT | 184,293.69 | |
| | CONSTRUCTION MANAGEMENT | 61,431.23 | |
| | TOTAL | 1,474,349.50 | 1,474,349.50 |
| | | | |
| EXPEDITING COSTS AND ADDL COST OF CONSTR L & M | | 79,782.06 | |
| | OVERHEAD AND PROFIT | 11,967.31 | |
| | CONSTRUCTION MANAGEMENT | 3,989.10 | |
| | TOTAL | 95,738.47 | 95,738.47 |
| | TOTAL ALLOCATED | | 3,184,880.35 |
| | TOTAL CLAIM | | 5,879,062.80 |
| | TOTAL UNALLOCATED | | 2,694,182.45 |

In addition, Becker includes a claim for "soft costs" based upon three different options, although in his opinions he states that the amount of the soft cost loss is based upon a 178 day delay:

| SOFT COSTS CLAIM OPTIONS | TOTALS |
|---|---|
| 118 DAY DELAY | 1,412,704.40 |
| 178 DAY DELAY | 2,027,058.40 |
| 12 MONTH DELAY | 2,303,237.85 |

Held Enloe & Associates, LLC
Construction Consulting

Project: One Place
Page 7 - 36
June 20, 2013

## C.  HELD ENLOE ANALYSIS

The following is our analysis of the period of delay caused by the ERS and D Line movement, and repairs. This analysis includes a period of delay section (which contains four sub-sections), followed by a cost evaluation discussion and calculation.

    1.  DELAY:

- Timeline of loss event and subsequent repairs;
- CSM claimed delay due to ERS and D Line and other events;
- Calculation of Delay Associated with the ERS and D Line Movement;
- Other Events Causing Delay to the Project.
- Comments Regarding Spittler and Robinson Reports

    2.  COST EVALUATION

## 1.  **DELAY**

### a. Timeline of Loss Event and Subsequent Repairs

Movement of the ERS system along the west side of the project was first observed on or about January 2007, with more significant movement occurring in February and March 2007.  The project was shut down from March 9, 2007 until April 16, 2007 and repairs were made.

Subsequently, it was discovered that the D Line caissons had moved or bent as a result of the ERS movement.  The caisson caps and frost walls sitting atop the caissons were removed and new grade beams were installed retaining the caissons back to the foundation walls.

The following is a summary of construction activities describing on a month by month basis for work associated with the ERS and D Line work:

**January 2007**

The design of the building included caisson foundations in both the basement and first floor.  By January 2007, the caissons had been installed and the earth retention system (ERS) was being installed along three of the four sides of the basement, as designed.  The ERS consisted of sheet pile along 9 line, A.5 and C.5 lines, with rakers supporting the 9 line wall.  The A.5 and C.5 walls were cantilevered systems. Concrete work was proceeding with caisson caps and frost walls being placed on the first floor in areas surrounding the basement, including D line and A line. Excavation had begun at 9 line at the sheeting to facilitate installation of the wales and rakers.

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

Project: One Place
Page 8 - 36
June 20, 2013

On January 23, 2007, according to the Levine's daily report, movement was observed at the sheeting, creating gaps between the sheets the earth along A and D lines. Levine wrote a letter to HBI, the subcontractor responsible for the design and installation of the system, noting:

> We have been notified by Wight Construction Co. field personnel [Wight was the contractor on the adjacent Astoria project] that they have observed ground movement on the Astoria site adjacent to the sheet at 9 line. After LCI's review we have determined that the sheeting appears to have moved and it is under stress.[6]

HBI acknowledged the movement and noted in their response that the "*sheeting will deflect and the elements of the earth retention system will be under stress*"[7] and recommended Levine engage a surveyor to monitor the sheeting. According to the January 29th daily report[8], HBI installed waler roll protection on the 9 line wales. Excavation and concrete caisson cap work continued, and wall formwork was being assembled for the basement walls.

**February 2007**

The tower crane, located between 14 and 14.7 lines at D line, was erected on February 10 and 11, 2007, and tested on February 14, 2007. The foundation for the tower crane included an added caisson at D line and two added caissons at approximately C.5 line.

The February 20, 2007 daily report[9] notes that they are 4 weeks behind the slab pour schedule. Various daily reports before and after this time note weather days affecting the work and schedule, noting cold, snow, high winds, etc. The daily report on February 22, 2007 notes that a person from the City DOT (Department of Transportation) "*said we need to seal cracks on State Street.*"[10]

HBI returned in February, 2007, to install stiffeners on 9 line. The daily report on February 26, 2007 notes:

> "*sheeting along D line failing . . . Sheeting along State Street moved (at top of sheets eastward 9")] away from dirt. Hayward Baker was notified immediately. HB looked at the movement of curb and asphalt and decided it was necessary to backfill against sheeting to stop further movement immediately until a "fix" could be designed and implemented.*"[11]

---

[6] Exhibit 73, ONEPLACE004964.
[7] ONEPLACE004962-3.
[8] OP 004014-5.
[9] OP 004040.
[10] OP 004038. The cracks in State Street are attributed to the earth movement.
[11] OP 004076-7.

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

Project: One Place
Page 9 - 36
June 20, 2013

On February 28, 2007, HBI had the cracks along State Street sealed.[12]

## March 2007

On March 1, 2007, Concrete Structures of the Midwest advised Levine that:

> *"The soils under the frost walls and caisson caps along Grid Line D from approximately Line 10 to 14 were undermined. Although the caissons are providing supports at certain locations, it appears that most of the frost wall spans are no longer bearing on soil. We also observed some cracking on the frost wall turnouts where they are now unsupported after the soils were undermined."[13]*

On March 2, 2007 a meeting was held with Levine and HBI to discuss the movement of the ERS and proposed solutions, as well as cost and time. HBI had begun designing the repair of the west sheeting line and anticipated completion of design and DCAP approvals within 1 ½ - 2 weeks.[14]

The daily report of March 5, 2007 notes that CSM's manpower was reduced, although they continued to form and place concrete during this period. On March 6, 2007, the daily report notes:

> *"Concerned with possible movement at crane pad contacted offices (LCI) Larry is going to contact crane engineers and CSM about concerns."[15]*

On March 7, 2007 the daily report notes:

> *"Took settlement and lateral movement readings. Crane moved 1/8" laterally."[16]*

On March 9, 2007, Levine issued a Stop Work Order. The March 15, 2007 daily report notes that CSM refuses to certify the crane and return to work until the sheeting along D line is stabilized.

The design of the repair to the ERS system was submitted to the City of Chicago for approval and a City of Chicago email dated March 19, 2007 notes that the ERS revisions have been approved by CDOT.[17] Levine daily report of March 20, 2007 notes that the HBI plans have been approved by DCAP.

---

[12] OP 004073-4.
[13] CONCRETESTRUCTURES008150 and 6164, Exhibit 100, 101 respectively.
[14] HAYWARD000875
[15] OP 004069.
[16] OP 004068.
[17] LEVINE014157, Exhibit 180.

Project: One Place
Page 10 - 36
June 20, 2013

The change order from Levine to HBI dated March 23, 2007 notes that "*the owner has directed the contractors not to begin work until Wednesday March 28, 2007*."[18] Budron began preparing a crane pad for the HBI pile driving rig, and on March 30, 2007, the daily report notes that HBI delivered the crane for the pile driving operation.[19]

## April 2007

On April 2, 2007 HBI began driving the H pile required as part of the repair along the west sheet wall. The ERS repair was completed on Friday, April 13, 2007, aside from Budron removing the crane pad and excavating what had been previously backfilled as part of the stabilization in the basement.[20] Contract work resumed on Monday April 16, 2007.[21]

The project was shut down from March 9, 2007 to April 13, 2007, or 38 calendar days inclusive of the weekend before April 16, 2007 to make repairs to the ERS system.

## May 2007

Friday, May 11, 2007 was Levine's last day on the project as Wight was to take over the construction manager's role as of May 14, 2007. For the remainder of the month of May, CSM continued to form and place grade beams, walls, spa walls, basement walls, shear walls, pit walls, etc., and Budron continued to excavate and backfill pits, grade slab on grade, excavate for plumbing and drain tile, etc.

Coordination continued for X-Sport pool and plumbing, elevator and other pits according to various meeting minutes.

On May 8, 2007, over two months after notifying Levine about the observed undermining of the D line frost walls and caisson caps, CSM submitted RFI No. 39 (Levine #84)[22], following up on their March 1, 2007 letter, the undermining of the D Line frost walls. The RFI also notes undermining at A line, and asks if the areas will be backfilled prior to proceeding with follow on work.[23]

According to meeting minutes regarding the status of the D Line caissons, the following timeline of events during the month of May is noted below:

- 05-08-07: "*FAA suggests soundness testing on the caissons to assure no damage from the ERS movement. WC to talk with testers and get test proposal and pricing.*"[24]

---

[18] LEVINE019759, Exhibit 183.
[19] OP 004090.
[20] OP 004078.
[21] CONCRETESTRUCTURES006015, Exhibit 111.
[22] CONCRETESTRUCTURES001509, Exhibit 146.
[23] Ibid.
[24] Meeting Minutes 5/15/07, OP 00092-5.

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

Project: One Place
Page 11 - 36
June 20, 2013

- 05-15-07: "*FAA suggests soundness testing on the caissons to assure no damage from the ERS movement,*"[25] and "*FAA to possibly recommend certain caissons to be tested and give a response by 5/19*"[26]
- 05-22-07: "*FAA to advise how this should be handled*"[27]
- 05-29-07: "*FAA to advise how this should be handled. FAA to provide a letter tomorrow, 5/30.*"[28]

## June 2007

According to meeting minutes regarding the status of the D Line caissons, the following timeline of events during the month of June is noted below:

- 06-05-07: "*FAA to advise how this should be handled by tomorrow, 6/6, otherwise SBD says FAA assumes all responsibility. FAA (WC) talking to UCT*"[29]
- 06-18-07: "*WC, SBD, and FAA to have a site meeting. FAA still to give recommendation*"[30]
- 06-19-07: "*FAA has given recommendation to on [sic] testing caissons. SBD await pricing. $7000 per caisson and work is in progress. WC awaiting further instruction from SBD who is talking with FAA.*"[31]
- 06-19-07: "*Caissons tested and ok.*"[32]
- 06-26-07: "*FAA suggested Sonic test SBD approved. Test scheduled for Thursday, 6/28.*"[33]

During the month of June, 2007, CSM continued to place concrete pits, X-Sport elevator walls, walls and slab on grade, and placed concrete for the X-Sport pool slab and walls. The plumber continued to install plumbing, pits, and drain tile in the basement. X-Sports pool plumber was on site installing pool equipment. Framing of the 1st floor deck began June 22, 2007.[34]

In addition, the location of one of the rakers along the west wall was not properly coordinated and interfered with a wall. The solution to this conflict, option 2 dated June

---

[25] Meeting Minutes 5/22/07, OP 000102-5
[26] Ibid.
[27] Meeting Minutes 5/29/07, OP 000130-4.
[28] Meeting Minutes 6/5/07, OP 0096-101.
[29] Meeting Minutes 6/12/07, OP 000135-141.
[30] Meeting Minutes 6/19/07, OP 000142-8.
[31] Meeting Minutes 6/26/07, OP 000149-154.
[32] Ibid.
[33] Meeting Minutes 7/2/07, OP 000106-110.
[34] Wight Daily report 6/22/07, OP 004142.

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

Project: One Place
Page 12 - 36
June 20, 2013

5, 2007, prompted CSM to submit Change Order Request No. 3,[35] a request for additional costs and an additional ten days due to the impact of the additional work.[36]

FAA responded to Levine RFI Number 84 on June 8, 2007, noting that backfill was required at the undermined frost walls and caisson caps at A and D lines.

RFI Number 91 (CSM #44) dated June 27, 2007 was submitted noting that Column Line D frost walls were incorrectly laid out and poured, (subsequent information lead to the removal of the frost and caisson cap walls to facilitate testing of the caissons.)

**July 2007**

The west side basement walls had been placed by early June 2007, but waterproofing was not yet purchased. As a result, the waterproofing and backfill did not proceed. Waterproofing the west wall began during the first week of July 2007,[37] followed by insulation and backfill.

According to meeting minutes regarding the status of the D Line caissons, the following timeline of events during the month of July are noted below:

- 07-02-07: "*CSA to provide information on how to patch test points*" [from testing of caissons].[38]
- 07-10-07: "*CSA still to provide information on how to patch test points* [from testing of caissons]. *CSA/FAA to provide an answer by Friday 7/13.*"[39]
- A meeting organized by Wight and held on July 16, 2007 with SBD, FAA, CSA, UCT and other in attendance, whereby UTC noted that caissons had no loss of integrity, and CSA suggests that an outside consultant should review the data and verify the integrity of the caissons. Wiss Janney and Elstner (WJE) was retained that day to review the D Line Caissons.[40]

Construction continued with the deck over the basement walls being placed in two pours, on July 13 and 19th. Sager Waterproofing was contracted to waterproof the foundation walls and began waterproofing the west basement wall. On July 10, 2007 insulation was installed along the first 4 foot allowing Budron to begin backfilling.

Throughout the remainder of July, Sager continued waterproofing and installing insulation on the east, south and west walls, Budron followed with backfill, up to raker level on the west side, and up to storm sewer pipe level on the east side. The plumbing

---

[35] CSM COR #3, dated June 22, 2007, CONCRETESTRUCTURES0005747-49, Exhibit 153.
[36] The requested time extension for COR #3 was revised to 6 work days, CONCRETESTRUCTURES 005744-46, Exhibit154.
[37] OP 004149, Daily Report dated July 9, 2007. Daily Reports June 30 – July 8, 2007 were not included in the production.
[38] Meeting Minutes 7/10/07, OP 000155-9.
[39] Meeting Minutes 7/17/07, OP 000111-5.
[40] WIGHT 001984-6

Project: One Place
Page 13 - 36
June 20, 2013

subcontractor, Nadolna, continued with underground drain tile, plumbing and site utility work, at ground level.

Slab on Grade at the basement level had been completed on or about July 3, 2007, and the 1st floor supported deck above the basement, pours 1 and 2, was placed on July 13th and 19th, respectively.

**August 2007**

On August 1, 2007 the daily report states "*backfill will come to a stop until D Line fix, flowable fill, storm sewer are done.*"[41]  The east side required two 6' diameter catch basins atop a length of 60" reinforced concrete storm sewer pipe that had yet to be installed.

On August 2, 2007, CSA provided the design of the grade beam caisson fix along D line. This fix coincides with the WJE report of August 3, 2007, wherein they provided their review of the D line caisson movement and repair.[42]

The CSA fix included removal of the frost wall, grade beams and caisson caps, added grade beam and caisson caps to accommodate the as-built caisson locations.[43] On August 3rd and 4th, 2007[44], frost walls were being removed and on August 8, 2007, the added D line grade beams were being framed while the east side slab on grade was being framed.

By August 15, 2007, the grade beams were placed, formwork stripped and backfill ongoing as well as underground sanitary plumbing.[45]

Slab on grade at the ground level followed backfill, grading, and underground utilities. Following is a listing of slab on grade pours on the ground level:

- August 8, 2007 – Slab on Grade between A and A.3, 9 and 14 lines was placed.[46]

- August 18, 2007- Slab on grade between C and D and 9-16.5 lines was placed.[47]

- August 23, 2007 - Slab on grade A line from 14 to 18 lines was placed.[48]

- August 30, 2007 - Slab on grade on the north end was placed.[49]

---

[41] OP 004169.
[42] WJE report dated August 3, 2007.
[43] Travelers-012517.
[44] OP 004173-2
[45] OP 004181.
[46] CONCRETESTRUCTURES002039.
[47] OP 004184.
[48] OP 004189.
[49] OP 004195.

Project: One Place
Page 14 - 36
June 20, 2013

In addition, deck pour #3 was placed on August 29, 2007; this is the first pour of the 2nd floor.[50]

### b.   CSM  Claimed Delay due to ERS and D Line and Other Events

CSM was the concrete subcontractor on the One Place project.  CSM submitted request for costs and time extensions that they associated with the ERS and D Line work, including:

- Proposed Change Order (PCO) 8, Change Order (CO) No. 10, Project shutdown;
- Change Order Request (COR) No. 3, Raker interference;
- COR No. 6.1, D Line repair work,

CSM was stopped from working on the project during the project shut down from March 9, 2007 until April 16, 2007, or 26 work days.  On May 10, 2007, CSM provided PCO No. 00008.1[51], requesting an extension of time of 26 days and impact costs, due to the project stop work order.

