# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

One Place Condominium LLC, et al.

                      Plaintiff,

v.                                         Case No.: 1:11−cv−02520

                                                  Honorable Sheila M. Finnegan

Travelers Property Casualty Company of America

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 27, 2015:

      MINUTE entry before the Honorable Sheila Finnegan: Telephonic status hearing held on 5/27/2015. Plaintiffs' oral motion to dismiss this action with prejudice as to all claims and with each party bearing its own costs and fees is granted. All matters in controversy have been resolved. Civil case terminated. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.