Proposed costs as noted in PCO 8.1, and subsequently agreed costs as noted in CO No. 10,[52] executed on June 8, 2007, are summarized below:

| No. | ITEM | PROPOSED | ACCEPTED BY WIGHT |
|-----|------|----------|-------------------|
| 1 | FORMWORK RENTAL COSTS | 17,513.00 | 17,513.00 |
| 2 | TOWER CRANE FOUNDATION MONITORING | 8,072.00 | 8,072.00 |
| 3 | ADDITIONAL CONCRETE WORK DUE TO RAKERS | 12,351.00 | 12,351.00 |
| 4 | DIRECT IMPACT OF RAKERS ON 1ST FLOOR SHORIN | 50,000.00 | 50,000.00 |
| 5 | DIRECT IMPACT OF RAKERS ON FOUNDATION WOF | 139,071.00 | 120,000.00 |
| 6 | LABOR ESCALATION | 80,049.00 | 47,150.00 |
| 7 | WINTER CONDITIONS | 50,667.00 | 10,000.00 |
| 8 | EXTENDED GENERAL CONDITIONS | 137,567.00 | - |
| | | 495,290.00 | 265,086.00 |

In addition to the costs approved by Wight, CSM received an extension of time in the amount of 26 days due to the project shutdown associated with the ERS movement.

CSM also submitted a request for additional time and costs due to a conflict associated between a raker along the west side and an interior basement wall in COR No 3, dated June 22, 2007.  CSM initially submitted a request for a 10 day extension and additional costs of $53,214.00,[53] subsequently revised to a request for a 6 day extension and $33,554.30 in costs.[54]

---

[50] OP 004194.
[51] CONCRETE STRUCTURES008534-37, Exhibit 144.
[52] CONCRETESTRUCTURES 009077-80, Exhibit 145.
[53] CONCRETESTRUCTURES005747-49, Exhibit 153.
[54]COR 3 Revised dated June 22, 2007, CONCRETESTRUCTURES5744-46, Exhibit 154.

Held Enloe & Associates, LLC
CONSTRUCTION CONSULTING

Project: One Place
Page 15 - 36
June 20, 2013

CSM submitted COR No. 6.1[55] requesting reimbursement of costs for the repair work at D Line, in the amount of $144,238.06. The COR noted that delay and impact costs would be determined at a later time.

PCO No. 4 dated October 10, 2007, submitted by CSM requests additional 14 work days and $417,859.00 in costs for delays associated with the D Line repairs, the sewer installation and backfill. CSM refers to and attaches delay letters dated July 25 and July 30, August 2 and August 13, 2007.[56] CSM describes the following delays in PCO 4:

- Repairs to the D Line caissons, remediation completed August 14, 2007;
- After ground floor pour 1 was completed on July 13th, sewer installation was needed to continue the backfill and place remaining concrete supporting stair 2 and second floor pour 3. Backfill was not completed until August 4 and sewer work could not continue until receipt of the sewer permit, received August 10, 2007.
- The southeast sewer structure was not set until August 16th and backfill completed August 18[th.]. These delays affected the speed ramp decking for pour #4, #6 and common columns along line B for pour #5;
- North sewer work was not completed until August 27, 2007, slab on grade completed August 31, allowing concrete framing to resume at pour No. #5;
- The plumber did not finish installing grease traps by the loading dock and drains at the ramp entry until September 5, 2007;

While the southwest side of the project at D Line did require additional work for repairs, the southeast side was being delayed by the lack of sewer permit and installation, delays in installing underground plumbing, and the north end was being delayed also by the lack of a sewer permit and underground plumbing. The slab on grade at D Line was completed before the slab on grade along the east side along A line, and before the north end slab on grade was placed.

PCO No 4 was subsequently revised to PCO 4.1[57] dated December 20, 2007, and only includes mention of the D Line activities. It states:

> "*The 2nd floor including the speed ramp (pour #6) could not be placed until Sept. 17. It should have been placed August 27th. . . CSM schedule 8S07 dated June 1, 2007 indicated the last pour on 2nd floor being placed August 14, 2007. There were 9 working day delays in June since this update, namely: 1)Six (6) working days for Raker Conflict on Foundation Wall @ B/13 per pending revised COR No 003 dated 7/31/07, 2) Two (2) weather days on June 4th and 7th and 3) One (1) working day for ComEd shut down for repair on June 8th. Nine (9) working days from Aug. 14 is Aug. 27, 2007.*"

---

[55] Travelers-014568, Exhibit 159.
[56] CONCRETESTRUCTURES009410-39, Exhibit 160.
[57] CONCRETESTRUCTURES009026-29, Exhibit 161.

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

Project: One Place
Page 16 - 36
June 20, 2013

Costs for this revised PCO 4.1 were reduced from $417,859.00 to $367,490.00, as follows:

| Item | Description | Amount PCO 4 | Amount PCO 4.1 |
|------|-------------|-------------|----------------|
| 1 | Extended General Conditions | 90,184.00 | 90,184.00 |
| 2 | Loss of Productivity | 213,768.00 | 213,768.00 |
| 3 | Additional Formwork and Equipment Rental | 14,949.00 | 14,949.00 |
| 4 | Additional Crane Charges during Authorized OT and Extra Work | 13,049.00 | 6,525.00 |
| 5 | Material Escalation | 15,931.00 | 15,931.00 |
| 6 | Winter Conditions | 26,133.00 | 26,133.00 |
| 7 | Unabsorbed Overhead | 36,876.00 | - |
| 8 | Interest Epense | 6,969.00 | - |
| | | 417,859.00 | 367,490.00 |

Wight issued CSM Change Order No. CSM-018[58] in the amount of $367,490.00 on December 19, 2007. Subsequently, Wight issued PCO SBD-122, executed by Wight and SBD on January 24, 2008, in the amount of $253,772.00.[59]

CSM subsequently submitted a claim for an extension of time and cost escalation.[60] It is unclear as to the status of this claim. CSM makes claim for an extension of time associated with the ERS and D Line that totals 46 work days. The CSM extension of time claim is summarized below:

| ITEM | DESCRIPTION | WORK DAYS | TOTALS | ASSOCIATED WITH ERS OR D LINE |
|------|-------------|-----------|--------|-------------------------------|
| 1 | Foundation Wall Revisions | 4 | | 0 |
| 2 | CO # 10 ERS Delay Claim | 26 | | 26 |
| 3 | CO # 18 Raker Conflict @ Line A.7/9.9 | 4 | | 0 |
| 4 | CO # 18 Raker Conflict @ Line B13 | 6 | | 6 |
| 5 | CO # 19 D-Line Delay | 14 | | 14 |
| | SUBTOTAL | 54 | 54 | 46 |
| | | | | |
| 6 | Weather Delays from 2/2/07 through 4/11/08 | 49 | | 0 |
| 7 | Other Delays | 7 | | 0 |
| | SUBTOTAL | 56 | 56 | 0 |
| | | | 110 | 46 |

CSM revised the 56 days weather and other extension to 52 days to correspond to the actual completion date of April 11, 2008.

The January 26, 2007 schedule shows the concrete work schedule below and above grade as follows, not including weather days:

| ACTIVITY | START | COMPLETE |
|----------|-------|----------|
| Concrete Foundations | 1/26/2007 | 4/5/2007 |
| 1st floor Slab on Grade | 4/11/2007 | 4/24/2007 |
| | | |
| 2nd floor thru Roof | 3/30/2007 | 11/13/2007 |

---

[58] WIGHT012635-8, Exhibit 162
[59] We are not clear on how the amounts were calculated, or of subsequent payments to CSM.
[60] CONCRETESTRUCTURES013002-13212, Exhibit 167.

Held Enloe & Associates, LLC
CONSTRUCTION CONSULTING

Project: One Place
Page 17 - 36
June 20, 2013

The November 29, 2006 schedule, and the January 26, 2007 schedule indicate concrete was to be complete November 13, 2007. We know from the February 20, 2007 daily report that prior to the loss, the project was 4 weeks behind schedule. Adding 4 weeks to planned completion yields a new concrete completion date of December 12, 2007.

There were 24 weather days that CSM claimed prior to December 12, 2007,[61] 14 days of which are subsequent to the daily report dated February 20, 2007[62] noting the 4 weeks of delay. Adding the 14 day weather duration to the December 12, 2007 date yields a concrete completion date of January 3, 2008, immediately pre-loss, had no ERS or D Line or any other delays occurred.[63] Adding weather days between December 12th and January 3, 2008 yields an additional 3 workdays, or January 8, 2008.

Even before considering all of the other concrete delays that occurred up to the 2nd floor, had the ERS and D Line movement not occurred, CSM would have completed no earlier than January 8, 2008.

| DURATION | DATE |
|---|---|
| PLANNED CONCRETE COMPLETION | November 13, 2007 |
| BEHIND SCHEDULE 28 Calendar Days plus 1 Holiday | 29.00 |
| 4 WEEKS BEHIND SCHEDULE | December 12, 2007 |
| ADD 14 WorkDays WEATHER DAYS THRU DEC 12, 2007, plus 2 holidays | 22.00 |
| Revised completion | January 3, 2008 |
| Add additional 3 weather days and 2 weekend days | 5 |
| REVISED CONCRETE COMPLETION INCLUDING 4 WEEKS AND WEATHER | January 8, 2008 |

### c. Calculation of Delay Associated with the ERS and D Line Movement

Calculations are provided below regarding delays to the project associated with ERS and D Line movement as follows:

      1) ERS Movement Delay
      2) Raker Conflict at B13 Delay
      3) D Line Delay

### 1) ERS Movement Delay

As noted above, a stop work order was issued due to the movement of the ERS. Following the issuance of the stop work order, Hayward Baker worked on revised ERS

---

[61] CONCRETESTRUCTURES013031.
[62] OP 004040.
[63] It is not clear whether the 4 week delay period includes weather, so conservatively, we included weather days only after February 20, 2007. We believe the contractor was a minimum of 4 weeks behind schedule, and likely more.

Project: One Place
Page 18 - 36
June 20, 2013

drawings.  Approval for repairs was granted on March 20, 2007[64] and repair work began on March 28, 2007.

The following timeline reflects project conditions after the issuance of the stop work order by Levine Construction:

- March 9, 2007 to  March 27, 2007 (13 work days) – No subcontractors worked on site;
- March 20, 2007 – Hayward Baker drawings for the ERS repair were approved by City of Chicago Department of Construction and Permits (DCAP);
- A letter was issued by Levine stating that SBD requested that work was to begin no earlier than March 28, 2007[65];
- March 28, 2007 to April 13, 2007 (13 work days) – ERS repair work by Hayward Baker and Budron Excavating

The ERS repair drawings were approved on March 20, 2007 and the Levine meeting minutes state that the design utilized "off the shelf" items.  It is our opinion that since materials were readily available for the repair it was not reasonable to have waited six work days to begin the repair work after approval.  No more than three work days (March 20th to 22nd) would have been reasonable by normal industry construction practice. Thus, work should have begun on the repair on March 23, 2007. In addition, the Levine letter noted above stated that no work was to occur earlier than March 28, 2007.[66]

Based on the preceding, we have calculated the delay as follows:

- March 9, 2007 to March 22, 2007 – 10 work days. This period is calculated from the day that the stop work order took effect and concrete work ceased on the project site through the reasonable date, March 22, 2007 needed to prepare for repair work based on the approval of the ERS repair drawings.

- March 28, 2007 to April 13, 2007 – 13 work days.  The period is calculated as the time it took Hayward Baker and Budron Excavating to make the necessary ERS repairs.

- April 16 to April 17, 2007 – 2 work days.  This period is calculated based upon work noted in the daily reports.  Budron removed earth backfill previously put in place to stop the ERS movement.  CSM required time to ramp up their work force, concrete placement resumed April 18, 2007.

Based on our analysis, it is our opinion that, the overall concrete delay as a result of the ERS movement is no more than 25 workdays.

---

[64] Levine Daily Report dated March 20, 2007.
[65] LEVINE019759-62.
[66] We are unaware of the reason for this request to hold off beginning repair.

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

Project: One Place
Page 19 - 36
June 20, 2013

## 2) Raker Conflict at B13 Delay

Regarding the raker conflict at B13, whereby a raker was put in the wrong place because Hayward Baker did not coordinate the raker locations from current drawings, CSM has requested 6 work days (CSM negotiated 6 days from their original 10 day request[67]) for the delay associated with this incorrect installation.

This error occurred because the general contractor and sub-contractor did not properly coordinate their work, and if this were contract work, the contractor would have been required to correct the installation at their cost.

The corrective work included building a temporary wall adjacent to what was the correct wall location, and then build the wall in the correct location once the raker was removed, and remove the temporary wall. CSM notes in COR 3: *"without the slab on grade and foundation wall CSM could not build the future elevator foundation and could not continue shoring and decking for the ground floor supported slab"*[68]

Given that the supported deck pours 1 and 2 on the ground floor were a critical path item, it is our opinion that the project delay associated with the raker conflict at B13 is 6 workdays.

## 3) D Line Delay

In or about the end of June 2007, CSM notified Wight that there were concerns with the locations of the frost wall and caissons along D line at the first floor, while they continued constructing the basement slab, columns, walls and first floor elevated deck. On June 27, 2007 Wight submitted RFI #91 to the architects based on CSM RFI #44 requesting direction from the engineer associated with what CSM believed to be the incorrect layout and construction location of the D line frost wall and caissons.

In response to the purported incorrect layout of caissons, further research by the contractor determined that the caissons had moved as a result of the prior ERS sheeting movement. Caisson testing was performed to determine cause and to test the soundness of the caissons. Universal Construction Testing, Ltd. (UCT) and Wiss, Janney, Elstner and Associates (WJE) performed this work and issued reports.

UCT issued a report dated August 13, 2007 stating that they had tested certain caissons along State Street in June and July 2007. A portion of the frost wall along D line was removed to facilitate testing. The caissons were found to be sound.

CSA issued drawings on August 3, 2007, (and a revision on August 7, 2007), adding the grade beams between the foundation wall and D Line. The added grade beams and replacement frost beam occurred along D line between column line 9.9 and 13.9. This

---

[67] Revised COR 003, WIGHT012635-38, Exhibit
[68] COR 3 dated July 31, 2007, CONCRETESTRUCTURES005744-46, Exhibit 154.

Project: One Place
Page 20 - 36
June 20, 2013

repair work began on August 7, 2007 and completed on August 13, 2007, or 5 working days according to Wight daily reports. Work in the area related to backfilling and columns continued until the slab on grade in that area was poured on August 18, 2007.

The southeast slab on grade along A line, required for the first pour of the 2nd floor, was placed on August 8, 2007. The slab on grade along D line required for the first pour of the 2nd floor was placed August 18, 2007. This relationship puts the slab on grade along D line on the critical path for 10 calendar days, thus causing a 10 day delay at that point in time.

This delay could have and should have been avoided considering the several weeks that passed where no action was taken to address the D line movement. Considering the duration and extent of the ERS movement, and the large cracks found in State Street, and as D Line is located in between these two areas, it is inexplicable how the contractor did not monitor and continue to monitor all construction installations between these two areas until the permanent structure was in place. In addition, once movement was discovered, the lack of a decision by the parties led to the delay in providing the testing and solution.

Therefore, it is our opinion that D Line should not have caused a delay to the project, and the ten day delay could have been avoided by not allowing weeks to pass without making decisions.

A summary of the delay period associated with the ERS and D Line is noted below:

| ITEM | PERIOD OF PROJECT DELAY IN WORK DAYS |
|------|--------------------------------------|
| ERS | 25 |
| RAKER CONFLICT AT B13 | 6 |
| D LINE | 0 |
| TOTAL | 31 |

The ERS and D Line movement and repair caused a thirty one (31) work day delay to the project. As a result, concrete would have completed 31 workdays later than the January 8, 2008 revised concrete completion date calculated in the previous section, or on February 20, 2008.

| Revised Completion | January 8, 2008 |
|--------------------|-----------------|
| 31 Work Days plus weekends or 43 calendar days | 43 |
| | February 20, 2008 |

There were 17 weather days between January 8 and February 20, 2008 for a revised concrete completion date of March 15, 2008 plus two additional weather days for a concrete completion date of March 19, 2008.

Concrete actually completed April 11, 2008, due in large part to an extended duration required for the basement slab on grade, as explained below.

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

Project: One Place
Page 21 - 36
June 20, 2013

### 4. Other Events Causing Delay to the Project

Below is a discussion of construction activities and their logic relationships, and a discussion of other delays to the project, separated into below grade and above grade delays. These activities delayed the substantial completion of the project.

**Below Grade**

According to the documents produced, there were a myriad of delays to the project unrelated to the ERS and D Line movement. Below are some examples of below grade delays:

a) Basement Work and X Sport

Upon completion of the repair for the ERS, beginning on April 18, 2007, Budron began excavating contract work including elevator pits and sump pits, backfilling after concrete placement and grading for slab on grade, according to the daily reports. The plumbers worked on sump pits and sleeves in walls. CSM continued framing and placing shear walls, elevator pit slabs, walls, etc.

By May 4, 2007, the daily reports state that the majority of base building excavation was completed. On May 7, 2007, underslab on grade fill was brought in and grading of basement slab began at the south end. The plumber was also required to install underground plumbing and drain tile throughout the basement. Although the daily reports do not indicate the underslab plumbing work installation at the south end, or when the slab on grade was placed in the southwest end, it appears to have been placed sometime during the month of May, 2007.

The X Sport area in the basement required coordination with the excavator, plumber, the concrete contractor and pool contractor. Pool excavation and other work in the north half of the basement, began May 9, 2007 and continued through June 4, 2007. Excavation, forming and placement of various basement walls, including walls at the southeast end at 12 line wall, A.3-B lines continued through the end of May 2007.

Plumbers installed basement underslab drain tile May 29, and 30, and began underslab plumbing June 11, 2007. Slab on grade at the pool was placed on June 8, 2007, followed by framing and placement of pool walls. On June 18, 2007, excavation for the sewage ejector pit for X sport began, while CSM continued forming and placing basement pit walls, pool walls, and slab on grade in the basement. The plumbers continued the drain tile installation and underground plumbing for X Sport. This work, including placement of the basement slab on grade, continued until the beginning of July 2007.

The coordination of the pool area, including the underslab plumbing, pool plumbing and pool plumbing by the pool contractor, and drain tile took a considerable effort. The pool was moved 2' west, the basement slab was changed to a double slab system and lowered

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

Project: One Place
Page 22 - 36
June 20, 2013

6" to allow construction to continue without waiting for X Sport to complete their design,[69] and there was an undercut required at the pool.

In addition, Budron was provided a change order to over excavate the basement and install a brick batt base or stone base so that construction equipment would not damage the subgrade.[70] Additional excavation was required to perform this work that was not anticipated in early project schedules.

The January 26, 2007 schedule indicates that the underground MEP (mechanical, electrical and plumbing) work was to start February 9, 2007, and complete March 22, 2007. By the time the stop work order was issued on March 9, 2007, the southeast and southwest corners of the basement walls were poured, and foundations along B line at the south end had been placed, but several interior basement walls remained to be formed and placed. No underground work had been performed prior to the loss event, so at a minimum, the project was 4 weeks behind schedule at the time of the loss and likely was further behind.[71]

The January 26, 2007 schedule indicates that slab on grade was to take place from February 15, 2007 to February 22, 2007, a five work day duration. This work could not be completed until the underslab MEP work was completed, sometime after March 22, 2007.

Below is a calculation of basement schedule according to the January 29, 2007 schedule, and then with the work stoppage duration inserted (in calendar days):

| ACTIVITY | DATES | DURATIONS |
|---|---|---|
| **As Planned from 1/26/07 Schedule (Ex 80)** | | |
| Planned Start basement foundations | 1/26/2007 | |
| Planned Completion basement foundations incl MEP and SOG | 3/29/2007 | |
| Duration Basement Foundations incl MEP and SOG | 62 | 62 |
| Complete 1st floor Supported Deck | 4/5/2007 | |
| Duration | 7 | 7 |
| Complete 1st floor Slab on Grade | 4/24/2007 | 69 |
| | 19 | 19 |
| TOTAL PLANNED DURATION FOR BASEMENT AND 1ST FL | | 88 |
| **Insert Work Shutdown and Calculation** | | |
| Planned Start basement foundations | 1/26/2007 | |
| Shut Down | 3/9/2007 | |
| Duration Pre-Loss | 42 | 42 |
| Start up | 4/18/2007 | |
| Add 20 days remaining duration | 20 | 20 |
| Basement Foundations incl MEP and SOG with Shutdown | 5/8/07 | |
| | 7 | 7 |
| Place 1st Floor Supported Deck | 5/15/07 | 69 |
| | 19 | 19 |
| Place 1st Floor Slab on Grade | 6/3/07 | 88 |

---

[69] OP 004396-410.
[70] OP 004414-18.
[71] March 9 minus February 9, 2007, the scheduled start date for underground MEP.

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

Project: One Place
Page 23 - 36
June 20, 2013

It should have taken 62 calendar days to start foundations and complete slab on grade including underground MEP, according to the January 2007 schedule. When the project was stopped, 42 of the 62 days had been expended, leaving 20 calendar days to complete all remaining underground and slab on grade work in the basement. Slab on grade was actually completed July 3, 2007, an additional 56 days or 8 weeks later. At the beginning of the shutdown, it was reported that the project was 4 weeks behind schedule.

Following are the as-built dates according to daily reports:

| ACTIVITY | DATES | DURATION CDS |
|---|---|---|
| Start basement foundations | 1/26/2007 | |
| Start Shut down | 3/9/2007 | |
| Days from basement wall place to shutdown | 42 | 42 |
| Start up | 4/18/2007 | |
| Complete basement slab on grade | 7/3/2007 | |
| Duration post re-start through SOG | 76 | 76 |
| | | 118 |
| Place 1st Floor Supported Deck | 7/19/2007 | |
| | 16 | 16 |
| Total Duration through 1st Floor Deck | | 134 |

The January 26, 2007 schedule provides 62 calendar day duration from start of basement to completion of slab on grade and an additional 7 days to complete the 1st floor supported deck. Inserting the stop work duration yields a slab on grade completion date of May 8, 2007 and a 1st floor supported slab completion date of May 15, 2007, or roughly one month after work started up after the stoppage. Adding in the 4 weeks the project was behind schedule yields a revised completion date of slab on grade of June 5, 2007 and 1st floor deck of June 12, 2007.

Slab on Grade actually completed July 3, 2007, almost one month later than the adjusted date of June 5th, and the 1st floor supported deck completed July 19, 2007. Slab on grade was completed late due to the coordination and installation of the pool underground and equipment, and the plumbing drain tile and plumbing systems. The 1st floor deck framing started on approximately June 9, 2007, but could only progress as fast as the slab on grade would allow. The deck over the basement was placed in two pours, July 13 and 19th, 2007, following the slab on grade.

The additional one month duration (approximately) required to build the slab on grade was a result of the plumbing underground, pool equipment and coordination. The 1st floor deck followed slab on grade and was framed and poured just as soon as slab on grade was completed.

This delay in completing the basement slab on grade and 1st floor deck translated into an additional delay in the completion of concrete deck on the second floor.

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

Project: One Place
Page 24 - 36
June 20, 2013

The Timeline attached at TAB B provides additional information regarding the X Sport requirements, changes and coordination as noted in various meeting minutes.

**Above Grade Delays**

There were significant delays to the purchase, submissions and approvals of shop drawings, release for fabrication and delivery for significant building components including exterior masonry and windows. These exterior envelope delays impacted the completion of the project because interior finishes could not proceed as planned without having the building watertight.

Exterior masonry began much later than originally planned with respect to the lag time for the preceding concrete work, and this delay was not related to the ERS and D line repair time.

The exterior glass and glazing work actual installation was months later than originally planned, due to late design changes, late delivery and failed tests. This late delivery and installation of the glass was not caused by the ERS and D line movement and repair.

A study of the critical path activities including concrete, masonry and windows indicates the following relationships and lags between installations of each material:

- In the January 26, 2007, Schedule (Exhibit 80), masonry was scheduled to begin when the concrete on the 4th floor was beginning. Windows were to begin when the concrete was beginning on the 6th floor and masonry was on 2nd floor:

| AS PLANNED ACCORDING TO JANUARY 26, 2007 SCHEDULE | | | | | | |
|---|---|---|---|---|---|---|
| FLOOR | CONCRETE | | MASONRY | | WINDOWS AND SLIDERS | |
| | START | COMPLETE | START | COMPLETE | START | COMPLETE |
| GROUND | 1/26/2007 | 4/9/2007 | 5/18/2007 | 6/29/2007 | 7/2/2007 | 8/13/2007 |
| 2ND FLOOR | 3/30/2007 | 4/26/2007 | 6/20/2007 | 7/11/2007 | 7/24/2007 | 8/13/2007 |
| 3RD FLOOR | 4/27/2007 | 5/17/2007 | 7/12/2007 | 8/1/2007 | 8/14/2007 | 9/4/2007 |
| 4TH FLOOR | 5/18/2007 | 6/8/2007 | 8/2/2007 | 8/22/2007 | 9/5/2007 | 9/25/2007 |
| 5TH FLOOR | 6/11/2007 | 6/29/2007 | 8/23/2007 | 9/13/2007 | 9/26/2007 | 10/16/2007 |
| 6TH FLOOR | 7/2/2007 | 7/23/2007 | 9/14/2007 | 10/3/2007 | 10/17/2007 | 11/6/2007 |
| 7TH FLOOR | 7/24/2007 | 8/13/2007 | 10/4/2007 | 10/22/2007 | 11/7/2007 | 11/29/2007 |
| 8TH FLOOR | 8/14/2007 | 9/4/2007 | 10/24/2007 | 11/9/2007 | 11/30/2007 | 12/20/2007 |
| 9TH FLOOR | 9/5/2007 | 9/25/2007 | 11/14/2007 | 12/4/2007 | 12/21/2007 | 1/10/2008 |
| 10TH FLOOR and UP | 9/26/2007 | 11/13/2007 | NA | NA | 1/11/2008 | 1/31/2008 |

- In the June 7, 2007 Schedule (Exhibit 206), masonry was scheduled to begin when the concrete on the 6th floor had just begun. Windows were to begin when the concrete was beginning on the 8th floor and masonry was on 2nd floor:

Project: One Place
Page 25 - 36
June 20, 2013

| AS PLANNED ACCORDING TO JUNE 7, 2007 v1.7B OMG SCHEDULE EX 206 | | | | | | |
|---|---|---|---|---|---|---|
| FLOOR | CONCRETE | | MASONRY | | Alum Doors and Windows | |
| | START | COMPLETE | START | COMPLETE | START | COMPLETE |
| GROUND | | 8/6/2007 | 10/17/2007 | 11/13/2007 | 11/19/2007 | 12/4/2007 |
| 2ND FLOOR | 7/9/2007 | 9/4/2007 | 10/17/2007 | 11/13/2007 | 11/19/2007 | 12/4/2007 |
| 3RD FLOOR | 8/29/2007 | 9/19/2007 | 11/27/2007 | 12/10/2007 | 12/5/2007 | 12/11/2007 |
| 4TH FLOOR | 9/15/2007 | 10/5/2007 | 12/12/2007 | 12/26/2007 | 12/20/2007 | 12/27/2007 |
| 5TH FLOOR | 10/2/2007 | 10/22/2007 | 12/31/2007 | 1/14/2008 | 1/9/2008 | 1/15/2008 |
| 6TH FLOOR | 10/18/2007 | 11/7/2007 | 1/28/2008 | 2/8/2008 | 2/5/2008 | 2/11/2008 |
| 7TH FLOOR | 11/3/2007 | 11/27/2007 | 2/4/2008 | 2/15/2008 | 2/12/2008 | 2/18/2008 |
| 8TH FLOOR | 11/20/2007 | 12/13/2007 | 2/6/2008 | 2/19/2008 | 2/14/2008 | 2/20/2008 |
| 9TH FLOOR | 12/10/2007 | 12/31/2007 | 2/7/2008 | 2/20/2008 | 2/15/2008 | 2/21/2008 |
| 10TH FLOOR and UP | 12/27/2007 | 1/29/2008 | 2/13/2008 | 2/26/2008 | 2/21/2008 | 2/27/2008 |

- In the September 28, 2007 Schedule (Exhibit 210), masonry was scheduled to begin when the concrete on the 6th floor had just begun. Windows were to begin when the concrete was almost complete and masonry was on the floor:

| AS PLANNED ACCORDING TO SEPTEMBER 13, 2007 v2 SCHEDULE EX 210 | | | | | | |
|---|---|---|---|---|---|---|
| FLOOR | CONCRETE | | MASONRY | | Alum Doors and Windows | |
| | START | COMPLETE | START | COMPLETE | START | COMPLETE |
| GROUND | | 8/30/2007 | 11/19/2007 | 11/13/2007 | 2/26/2008 | 3/24/2008 |
| 2ND FLOOR | 7/19/2007 | 9/28/2007 | 12/4/2007 | 12/17/2007 | 2/26/2008 | 3/24/2008 |
| 3RD FLOOR | 9/13/2007 | 10/15/2007 | 12/18/2007 | 1/2/2008 | 1/3/2008 | 1/9/2008 |
| 4TH FLOOR | 10/5/2007 | 11/2/2007 | 1/3/2008 | 1/16/2008 | 1/17/2008 | 1/23/2008 |
| 5TH FLOOR | 10/25/2007 | 11/23/2007 | 1/17/2008 | 1/30/2008 | 1/31/2008 | 2/6/2008 |
| 6TH FLOOR | 11/14/2007 | 12/11/2007 | 1/31/2008 | 2/13/2008 | 2/14/2008 | 2/20/2008 |
| 7TH FLOOR | 12/3/2007 | 12/31/2007 | 2/14/2008 | 2/27/2008 | 2/28/2008 | 3/5/2008 |
| 8TH FLOOR | 12/21/2007 | 1/21/2008 | 2/28/2008 | 3/12/2008 | 3/13/2008 | 3/19/2008 |
| 9TH FLOOR | 1/11/2008 | 1/29/2008 | 3/13/2008 | 3/26/2008 | 3/27/2008 | 4/2/2008 |
| 10TH FLOOR and UP | 1/24/2008 | 2/28/2008 | 3/27/2008 | 4/9/2008 | 4/10/2008 | 4/16/2008 |

- In the October 14, 2007 Schedule (Exhibit 211), masonry was scheduled to begin when the concrete on the 6th floor had just begun. Windows were to begin just after concrete completion and masonry was on the 8th floor:

| AS PLANNED ACCORDING TO OCTOBER 14, 2007 v2 SCHEDULE EX 211 | | | | | | |
|---|---|---|---|---|---|---|
| FLOOR | CONCRETE | | MASONRY | | Alum Doors and Windows | |
| | START | COMPLETE | START | COMPLETE | START | COMPLETE |
| GROUND | | 8/30/2007 | 11/19/2007 | 11/3/2007 | 3/10/2008 | 4/4/2008 |
| 2ND FLOOR | 7/19/2007 | 9/18/2007 | 12/4/2013 | 12/17/2007 | 3/10/2008 | 4/4/2008 |
| 3RD FLOOR | 9/13/2007 | 10/15/2007 | 12/18/2007 | 1/2/2008 | 1/3/2008 | 1/9/2008 |
| 4TH FLOOR | 10/4/2007 | 11/5/2007 | 1/3/2008 | 1/16/2008 | 1/17/2008 | 1/23/2008 |
| 5TH FLOOR | 10/29/2007 | 11/27/2007 | 1/17/2008 | 1/30/2008 | 1/31/2008 | 2/6/2008 |
| 6TH FLOOR | 11/16/2007 | 12/13/2007 | 1/31/2008 | 2/13/2008 | 2/14/2008 | 2/20/2008 |
| 7TH FLOOR | 12/5/2007 | 1/3/2008 | 2/14/2008 | 2/27/2008 | 2/28/2008 | 3/5/2008 |
| 8TH FLOOR | 12/26/2007 | 1/21/2008 | 2/28/2008 | 3/12/2008 | 3/13/2008 | 3/19/2008 |
| 9TH FLOOR | 1/15/2008 | 1/31/2008 | 3/13/2008 | 3/26/2008 | 3/27/2008 | 4/2/2008 |
| 10TH FLOOR and UP | 1/28/2008 | 3/3/2008 | 3/27/2008 | 4/9/2008 | 4/10/2008 | 4/16/2008 |

- In the November 7, 2007 Schedule (Exhibit 214), masonry was scheduled to begin when the concrete on the 6th floor had just begun. Windows were to begin just after concrete completion and masonry was on the 8th floor:

Held Enloe & Associates, LLC
CONSTRUCTION CONSULTING

Project: One Place
Page 26 - 36
June 20, 2013

| AS PLANNED ACCORDING TO November 7, 2007 v2 SCHEDULE EX 214 | | | | | | |
|---|---|---|---|---|---|---|
| FLOOR | CONCRETE | | MASONRY | | Alum Doors and Windows | |
| | START | COMPLETE | START | COMPLETE | START | COMPLETE |
| GROUND | | 8/30/2007A | 11/27/2007 | 12/10/2007 | 3/11/2008 | 4/7/2008 |
| 2ND FLOOR | 7/19/2007A | 9/28/2007A | 12/11/2007 | 12/24/2007 | 3/11/2008 | 4/7/2008 |
| 3RD FLOOR | 9/13/2007A | 10/18/2007A | 1/2/2007 | 1/14/2007 | 1/16/2008 | 1/22/2008 |
| 4TH FLOOR | 10/4/2007A | 11/7/2007A | 1/16/2008 | 1/29/2008 | 1/30/2008 | 2/5/2008 |
| 5TH FLOOR | 10/15/2007A | 11/28/2007 | 1/30/2008 | 2/12/2008 | 2/13/2008 | 2/19/2008 |
| 6TH FLOOR | 11/19/2007 | 12/14/2007 | 2/13/2008 | 2/26/2008 | 2/27/2008 | 3/4/2008 |
| 7TH FLOOR | 12/6/2007 | 1/4/2008 | 2/27/2008 | 3/11/2008 | 3/12/2008 | 3/18/2008 |
| 8TH FLOOR | 12/27/2008 | 1/22/2008 | 3/12/2008 | 3/25/2008 | 3/26/2008 | 4/1/2008 |
| 9TH FLOOR | 1/16/2008 | 2/1/2008 | 3/26/2008 | 4/8/2008 | 4/9/2008 | 4/15/2008 |
| 10TH FLOOR and UP | 1/29/2008 | 3/4/2008 | 4/9/2008 | 4/22/2008 | 4/23/2008 | 4/29/2008 |

- In the December 3, 2007 Schedule (Exhibit 215), masonry was scheduled to begin when the concrete was on the 7th floor. Windows were to begin a month after concrete completion and masonry was on the 7th floor:

| AS PLANNED ACCORDING TO December 3, 2007 v2 SCHEDULE EX 215 | | | | | | |
|---|---|---|---|---|---|---|
| FLOOR | CONCRETE | | MASONRY | | Alum Doors and Windows | |
| | START | COMPLETE | START | COMPLETE | START | COMPLETE |
| GROUND | | 8/30/2007A | 12/17/2007 | 12/31/2007 | 4/3/2008 | 4/30/2008 |
| 2ND FLOOR | 7/19/2007A | 9/28/2007A | 1/2/2007 | 1/15/2007 | 4/3/2008 | 4/30/2008 |
| 3RD FLOOR | 9/13/2007A | 10/18/2007A | 1/25/2008 | 2/7/2008 | 2/8/2008 | 2/14/2008 |
| 4TH FLOOR | 10/4/2007A | 11/1/2007A | 2/8/2007 | 2/21/2008 | 2/22/2008 | 2/28/2008 |
| 5TH FLOOR | 10/24/2007A | 12/31/2007A | 2/22/2008 | 3/6/2008 | 3/7/2008 | 3/13/2008 |
| 6TH FLOOR | 11/16/2007A | 12/17/2007 | 3/7/2008 | 3/20/2008 | 3/21/2008 | 3/27/2008 |
| 7TH FLOOR | 12/7/2007 | 1/7/2008 | 3/21/2008 | 4/3/2008 | 4/4/2008 | 4/10/2008 |
| 8TH FLOOR | 12/28/2007 | 1/23/2008 | 4/4/2008 | 4/17/2008 | 4/18/2008 | 4/24/2008 |
| 9TH FLOOR | 1/17/2008 | 2/4/2008 | 4/18/2008 | 5/1/2008 | 5/2/2008 | 5/8/2008 |
| 10TH FLOOR and UP | 1/30/2008 | 3/5/2008 | 5/2/2008 | 5/15/2008 | 5/16/2008 | 5/22/2008 |

- In the March 14, 2008 Schedule (Exhibit 219), masonry was scheduled to begin when the concrete was above the 10th floor. Windows were to begin two months after concrete completion and masonry was on the 9th floor:

| AS PLANNED ACCORDING TO March 14, 2008 v2 SCHEDULE EX 219 | | | | | | |
|---|---|---|---|---|---|---|
| FLOOR | CONCRETE | | MASONRY | | Alum Doors and Windows | |
| | START | COMPLETE | START | COMPLETE | START | COMPLETE |
| GROUND | | 8/30/2007A | 3/14/2008 | 3/27/2008 | 5/28/2008 | 6/24/2008 |
| 2ND FLOOR | 7/19/2007A | 9/25/2007A | 3/6/2013 | 3/20/2008 | 5/28/2008 | 6/24/2008 |
| 3RD FLOOR | 9/13/2007A | 10/18/2007A | 3/24/2008 | 4/1/2008 | 4/2/2008 | 4/8/2008 |
| 4TH FLOOR | 10/4/2007A | 11/7/2007A | 4/2/2008 | 4/10/2008 | 4/11/2008 | 4/17/2008 |
| 5TH FLOOR | 10/24/2007A | 11/26/2007A | 4/15/2008 | 4/23/2008 | 4/24/2008 | 4/30/2008 |
| 6TH FLOOR | 11/16/2007A | 12/17/2007A | 4/24/2008 | 5/2/2008 | 5/5/2008 | 5/9/2008 |
| 7TH FLOOR | 12/7/2007A | 1/14/2008A | 5/5/2008 | 5/13/2008 | 5/14/2008 | 5/20/2008 |
| 8TH FLOOR | 1/9/2008A | 2/21/2008A | 5/14/2008 | 5/22/2008 | 5/23/2008 | 5/29/2008 |
| 9TH FLOOR | 2/5/2008A | 2/14/2008A | 5/23/2008 | 6/5/2008 | 6/6/2008 | 6/12/2008 |
| 10TH FLOOR and UP | 2/25/2008A | 3/31/2008 | 6/6/2008 | 6/12/2008 | 6/13/2008 | 6/19/2008 |

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

Project: One Place
Page 27 - 36
June 20, 2013

- In the May 19, 2008 Schedule (Exhibit 223), masonry was scheduled to begin when the concrete was above the 10th floor. (Masonry for the Ground and 2nd floor are not listed). Windows were to begin 2 ½ months after concrete completion and masonry was complete:

| | CONCRETE (FROM PREV SCHEDULES) | | MASONRY | | Alum Doors and Windows | |
| FLOOR | START | COMPLETE | START | COMPLETE | START | COMPLETE |
|---|---|---|---|---|---|---|
| GROUND | | 8/30/2007A | | | 6/17/2008 | 7/15/2008 |
| 2ND FLOOR | 7/19/2007A | 9/25/2007A | NOT LISTED | | 6/17/2008 | 7/15/2008 |
| 3RD FLOOR | 9/13/2007A | 10/18/2007A | NOT LISTED | | 4/14/2008 | 6/27/2008 |
| 4TH FLOOR | 10/4/2007A | 11/7/2007A | 5/19/2008 | 5/19/2008 | 6/18/2008 | 6/27/2008 |
| 5TH FLOOR | 10/24/2007A | 11/26/2007A | 4/17/2008 | 5/20/2008 | 6/13/2008 | 6/24/2008 |
| 6TH FLOOR | 11/16/2007A | 12/17/2007A | 4/24/2008 | 5/21/2008 | 6/10/2008 | 6/19/2008 |
| 7TH FLOOR | 12/7/2007A | 1/14/2008A | 5/1/2008 | 5/22/2008 | 6/5/2008 | 6/16/2008 |
| 8TH FLOOR | 1/9/2008A | 2/21/2008A | 5/8/2008 | 5/23/2008 | 6/2/2008 | 6/11/2008 |
| 9TH FLOOR | 2/5/2008A | 2/14/2008A | 5/20/2008 | 5/28/2008 | 5/28/2008 | 6/6/2008 |
| 10TH FLOOR and UP | 2/25/2008A | 3/31/2008 | 5/20/2008 | 5/26/2008 | 5/19/2008 | 6/5/2008 |

Table title (spanning header): AS PLANNED ACCORDING TO MAY 9, 2008 v2 SCHEDULE EX 223

The above depictions of the changes to the project schedule illustrate the impact of the delays associated with masonry and glass and glazing systems, and follow on work such as drywall and finishes.

Note that as of the January 26, 2007 schedule, masonry was scheduled to begin when concrete was started on the fourth floor. On the last schedule, masonry was scheduled to begin when concrete was just about completed. Windows were initially scheduled to begin when concrete was on the 6th floor, or July 2, 2007. On the last schedule windows were scheduled to begin one year late, or June 2008.

The masonry and window delays are not related to the ERS and D line movement and repair. Further details on masonry and window timelines are illustrated below:

**Masonry**

Exterior masonry was originally scheduled to begin when concrete was on the $4^{nd}$ floor. If masonry actually began when the concrete was on the 4th floor as planned, masonry would have begun on October 4, 2007, according to the October 14, 2007 (Exhibit 211) schedule.

Later schedules indicate masonry was to begin when concrete was on the 6th, then 7th, then 10th floor. No indication is provided as to the change in duration between concrete and masonry separation. Photo TAB C shows that as of May 3, 2008, masonry is up to the 7th floor. A brief timeline of masonry items from the meeting minutes or other documents indicates the following activities:

Project: One Place
Page 28 - 36
June 20, 2013

| Date of Comment | Trade / Category | Description | Reference |
|---|---|---|---|
| 12/18/2007 | Masonry | 12/18/07: FAA to approve brick and mortar color on 1st mock up. Crouch will not proceed until 1st mock up is approved. FAA to review tomorrow, 12/19/07. 2nd mock-up to be installed next week by 12/28/07 | Wight Mtg Minutes #82 |
| 1/8/2008 | Masonry | Mock-up material on site. Install weather permitted | Wight Mtg Minutes #85 |
| 1/15/2008 | Masonry | 1/15/08: Mock-up installed. Grout color revised and ordered 1/11/08, morning and we will receive it in 5-10 days from then. Install same day. | Wight Mtg Minutes #88 |
| 1/22/2008 | Masonry | 1/22/08: Grout on site and to be installed 1st thing in the morning on 1/23/08. WC to call SBD immediately after | Wight Mtg Minutes #89 |
| 2/5/2008 | Masonry | Mock-up approved | Wight Mtg Minutes #90 |
| 2/5/2008 | Masonry | 2/5/08: Masonry Schedule Game Plan: Window install to begin after masonry reaches 3rd floor. This will take 3 weeks. Metal panels cannot start at 3rd floor. | Wight Mtg Minutes #91 |
| 4/9/2008 | Masonry | Crouch Seranko has agreed to ramp up per our meeting with them yesterday. We are working out the details so we have all these components in place by Monday. | Email dated 4/9/08 from Pete Page (Wight) to Harlan Karp and Jim Nagle |
| 5/13/2008 | Masonry | North elevation: CS will not be on elevation until 5/14/08. Waiting on response from CS. Northwest corner in progress. Waiting on masonry. Slab edge | Wight Mtg Minutes #111 |
| 5/19/2008 | Masonry | CS continues to push both the West and North elevation. With the additional work of cutting/ripping stone for the 9th floor dimensional bust, CS may lose a day overall, but will attempt to begin lowering the hydro-mobile by EOD Wednesday. The only section remaining will be at the tower crane location, which will take through the EOW. CS is at the 4th floor on the north elevation and at the 9th floor on the west. Work has begun on the east elevation also, and is starting tomorrow on the 3rd floor roof at the east elevation. Interior block work will finish | One Place Critical Issues List |

## Glass and Glazing

The aluminum storefront and the aluminum windows and sliders were ordered much later than originally planned, and the windows had extensive water leaking problems. Reviewing the Photo TAB C, indicates that on May 3, 2008, masonry is being installed up to the 8th floor and windows are not installed. Other photos and documentation indicate that windows initially installed were removed and reinstalled at a later date due to leaking problems.

A sample of glass and glazing problems is noted below, taken from various meeting minutes. The full production of the Timeline Spreadsheet is located at TAB B:

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

Project: One Place
Page 29 - 36
June 20, 2013

| Date of Comment | Trade / Category | Description | Reference |
|---|---|---|---|
| 5/8/2007 | Windows | 5/8/07: Window shops to be resubmitted again. | Wight Mtg Minutes #3 |
| 7/2/2007 | Windows | 7/2/07: Windows to be ordered by 7/6/07. 10 week lead time once windows are placed. FAA to choose color ASAP. | Wight Mtg Minutes #34 |
| 7/24/2007 | Windows | 7/24/07: WC has placed order via email approval. WC not comfortable sign release form. No response to email from MCG. WC to push for OK from MCG. UPDATE 7/25/07: Per email from SBD, SBD requested after meeting that WC receive a written order receipt confirmation from Wausau. | Wight Mtg Minutes #40 |
| 8/14/2007 | Windows | 8/14/07: Windows have been ordered. WC has compared installation schedule and MCG delivery date schedule. WC sees no problem. | Wight Mtg Minutes #48 |
| 8/14/2007 | Windows | Storefronts: 8/14/07: Revised storefront renderings received. WC has distributed to MCG, Crouch-Seranko, and G&L for budget pricing. WC to provide rough estimate to SBD by 8/17/07. | Wight Mtg Minutes #48 |
| 8/28/2007 | Windows | 8/28/07: FAA received shops today 8/28/07. Shops due back to WC by 9/11/07 | Wight Mtg Minutes #53 |
| 9/4/2007 | Windows | 9/4/07: Shops due back to WC by 9/11/07. FAA to provide initial response. Windows scheduled to be delivered 11/15/07. WC to talk to MCG and figure out when shops need to be returned. | Wight Mtg Minutes #55 |
| 4/9/2008 | Windows | MCG to deliver 7th and 8th floor sliding windows Thursday morning [4/10/08]. MCG to begin installing sliders on the 7th floor tomorrow [4/10/08]. MCG to deliver one window frame for installation for water test. Installation to be on the fourth floor due to sill conditions on 3rd floor. MCG's sill piece is not compatible with the new stone sill, their piece was made prior to the change. | Email dated 4/9/08 from Pete Page (Wight) to Harlan Karp and Jim Nagle |
| 5/6/2008 | Windows | 5/6/08: Wausau 9th Floor Windows: PCO approved and sent to MCG. MCG has two days to order material. MCG to provide back up of material cost. | Wight Mtg Minutes #111 |
| 5/21/2008 | Windows | Windows began going in today on the 3rd floor following a productive site meeting with MCG yesterday afternoon. MCG still owes a delivery date for the 9th floor re-ordered windows. WC continues to request it daily. | One Place Critical Issues List |
| 6/3/2008 | Windows/Slic | 6/3/08: Slider and window test failed again. SBD wants Wausau to view within 2 days (6/5/08). WC has sent a stop work order and stated to MCG the financial impact associated will be their responsibility. WC assembling $$$. FAA/HR to be here for meeting, sign off on detail, and be here during the fix. SBD wants to test storefront windows. | Wight Mtg Minutes #115 |
| 6/3/2008 | Windows | 6/3/08: East Elevation Windows: Window samples provided to FAA today, 6/3/08 for review. | Wight Mtg Minutes #115 |
| 6/10/2008 | Windows | 9th Floor Windows: MCG has confirmed delivery for 7/25/08 | Wight Mtg Minutes #115 |
| 6/17/2008 | Windows/Slic | Window test passed on 6/13/08. Window install in progress. Slider test failed again. | Wight Mtg Minutes #116 |
| 7/29/2008 | Windows/Slic | 9th Floor Windows: New ones arrived to MCG 7/28/08 | Wight Mtg Minutes #123 |
| 7/29/2008 | Windows | 7/29/08: 10th floor slider material on site. 8th floor windows in progress and complete 7/30/08. 2-story curtainwall to begin 8/4/08. Xsport entrance still to ship. MCG to deliver 9th floor windows 7/29/08 with install beginning 7/30/08. | Weekly Trade Contractor Meeting |
| 8/5/2008 | Windows | 8/5/08: 9th floor window install in progress. | Wight Mtg Minutes #128 |

As noted, windows were released several months later than planned, with installation beginning in earnest mid May 2008. Water tests continued to fail. The 9th and 10th floor windows were not delivered until July 2008. Many windows were not installed until August 2008.

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

Project: One Place
Page 30 - 36
June 20, 2013

Reviewing the project photographs in TAB C, slide 80 dated June 22, 2008, shows a lack of glazing on the 9th, 10th floors, and one 4 bay section (curtain wall) from the 3rd to the 10th floor, and various other windows throughout. A review of meeting minutes and photographs indicates the following major window work items occurring from June to August 2008:

- 6/17/08 "*Wausau 9th floor windows . . . has confirmed delivery on July 25, 2008.*"[72]
- 6/24/08 "(6/17/08) *MCG SHOPS/CALCS: SBD and FAA met yesterday, 6/16 to review. MCG has signed off and release* [sic] *for fabrication. The team will continue to work through comments. . . Water Tests: Window test passed on Friday, 6/13. Window install in progress. Slider test failed again. 7th floor 50% test (4 windows) and at metal panel test (2 locations) to be scheduled for Wednesday 7/2. Slider test with new fix (4 locations) on 6/25 and punched openings to be tested when ready.*"[73]
- 8/5/08 (7/29/08) "*10th floor slider material on-site. 8th floor windows in progress and complete tomorrow, 7/30; 2-story curtain wall to begin 8/4. X Sport entrance still to ship. MCG to deliver 9th floor windows on Wednesday, 7/29 with install beginning Thursday, 7/31.*"[74]
- 8/5/08 Photographs show missing windows on the 10th floors. See TAB C.
- 8/12/08 Photographs show missing windows on 8th and 9th floors. See TAB C.

Once the windows were installed, certain of the interior finishes were completed in those areas. Also, according to meeting minutes, many unit finishes were being released in this same period and that "*unsold units without selections will not be built out until provided.*"[75]

The delays in window shop drawing approvals, release and fabrication, the failed window water tests, and the reorder of the 9th floor windows caused the exterior envelope close in to be delayed and the follow on interior finishes to be delayed. These delays are unrelated to the ERS and D Line delay.

Wight Weekly Project Situation Report dated July 31, 2008,[76] notes "*substantial completion is 9/22/08.*" Considering the above, Substantial Completion would have been unlikely to occur earlier any than September 1, 2008 and Wight's 9/22/08 date noted in the July 31, 2008, report is more likely.

**e)  Comments Regarding Spittler and Robinson Reports**

---

[72] Meeting Minutes June 17, 2008, ONEPLACE008323-32.
[73] Meeting Minutes June 24, 2008, ONEPLACE 008334-43.
[74] Trade Meeting Minutes July 29, 2008, ONEPLACE008420-26.
[75] Meeting Minutes July 29, 2008, ONEPLACE 008400-08.
[76] WIGHT033753-54.

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

Project: One Place
Page 31 - 36
June 20, 2013

Spittler's calculation of delay is not accurate and does not consider the actual events that occurred on the project. Spittler's calculation is again enumerated below for ease of reference:

| Activity | Duration |
|---|---|
| Difference between planned placement of 2nd vs Actual | 152 |
| Days behind prior to event | -28 |
| Weather Days | -6 |
| Days Delay | 118 |

Spittler ignores delays related to the basement, masonry, windows and other delays on the project. Spittler does not consider when the project would have completed had no loss occurred, nor does he properly evaluate the delay associated with the actual loss event. As a result, his calculation does not accurately measure the delay period.

Robinson notes that Substantial Completion would have occurred on May 21, 2008 "*but for the delays at issue.*"[77] Again, a review of activities unrelated to the ERS and D Line delay, items such as late start of masonry and late ordering of windows, among other delays unrelated to the ERS and D Line work, delayed the project.

As noted above, it is unlikely that the project would have achieved substantial completion earlier than September 1, 2008, had no loss occurred.[78]

## 2. COST EVALUATION

We have reviewed the claimed costs as presented in Tabs A, B and C of Becker's report, in the amount of $5,879,062.80. These costs are claimed in relation to the ERS movement, D Line and the Rakers. Attached to this report at TAB D, we have provided the spreadsheet detailing the submitted costs and our categorization of those costs. In addition, attached at TAB E is the supporting documents used for reference related to the submitted cost.

**ERS Repairs**: The repairs required as a result of the ERS movement are depicted on the Hayward Baker revised drawings dated March 20, 2007[79] and involved driving H piles along the west side of the property, constructing grade beams, installing walers and rakers and backfilling in select locations with flowable fill.

**D Line Repairs**: The repairs required for D Line were detailed in RFI #91 with sketches provided by CS Associates.[80] The repairs involved the removal of the frost wall, grade

---

[77] Robinson Report page 16.
[78] It should be noted that a water event occurred on August 4, 2008. Partial Certificates of Occupancy was received for the 1st through 7th floors on September 16, 2008 (ONEPLACE003280). The 8th and 9th floor Partial Certificates of Occupancy was issued October 16, 2008 (ONEPLACE003281). Partial Certificate of Occupancy was issued December 16, 2008 (ONEPLACE003278).
[79] Hayward Baker drawing ERS-1 – ERS-3 revision 19 For Construction dated March 2007.
[80] RFI #91 answer with CS Associate sketches dated August 2nd, 3rd and 7th, 2007.

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

Project: One Place
Page 32 - 36
June 20, 2013

beams and caisson caps along column line D and installation of revised grade beams and frost wall per RFI #91 sketches.

**Rakers**:  The rakers that were installed along B line between 11.1 and 15.8 lines as part of the repair to the ERS movement were required to be removed once the structure had reached a certain degree of completion.  This involved removal of the rakers themselves and patching of the concrete foundations where the rakers were removed.

Following is a listing and definition of the categories we have established for the repair costs:

- **Cost to Repair or Replace Physical Damage (ERS/D Line/Rakers)** – **$530,406.21** – Claimed costs in this category were required for the repair or replacement of physical damage to the ERS and D Line.  These costs include, but are not limited to, the following types of costs:

    o  Engineering & Testing services
    o  Surveying/Monitoring of inclinometers and control points
    o  Excavation
    o  Earth Retention System repairs
    o  Concrete
    o  General Carpentry to assist with repairs

- **Cost to Expedite the Repair or Replacement of Physical Damage (ERS/D Line/Rakers)** – **$36,101.29** – Claimed costs in this category were spent to expedite the repair or replacement of physical damage to the ERS and D Line. These costs include all overtime work spent to execute the repair or replacement of physical damage to the ERS and D Line.

In addition, we reviewed the remaining costs in TAB A, B and C in Becker's report and allocated them per the categories described below:

- **Not Related to Repair of Physical Damage** – All of the claimed costs categorized below were determined not to relate to repair or replacement of physical damage to the ERS, D Line or the Rakers at B line.

    o  **Acceleration Costs** - **$316,860.42** – Costs relate to accelerating specific trades or portions of the contract scope of work.
    o  **Delay/Extended Costs** - **$541,649.76 –** Costs relate to delay or extended costs and include extended rental of equipment, extended general conditions for various subcontractors, and loss of productivity claims.  A

*Held Enloe & Associates, LLC*

CONSTRUCTION CONSULTING

Project: One Place
Page 33 - 36
June 20, 2013

portion of the submitted costs were not paid to subcontractors through change orders available for review on the project.

o **Weather - $769,132.00 –** Costs relate to the claim for weather delays by Concrete Structures of the Midwest for the project.  These costs were not paid in change orders available for review on the project.

o **Escalation - $178,834.74 –** Costs relate to claimed escalation in labor and material rates for the contract work on the project.

o **Winter Conditions - $292,342.69 –** Costs relate to labor and materials related to both executing work in winter conditions and protecting the work during the winter weather.

o **Not Related (no category) - $245,490.13 –** Costs do not relate to repair or replacement and do not fall into one of the other categories listed above under "Not Related to Physical Damage".

- **Wight General Conditions - $1,564,031.00 –** This claimed cost is listed in Becker's report with no breakdown or explanation on how this value was determined.  When questioned during deposition testimony, Becker did not provide an explanation as to how these costs were determined or supported by the referenced documents.  As it is unclear how these costs were calculated and if these costs have been incurred, no determination was made related to these costs.

- **Wight OH&P (Overhead and Profit) of 15% - $715,806.35 –** These claim costs reference the Wight Contract[81] and are calculated as 15% of the submitted value of $4,772,042.33 in claimed costs.  For the available Owner Change Orders 1-19, processed from Southblock Development, LLC to Wight Construction, Inc., for the project there was no Overhead and Profit added to the subcontractor costs, whether it was related or not related to the ERS movement and D Line.  Based upon our review of the documents as noted in this report, these costs were not paid to Wight.

General Conditions in a construction contract typically include "overhead" costs. The typical General Conditions for a construction contract include salaries of the field personnel, typically a portion of the home office personnel (i.e. project executive), trailers, supplies, dumpsters, etc. The claim as calculated by Becker includes additional general conditions costs, although no breakdown was provided to determine if any of these submitted costs relate to the repair. Therefore, a claim for Overhead in addition for a claim for General Conditions would be duplicative

---

[81] OP00471-00474

Project: One Place
Page 34 - 36
June 20, 2013

and there is no support in the documents reviewed that Wight was ever paid an Overhead percentage.

In addition, we reviewed Levine's Change Orders and Pay Applications as it relates to repairs. Levine Change Order #15[82] reflects 10% Overhead and 10% Profit on the ERS Repairs. However, in a review of Levine Pay Application #11[83], which is labeled (handwritten note) as the Final Settlement Version, those values were struck through and are not part of the final amount paid to Levine.

Therefore, based on the documents reviewed neither of the general contractors, Levine and Wight, were paid an Overhead and Profit percentage of the repair and replacement costs.

- **Construction Management Fee of 5% (Southblock Development, LLC) $238,602.12 –** These claim costs reference the agreement between One Place Condominiums, LLC, The South Loop Shops, LLC (Owner) and Southblock Development, LLC (Construction Manager) dated April 2, 2007 [84] for compensation related to Article 3.2.2 of the Construction Management Agreement [85] related to Additional Services. The agreement specifies the following: "*The Owners shall pay the Manager on behalf of the Manager and any its affiliates a fee of five percent (5%) of the additional construction cost.*" The claim contains $238,602.12 for Construction Management based upon a submitted invoice total of $4,772,042.33. Based upon the documents reviewed for this report and the deposition testimony of Harlan Karp these costs have not been incurred and paid to Southblock Development, LLC.

- **Project Management (Southblock Development, LLC) - $120,000** – These claim costs reference the AIA B801 Construction Management agreement dated September 1, 2006 between One Place Condominiums, LLC, The South Loop Shops, LLC (Owner) and Southblock Development, LLC [86] (Construction Manager). The original agreement specifies a monthly fee of $15,000 for "Basic Services" as defined in the agreement. Per deposition testimony by Becker the amount claimed was arrived at by multiplying $15,000 per month by 8 months[87]. No supporting documentation has been provided to determine if these costs were actually paid in the course of construction of the project.

---

[82] OP004441-004447
[83] OP004849
[84] OP-GM/AI000551-552
[85] REV00039494
[86] REV00039494
[87] Deposition of George Craig Becker, dated May 22, 2013, pg. 98, lines 17-24 and pg. 99, lines 1-8.

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

Project: One Place
Page 35 - 36
June 20, 2013

- **Not Supported/Insufficient Support to determine if related - $329,806.13 –**
  These claimed costs either have insufficient support to support the total claimed
  value or have insufficient supporting documents provided to determine if the costs
  are related to repair or replacement of physical damage.

## IV.    DOCUMENTS REVIEWED

Below is a list of the documents reviewed for this report:

1.  Fully Executed Contract, General Conditions of the Contract and Rider to AIA
    A201-997 between Southblock Development, LLC  and Levine Construction, Inc;
2.  Fully Executed Construction Agreement between Southblock Development, LLC
    and Wight Construction;
3.  Various Levine and Wight Owner Change Orders;
4.  Various Wight Proposed Change Orders;
5.  Various Subcontract Agreements;
6.  Various Levine and Wight Meeting Minutes;
7.  Various Levine and Wight Daily Reports;
8.  Various Requests for Information;
9.  Various Levine and Wight Pay Applications;
10. Various project drawings and sketches;
11. Various Project Schedules;
12. Various project emails;
13. Various project correspondence;
14. Various project photographs;
15. Various engineering reports;
16. Various claim submissions and supporting documents;
17. Various MKA documents;
18. Levine production;
19. Concrete Structures of the Midwest production;
20. Concrete Structures Law Suit production;
21. Hayward Baker production;
22. Crouch Seranko production;
23. Fitzgerald Architects production;
24. Global Midwest Adjusters production;
25. Wight productions;
26. Travelers production;
27. Expert Report of John R. Spittler;
28. Expert Report of Mark A. Robinson;
29. Expert Report of G. Craig Becker;
30. Deposition Transcript and exhibits of Charles Shenk , dated January 16, 2013;
31. Deposition Transcript and exhibits of Gurav Lamba, dated April 5, 2012;
32. Deposition Transcript and exhibits of Harlan Karp, dated August  24, 2012;
33. Deposition Transcript and exhibits of James Nagle, dated July 23, 2012;

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

Project: One Place
Page 36 - 36
June 20, 2013

34. Deposition Transcript and exhibits of Jason Walker, dated November 22, 2011;
35. Deposition Transcripts and exhibits of Lawrence Goldman, dated February 29, 2012, and March 22, 2012;
36. Deposition Transcript and exhibits of Neo Lorenzo, dated May 4,2012;
37. Deposition Transcript and exhibits of Ron Metcalfe, dated February 9, 2012;
38. Deposition Transcript and exhibits of Shane Farr, dated May 22,2012;
39. Deposition Transcript and exhibits of  G. Craig Becker, dated May 22,2013;
40. Deposition Transcript and exhibits of John Spittler, dated May 21, 2013.

### V.  ATTACHMENTS INCLUDED

TAB A Cited Documents
TAB B Timeline
TAB C Photographs
TAB D Cost Spreadsheet
TAB E Cost Supporting Documents

### VI.  RATES

For the purposes of this assignment, Lisa Enloe is being compensated at a rate of $225.00 per hour and Jan Inguagiato is being compensation at a rate of $185.00 per hour.

### VII.  RÉSUMÉ and PRIOR TESTIMONY

Attached are the résumé and testimonial history of Lisa Enloe and Jan Inguagiato.

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

**<u>Lisa Ann Enloe</u>**
**Managing Member**

Lisa Enloe's career has spanned 30-years as a construction industry professional, with over 1.5 billion dollars in successful projects for one of the nation's top contractors. Lisa has also provided consulting and expert services to clients on billions of dollars in disputes.

**<u>PROFESSIONAL EXPERIENCE</u>**

**<u>CONSULTING AND EXPERT EXPERIENCE:</u>**

Since June 2004, Lisa has worked on numerous consulting projects and disputes involving delay claims, cost claims and other construction related disputes. The following is a brief summary of assignments:

- S.R. International v. World Trade Center Properties litigation (World Trade Center Insurance claim from September 11, 2001) – Provided litigation support to legal team consisting of 5 law firms. Authored expert report regarding construction schedule and testified at deposition. – NY, NY
- AOL Time Warner Center in NY –- Fire Delay Claim – NY, NY – Attending meetings supporting adjustment team and consulted on impact of fire on project schedule.
- Duane Reade vs. St. Paul Fire and Marine Insurance Company – Provided litigation support to testifying expert and lawyers involving time period to replace a retail location in the destroyed World Trade Center – NY, NY
- Ford Field Detroit Lion's Stadium – Damages and Delay Claim caused by collapse of sheet piling – Detroit, MI – Provided expert consulting on impact of collapse event on construction schedule.
- Prince Georges County Courthouse Fire Loss Damages Claim – Upper Marlboro, MD – Provided peer review, estimating of damages to courthouse and helped in negotiation of claim.
- Atlantis Hotel and Casino – Damages Claim – provided expert consulting services and opinions – Paradise Island – Bahamas.
- Court Square Center – Damages to historic building under construction, including impact of fire on construction schedule – Memphis, TN.
- Metra Bridge – Damages claim due to railroad bridge construction – Chicago, IL.
- Texas State Hotel – Provided consulting and attended mediation supporting lawyers regarding damages claim to a renovated hotel under construction.

Lisa has provided expert opinion and deposition on many large complex projects, including:
- S.R. International v. World Trade Center Properties
- Clark Construction Group Inc., v City of Memphis Shelby County Convention Center Project,
- Georgia World Congress Center Damages Claim – Atlanta, GA
- Memphis Public Library Damages and Delay Claim – Memphis, TN
- Northwest Airlines Terminal Construction Damages and Delay Claim – Detroit, MI
- Alberici Waste Water Treatment Plant Damages Claim– Atherton, MO
- Granite Penn (Philadelphia Marriott Residence Inn) Damages and Delay Claim, Philadelphia, PA

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

Lisa has provided expert opinion and or participated in mediation of Owner and Contractor claims, including:

- Clark Construction Group Inc., v City of Memphis Shelby County Convention Center Project
- Dulles Hotel Corporation and Stanford Hotels v Hitt Construction Dulles Hilton Expansion Project

## CONSTRUCTION RELATED EXPERIENCE:

During her tenure in the construction industry, Lisa was well known and became highly respected for:

- Hands on construction knowledge in all aspects of construction
- Planning, scheduling and project budget expertise
- Risk and strategy analysis expertise
- Consistent project and self perform work successes
- Complex and manifold building types including
  - Metro Stations
  - Convention Center
  - Semi-Conductor Plant
  - Light-rail
  - Apartment, Office and Mixed Use Buildings
  - Federal Courthouse
  - Mechanical Central Plants
- Delivery methods that include: Design Build, Design Bid Build, and Fast Track

**September 1980 to June 2004**
**The Clark Construction Group, Inc.**
**Vice President and Executive-in–Charge of Scheduling Department**

Lisa held multiple positions of increasing responsibility and expertise at The Clark Construction Group. Her experience included working as: Vice President and Project Executive with full and complete responsibility for bringing many multi million dollar projects in, on time and on budget; Bid Proposal Executive, leading bid and estimating teams in pursuing work; Business Development/Marketing Leader, providing estimating, budgeting and pre-construction services; Project Superintendent, with generous self-perform experience; Senior Project Manager; Project Manager, Project Engineer, Assistant Superintendent and Surveyor. Lisa led all facets of construction efforts including purchasing and quality control for her projects. Lisa also designed and taught several company wide training courses on project planning, scheduling, site logistics, subcontractor relations, and change orders.

**Projects and Positions at Clark Construction Included:**

▪ **Scheduling Department**

Executive in Charge, The Clark Construction Group, Inc. Scheduling Department, including training of Superintendents and Project Managers in the practice of CPM scheduling using Primavera and review of all Mid-Atlantic area company schedules prior to submission to clients.

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

- **MTA Lightrail Project 2003-2004**

Vice President and Project Executive for the 16 million dollar Maryland Transit Authority Lightrail project 6-7, including double tracking 3.5 miles of rail, several road crossings, extensive site modifications and the construction of two Lightrail stations.

- **Largo Stations Project 2002-2004**

Vice President and Project Executive for the 92 million dollar design build Washington Metropolitan Area Transit Authority (WMATA) Largo Stations Project including Bid preparation, WMATA contract negotiations, and directing all facets of this design build project including architect and engineer design, self perform structural concrete and foundations work, purchasing, planning, scheduling and implementation of construction for this heavy civil project, comprising two Metro Subway stations, a 2100 car parking garage, child care center, surface parking, and site improvements.

- **625 North Washington Street 2000-2002**

Project Executive in Charge of this 28 million dollar office and retail mixed use project in Historic Alexandria Virginia.

- **Lexington Apartment 2000-2002**

Project Executive in Charge of this 11 million dollar, twelve story apartment building near the MCI center, in the theatre district of Washington DC.

- **The New Washington Convention Center 1998-2000**

Design and Cost Manager for the 650 million dollar Washington DC Convention Center, overall responsibility for the budget and design, providing management of the Owner's design disciplines, assuring design remained within the budget, providing constructability reviews, providing purchasing services and general oversight of this quasi design build, fast tracked 2.1 million square foot GMP contract.

- **Dominion Semi-Conductor Plant 1995-1996**

Project Manager and Superintendent for all self-perform work on this 300 million dollar clean room, including completing over 50,000 cubic yards of concrete placement in 4 months, with direct responsibility for the 500 person workforce, on this 24-7 fast-tracked project.

- **Other Projects and Positions:**

| | | | |
|---|---|---|---|
| New Boston Courthouse | 105 million | 1993-1994 | Superintendent |
| Rockwell International | 90 million | 1992-1993 | Superintendent |
| Smithsonian Museum Chiller Plant | 11 million | 1992 | Superintendent |
| Giant Food Headquarters Bldg | 25 million | 1991 | Superintendent |
| FDIC Headquarters | 80 million | 1989-1990 | Superintendent |
| Techworld Office Bldg | 100 million | 1987-1988 | Assist. Superintendent |
| Waste to Energy Facility | 60 million | 1984-1986 | Project Mgr/Super |
| GW University Law Center | 10 million | 1983-1984 | Assist. Superintendent |

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

| GW University Bldg | 3 million | 1983 | Project Engineer |
| Defense Intelligence Agency | 100 million | 1981-1983 | Surveyor/Engineer |
| US Airways Headquarters | 10 million | 1980-1981 | Surveyor/Engineer |

**EDUCATION:**

Ms. Enloe is a graduate of Catholic University, where she received a bachelor of science in architecture, summa cum laude.

**TESTIMONY AND LITIGATION SUPPORT:**

Lisa's experience includes both being retained as an expert in litigation and testimony at deposition. Testimonial history available upon request.

**REFERENCES:**

Will be furnished upon request.

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

**<u>Testimonial History</u>**
**<u>Lisa Ann Enloe</u>**

2005    Deposition
United States District Court for the Western District of Tennessee
Clark Construction Group Inc., Plaintiff v City of Memphis et al Defendant
Civil Action No. 01-2780

2006    Deposition
United States District Court Northern District of Georgia
Hardin/Russell/Mitchell, a Joint Venture, Plaintiff v National Union Fire Insurance,
Defendant
Company of Pittsburgh, PA
Civil Action No. 2696

Deposition
United States District Court for the Southern District of Indiana
Indianapolis Division
Hunt Construction Group, Inc., Plaintiff v Allianz Global Risks U.S. Insurance Company,
Defendant
Civil Action No. 04-CV-02126

Deposition
United States District Court for the Southern District of Indiana
Indianapolis Division
Hunt Construction Group, Inc., Plaintiff v Allianz Global Risks U.S. Insurance Company,
Defendant
Civil Action No. 04-CV-01720 JDT-TAB

Deposition
United States District Court Southern District of Iowa Central Division
The Weitz Company LLC, Plaintiff v Lloyds of London, et al Defendant
USDC Case No. 4:04 CV 90353

Deposition
Superior Court of New Jersey Law Division: Morris County
Granite Penn Square LLC, Plaintiff v United States Fire Insurance Company Defendant
Docket No. MRS-L-1880-03

2007    Deposition
United States District Court Southern District of New York
SR International Business Insurance Co., LTD v World Trade Center Properties LLC, et
al., Civil Action 01-CV-9291 (JSM)

Deposition and Testimony
American Arbitration Association
Hitt Contracting, Inc., v Dulles Hotel Corporation, 16110Y00175 006 Washington DC

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

Deposition
24th Judicial District Court for the Parish of Jefferson State of Louisiana Number 635-788 c/w 643-243 Pyramid Hotel Operating Venture, LLC v Lexington Insurance Company et al.

Deposition
Alberici Contractors Inc., v. RLI Insurance Company, United States District Court Eastern District of Missouri, Eastern Division, Case Number 05CV02079

Deposition
Sears Holdings v. Ace American et. al., United States District Court, Southern District of Mississippi, Southern Division, Case Number 06-CV-1263 LG/JMR

Deposition
American Arbitration Association
Forrester Construction Co Inc., v. Belle Haven Country Club, Inc., Case No. 16 110 Y 00532 06

2008

Testimony
24th Judicial District Court for the Parish of Jefferson State of Louisiana Number 635-788 c/w 643-243 Pyramid Hotel Operating Venture, LLC v Lexington Insurance Company et al.

2009

Deposition
In the Superior Court for the District of Columbia Civil Division Bovis Lend Lease, Inc., et al Plaintiffs v BACC Builders, D.C.LLC, Defendant Civil Action No. 2004 CA 004923B.

2011

Deposition
In the United States District Court for the District of Maryland Southern Division, Perini/Tompkins, A Joint Venture, et al., Plaintiff v Factory Mutual Insurance Company, Defendant Case No. PJM 09 CV 3127.

Deposition
In the United States District Court for the Southern District of New York, et al., Bovis Lend Lease LMB and Bayrock/Sapir Plaintiffs v Liberty Mutual Insurance Company, Axis Insurance Company, Landmark American Insurance Company and Illinois Union Insurance Company, Defendants. Civil Action No.: 1:10-cv-2250.

2012

Deposition
In the United States District Court for the Southern District of New York, et al., Bovis Lend Lease LMB and Bayrock/Sapir Plaintiffs v Liberty Mutual Insurance Company, Axis Insurance Company, Landmark American Insurance Company and Illinois Union Insurance Company, Defendants. Case No. : 1: 10 – cv – 2250 (PAE) (MHD).

# HELD ENLOE & ASSOCIATES, LLC

CONSTRUCTION CONSULTING

2012

    Deposition
    American Arbitration Association
    Mitchell Rales, Claimant v Gwathmey Siegel & Associates Architects, LLC, Respondent.
    Case No. 16 110 Y 000525 11.

2013

    Deposition
    In the Chancery Court for Davidson County, Tennessee, Opry Mills Mall Limited Partnership; Simon Property Group, L.P.; and Landesbank Hessen-Thuringen Girozentrale, Plaintiffs, v Arch Insurance; Aspen Insurance; Essex Insurance Company; General Security Indemnity Company of Arizona; Hiscox Inc.; Ironshore Specialty Insurance Company; Lexington Insurance Co.; Liberty Mutual Insurance Company; Certain Underwriters at Lloyds of London; Maiden Specialty Insurance Co.; RSUI Indemnity Company; Sompo Japan Insurance Company of America; Tokio Marine Global, Ltd.; Torus Specialty Insurance Co.; XL Insurance America, Inc.; Zurich American Insurance Company; and AON Risk Services Central, Inc., Defendants, Case No. 10-1504-IV.

    Testimony
    American Arbitration Association
    Mitchell Rales, Claimant v Gwathmey Siegel & Associates Architects, LLC, Respondent.
    Case No. 16 110 Y 000525 11.

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

**Janice M. Inguagiato, PE, PSP, LEED AP**
**Director**

Jan Inguagiato's career has spanned 17-years as a construction industry professional, in construction management for a design and engineering firm, and as an active duty officer in the United States Army Corps of Engineers. Jan has also provided consulting services to clients on multi-million dollar disputes, with concentration on schedule and cost evaluation.

In 2010, Jan was selected by Consulting-Specifying Engineer Magazine as one of their 40 Under 40 in the engineering community.

**PROFESSIONAL EXPERIENCE**

**September 2007 – Present**
**Held Enloe & Associates, LLC**
**Director**

Since 2007, Jan has worked on numerous consulting projects and disputes involving delay claims, physical damage cost claims and other construction related disputes. Jan's work consists primarily of providing schedule analysis to determine project delay, analysis and estimating of costs, and support for litigation. The following is a brief summary of assignments:

- Power Plant – Missouri – Schedule and delay analysis for the construction of a $700 million dollar power plant following a crane collapse.
- Rosslyn Commons – Arlington, VA – Evaluated damage costs and schedule delay related to sheeting and shoring failure on a two building apartment complex under construction.
- Rand Construction – Washington, DC – Scheduling consultant for various interior construction projects; developing construction schedules, monthly schedule updating and developing fragnets and delay claims.
- Catholic University – Washington, DC – Estimate physical damage repair costs to more than fifteen Catholic University buildings as a result of an earthquake.
- Stonebridge – 200 Eye St, Washington, DC – Acted as the owner/developer's scheduling consultant from review of pre-construction and baseline schedules through project substantial completion. Assisted owner in evaluating requests for time extensions and change order costs by the general contractor.
- StonebridgeCarras – Constitution Square, Washington, DC – Acted as the owner/developer's scheduling consultant for two office buildings and a residential building which includes a hotel and grocery store. Reviewed the general contractor's baseline schedule and monthly schedule updates, issued reports and coordinated with the general contractor on scheduling. Assisted the owner in review of change orders and evaluation of delay and time extension claims.
- Bayrock-Sapir-Trump Soho – New York, NY – Construction Accident Claim – 43 story building - Assisted principal in expert report including delay analysis and cost analysis for owner/developer and general contractor claims related to the collapse.
- Kent State Performing Arts Center – New Philadelphia, OH – Construction Accident Claim – Co-wrote report on delay and damages claims for repair and replacement of damaged steel structure and its impact on the construction schedule.
- One Bryant Park – New York, NY – Construction Accident Claim – $1 billion, 52 story building – Assisted principal in delay analysis and the impact of the construction accident on the schedule.

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

- Condominium Building – Washington, DC - Water Damage Claim – Consulted on schedule and wrote report on project delay as a result of three water loss claims in a 9 story condominium building under construction.
- Estoril – Miami, FL – Mold Remediation claim – Assisted principal with expert report on physical damage repair costs.
- Grande Villas at Indian Beach – Indian Beach, NC – Water damage claim – Consulted on and wrote report for the repair of physical damage, soft costs, and impact of repair on the construction schedule.
- Ocean Grande – Miami, FL – Mold Remediation and delay claim – Consulted on the impact of the mold remediation on the schedule.
- Summit Country Day School – Cincinnati, OH – Building collapse claim – Consulted on the impact of the collapse of a portion of the existing school on the construction schedule of a new addition to the school.
- Dranoff Properties, Inc. – Symphony House, Philadelphia, PA – Fire Delay and impact claim – Consulted on the impact of the fire on the schedule and a review of the resulting costs.

**January 2004 – September 2007**
**DMJM H&N**
**Senior Associate**

**Projects and Positions at DMJM H&N Included:**

**Deputy Site Manager (Dec 2004 – Sep 2007)**
Responsible for the management of the Architect and Engineering portion of an Architect/Engineering and Facility Management contract for a 217 acre secure compound on Ft. Belvoir, VA with an average yearly contract value for design work of $15 million. Design and engineering work ranged from complete building design to minor renovations. Responsibilities included:

- Management of a staff of 24 engineers and architects and a 4 person project control section of estimators, schedulers and construction administrators.
- Daily production and quality control of construction documents averaging 450 design packages a year.
- Management of the scheduling staff in developing a Master Schedule for the client that depicted both design and construction schedules for the average 500 projects ongoing at any given time.
- Client support in development of project scopes, cost proposals for design work, drawing and material standards, tenant coordination, budget projections and planning, and development of a site master plan which included the projected site design and construction requirements through 2014.
- The contract was ISO 9001 compliant.

**Construction Project Manager (Jan 2004 – Dec 2004)**
Responsible for on-site management and administration of multiple construction projects on Ft. Belvoir, Virginia. Duties included quality assurance, schedule evaluation and management, safety, progress and payment evaluation, design construction administration and resolution of change orders and modifications. Projects included construction of a $22 million, 100,000 square foot office and data center as well as several simultaneous smaller projects including parking lots, antenna towers and several major duct-banks.

HELD ENLOE & ASSOCIATES, LLC
CONSTRUCTION CONSULTING

**May 1996 to January 2004**
**US Army Corps of Engineers**
**2nd Lieutenant thru Captain**

In 7 and a half years in the Army Jan held multiple positions as an active duty Army Officer in the US Army Corps of Engineers. Her experience included work as the Construction Project Manager for the construction of two government office and data center buildings, one an addition and one a standalone building with a bridge connection to the existing building. The construction included both the core and shell and the tenant fit-out as follow on projects. The projects added more than 340 thousand square feet to the facility at a core and shell cost of approximately 40 million dollars. Her duties included quality assurance, schedule evaluation and management, safety, progress and payment evaluation, and resolution of change orders and modifications. In addition Ms. Inguagiato was responsible for multiple design and construction projects on military installations, supervision of surveying and material testing teams, and material and logistics coordination for military installations around the U.S. and on deployments abroad. Her experience abroad includes construction of a bridge in Thule, Greenland and design, construction and material procurement for schools constructed in rural Thailand.

**EDUCATION:**

Ms. Inguagiato is a graduate of the University of Missouri, Rolla where she received a masters in engineering management as well as Clarkson University, where she received a bachelor of science in civil engineering.

**PROFESSIONAL:**

Ms. Inguagiato is a Licensed Professional Engineer in Missouri, an AACE Certified Planning and Scheduling Professional, holds a Certificate of Management in Building Information Modeling from AGC of America and is a LEED Accredited Professional.

**TESTIMONY AND LITIGATION SUPPORT:**

Ms. Inguagiato has no testimonial history.

# TAB 32

## Shenk, Charlie

| | |
|---|---|
| **From:** | Shenk, Charlie |
| **Sent:** | Friday, February 23, 2007 6:13 PM |
| **To:** | Lawrence H. Goldman |
| **Cc:** | Harlan Karp; 'ndalzell@levineconstructioninc.com' |
| **Subject:** | FW: One Place Condomiums 1 E 8th : Street Earth Retention Issues |
| **Attachments:** | IMG_0842.jpg; IMG_0843.jpg; IMG_0844.jpg; IMG_0845.jpg; IMG_0846.jpg |

Larry,

Thanks for getting on this critical issue right away. Besides the possibility of failure, I am concerned about the undermining of the frost walls. Due to movement in the earth retention sheeting along the west side of our basement, the soil has settled away from the bottom of the frost beams as shown in the attached pictures that Bud took today. Does this create a situation where the frost wall cannot function properly structurally and how should this area be backfilled?

Charlie


```
-----Original Message-----
From: Lawrence H. Goldman [mailto:lgoldman@levineconstructioninc.com]
Sent: Friday, February 23, 2007 4:03 PM
To: sdscherer@haywardbaker.com; Shane J. Farr
Cc: Noel Dalzell; Bud Case; Marvin J. Levine; Shenk, Charlie
Subject: One Place Condomiums 1 E 8th : Street Earth Retention Issues

 <<IMG_0834.jpg>>
 <<IMG_0835.jpg>>
S <<IMG_0836.jpg>> te <<IMG_0837.jpg>> ve <<IMG_0838.jpg>> /
<<IMG_0839.jpg>> S <<IMG_0840.jpg>> ha <<IMG_0841.jpg>> ne
<<IMG_0842.jpg>> ,
 <<IMG_0843.jpg>>
A <<IMG_0844.jpg>> s  <<IMG_0845.jpg>> we <<IMG_0846.jpg>> d
<<IMG_0847.jpg>> is <<IMG_0848.jpg>> cussed, these are the most recent
photos of the site. You can see the "bow" in the whaler just north of
column line 9. The recently poured grade beams along State Street show
voids that have just begun below the grade beams. The City has cited us
for cracks that are occurring in State Street as well and this may all
be tied in together.

We understand that you are treating the current conditions in a serious
manner and that your crews will continue with all of the necessary
remedial repairs and or reinforcement through the weekend. Should there
be any new developments during the weekend that would prevent the
balance of the trade work from continuing on Monday morning, please
notify Bud Case @ 847-456-4593 or Noel Dalzell    @ 847-366-2794.

Thank You,

Larry Goldman

Vice President
Levine Construction
```

2/26/2007



EXHIBIT NO. 04
3/22/12
N. GIALAMAS

847-444-0100 office
847-489-8478 cell
lgoldman@levineconstructioninc.com


-----Original Message-----
From: Bud Case
Sent: Friday, February 23, 2007 3:02 PM
To: Lawrence H. Goldman; Noel Dalzell
Subject: You have received photos from Adobe Photoshop Album Starter
Edition 3.0

    Here is a few photos of whats going on.Callme if you have any
questions.Hayward is having Budron work tonight.

Bud

The sender has included tags, so you can do more with these photos.
Download Photoshop (R) Album Starter Edition-Free!
http://www.adobe.com/aboutstarteredition

2/26/2007

ONEPLACE021052

# TAB 33

LEVINE CONSTRUCTION, INC.

February 28, 2007

Mr. Harlan Karp
Southblock Development, LLC
828 S. Wabash, Suite 200
Chicago, Illinois 60605

Re:     **One Place Condominiums & South Loop Shops**
        *1 E. 8th Street, Chicago, Illinois*
        <u>Sheeting along 9 Line and State Street</u>

VIA E-Mail
harlan@southblock.com

Dear Harlan:

We are writing this letter to formally inform you of a series of events that came to our attention on Thursday, February 22, 2007. While performing his daily review of site, Levine Construction Inc.' (LCI) Superintendent Mr. Bud Case identified settlement between the sheeting and the adjacent soil along grid line 9 at the above reference project. The sheeting is located at the south end of the construction site and is placed there to allow construction activities to continue simultaneously on the Astoria site to the south and One Place site to the north.

LCI contacted Hayward Baker, Inc. (HBI) who responded immediately and worked nonstop until the sheeting and associated components were reinforced and the condition stabilized. LCI directed the project surveyor, Professionals Associated, to place additional settlement points as recommended by HBI and to monitor the sheeting, wales and rakers daily. LCI has also directed Professionals to forward a copy of their results to LCI and HBI.

Again while on a job site inspection on Monday, February 26, 2007 Bud noticed movement at the sheeting on the west side of the site parallel to State Street. Excavation had been performed the previous Friday, preparing to place the concrete matt slab under elevator three, four and stair four. The void between the sheeting and the soil was as much as eight inches (8") in places. Soil had also settled under the frost wall leaving voids.

LCI notified HBI who responded immediately, HBI recommended backfilling the excavated area to stop the settlement, providing time to diagnose the problem and engineer an appropriate solution. The backfilling is now completed. HBI arranged to have additional soil borings to provide them with more current information. This work was scheduled and performed by STS on Tuesday, February 27, 2007. HBI is now engineering a new retention plan.

This morning LCI contacted Mr. Zenon Stuck of the Chicago Department of Transportation to inform them of the situation. Zenon stated that the proposed revision to the earth retention system will need to be approved by DCAP and advised that any work not associated with the revised retention cannot continue until further notice.

Very truly yours

Levine Construction, Inc.

Noel Dalzell
Project Manager

cc:     Charlie Shenk, Southblock Developmet, LLC, via e-mail
        Mike DeRouin, FitzGerald Associates Architects, via e-mail
        Shane Farr, Hayward Baker, via e-mail
        Marvin J. Levine, Levine Construction, Inc. via e-mail
        Larry Goldman, Levine Construction, Inc. via e-mail
        Bid Case, Levine Construction, Inc. via e-mail



EXHIBIT NO. 99
3/22/12
N. GIALAMAS

740 waukegan road ⇔ suite 400 ⇔ deerfield, illinois 60015 ⇔ p. 847.444.0100 ⇔ f. 847.444.0102
www.levineconstructioninc.com

LEVINE013742

# TAB 34

# Concrete Structures of the Midwest, Inc.

1845 Western Drive
West Chicago, Illinois 60185

**Phone:** 630-293-5775
**Fax:** 630-293-5814

March 1, 2007

Levine Construction, Inc.
740 Waukegan Road, Suite 400
Deerfield, Illinois 60015
Phone: 847-444-0100

**Via Fax: 847-444-0102**

**Attn:** Noel Dalzell, Project Manager

**RE:** **One Place Condominiums & S. Loop Shops**     **Job #: 0609**
**Undermined Frost Walls & Caps Along Grid D/10-14**

Dear Noel:

We observed that the soils under the frost walls and caisson caps along Grid Line D from approximately Line 10 to 14 were undermined. Although the caissons are providing supports at certain locations, it appears that most of the frost wall spans are no longer bearing on soil. We also observed some cracking on the frost wall turnouts where they are now unsupported after the soils were undermined.

Sincerely,
**Concrete Structures**

Neo Lorenzo
Project Manager

cc:    0609 Job File
Encl.   None

3/1/2007 12:40 PM                    1 of 1



EXHIBIT NO. 100
3/22/12
N. GIALAMAS

CONCRETESTRUCTURES008150

**TAB 35**

**LEVINE** CONSTRUCTION, INC.



EXHIBIT NO. ___
3/22/12
N. GIALAMAS

## RECOMMENCEMENT OF WORK

April 11, 2007

TO:  Shane Farr              Hayward Baker, Inc.
     Walter (Buster) Maxwell  Budron Excavating, Inc.
     Neo Lorenzo             Concrete Structures of the Midwest, Inc.
     Jay Haberkorn           Bonus Electric, Inc.
     Cliff Nadolna           Nadolna Brothers

Re:  **ONE PLACE CONDOMINIUMS & SOUTH LOOP SHOPS**
     *1 E. 8th Street, Chicago, Illinois*

**VIA E-MAIL**

Gentlemen:

Please be advised that the modifications to the earth retention system are to be completed 4/13/07, therefore we are hereby authorizing you to recommence work on Monday, April 16, 2007.

Please call if you have any questions.

Very truly yours,

Levine Construction, Inc.

Marvin J. Levine, P.E., F. ASCE
President

MJL/kr

cc:  Charlie Shenk, Southblock Development, LLC, via e-mail
     Harlan Karp, Southblock Development, LLC, via e-mail
     Mike DeRouin, FitzGerald Associates Architects, via e-mail
     Robbie Brundige, FitzGerald Associates Architects, via e-mail
     Lawrence H. Goldman, Levine Constriction, LLC, via e-mail
     Bud Case, Levine Construction, Inc., via e-mail
     Kremena Raykova, Levine Construction, Inc., via e-mail
     Mike Writz, Levine Construction, Inc., via e-mail
     File

cc: Paul Mast, PEM Consulting 312-641-0850 04/16/07

RECEIVED
APR 1 1 2007
CONCRETE STRUCTURES
OF THE MIDWEST, INC.

CONCRETESTRUCTURES006015

# TAB 36

To:     File

From:  Steve Scherer

Cc:    Jerry Parola, Shane Farr, Kyle Camper

Re:    One Place Condos

Wight Construction called a meeting for 9:00am 7/16/07.

No attendee sheet was passed around.

As best I can determine, the following attended:

HBI
Steve Scherer
Jerry Parola

Case Foundation
Jim Haughey

Wight Construction
Peter Page
Jason Waldron
Mike – Supt.

Budron
Gary Pearson

Concrete Structures
Neil
Kevin
Layout Man

South Block
Charlie Shenk

Professional Surveyors
1 or 2 people

UCT
Boris Draginsky

CSA
Ralph Kolistra

Fitzgerald Architects
2 reps showed up late

STS Consultants
Darren Diehm

1. The meeting was organized by Wight to discuss movement/layout issues with the west wall south of the Tower Crane.

2. The meeting began in the field. Boris Draginsky reported that NDT was done on 6 caissons. Testing extended to 40' depth; 20' below rebar cage. No defects were detected in the 5 caissons in the area of earth movement (south of the tower crane). One caisson north of the tower crane (outside the zone of HBI's work) has a possible "gray area" or "partial crack" at 19' to 22' deep. Column line (15.1)

   Per Boris of UCT, "There is no loss of integrity to the caissons".

DEP. EX. NO. 156

FOR ID., AS OF CB 5/4/12

WIGHT001984

3. Dimensional Discrepancies

- Wight reported that the caissons were installed ± 1/4" to 1/2" per the asbuilt survey. However, now the caissons and the wall are 6" to 9" east. No one present had an explanation.

- The west grade beam wall has moved as much as 2-3/8" since it was last monitored April 15, 2007.

- No survey data was taken on the caissons since there completion.

- The west sheet pile wall and all monitoring points in State Street show no sign of movement since HBI completed the remedial work.

- Wight videoed the City sewer with a City inspector present. No damage, due to earth movement was observed; just wear and tear due to its age.

- It was noted that neither the tower crane pad nor the caissons supporting it have moved. It was noted by Concrete Structures that the 1st caisson south of the crane pad is 6" east of its design location but that it is also tied to the crane pad without any visual shear cracks or other signs of movement.

4. Ralph from CSA stated that Wight needed to;

A. Establish a time line of events and related movements.

B. Get an exact survey of each caisson and the wall.

C. Have an outside consultant review the data and verify the integrity of the caissons.

D. CSA & Wight later announced that WJE has been hired to review and investigate the entire problem, and asked that all present send pertinent information to Jason Warden @ 630-918-8512.

5. Budron is ready to begin backfill operations now. Wight to advise.

6. Attached is the current survey information as measured by Concrete Structures.

WIGHT001985

ATT. N00

COL. TOO FAR EAST AT 0'-0"

| D-9 | OK | $= x_1$ |
| D-9.4 | OK | $= x_2$ |
| D-9.9 | OK | $= x_3$ |
| F.W. | 1" | $= y_1$ |
| D-11.1 | 5" | $= x_4$ |
| F.W. | 6" | $= y_2$ |
| D-11.5 | 7½" | $= x_5$ |
| FW | 7½" | $= y_3$ |
| D-11.9 | 8" | $= x_6$ |
| FW | 8½" | $= y_4$ |
| Ø D-12.2 | 8½" | $= x_7$ |
| FW. | 9½" | $= y_5$ |
| Ø D-28 | 8½" | $= x_8$ |
| FW | 8½" | $= y_6$ |
| D-13 | 8" | $= x_9$ |
| F.W. | 8" | $= y_7$ |
| D-13.4 | 7" | $= x_{10}$ |
| F.W. | 7" | $= y_8$ |
| D-13.9 | 6" | $= x_{11}$ |
| FW | 6" | $= y_9$ |

Notes:

1) $x_n$ = dimension between as-built caisson cap, column dowel and proposed ₵

$y_n$ = dimension between as-built frost wall outside ~~face and proposed~~ outside face

2) As-built caps & column dowels appear to be centered on as-built caissons.

3) ~~See~~ attached ~~sketches~~ SK1 and SK2

WIGHT001986

# TAB 37

DEP. EX. NO. *15 9*

FOR ID., AS OF _CB_  _5/4/12_

Travelers-014568

# Concrete Structures of the Midwest

## CHANGE ORDER REQUEST
### No. 00006.1

1845 Western Drive
West Chicago, Illinois 60185

Phone: 630-293-5775
Fax: 630-293-5814

2-65

**TITLE:** D-Line Remediation T&M Work, Part 1

**DATE:** 8/29/2007

**PROJECT:** One Place Condominiums & S. Loop Sho

**JOB:** 0609

**TO:**    Attn: Joshua M. Warriner
Wight & Co.
828 S. Wabash, Suite 200
Chicago, Illinois 60605
Phone: 312-588-0590   Fax: 312-588-0705

**CONTRACT NO:** 0609-00R

**RE: COR**       **To: WIGHT**       **From:** 10135       **Number:** 00006.1

**DESCRIPTION OF PROPOSAL**

Revised: Aug. 29, 2007

Aug. 28, 2007:
This request is for the additional work authorized under Change Order #CSM-12 D-Line Remediation on a time and material basis for the specific dates of August 6-19, 2007, and premium time work for the specific dates of August 20-25, 2007, as described in the line items below and on the attached signed tickets. This request does not include any delay or impact costs (to be determined at a later date and on a separate request).

| Item | Description | Stock# | Quantity | Units | Unit Price | Tax Rate | Tax Amount | Net Amount |
|------|-------------|--------|----------|-------|-----------|----------|-----------|-----------|
| 00001 | CO#CSM-12 D-Line Remediation T&M Extra Work for Signed Tickets with dates 8/6/07 to 8/10/07 | | 1.000 | LS | $60,068.62 | 0.00% | $0.00 | $60,068.62 |
| 0002 | CO#CSM-12 D-Line Remediation T&M Extra Work for Signed Ticket with dates 8/13/07 to 8/19/07 | | 1.000 | LS | $66,023.92 | 0.00% | $0.00 | $66,023.92 |
| 00003 | CO#CSM-12 Premium Time to Frame Deck & Place Rebar for Pour #3 & #4 for Signed Tickets with dates 8/20/07 to 8/25/07 | | 1.000 | LS | $18,145.52 | 0.00% | $0.00 | $18,145.52 |

| | |
|---|---|
| **Unit Cost:** | **$144,238.06** |
| **Unit Tax:** | **$0.00** |
| **Lump Sum:** | **$0.00** |
| **Lump Tax:** | **$0.00** |
| **Total:** | **$144,238.06** |

**By:** _Neo Lorenzo_

**Date:** 08/29/07

**By:** _____
Joshua M. Warriner

**Date:**

# TAB 38

**Hayward Baker Inc.**
1350 W. Lake Street
Roselle, IL 60172

Tel: 630-339-4300
Fax: 630-339-4310

# HAYWARD BAKER

A Keller Company

April 30, 2007

Mr. Larry Goldman
**Levine Builders, Inc.**
740 Waukegan Road
Suite 400
Deerfield, IL 60015

RE: <u>One Place Condominiums, Chicago, IL</u>
Invoice Breakdown for Supplement Bracing Work

Dear Larry,

As requested, we have prepared this breakdown of our costs for the supplemental bracing work recently completed. Listed below are costs accrued on the project for the driven pile and bracing installation, multiplied by the contract mark-up rates of 10% for overhead and 5% for profit. The general items are lump sum costs and are not broken out. The installation of all of the supplemental bracing is complete. In our proposal to you dated March 21, 2007, we also included a line item for removal of the bracing. If and when that work is performed, we will provide a similar breakdown of those costs for that billing.

**General Items**

| | | | |
|---|---|---|---:|
| Engineering | Lump Sum | $ | 15,000 |
| Soil Borings (STS Consultants) | Lump Sum | $ | 5,000 |
| Mobilization | Lump Sum | $ | 17,000 |
| (Note that our mobilization for the original scope of work was $20,000) | | **$** | **37,000** |

**Drive Piles**

| | | | | |
|---|---|---|---:|---|
| Labor cost: | Crew incl. fringe, taxes and insurance | $ | 5,654 | per day |
| Equipment cost: | Superintendent Truck | $ | 100 | per day |
| | Fuel and other misc. costs | $ | 300 | per day |
| | Daily subtotal | $ | 6,054 | per day |
| | Overhead (10%) and profit (5%) | x | 1.16 | |
| | | $ | 7,023 | per day |
| | ABI Multi-Pile Rig (640 hp) | $ | 4,494 | per day |
| | Welding Machine (100 hp) | $ | 169 | per day |
| | Daily Subtotal | $ | 11,686 | per day |
| | | x | 3 | days |
| | *Subtotal* | *$* | *35,058* | |

California • Colorado • Florida • Georgia • Illinois • Iowa
Maryland • Massachusetts • New Jersey • New York • North Carolina
Tennessee • Texas • Washington • British Columbia • Mexico City, Mexico
www.haywardbaker.com
Equal Opportunity Employer



DEP. EX. NO. 145
FOR I.D., AS OF  5-22-12 pv

HAYWARD000700

One Place Condominiums
April 25, 2007
Page 2 of 2

| Material cost: | HP12x53 beams (incl. tax) | $ | 29,570 | |
| | Overhead (10%) and profit (5%) | x | 1.16 | |
| | *Subtotal* | *$* | *34,302* | |
| | **TOTAL** | **$** | **69,360** | |

**Bracing**

| Labor Cost: | Crew incl. fringe, taxes and insurance | $ | 3,912 | per day |
| Equipment cost: | Superintendent Truck | $ | 100 | per day |
| | Fuel and other misc. costs | $ | 300 | per day |
| | Daily Subtotal | $ | 4,312 | per day |
| | Overhead (10%) and profit (5%) | x | 1.16 | |
| | | $ | 5,002 | per day |
| | (3) Welding Machines (100 hp) | $ | 507 | per day |
| | Daily Subtotal | $ | 5,509 | |
| | | x | 8 | days |
| | | $ | 44,072 | |
| Yard Cost plus OH&P | | $ | 1,100 | |
| | *Subtotal* | *$* | *45,172* | |

| Material cost: | W24x146 wale (incl. tax) | $ | 13,885 | |
| | 18"x1/2" pipe raker (incl. tax) | $ | 18,235 | |
| | Misc. steel supports, packing, shims, etc. | $ | 2,000 | |
| | | *$* | *34,120* | |
| | Overhead (10%) and profit (5%) | x | 1.16 | |
| | *Subtotal* | *$* | *39,579* | |
| | **TOTAL** | **$** | **84,751** | |

| | **TOTAL COST** | **$** | **191,111** | |

We anticipate the cost of the bracing removal to be close to our original estimate of $7,100 and as such, the total final cost should be about $15,800 below the budget. If you have any questions, please do not hesitate to contact me at (630) 339-4324.

Sincerely,
Hayward Baker, Inc.

Shane J. Farr, SE, PE
Project Manager



**HAYWARD BAKER**
A Keller Company

HAYWARD000701

**TAB 39**

III. C. PARTIAL REPAIR OF
RETENTION STRUCTURE

DEP. EX. NO. 186

FOR I.D., AS OF 5-22-12 pv

OP-GM/AI001878

*HKB DOC 758 12.22.08*

*III.C. Partial Repair of
Retsrial Structure*

Hayward Baker Inc.
1350 W. Lake Street
Roselle, IL 60172



Tel: 630-339-4300
Fax: 630-339-4310

March 15, 2007
Revised March 21, 2007

Mr. Larry Goldman
Levine Builders, Inc.
740 Waukegan Road
Suite 400
Deerfield, IL 60015

RE:   <u>One Place Condominiums, 8th and State, Chicago, IL</u>
       Change Order No. 2 Request

Dear Larry,

Hayward Baker, Inc. has prepared this Change Order request to the contract for the additional work performed to stabilize and strengthen the earth retention at the One Place Condominium project. This work is related to the letter from LCI to CDOT dated February 28, 2007. The scope of work and price is shown below.

## SCOPE OF WORK

Install driven piles along the portion of the cantilever sheeting along the west side of the site between column lines 12.2 to 15. The driven piles will act to stabilize the soil mass and improve the global stability of the system. A wale with rakers to concrete grade beams will be installed over the driven piles one foot below top of the sheeting between column line 10.5 to 16. The position of the wale and driven piles will be located in the field based on the actual deflection of the sheeting. The grade beams and backfill of the grade beams with flowable fill will be the scope of others. Refer to ERS drawings ERS-1 and ERS-3, dated 3/14/07 for further information about the scope of work.

## QUALIFICATIONS AND CLARIFICATIONS

The scope of our work specifically includes the following:

- Furnish and install the driven piles, wale and rakers.
- Provide drawings and calculations stamped by an Illinois licensed Structural Engineer.
- Layout of the piles and braces from column line control provided by others.
- Removal of the braces.



California • Colorado • Florida • Georgia • Illinois • Iowa
Maryland • Massachusetts • New Jersey • New York • North Carolina
Tennessee • Texas • Washington • British Columbia • Mexico City, Mexico
www.haywardbaker.com
Equal Opportunity Employer

OP 005017

OP-GM/A1001879

One Place Condominiums
Change Order No. 2
March 15, 2007; Revised March 21, 2007
Page 2 of 3

The scope of our work specifically excludes the following:

- Provide access to the work area and a stable, level, dry working platform suitable for a 140,000 lb track mounted rig and a rubber tired picker.
- Dewatering and pumping, as required, to maintain a dry working area including ground water and surface water.
- Provide concrete grade beams and backfilling.
- Provide boxouts in the foundation wall and slabs for the rakers including patching of the boxouts upon removal of the bracing.
- Hoisting of the removed bracing material out of the building and onto HBI trucks.
- Cutoff of piles or sheeting.
- Adjustment to the tower crane, including releveling, if required.
- Settlement, movement or vibration monitoring of any surrounding pavement or structures.
- Repair of any existing damage to utilities, pavement or structures.

Please issue a change order for the above scope of work. The terms and conditions and additional qualifications for this work will follow those included in the subcontract agreement dated October 23, 2006 between HBI and Levine Construction. If you have any questions, please do not hesitate to contact me at (630) 339-4324.

Sincerely,
Hayward Baker, Inc.

Shane J. Farr, SE, PE
Project Manager

cc: Steve Scherer, HBI

**HAYWARD**
**BAKER**
Geotechnical Construction

OP 005018

OP-GM/AI001880

One Place Condominiums
Change Order No. 2
March 15, 2007; Revised March 21, 2007
Page 3 of 3

## SCHEDULE OF VALUES

The scope of work described in this change order proposal will be performed according to the following prices:

| Description | | |
|---|---|---|
| Engineering, Soil Borings and Mobilization | Engineering | 15,000 |
| | Soil Borings | 5,000 |
| | Mobilization | 17,000 |
| | **Subtotal** | **$37,000** |
| Drive Piles | Labor | 26,400 |
| 21 HP12x53 piles, 50' long | Equipment & Supplies | 13,400 |
| | Materials | 32,500 |
| (Approx. 28 tons of steel) | **Subtotal** | **$72,300** |
| Bracing | Labor | 47,000 |
| W24x146 wale, 150' long | Equipment & Supplies | 7,600 |
| Five 18"x1/2" pipe raker, 65' | Materials | 43,000 |
| (Approx. 26 tons) | **Subtotal** | **$97,600** |
| Removal | Labor | 6,300 |
| (Hoisting by others) | Trucking | 800 |
| | **Subtotal** | **$7,100** |
| **Total Price** | | **$214,000** |

Typical crew size:

Driven Piles –    1 Foreman
4 Pile Drivers
2 Operators
1 Oiler

Bracing –    1 Foreman
5 Pile Drivers
1 Operator

**HAYWARD BAKER**
Geotechnical Contractors

OP 005019

OP-GM/AI001881

# TAB 40

**From:** Shenk, Charlie [charlie@southblock.com]
**Sent:** Friday, July 20, 2007 11:05 AM
**To:** Jerry Karp; Harlan Karp
**Cc:** Nagle, Jim; Page, Pete
**Subject:** Minutes from today's site meeting with Kenny Rep Re; D-line delay

Jerry and Harlan,

Jim Nagel, Pete Page and I met with George from Kenny today on site @9:00pm.

Jim and Pete verbally apprised George as to the history of the earth movement problems we have had. They also stated that we have stopped work along D-line between cols. 11-14 due to survey measurements showing the caissons and frost wall in this area have moved up to 3".

George made the following observations:

• There is still horizontal pressure along the west side of the caissons even though the earth movement east of the caissons has stabilized. "The soil is arched along the backside of the caisson"
• This existing pressure could easily move the entire length of or bend the top of the caissons after the stabilization of the ERS system.
• Backfilling the area would put opposing pressure on the caissons and frost wall and would stabilize the area; he did not feel that this would cause any undue pressure on the basement wall.
• That Wight's plan to have a geotechnical & structural engineer analysis the soils and structure of the caisson is the way to proceed; he is not qualified to do either.
• He felt that the geotech has the means to test the area under the sidewalk and street for voids.

The meeting lasted about 20 minutes.


Charles M. Shenk
**Vice President of Construction**



**828 S. Wabash, Suite 200**
**Chicago, Illinois 60605**
**312.431.0735 (office)**
**312.431.0738 (eFax)**
**773.617.0024 (cell)**
Charlie@SouthBlock.com

EXHIBIT
#237
7/23/12 ah
PENGAD 800-631-6989

# TAB 41

## Shenk, Charlie

| | |
|---|---|
| **From:** | Nagle, Jim [jnagle@wightco.com] |
| **Sent:** | Friday, July 20, 2007 7:33 PM |
| **To:** | Harlan Karp; Shenk, Charlie; Jerry Karp |
| **Cc:** | Page, Pete; Warden, Jason G; Warriner, Josh; Osmun, Ken |
| **Subject:** | D-Line Update |

**EXHIBIT**

#238

7/23/12

Here's the current status and path forward on the D-Line delay issue:

Here's what I think we know:

- The caissons, originally thought to be up to 8-10" out of position, appear to be 3-5" out of line. The caissons in question were oversized by 6" or 12". Since our measurements were taken to the outside of the caissons, this oversizing created the discrepancy.
- The survey which indicates that the frost wall has moved up to 2-3/8" since April 17th could be accurate.
- It is not unrealistic to conclude that the tops of the caissons have moved since originally installed. While it is too early to confirm this conclusion, it would appear to be consistent with the survey data.
- The caissons could deflect a few inches without fracturing or being compromised. This is consistent with the test results that the caissons have not cracked.
- The monitoring we have been doing since late last week indicates no further movement.

Based upon the many discussions we've had this week, the "working theory" is that the caissons could have moved when the original earth retention failure occurred, and that there could be enough lateral pressure against them that additional movement could have occurred since it was believed that the soil had stabilized in April. If this is the case, it is possible that the caissons are still structurally sound. That will require further testing and evaluation to confirm, but if that is the case, this, combined with the fact that the caissons aren't as far out of alignment as originally thought, is better news than I had feared last Friday.

Here's where we are with the evaluation process:

- Between yesterday and today, we have sent Sergio Meilman of Environmental Protection Industries all of the data we have collected so far. He is the "Dirt Doctor" who will be evaluating the soils, developing conclusions on what he believes happened, and providing direction as to the suitability to backfill between C- and D-Line. We have asked him to provide an hourly rate for his services, as well as a proposal outlining what he anticipates the scope of his services would be. He expects to be able to complete his initial review of all of the data and provide some preliminary feedback by Wednesday morning. He also said he could provide some recommended testing techniques to confirm that no voids have been created under State Street.
- George Cussen of Kenny Construction visited the site and examined the area of the earth retention failure. His comments are in agreement with Dr. Meilman's in that it is possible that the caissons have bent or shifted as a result of the lateral pressure from the failure, and it is likely that they are still under increased lateral pressure. He postulated that if the soil was as bad as in some areas in the city, it could even be possible for the bell to shift if enough force was applied during the failure. He concurred with our path forward, including the soils evaluation, third party structural review, and confirmation of the survey data.
- Professionals has continued their daily monitoring of the frost wall, earth retention and tower crane. There has been no additional movement since we started these readings last week. We have also started monitoring the basement slab for any vertical movement.
- I have reviewed our situation with Jim Hauck of Wiss Janney, and he is scheduled to be on site Monday morning between 7:30 and 8:00. He is confident that they can help assess the current situation and evaluate the structural requirements moving forward. He is coming out Monday on his nickel, and will provide a services proposal based upon our discussions Monday.
- I have identified a professional surveyor (American Surveying and Engineering) who has significant experience in the city and is familiar with requirements for monitoring these types of conditions (they are providing the monitoring on Block 37). He also is comfortable reviewing and assessing the survey data from our many sources, and can help provide conclusions regarding the accuracy of this data. He will be out first thing Tuesday morning.
- Ralph Calistro has provided a sketch indicating two potential alternative for reinforcing the 2nd floor deck so that we can continue the concrete construction with minimal interruption. We have provided this to DSI and Concrete Structures for comment, and I left a message for Ralph late today requesting some additional information we need to clarify which option would be best. We also need to ask him to respond to RFI #91 regarding what might need to be remedied with the frost wall and/or caisson caps if the caissons are deemed to be sound, but out of position by a few

7/23/2007

ONEPLACE005501

inches.

In addition to continuing the daily monitoring, the two most time-sensitive activities right now are to evaluate the suitability of the soil condition so that we can continue the backfilling process, and to confirm the structural soundness of the caissons to determine if any remediation will be required.

This next week we will need to formally engage EPI, Wiss Janney and American Surveying so we can keep this process moving forward quickly. It is my recommendation that these firms be engaged directly by SouthBlock so that there is no question that they are working independently for your benefit.

Feel free to give me a call if you have any questions before Monday.

**Jim Nagle**
Project Director
Wight & Company
2500 North Frontage Road
Darien, Illinois  60561
630.969.7000 - Main
630.310.1597 - Cell
630.390.7327 - Fax

*This email may contain information that is confidential.  If you are not the intended recipient, please notify us immediately and delete the email and any attachments*

7/23/2007

ONEPLACE005502